# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 520-2026-01632 |
| New York State Division Of Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Ana Maria Roman

Phone No.: 207-703-8832

Year of Birth: 1988

Mailing Address: 4311 49th st, apt 3C Sunnyside
SUNNYSIDE, NY 11104

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Bank of America
No. Employees, Members: 501+ Employees
Phone No.:
Mailing Address: 1114 6th ave
NEW YORK, NY 10110, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 04/03/2025
Latest: 09/09/2025

THE PARTICULARS ARE:

I am a Female with a qualifying disability who worked at the above-mentioned entity since April 16, 2018, most recently as an assistant vice president, until I was terminated on September 09, 2025.

I believe I was discriminated against and retaliated against because of my disability.

I am filing an EEOC charge for discrimination and retaliation by Bank of America.

Specifically, after 7.5 years of strong performance, I was subjected to ongoing discriminatory treatment and denial of medically supported leave. On September 9, 2025, I was terminated by phone and issued a transition notice listing November 11, 2025, as my last day and falsely citing involuntary unsatisfactory performance. I contacted the human resources to file a complaint about job discrimination against Ms. Mari Christina McGlinn, the Senior Vice President, who was my direct supervisor. Ms. McGlinn was the one who retaliated against me. I filled out a complaint and spoke to Ms. Joana Sanchez for the first time on April 03, 2025, and I told her that I was being held accountable for internal error and that I was being retaliated against although I was not sure of what the retaliation was about at the time.

This occurred one day after I informed my manager that I was overwhelmed, experiencing anxiety and panic attacks, and feared retaliation. From August 25, 2025, until September 9, 2025, I requested PTO and medical leave per my doctor's recommendation; both were denied for "Business needs". I filed a Sedgwick medical leave claim on September 2, 2025, which

the company refused to honor. My manager then ignored and excluded me, escalating the hostile environment. My termination immediately after protected disclosures and medical leave requests constitutes unlawful discrimination and retaliation.

I was subjected to a continuous pattern of discriminatory behavior. Despite my efforts to address these issues internally, including filing a formal complaint against my manager and notifying the company of the mistreatment, I was facing the discriminatory actions persisted. The final and most severe act of discrimination occurred on Sept 9, 2025, when I was terminated over the phone. The termination was followed by a transition agreement that stated my last official day of employment would be November 11,2025, with the reason for separation cited as "involuntary- unsatisfactory job performance". This termination occurred immediately after I informed my manager, one day earlier, that I was overwhelmed, anxious and experiencing panic attacks due to the hostile work environment. I believe my termination was not only discriminatory, but also retaliatory, as I was fired shortly after expressing my concerns about the ongoing mistreatment and my mental health. August 25, 2025, I requested time off, asking to use both my Purchased Time Off and vacation time to disconnect and recharge, as I am feeling overwhelmed and stressed due to work.

I also planned a trip to Romania for personal reasons (family event), and my doctor recommended the time off for mental health reasons. August 29, 2025, during the bi-weekly call, Emily and MC denied my request. I was advised to take out the dates I requested in Workday rather than them declining it outright. August 29, 2025 (Friday evening) I emailed my managers, requesting they reconsider my time off. I clarified that the original reason for the request was for personal reasons, but emphasized it was primarily for personal recovery as recommended by my doctor. September 2, 2025, my request was denied again, with the explanation that business needs prevented approval. I then contacted Sedgwick to initiate a medical leave claim and requested the necessary paperwork for my doctor. September 2-5, 2025, despite continued attempts to communicate, my manager remained silent and excluded me from discussions, even when I asked for a meeting to address two key situations. September 8, 2025, I informed my manager that the silent treatment and exclusion were causing anxiety. I expressed that, despite my positive performance (overperformance), I feared retaliation and would prefer to be moved to another team or business line if the situation didn't improve, as the tension was affecting my well-being. September 9, 2025, I was unjustly terminated under the false pretext of poor performance after seven years of overperforming at Bank of America. This termination was the culmination of eight months of retaliation and discrimination.

Based on the above, I believe I was discriminated in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Ana Maria Roman
05/13/2026
_______________________________________________
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_______________________________________________
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary________________________________________________________

Printed Name ____________________________________________________________

# CP Enclosure with EEOC Form 5 (06/24)

## Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (06/24).
2. **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **Routine Uses.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **Whether Disclosure is Mandatory; Effect of Not Giving Information.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## Notice of Right to Request Substantial Weight Review

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## Notice of Non-Retaliation Requirements

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/26/2026

**To:** Mrs. Ana Maria Roman
4311 49th st, apt 3C Sunnyside
SUNNYSIDE, NY 11104

Charge No: 520-2026-01632

EEOC Representative and email: SILVIA DENG-BATISTA
INVESTIGATOR
SILVIA.DENG-BATISTA@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2026-01632.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
05/26/2026

Arlean Nieto
Acting District Director

**Cc:**
Bank of America
1114 6th ave
NEW YORK, NY 10110

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2026-01632 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2026-01632 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)**

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

**are not considered** in determining if the impairment substantially limits a major life activity.

-  An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
-  An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

-  "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
-  The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
-  A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability."

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

May 20, 2026

**Ana Maria Roman**
4311 49th St, Apt 3c,
Sunnyside, NY, 11104

Re: **Ana Maria Roman v. Bank of America**
**EEOC Charge Number: 520-2026-01632**

**Dear Ms. Ana Maria Roman**:

The Commission has completed the investigation of the above referenced charge.

In your EEOC charge, you allege you were subjected to discrimination based on your disability and because you complained about job discrimination. You also allege that you retaliated against after you disclosed your medical situation to your former employer.

EEOC obtained information from you regarding your allegations. Based on our review and analysis of this information, it is unlikely that additional investigation will result in a violation of the statute(s) we enforce. The EEOC has completed the processing of your charge and is issuing you a Determination and Notice of Rights, which will allow you to pursue your claims further by filing a private lawsuit within ninety (90) days of your receipt of EEOC's official notice of dismissal.

Sincerely,

SIGN

**SILVIA DENG-BATISTA**
**Federal Investigator**



**Roman, Ana Maria**

Talent Acquisition Consultant I

Manager: Mari-Christina McGlinn

Evaluated By: Mari-Christina McGlinn

**2025 Mid-year check-in**

Organization: Mari-Christina McGlinn Team

Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)

01/01/2025 - 12/31/2025

# Overall Comments (Confidential – Internal Use Only)

## Manager Overall Evaluation

**Rating:**

**Comment:** While we appreciate that Ana enjoys her role and supporting employees' career growth there are development opportunities to focus on. From January through July Ana has not been meeting performance expectations. Ana needed to be told numerous times by her manager and her manager's manager to complete her compliance classes by the team's deadline. Ana does not always follow up with talent community members within one business day or let her manager know that she needs more time. Ana has provided incorrect answers to audience questions during presentations and did not follow manager direction related to a sensitive employee situation. If this continues at year-end Ana will be rated a Does Not Meet unless significant improvement is observed. Ana was placed on an IDP on 1/28/25 and is on disciplinary action for her performance. Immediate improvement that needs to be seen includes following manager directions, providing accurate information to employees and ensuring that work is of consistent quality. Ana needs to be more organized and thoughtfully plan her work so that she can complete deliverables, as well as being receptive to feedback provided by leadership.

## Employee Overall Evaluation

**Rating:** Exceeds / Exceeds

**Comment:** The first half of the year was great. Lots of learning, events, success stories and challenges to overcome. At an individual level, as well as at a team level- there was a lot of growth. The expectations for each month: 50 scheduled calls with Talent Community members and 2 presentations/month as well as bringing awareness throughout different lines of business, markets and different groups about the Internal Mobility Team and how he can help each and every associate with their professional career growth, encourage their ongoing learning and educate them on the tools and resources that the Bank has available for them so they can utilize in their growth. Partnering with HR teammates and referring strong talent based on our work.

Expectations for the *IM Calls*: 50/month (announced in February). My numbers: **February-56, March-39 (with 2 weeks vacation), April- 90, May-62, June-58.**

Expectations for *presentations*:2/month. My presentations: **February-2, March-2, April- 4 (highest no. of attendees 225-Rick Hense-Fort Lauderdale presentation), May- 2, June-4 (highest no. of attendees: 6/12:183 & 6/11:150).**

**Consistently recognized** by leaders and TC members as a valuable resource, receiving ***multiple recognition cards*** (over 30) for **providing clear, impactful knowledge sharing during calls and contributing to the overall associates' growth and collaboration.**

**Partnering with peers in helping create the framework on developing better presentation skills.**

*Goal moving forward:*

Building trust and deepen relationships with business partners, as well as TC members and continue to be a value-add for the team.

# Acknowledgement

## Manager

| | | | |
|---|---|---|---|
| Entered by: | Mari-Christina McGlinn | Date: | 07/21/2025 |
| Status: | Acknowledge Review | | |

Comment:

**Employee**

Entered by: Ana Maria Roman    Date: 07/20/2025

Status: Acknowledge Review

Comment: While I understand my manager's personal and inner frustration due to past events (me reporting an unprofessional conduct and a toxic leadership style to the Employee Relations), I do not agree with the review. My numbers, associate's reviews, recognition cards and everything else show clearly that I am overperforming at my job. But I am grateful for my role, for my opportunity to contribute and for Bank of America overall. Thanks again, MC, for everything that you every day for us and for the Bank.

## Manage Risk (What)

Include examples that demonstrate progress towards the Manage Risk goal. (Optional)

Section Summary

**Manager Evaluation**

Comment:

**Employee Evaluation**

Comment: Continue to play a critical role in managing organizational risk- related to people, compliance, culture and operations.
From a **legal and compliance perspective-** I kept staying current with labor laws and regulations, keeping accurate and up-to-date employee records (see Avature), **from a talent management risk perspective-** used consistent and documented evaluation process for TC members (intro calls, resume review, interview preparedness- all documented in Avature), **from a data privacy & cybersecurity standpoint** - securely stored and manage data employee - physical and digital- , work with IT to enforce access controls, data protection policies and system updates.

## Drive Operational Excellence (What)

Include examples that demonstrate progress towards the Drive Operational Excellence goal. (Optional)

Section Summary

**Manager Evaluation**

Comment:

**Employee Evaluation**

Comment: Expectations for the *IM Calls*: 50/month (announced in February). My numbers: **February-56, March-39 (with 2 weeks vacation), April- 90, May-62, June-58.**
Expectations for *presentations*:2/month. My presentations: **February-2, March-2, April- 4 (highest no. of attendees 225-Rick Hense-Fort Lauderdale presentation), May- 2, June-4**

(highest no. of attendees: 6/12:183 & 6/11:150).

## Drive Growth (What)

Include examples that demonstrate progress towards the Drive Growth goal. (Optional)

Section Summary

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: Mentioned this in the Overall Comments in the beginning.<br>Consistently recognized by leaders and TC members as a valuable resource, receiving *multiple recognition cards* (over 30) for providing clear, impactful knowledge sharing during calls and contributing to the overall associates' growth and collaboration.<br>Partnering with peers in helping create the framework on developing better presentation skills.<br>As well as creating awareness and helping employees growth through presentations on different topics: Building a dynamic Resume, Master your elevator Pitch, Interview for Success 2.0, Navigating MyCareer 4.1. |

## Great Place to Work (How)

Include examples that demonstrate progress towards the Great Place to Work goal. (Optional)

Section Summary

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: -Leading by example with kindness, respect and integrity;<br>-Encouraging open communication, transparency and collaboration;<br>-Recognizing and celebrated achievements (success stories of employees that have succeeded in obtaining a different role)<br>-Promoting inclusion and diversity, not just in policy, but in every day action.<br>- Building trust through consistent and honest interactions,<br>-Offering support to colleagues when needed<br>-Practicing active listening- employees want to feel heard.<br>-Helping associates identify career paths and development opportunities, offering |

constructive feedback that helps improve- not just critique and encouraging a growth mindset- mistakes are part of learning.
-Using clear and respectful communication- avoiding unnecessary ambiguity.
-Asking for input and open to feedback.



## Roman, Ana Maria

Talent Acquisition Consultant I

Manager: Mari-Christina McGlinn

Evaluated By: Mari-Christina McGlinn

## 2024 Year-end review

Organization: Mari-Christina McGlinn Team

Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)

01/01/2024 - 12/31/2024

# Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** For the first half of 2024 Ana was a member of the Medical Accommodations team in Life Event Services. Ana returned to the Internal Mobility Team in Talent Acquisition in July and has enjoyed being back on the team and meeting with talent community members who are interested in multiple career areas at the bank. A large part of her role is to conduct presentations on career development topics to both large and small business groups at the bank.

Looking into 2025, Ana should focus on owning these presentations from start to finish, including navigating the presentation slides in WebEx, and speaking to all of the slides in the deck. Ana should also look to manage her email inbox by responding to emails in a timely manner, prioritizing critical compliance messages and attending all required compliance training.

### Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** In 2024, I was split between 2 teams. I served the Medical Accommodations team until July 2024 when I got back to the Internal Mobility Team.
The second half of the year has been filled with calls with Talent Community members of different band levels from different lines of business and multiple presentations for different groups and markets. From July till December (Friday, December20th) I have held 309 calls (avg 51.5 calls/month), held 11 presentations and 3 for laid off employees and received 20 recognition cards from employees that I worked with throughout the past months, volunteered to help at a Career Job Fair representing Bank of America at LaGuardia College this October. Had multiple cases that transformed in success stories - employees that found a lot of value and support in our calls and transitioned into new roles due to the consistent activity and follow up for their career progression.
My goal for next year is to improve in the number of presentations held, maintain the number of calls with the Talent Community Members and be more organized and efficient with my Inbox and priority tasks.

# Acknowledgement

### Employee

**Entered by:** Ana Maria Roman **Date:** 01/16/2025

**Status:** Acknowledge Review

**Comment:**



**Roman, Ana Maria**

Talent Acquisition Consultant I

Manager: Mari-Christina McGlinn

Evaluated By: Tiffany Solberg

**2024 Mid-year check-in**

Organization: Mari-Christina McGlinn Team

Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)

01/01/2024 - 12/31/2024

# Overall Comments (Confidential – Internal Use Only)

## Manager Overall Evaluation

**Rating:**

**Comment:** Ana Maria Roman supported the LES Intake Support team for the first half of this year by executing on 60+ assigned Medical Accommodations mailbox day over day. Although the MA Work Distribution process was newly implemented, Ana adjusted her approach to getting the work done. She also did a nice job of asking questions whenever she needed support and was open to coaching/feedback. As Ana looks towards the second half of the year, I encourage her to continue to push herself to stretch/ grow. Thank you for your support, Ana – we wish you all the best as you move back into your TA role.

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Life Events Services- Medical Accommodations- Intake Team
Key areas: Information Protection, Information Accuracy, Managing Risk, Delivering efficient & fast results, Learns & Adapts
For the past 6 months, I had the pleasure to be working under the management of Tiffany Solberg in the Intake Team. As a redeployed employee from TA, I must say that I am grateful for the experience I was exposed to in the Medical Accommodations Team, for the connections created with wonderful teammates I have met throughout my time here and for all the growth.
Managing a large volume of HR Connect forms and the emails in the Medical Accommodations Inbox were the 2 tasks I was responsible for. On average, I was assigned approximately 70 items per day. I feel confident to say that it was quite of a challenge because of the huge volume, but teamwork makes the dream work.
It was a pleasure working in the MA Team in Life Events Services and I am looking forward to my next chapter at BofA.

# Acknowledgement

## Manager

**Entered by:** Mari-Christina McGlinn **Date:** 07/22/2024

**Status:** Acknowledge Review

**Comment:**

## Employee

**Entered by:** Ana Maria Roman **Date:** 07/22/2024

**Status:** Acknowledge Review

**Comment:** Thank you,, Tiffany. It was a pleasure working with you.



**Roman, Ana Maria**
Life Event Services Consultant I
Manager: Erica McGrath

Evaluated By: Mary Lynn MacKenzie (Terminated)

**2023 Mid-year check-in**
Organization: Ava Mehta (Inherited) Team (inactive)
Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)
01/01/2023 - 12/31/2023

# Overall Comments (Confidential – Internal Use Only)

## Manager Overall Evaluation

**Rating:**

**Comment:**

**Medical Accommodations Case Management:**
Key Areas:
•Exceeding Client Expectations
•Managing Risk
•Information Protection
•Proactively Manages cases
•Learns & Adapts
•

Ana was redeployed to the medical accommodations team in February. After completing the onboarding training period, Ana shared that she was not comfortable working her cases and she needed more time to come up the learning curve on the function. To support Ana's learning, we had her go through the training again. She continued to share her discomfort with the case management work. Her monthly QA case reviews illustrated the need for Ana to double check her work and reference the SOP (Standard Operating Procedure) In late March, we launched a new Triage function to help manage the volume of cases coming into the MA team. Ana was re-assigned to this team allowing her to leverage what she had learned while managing MA cases while not having to manage cases end to end or speak with employees. After returning from an extended vacation in May, Ana was moved over to the MA Intake team. In this role she attaches incoming medical documentation to cases so that the cases can then be assigned to an MA consultant to. Ana approached this move to the Intake team with a positive attitude and shared that it was an opportunity to learn a new function.

TA Feedback
I would encourage Ana to continue to be open to learning about the HR function, as this is her first time working in HR and to consider opportunities to use and practice her skills in Excel and PowerPoint.

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** In the last 6 months, I have been redeployed and covered different teams as needed due to the Bank's job freeze. Until February 2023 I covered the Internal Mobility team under the team of Mari-Christina McGlinn, since February till today I have been in the Medical Accommodations department under the management of Mary Lynn Mackenzie. In this particular department, I got assigned to 3 different teams within the past 5 months. I am not sure where my career is heading in this very moment, but I am striving to learn everything I can from all the teams I got assigned to and trying to make the best out of each experience.

# Acknowledgement

## Manager

**Entered by:** Erica McGrath    **Date:** 07/21/2023
**Status:** Acknowledge Review
**Comment:**



**Roman, Ana Maria**

Talent Acquisition Consultant I

Manager: Mari-Christina McGlinn

Evaluated By: Mari-Christina McGlinn

**2022 Year-end review**

Organization: Mari-Christina McGlinn Team

Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)

01/01/2022 - 12/31/2022

# Review (Confidential – Internal Use Only)

## Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Ana joined the Internal Mobility team in June 2022 and is excited and eager to learn more about Human Resources and Talent Acquisition. Ana has met with various HR and LOB stakeholders to strengthen her knowledge of the Credit business, which is the business that she has primarily supported. Ana has met with over 50 new clients and provided resources for their personalized career development plans, as well as resume support.

Going forward, it is important for Ana to attend all required Compliance training, as this will strengthen her knowledge of Talent Acquisition processes and external regulations. Ana will also have the opportunity, along with her teammates, to adopt the job family approach to recruiting and HR as part of the banks people excellence work.

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Diversity & Inclusion

- Started transitioning to the Internal Mobility team in Global Human Resources at the end of June 2022 from Private Bank, GWIM Banking.
- While overcoming the learning curve for Enterprise Credit, I have pro-actively reached out to EC executives and EC peers to initiate conversation around this line of business and create a bridge between them and Internal Mobility as well as filling the gap knowledge. Connected with the following GHR peers: Kendra Adams, Tamika Sainten, Bianca Powell, Margaret Wong, George Reinhart, Andrew Desiderio, EC executives: Seth Benefield and John Wayland, and TA peers located on the 6th floor at Grace Building (e.g.: Darren Albano, Brendon Carpenter, Kerry Fiske, Allyson Smith, Ava Somogyi, Michael Tynan, Jessica Jonas, Adam Slade, Melissa Bernier Quintana etc.).
- Connected with each IM teammate as they joined the team throughout the year to learn more and deepen the professional relationships for a more cohesive teamwork
- Recognized teammates, their effort and support by sending over 12 e-cards throughout the year and received 13 cards from teammates in the TA side, but also from the GWIM side.
- Assisted couple of events ever since I got back in the office: The 2021/2022 Campus Engagement Event organized by the Academy, the GTA Networking Lunch, virtual events (e.g., MFSA Career Expo) organized by us (the IM team) and other virtual events organized by employee networks. Joined the BofA Volunteer Community, assisted to one volunteer event at Woodstock Senior Center and subscribed for couple of events with a waitlist.
- Physical presence in the office since November 2022, having (networking) lunches at least 2 days out of the 3 with either former colleagues from the GWIM side, Consumer & SB side, new connections on the GHR side or Marketing & Communications.
- Focus for 2023: Committed to give back to the community by volunteering at least twice a month in 2023. Connect with each EC partner to shed light on the work will be doing in Internal Mobility, offer to partner with different sub lines of business within EC to hold presentations that can help with the migration of the internal candidates and the management of human capital and deepen the relationship with the TA partners supporting this LOB.

Manage Risk



**Roman, Ana Maria**

Talent Acquisition Consultant I

Manager: Mari-Christina McGlinn

Evaluated By: Mari-Christina McGlinn

**2022 Year-end review**

Organization: Mari-Christina McGlinn Team

Location: US - NY - New York - 1114 Avenue Of The Americas - Grace (NY1544)

01/01/2022 - 12/31/2022

## Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Ana joined the Internal Mobility team in June 2022 and is excited and eager to learn more about Human Resources and Talent Acquisition. Ana has met with various HR and LOB stakeholders to strengthen her knowledge of the Credit business, which is the business that she has primarily supported. Ana has met with over 50 new clients and provided resources for their personalized career development plans, as well as resume support.

Going forward, it is important for Ana to attend all required Compliance training, as this will strengthen her knowledge of Talent Acquisition processes and external regulations. Ana will also have the opportunity, along with her teammates, to adopt the job family approach to recruiting and HR as part of the banks people excellence work.

### Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Diversity & Inclusion

- Started transitioning to the Internal Mobility team in Global Human Resources at the end of June 2022 from Private Bank, GWIM Banking.
- While overcoming the learning curve for Enterprise Credit, I have pro-actively reached out to EC executives and EC peers to initiate conversation around this line of business and create a bridge between them and Internal Mobility as well as filling the gap knowledge. Connected with the following GHR peers: Kendra Adams, Tamika Sainten, Bianca Powell, Margaret Wong, George Reinhart, Andrew Desiderio, EC executives: Seth Benefield and John Wayland, and TA peers located on the 6th floor at Grace Building (e.g.: Darren Albano, Brendon Carpenter, Kerry Fiske, Allyson Smith, Ava Somogyi, Michael Tynan, Jessica Jonas, Adam Slade, Melissa Bernier Quintana etc.).
- Connected with each IM teammate as they joined the team throughout the year to learn more and deepen the professional relationships for a more cohesive teamwork
- Recognized teammates, their effort and support by sending over 12 e-cards throughout the year and received 13 cards from teammates in the TA side, but also from the GWIM side.
- Assisted couple of events ever since I got back in the office: The 2021/2022 Campus Engagement Event organized by the Academy, the GTA Networking Lunch, virtual events (e.g., MFSA Career Expo) organized by us (the IM team) and other virtual events organized by employee networks. Joined the BofA Volunteer Community, assisted to one volunteer event at Woodstock Senior Center and subscribed for couple of events with a waitlist.
- Physical presence in the office since November 2022, having (networking) lunches at least 2 days out of the 3 with either former colleagues from the GWIM side, Consumer & SB side, new connections on the GHR side or Marketing & Communications.
- Focus for 2023: Committed to give back to the community by volunteering at least twice a month in 2023. Connect with each EC partner to shed light on the work will be doing in Internal Mobility, offer to partner with different sub lines of business within EC to hold presentations that can help with the migration of the internal candidates and the management of human capital and deepen the relationship with the TA partners supporting this LOB.

Manage Risk

- Understand my key role and responsibilities -in providing career advice and guidance to the IM candidates for Enterprise Credit (and not only) and overcoming the learning curve within the Talent Acquisition department by gathering information and gaining knowledge through the Talent Acquisition Resources.
- Completed essential and optional HR trainings to be in accordance with the applicable laws and regulations of the company.
- Going through a difficult period of my life with significant events, I learned to disclose and be transparent with my manager regarding my personal life that can affect my professional life. Prioritizing mental health is a must and should be treated accordingly and using clear communication and understanding throughout our professional relationships can avoid irreparable damage and reduce compliance and operational risk. I consider the past events an important steppingstone in my career and a challenge that I've learnt a lot from.

**Operational Excellence**

- Partnered weekly with Scott Mealus (GCIB) and Jennifer Mowrey (GBAM) to discuss best practices, learn and share feedback on manual processes for our daily work within Avature, Workday, the navigation tools for the IM process and analyze different IM situations/questions that might come up in our client conversations. Had ad-hoc meetings with IM peers on different topics: IM Inquiries box (August & Joyce), pulling Workday reports (Amal & August), Jenise (personal branding, resume review) , Monali (gaining fluency in navigating Workday) , Sarah (IM conversations & presentations), Jeff & Ron (onboarding process & IM conversations), Crystal Kimmons (TA background experience)
- Collaborated with Scott and Jenn for the development of the IM Learning Strategy 2023 (quarterly career sessions per talent community) and with the Academy Design Consultant, Susan Frazer, for the development of Credit College interface and current changes.
- Held presentation on 12/8/22– Q4 Market Career Development Sessions- Personal Branding and Networking-along with Scott Mealus
- Engaged in 53 client conversations recorded in Avature from which 2 clients started new roles: Daniel Buricea & Fatima Campbell.
- Focus for 2023: Become more functional by gaining Excel and PowerPoint knowledge - completing the saved * courses from My Learning Hub in order to better support the team and bring value.

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Ana Maria Roman | **Date:** | 01/23/2023 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |



**Roman, Ana Maria**
WM Banking Specialist
Manager: Robert Barresi

Evaluated By: Robert Barresi

**2022 Mid-year check-in**
Organization: Robert Barresi Team
Location: US - NY - New York - 114 W 47th St - 114 W 47th St - Ust (NY8114)
01/01/2022 - 12/31/2022

# Overall Comments (Confidential – Internal Use Only)

## Manager Overall Evaluation

Rating:

Comment: Ana is an extremely hard working individual and has showcased strong skillset when partnering with our FAs and high valued clients. Anas opportunity this year has been finding consistency in month over month production but has been able to see consistent success in the quality of her work-

- Total DDA- 70%
- Total Sav- 52%
- Total Accts- 65%
- CRRs - 75%
- Opp from CRR - 46%
- Emails- 82%
- Calls - 82%
- Total Quality for eligible accts - 43.3%
- Contribution to Rock quality 12.3% (26accts)

i wish you the best in your new role and based on our time together i am confident you will do great!

## Employee Overall Evaluation

Rating: Meets / Meets

Comment:

- The past 6 months in the WMBS role have been challenging overall because of the remote position that I held ever since the pandemic.
- However, I was able to face the resistance of the teams I worked with and ended up building strong partnerships and relationships within the firm with the Financial Advisors I supported and the Client Associates that I partnered up with.
  My MicroStrategy is not currently working and I am not able to pull any report on myself at this moment, but from my notes - I have opened over 40 checking accounts this year and more than half of them will turn to quality.

- **What is your plan to strengthen partnerships and drive performance for the second half of the year?**
- I will be starting a new role on June 27th and even though I am very excited about this new opportunity, I am grateful for this experience and the people I met in the Wealth Management space.

- **Any additional comments :** Thank you for your continuous guidance and leadership. It's been a great journey!
-

# Acknowledgement

## Employee

Entered by: Ana Maria Roman    Date: 06/21/2022
Status: Acknowledge Review
Comment:



**Roman, Ana Maria**

WM Banking Specialist

Manager: Robert Barresi

Evaluated By: Robert Barresi

**2021 Year-end review**

Organization: Robert Barresi Team

Location: US - NY - New York - 114 W 47th St - 114 W 47th St - Ust (NY8114)

01/01/2021 - 12/31/2021

# Review (Confidential – Internal Use Only)

## Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Overall 2021 was a challenging year with overall performance and engagement amongst FA team. Ana Maria had some promising months however the did not have consistency month over month during the year. Ana Maria is extremely well versed and has what it takes to be successful as a WMBS and needs to focus more on consistency and going after the business - continue to focus on building strong trustworthy relationship and having the ability to connect with partners will be critical in the new year. Ana Maria did a really nice job making improvements to her overall quality process and overall follow up

- Total DDA- 61%
- Total Sav- 57%
- Total Accts- 60%
- Book Reviews - 75%
- Opp from BR - 42%
- Emails- 91%
- Calls - 85%
- Total Quality for eligible accts - 37%
- Contribution to Ri quality 14.1% (55 accts)
- 88% FA Participation - 88% Quality

  In 2022 you need to focus on your FA alignment and continue to work with Pedro and I on your approach for all your FAs. Going into 2022 there should be no reason you are not able to execute against the behaviors (calls, emails, BR) by staying focused on the behavioral aspect of the role and doing with ALL FAs you will see the business start to come more consistently. I expect a much stronger 2022 for Ana Maria and for her to fully control his business in the new year.

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** I believe 2021 was a challenging year filled with ups and down, highs and lows, but also a very rewarding one. The Wealth Management space developed in a year so much and everyone here strived to show what's possible. I am proud to be part of this productive and effective team.

As a member of the **Rockefeller Center Market**, I couldn't be more proud of our achievement of **Quality** that was only a few percentages shy of the goal- **88.4%**. As a group, I believe we became a stronger team, our communication improved and the focus in achieving the goals stand as a proof for that.

As an individual, my key areas were and still are my activities and controlling the controllable. Being given the opportunity of a new alignment, I was able to build and **drive engagement** with the new FAs and CAs, **built a stronger pipeline and uncovered more banking opportunities.**

Based on the report provided by Zach Brown- as of 12/10- I had:

**90.9%- Sales meetings/TTI opps**

**4.3- new accts/ week**

**54.5% - new accts/sales meetings**

**4- BR/week**

Based on the MicroStrategy report- as of 12/6/2021- I was able to achieve **32.8% Quality** of the accts- and this number was only possible to achieve because of the **30-60-90days process.**

I built up and continue building the relationships with my Financial Advisory Team by providing the white glove service to their clients and also to them. Will continue to focus on the client engagement

and deepening the existing relationships and also focus on the new opportunities that are coming along in order to create better partnerships. I believe consistency is the core value in this business- consistency in providing quality information to the FA teams and consistency in follow up with the clients. My commitment is to make an impact in my teams financial lives by improving their banking segment and in their clients' financial lives by educating them about banking and best practices.

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Ana Maria Roman | Date: | 01/20/2022 |
| Status: | Acknowledge Review | | |
| Comment: | | | |



Roman, Ana Maria

WM Banking Specialist

Manager: Robert Barresi

Evaluated By: Robert Barresi

2021 Mid-year check-in

Organization: Robert Barresi Team

Location: US - NY - New York - 114 W 47th St - 114 W 47th St - Ust (NY8114)

01/01/2021 - 12/31/2021

# Mid-year check-in (Confidential and Proprietary)

## Manager Overall Evaluation

**Rating:**

**Comment:** Ana Maria is one of the most knowledgeable WMBS on my team and one of the hardest working. She definitely cares about the business and her clients. Ana Maria has opportunity with overall production at the mid year point being at 62% of total account goal, 80% BR and 53% opportunities. She has 69 accounts that have been opened for 3+ months and 13 of them being quality (18%) looking for he to have a more in depth initial conversation and stronger follow up with clients. Her biggest opportunity with quality is Balances and Money Movement.
Key area for Ana Maria is her activities and controlling what she can control - currently at 81% of calls and 91% of emails - would like to see more from her in overall behaviors to drive engagement within her alignment - there are several campaigns that we have the ability to call and she has a strong pipeline of clients to follow up with.

Ana had some alignment issues that we are currently looking into seeing what can be done to drive more engagement from the Merill side. I am looking forward to the second half of the year and looking forward to seeing Ana Maria continue to grow within her role.

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:**



**Roman, Ana Maria**
WM Banking Specialist
Manager: Robert Barresi

Evaluated By: Robert Barresi

**2020 Year-End Review**
Organization: Robert Barresi Team
Location: US - NY - New York - 114 W 47th St - 114 W 47th St - Ust (NY8114)
01/01/2020 - 12/31/2020

# Review (Confidential and Proprietary)

## Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Ana onboarded in May and has great potential and a robust amount of knowledge when it comes to banking. She is very confident in her delivery and does a great job building strong presentations around banking.

Ana struggled this year when it comes to overall performance. She finished the year at 76% to her new account targets. She struggled a bit with building strong relationships within her FA alignment in order to generate business. Ana also needs to focus more on the overall quality of the relationships that she is onboarding- currently Checking ave balance is 9k and saving 1400k and only 37% of her accounts are over 2K

Expectations for the role is to have 1 account per day or 5 accounts per week. (focused to have a minimum of 60% of those accounts above 2K)

Ana needs to focus on her approach and building relationships with not only her FAs but CA and CRMs to lead to consistent referrals. Overall Ana needs a stronger command of her business and be flexible to change up her approach.

Scorecard YTD

- Ranked 332 vs 484
- Funded accounts - 233
- Quality DDA - 12.5% 277
- DDA ave bal - 316
- Sav Ave Bal - 342
- CC Open - 259

Key Focus for new Year
Work on building stronger alignment relationships
focus on driving book reviews to lead to production
strong conversations with clients at on boarding to gain commitment for primary bank

## Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:**

# Acknowledgement

## Employee

**Entered by:** Ana Maria Roman **Date:** 01/07/2021

**Status:** Acknowledge Review

**Comment:**

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Roman, Ana Maria

WM Banking Specialist
Manager: Carlina Jessen

Evaluated By: Carlina Jessen

## 2020 Mid-Year Review

Organization: Katy Knox (Inherited) Team (inactive)
Location: US - NY - New York - 114 W 47th St - 114 W 47th St - Ust (NY8114)
01/01/2020 - 12/31/2020

# Review

### Manager Overall Evaluation

Rating: Too New To Rate / Too New To Rate

Comment: Ana Maria is a new associate in the May cohort.
We have completed the first coaching plan.
She is aware of expectations and has adopted coaching up to this point. She was top talent in her prior RM and I look
forward to seeing her successes as the
year progresses.

### Employee Overall Evaluation

Rating: Too New To Rate / Too New To Rate

Comment:

# Acknowledgement

### Employee

Entered by: Ana Maria Roman    Date: 08/11/2020

Status: Acknowledge Review

Comment:

# Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*

*great job in offering an exceptional service for our clients.*

***The behaviors*** every RM should have - the ***outbound calls and emails*** - are just one part of my strategy - but more than that- they are ***my work ethic***. I truly believe each and every ***single interaction should be*** *recorded and and given the opportunity to gradually grow.*
Introducing each and one of our partners (Lynn Mojar - our newest member - FSA ) resulted in great success so far and we really hope for great results in the near future.

Even though 2019 was an amazing year with great results (Sunnyside- optimal center for all 4 quarters even though it suffered different transitions and changes- VERY PROUD WE MADE IT!!!!). I believe that ***2020 is going to be even better***.

My plan is to*generate more revenue and gain more of the market share in Sunnyside*. There is a lot of room for growth and staying focused will only make us more successful. I will do my best to make Bank of America - America's greatest bank and give the perfect financial advise that each and every person needs.

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Ana Maria Roman | **Date:** | 01/31/2020 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



**Roman, Ana Maria**

RM Business Owner Specialist

Manager: C. Risque Downes (Terminated)

Evaluated By: C. Risque Downes (Terminated)

**2019 Year-End Review**

Organization: Jaime Stojanowski (Inherited) Team (inactive)

Location: US - NY - Sunnyside - 4526 GREENPOINT AVE - SUNNYSIDE BANKING CENTER (NY5352)

01/01/2019 - 12/31/2019

# Review

## Manager Overall Evaluation

**Rating:** Exceeds / Exceeds

**Comment:**

Overall Rank #181
Refs 134% (#272)
Cons Aq&Dp 157% (#272)
Digital 138% (#534)
SB Acq&Dp 227% (#2171)
Bal Grwth 158% (#859)
Emails/Calls 2765/1240 (@30/wk 1470 each)

Strong work ethic. Keen interpersonal skills. Strong sales effectiveness.
Outstanding life priorities driven discovery. Relationship management approach to deepening.
Has established trusted adviser dynamic with clients. Strength in gaining buy-in
from clients as well as getting referral business from existing clients which strengthens acquisition results. Consistent results at a high level with balance in key strategic priorities achieving top performer status at a division level every quarter and in the pinnacle conversation for annual results.

Self motivated and works autonomously with little to no supervision with regard to relationship deepening. Very strategic approach to driving results with a clear methodology on the behaviors, activities and routines necessary to sustain a high level of performance.

Strong in identifying off-us assets and creating a compelling solutions for clients to consider broadening relationship w/BOA. Leveraging PR and exceptional (rate exception) pricing as acquisition tool may further
augment strong results with acquisition. Create more client meetings by balancing efforts across these activities (BCR, client referrals, ACT, POP (behind the line S2S w/ CSRs), outbound strategy, partner referrals).

## Employee Overall Evaluation

**Rating:** Exceeds / Exceeds

**Comment:**

*2019* has been a successful year for Sunnyside FC. Being here for a full year I was able to notice the *substantial growth* that occurred and *not by miracle, but by hard work and commitment*. I have seen an increase of traffic which has allowed me to be*successful in my D1C* along with my *dashboard*.

I pride myself on *referrals* from the clients that I am being given the chance to sit with - as a result my *book of business* has almost *3k* of client in less than 2 years of being with Bank of America. One of my favorite work principles is *"begin with the end in mind"* - which is habit nr 2 of Franklin Covey's book- "The Seven Habits of Highly Effective People" . By doing this I was able to *become successful in my role and a top performer in my market* as well.

*Client care -* has always been one of my top priorities- it ensures me that I did right by my clients and also strengthens the relationship I have with them. The surveys are the living proof *WE* are doing a

***great job in offering an exceptional service for our clients.***

***The behaviors*** every RM should have - the ***outbound calls and emails*** - are just one part of my strategy - but more than that- they are ***my work ethic***. I truly believe each and every ***single interaction should be recorded and and given the opportunity to gradually grow.***
Introducing each and one of our partners (Lynn Mojar - our newest member - FSA ) resulted in great success so far and we really hope for great results in the near future.

Even though 2019 was an amazing year with great results (Sunnyside- optimal center for all 4 quarters even though it suffered different transitions and changes- VERY PROUD WE MADE IT!!!!). I believe that ***2020 is going to be even better***.

My plan is to***generate more revenue and gain more of the market share in Sunnyside***. There is a lot of room for growth and staying focused will only make us more successful. I will do my best to make Bank of America - America's greatest bank and give the perfect financial advise that each and every person needs.

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Ana Maria Roman | **Date:** | 01/31/2020 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |

## Goals

**Employees – Click My Goals to view or update your current list of goals.**

**Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.**

***Note: Goal details will appear in a new window.***



## Roman, Ana Maria

Relationship Manager

Manager: C. Risque Downes (Terminated)

Evaluated By: C. Risque Downes (Terminated)

## 2018 Year-End Review

Organization: Jaime Stojanowski (Inherited) Team (inactive)

Location: US - NY - Sunnyside - 4526 GREENPOINT AVE - SUNNYSIDE BANKING CENTER (NY5352)

01/01/2018 - 12/31/2018

# Review

## Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:**

Rank 1612
Refs 138%
ConsAcq&Dp 120%
Cons/SB Digi 111%
SbACq&Dp 117%
Emails/Calls 1275/831
SSR Q4 132% (BG 97%) Q3 98% (BG 66%) Q2 N/A Q1 N/A

Ana has shown potential in many areas that could drive effectiveness in her role after 2 full quarters. She improved her dashboard performance significantly between quarters. She's been extraordinary in delivering a quality client experience having lead the market in amount of surveys generated from voices in excess of 80 with only 2 less than a 9/10. She has participated in the first financial education seminar by the market and is by far one of the most active associates in the community having already had the practice of volunteering in her local community. She's been on par leveraging an outbound contact strategy exceeding the minimum activities expected. She's shown a strong aptitude to identify life priorities associated with consumer lending leading to a partnered solution which helped to close a significant gap in D1C performance for the year within the FC.

Ana is very confident and has very keen interpersonal skills which she is leveraging to build strong relationships
with her clients. Her aforementioned strong ties to the community continues to pay dividends as she has
developed a client base that has been largely driven by referrals from existing clients and previous established
relationships. Ana has all the makings to be a top performing associate with both the foundational skills and the
desire to bring the full value of the organization to every client she sits with. Ana must continue to be cognizant
of disciplined process execution ensuring less oversight is needed to ensure accuracy and completion with
routine procedures. Ana is a very conscientious and ambitious associate with a strong work ethic and drive
to consistently exceed expectations. Identifying ling term savings priorities and continued focus around identifying
off-us assets leveraging PR and effectively engaging non-dda relationship clients will aid in achieving balance
growth targets which have been an opportunity. Also continued commitment to influencing the other job families
(RB/CSR) to continue to effectively identify client needs will help to create more sit opportunities for her to deepen.

## Employee Overall Evaluation

Rating: Exceeds / Exceeds
Comment:

First of all, I have to say I am grateful for having a seat at the table of Western Queens market. when I began my role as a Relationship Manager at Sunnyside Financial Center, my goals were to build a strong pipeline and perform at the highest level I could.
Regarding the performance currency, as of 12/13/18, I am at 95% YTD of my goal given the fact I was away for 2 weeks in September, my first live quarter. With each and every interaction, I build rapport with clients and I want to make sure that each one of them finds in me a source of knowledge, comfort and trust. The multitudes of surveys returned with a positive feedback (56 surveys with a client satisfaction rating of 98.3%) stands as proof for the proactive engagement and the relationships created. Purposely following up with emails and calls, making the follow up appointments helped me develop my relationship with the clients and helped me develop the right behaviors at the professional level.
I was able to raise awareness in the community which I live in, increase the exposure of Bank of America s services in Sunnyside market through different community events and drives ( Financial Literacy class at Sunnyside Community Services, teaching English as a Second Language on Thursday nights at the same center, being part of Back to School and The Coat drive).
On top of the community work, I am proud to say I was given the chance of meeting new people and networking at different market events like HOLA and I am looking forward to be part of the other groups i just joined- LEAD, ALPFA etc.
Despite meeting my most important performance objective during these months, there were times when i struggled with time management. Being able to have a brief and quality conversation with a client in less than 15min it was quite a challenge. Now, I can say that I feel much more confident about this and it doesnt only represent an issue anymore, but it gave me the opportunity of perfecting my skills.
My objectives in this role for the upcoming year are: take the public notary exam in January, get involved more and be present at different corporate events and maintain a similar closing rate for my goals while developing new skills that would benefit the company overall.

## Acknowledgement

### Employee

Entered by: Ana Maria Roman Date: 01/28/2019
Status: Acknowledge Review
Comment:

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, July 18, 2024 6:16 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Gabrielle Bonds

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Gabrielle Bonds has recognized you for the following reason: Realize the power of our people.

"Ana Maria,

Thank you for taking the time to speak with me today. You came at the right time as I was having difficulty thinking outside of the box in relation to my career path. You gave me renewed enthusiasm and tools to put me on the right track to continue to grow within the company.

Thank you again for making a difference !!!!!!

Gabby :)"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Friday, July 19, 2024 1:01 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Ruben Mendoza

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Ruben Mendoza has recognized you for the following reason: Deliver together.

"Good morning, Ana

Just a note to say how honored I am to have such a great team like you to help us in our career goals by proving excellent guidance to be the best we can be with Bank of America. Your guidance and expertise are greatly appreciated. I have now a better understanding on what I need to do to be ready if an opportunity opens up in the future. Thank you for sharing your knowledge with me, Ana."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, July 23, 2024 1:42 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Sara Latic |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Sara Latic has recognized you for the following reason: Realize the power of our people.

"Dear Ana,

Thank you for taking the precious time of your day to speak with me to present and explain the various opportunities I can look into for my career. It was very much appreciated and I've gained enough knowledge required to move forward with my career. Such a great and on point presentation!

Thank you, Ana :)"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, July 24, 2024 8:03 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from CARLOS IGLESIAS

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

CARLOS IGLESIAS has recognized you for the following reason: Realize the power of our people.

"Ana Maria, thanks you so very much for all of the support and insight you offered during yesterday's Internal Mobility call. The comprehensiveness and usefulness of the content was SUPER valuable, and your obvious enthusiasm for your clients was very appreciated. You did a very nice job helping us Deliver Together... Cheers!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, July 25, 2024 4:46 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Nikolas Kastanis |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Nikolas Kastanis has recognized you for the following reason: Realize the power of our people.

"Hey Ana Maria,

I just wanted to thank you for taking the time in talking with me about my career goals and showing me useful tools to help me get on the right path for success. I really appreciate all you do and I look forward in working with you.

Sincerely,

Nikolas Kastanis"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, July 30, 2024 2:43 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Alka Punj |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Alka Punj has recognized you for the following reason: Realize the power of our people.

"Dear Ana,

I cannot thank you enough for your guidance. I am grateful for your unwavering support and guidance throughout our meet. Thank you for being an amazing mentor."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Wednesday, July 31, 2024 8:36 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Cathy Stelling |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Cathy Stelling has recognized you for the following reason: Trust the team.

"Thank you so much for taking the time to have a conversation with me, and for the resources that you sent. It is so wonderful to have this kind of support!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, August 22, 2024 1:01 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Richard Adesida |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Richard Adesida has recognized you for the following reason: Realize the power of our people.

"Ana Maria,

Thank you for the time spent discussing mobility within the company. It was time well spent and I walked away feeling inspired, in control and empowered. I appreciate the tips you provided. I have some homework to do, and that's wonderful!

I am looking forward to our connect next month.

Richard Adesida"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Tuesday, August 27, 2024 12:18 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Derek Vielhauer

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Derek Vielhauer has recognized you for the following reason: Realize the power of our people.

"Thanks, Ana Maria for walking me through the Internal Mobility program. I greatly appreciate the detailed walk through of all the resources available for career growth. I also appreciate the resume review. Look forward to future discussion."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, August 27, 2024 3:46 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Linh Barth |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Linh Barth has recognized you for the following reason: Realize the power of our people.

"Ana, thank you for your valued time and steadfast effort. You provided helpful tips, tools, and resources to further my career. And you did so with a warm smile and welcoming attitude. I appreciate you. I know you will continue growing with Bank of America and I cannot wait to see the greatness you will do!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Friday, August 30, 2024 3:28 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Steven Kuiken

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Steven Kuiken has recognized you for the following reason: Realize the power of our people.

"Thank you, Ana, for taking the time to showcase all the fantastic features within the myCareer portal and beyond. It's wonderful to see all the resources available and to have someone like you take the time to connect the dots. The insight you shared was informative and encouraging. Much appreciated."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, September 5, 2024 1:39 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Linh Barth

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Linh Barth has recognized you for the following reason: Deliver together.

"Hi Ana. Thank you for your positive suggestions on my resume and insight on my career path. Your efforts and optimism inspire me. I appreciate your help!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Wednesday, September 25, 2024 11:25 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Madeleine Noble |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Madeleine Noble has recognized you for the following reason: Realize the power of our people.

"Hi Ana,
Thank you so much for taking the time to meet with me today and go over my resume! Honestly, resume writing has always made me so nervous. The recommendations and expertise you provided actually have me looking forward to editing my resume!! I look forward to meeting again.

Thanks,
Maddie"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, October 3, 2024 5:08 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Faria Hossain Arthee

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Faria Hossain Arthee has recognized you for the following reason: Realize the power of our people.

"Ana, thank you for connecting with me and helping me to navigate through all the resources that Internal Mobility offers. The guidance and feedback you have provided will definitely help me to explore career opportunities in a better and more effective. Truly appreciate all the help! Thank you."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, October 8, 2024 12:04 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Christopher Jones (RRT) |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Christopher Jones (RRT) has recognized you for the following reason: Realize the power of our people.

"Ana, I wanted to thank you again for our outstanding session on Internal Mobility. For the first time in my four years at the Bank, I truly felt listened to. I felt valued not just for past activity in my day job, but for the potential that I bring from three decades outside Banking. You adapted your demos to my interest areas, and made sure that I could see relevant opportunities on the screen. I'm grateful for your time and insight, and I look forward to talking again, when I've had a chance to put the many tools and resources to work. All the best, Chris Jones."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, October 9, 2024 1:43 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Natosha Hill

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Natosha Hill has recognized you for the following reason: Deliver together.

"I wanted to take the time to thank you for speaking with me about the resources available to elevate within my career at Bank of America. Having someone like you as a guide makes all the difference. I was lost as to what direction to take while exploring new opportunities and Ana provided real guidance that will help me succeed. Thank you again for your time and efficiency!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, October 16, 2024 2:38 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Kyle Culhane

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Kyle Culhane has recognized you for the following reason: Realize the power of our people.

"Thank you Ana for the help in helping explain some of the internal mobility tools and feedback. Ana was very helpful, kind and resourceful in assisting with questions and showing me different ways to use the internal mobility tools.

Thank you again,
Kyle"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Tuesday, October 29, 2024 1:45 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Brandy Bankhead

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Brandy Bankhead has recognized you for the following reason: Realize the power of our people.

"Ana, I appreciate your assistance and guidance. Your passion for your job is evident in your work. I can't thank you enough."

View your Recognition eCard

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, November 14, 2024 10:28 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Carol Wevodau

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Carol Wevodau has recognized you for the following reason: Realize the power of our people.

"I'd like to recognize Ana Maria for her assistance in my internal mobility journey. Ana Maria reviewed my resume, and made suggestions I wouldn't have considered without her guidance. My resume now tells a much better story of my skills and experience, thank you! :-)"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, November 18, 2024 12:45 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Sid Moore

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Sid Moore has recognized you for the following reason: Deliver together.

"Dear Patrick and Ana,

On behalf of our group, I want to extend our sincere gratitude for the informative Internal Mobility presentation you recently delivered to PECM. Your thoughtful guideance, clear explanations and enthusiasm gave our team a helpful opportunity to navigate their careers. You are truly appreciated and your effort in organizing and presenting such valuable information shows your dedication to the firm. We left the session feeling inspired and better equipped to explore the paths available to us.

Thank you for your commitment to our professional development.

Respectfully,
Sid Moore"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn,Debarati Ganguli

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Friday, November 29, 2024 1:08 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Boris Ujlaki |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Boris Ujlaki has recognized you for the following reason: Realize the power of our people.

"Hi Ana Maria,
On this opportunity wanted to recognize you for awesome guidance and your expertise that you provided through the Internal Mobility Program.

I am looking forward to our next meeting.

As well I wish you joyful Holiday Season...

Thank you,

Boris"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, December 5, 2024 2:43 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Tammy Kerr-Gaudette |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Tammy Kerr-Gaudette has recognized you for the following reason: Realize the power of our people.

"Ana,

Thank you for your presentation in our Future Leader Program workshops. More than that though, thank you for taking the time out of your day with the Internal Mobility Team to meet with me to discuss my goals and aspirations. I appreciate your investment into my career, and look forward to continuing to work with you in the future."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, December 12, 2024 12:33 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Matt Kamel |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Matt Kamel has recognized you for the following reason: Trust the team.

"Thank you Ana Maria for your assistance!! I'm sending this ecard to recognize the amazing effort in how you assisted me in working on getting a new role. You truly helped me work on how to answer the interview questions & resume updates, which in turn had me achieve the role I was looking for & accepted this past Monday. Thank you so much for always reaching out & following up on our meetings together and providing me reading material on how to progress in my career path!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, December 19, 2024 2:24 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Yasmin Burnett |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Yasmin Burnett has recognized you for the following reason: Deliver together.

"Thank you so much Ana for taking the time to help guide me in the right direction with networking and resume critiquing in efforts to obtain my dream position. Your insight on refreshing approaches gives me confidence that I will see positive changes in my professional career heading into 2025.

Happy Holidays!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Thursday, January 16, 2025 3:55 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Brittney Baruti |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Brittney Baruti has recognized you for the following reason: Realize the power of our people.

"Thank you Ana! I appreciate all of the help you have given me while preparing for my next role. You have helped me better understand the my career tools, and have provided me with Resume and interviewing resources. I was nervous about the idea of moving to a new position within the bank, but with your help I feel a lot more confident in my ability to do so. I appreciate you and your effort! I hope to be able to give you good news regarding my career endeavors shortly!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, January 22, 2025 1:55 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Tammy Kerr-Gaudette

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Tammy Kerr-Gaudette has recognized you for the following reason: Realize the power of our people.

"Thank you again for meeting with me to review my resume, as this is such an important piece of keeping in that growth mindset. I look forward to pulling up down the road for a quick revision meeting once my resume is ready."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, February 5, 2025 2:17 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Amber Aguilar

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Amber Aguilar has recognized you for the following reason: Realize the power of our people.

"Thank you Ana Maria for bringing such value in the internal mobility connects. You have been such a huge help with advice and best practices. Best Always, Amber Aguilar"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, February 10, 2025 4:55 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Teri Wolfe

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Teri Wolfe has recognized you for the following reason: Deliver together.

"Thank you to Ana and Jennifer for their terrific session on Friday, Navigating Your Career, myCareer 411. It was presented to the CBWT Strategy & Planning Team and both Ana and Jennifer were not only expert in their fields, but they shared all the tools and resources needed for anyone to expand their career. I plan to share the information with the Employee Engagement Council Career Pillars that I work with, so they can leverage the information as well. Thanks again for sharing your expertise with us!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn,LaShanda Gidney,Angela Harris

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Tuesday, March 11, 2025 4:15 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from NYC Market President Office

**BANK OF AMERICA**

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

NYC Market President Office has recognized you for the following reason: Deliver together.

"Every day I'm impressed and proud to see the great work you're doing to grow market share, serve our clients, communities, and one another. As we mark Employee Appreciation Month, it's important that you know how much I truly value everything you do.

I also invite you to show your appreciation to someone who helps you succeed by sending an e-card. With the Global Recognition Tool, it's easy to say thank you, congratulations or good job in an elevated way – the extra step makes the recognition moment meaningful. Being recognized inspires more great work for the recipient, and you'll feel good, too. We had 36% of all New York City teammates send a recognition e-card in 2024 and with your help, I know we can exceed that number in 2025.

Together, we can succeed in engaging more of our teammates.

Thank you,
José Tavarez
President, Bank of America New York City
"

View your Recognition eCard.

Additional teammates copied on this recognition:

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.

Bank of America Global Recognition <appreciate@appreciatehub.com>
Wednesday, March 12, 2025 8:29 AM
Roman, Ana Maria
You've received a Global Recognition eCard from Cassandra Rodriguez

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Cassandra Rodriguez has recognized you for the following reason: Deliver together.

"Ana,

Thank you for carving out time to help me understand Talent Mobility within the bank and going above and beyond to help me setup job alerts on the career site and walk me through tips to enhance my resume. I appreciate all the time spent and I am excited about my career development journey.

Thank you,

Cassie Rodriguez"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Tuesday, April 22, 2025 4:38 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Crystal Kimmons

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Crystal Kimmons has recognized you for the following reason: Deliver together.

"Team,

I wanted to take a moment to express my sincere appreciation for your contribution to the ETS presentations last week. Your willingness to serve our teammates, your efficiency in getting it done and the extra time you committed were essential to the success of this project!

I'm grateful for the teamwork and collaboration!

Thanks again - I truly appreciate you all!

Crystal Kimmons"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Wednesday, April 23, 2025 11:58 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Pamela Pickett |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Pamela Pickett has recognized you for the following reason: Realize the power of our people.

"Ana Maria,

Thank you for taking the time out of your busy day to show my how to utilize myCareer to help find my next role. I did not realize that there are so any resources available at my fingertips and I am grateful for your assistance. Also, I appreciate that you were flexible in rescheduling our intro call days before the original date per my request.

Thank you so much!

Pam"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **rom:** | Hyatt, Grace |
| **ent:** | Friday, April 25, 2025 2:03 PM |
| **o:** | Roman, Ana Maria |
| **ubject:** | MyCareer Toolkit- Presentation |

i Ana Maria,

lope this email finds you well!

ne of my teammates mention that you recently facilitated the Career Toolkit presentation in the Fort Lauderdale larket and I really would like to bring this presentation to the Miami market. I was wondering if you could guide me on ne process of requesting this virtual session.

hanks,

**race Hyatt**
ice President
ommunity Relations Manager II
ocal Markets Organization
ank of America
L7-410-08-09, 701 Brickell Ave 8th Floor
liami, FL 33131
786.999.5562

race.hyatt@bofa.com

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Mullan, Barry G |
| **Sent:** | Thursday, May 8, 2025 10:26 AM |
| **To:** | Roman, Ana Maria; Mowrey, Jennifer - HR |
| **Subject:** | Developing A Dynamic Resume |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning Ana and Jennifer-
I wanted to pass along appreciation for this morning's session with Oklahoma- I thought it was terrific. Thank you for putting it on!

I work as a Business Strat & Initiatives Manager in the Midwest Region which spans 21 markets in 7 states, including Oklahoma. My role is unique in the Consumer Bank and my role is that of a COO within the Region. One of my areas of focus is career development and I think this presentation would be very well-received in other areas of our Region. Is this something you'd be open to facilitating for the other markets? I am responsible for Michigan (Detroit, Grand Rapids, Lansing), Chicago, Missouri (STL & KC), Kansas, Arkansas and Iowa (and also Oklahoma).

If you are open to it, perhaps we could consider offering 2-3 sessions to join and conduct in the same way today's call went. I'd love your thoughts or advice on others who might be able to replicate for the rest of Midwest.

Thank you again for the time!

Barry Mullan
Director
Business Strategy and Initiative Manager
Midwest Region
224.275.2731 cell
312.234.4936 office
312.453.4238 fax
Barry.Mullan@BofA.com
Barry's WebEx

BANK OF AMERICA

**Roman, Ana Maria**

**From:** Palmer, Gregory D
**Sent:** Wednesday, May 14, 2025 12:18 PM
**To:** Roman, Ana Maria
**Subject:** Appreciation & Thanks

**EC-SecurityApp:** EmCaRe

Hello Ana,

I wanted to take a moment to express my sincerest thanks and appreciation for assisting me in my career search for a new role over the last 9 months. It is with immense jubilation to share the news about my acceptance of a new role (Affordable Program Lead) that I applied for last month. Your assistance with helping me to polish up my resume, even after I received feedback from my previous Talent Acquisition Mobility Rep (Sarah Holmgren) was key to helping me to secure an interview for the role. I also appreciate all of the resources you sent my way (i.e. Developing a Dynamic Resume 2.0, Internal Mobility toolkit, Personal Branding, etc.) to help enhance my candidacy for any future roles I might wish to pursue. Based on the extremely favorable experience I had with this entire process, I have taken the liberty to share my experience with one of my other colleagues that is currently interested in pursuing other career opportunities within the bank. Moving forward whenever someone brings up the topic of "Career Development" I'll be sure to mention that there's a terrific resource out on the myCareer site that the bank offers called "Internal Mobility" they should leverage. Thank you again Ana for all of your assistance and encouragement.

**Gregory D. Palmer, Jr.**
Vice President
Consumer Lending Ops Manager
NMLS ID: 912188

Preferred, Retail & NACA Underwriting and Fulfillment
Bank of America
FL1-908-01-38, Tampa, FL 33634
O: 813-509-5720 M: 813-539-2749
gregory.d.palmer@bofa.com

Life's better when we're connected®

BANK OF AMERICA

**At Bank of America, we want you to be delighted with the service you receive.** If at any time you are not satisfied with the level of service you receive, please let me know. If I am not meeting your expectations, feel free to contact my

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Tuesday, June 3, 2025 11:22 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Pamela Pickett

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Pamela Pickett has recognized you for the following reason: Act responsibly.

"Ana Maria,

I do not have the words to thank you for the conversation we had earlier. Thank you for taking the time to go the extra step in calling me after our WebEx meeting to smooth over the rough patches. It made a huge difference in my experience with Bank of America and it is much appreciated. You not only listened to what I had to say but you heard me. Thank you for the gift of you!

Pam"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, June 5, 2025 5:17 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Amal Rattray

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Amal Rattray has recognized you for the following reason: Deliver together.

"Words can not describe how Thankful Joyce and I are with you jumping in an sharing the presentation deck today for us while we had technical issue. We really appreciate you being there and again words can not express how Thankful we are!!!!!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, June 5, 2025 7:16 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Joyce Fuller

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Joyce Fuller has recognized you for the following reason: Deliver together.

"Ana, many thanks for being on the presentation call today as well as having the deck ready when things stalled on my end . Can't explain what occurred - other than a glitch - as I was all set and ready to proceed. Certainly did not expect what happened to happen.
Appreciate you!

Amal, thank you, as well for keeping the presentation moving forward. .

Very grateful to you both! :-))

Regards,
~Joyce"

View your Recognition eCard.

Additional teammates copied on this recognition: Amal Rattray,Mari-Christina McGlinn,Crystal Kimmons

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, June 12, 2025 4:18 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Lara Lennaman

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Lara Lennaman has recognized you for the following reason: Realize the power of our people.

"Ana and Patrick,

Thank you so much for presenting today on the CCEG Internal Mobility session hosted by our Employee Engagement team. Your did a great job and the materials were so informative. I know the employees will really benefit from your knowledge share.

Thank you,
Lara Lennaman"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, July 10, 2025 5:27 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Paul Simpson

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Paul Simpson has recognized you for the following reason: Deliver together.

"I wanted to say thank you Ana for everything you're doing with preparing me throughout my journey. I am grateful for our connection and I appreciate your time! Thank you for being there! I truly enjoy our conversation, your reviews, and your advice and I am thankful for your flexibility. I feel more comfortable and ready to go forward with my career! I look forward to many more conversations, useful tools, and guidance as I move forward!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**oman, Ana Maria**

| | |
|---|---|
| **om:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **nt:** | Friday, July 11, 2025 12:23 PM |
| **:** | Roman, Ana Maria |
| **bject:** | You've received a Global Recognition eCard from Daniella Gustave |
| **llow Up Flag:** | Follow up |
| **g Status:** | Completed |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Daniella Gustave has recognized you for the following reason: Realize the power of our people.

"Great connecting with you briefly today!! Thank you for the information you provided, I look forward to our future connects."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, July 28, 2025 12:47 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Leticia Gomez

Dear Ana Maria,

**BANK OF AMERICA**

Congratulations! You've been recognized with a Global Recognition eCard.

Leticia Gomez has recognized you for the following reason: Realize the power of our people.

"Thank you Ana for providing me with the necessary tools and support to help me with my career growth here at Bank of America. I appreciate you taking out the time to show and help me with my resume."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Wednesday, July 30, 2025 11:44 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Yvette Favazza-Anemone |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Yvette Favazza-Anemone has recognized you for the following reason: Deliver together.

"I like to recognize Ana Marie for her professionalism and help, she provided me during IM Connect 5 meetings. She provided me helpful decks about resume building and tips on interviewing. I have recently have been applying for positions within the bank and all the tools and skills Ana has been showing me have been very helpful.
Ana Marie is very pleasant to work with as well which makes our sessions great.
I am grateful and have much gratitude to be teamed up with Ana and I want to say "thank you so much"."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Friday, August 1, 2025 11:41 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Juliana Inzunza |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Juliana Inzunza has recognized you for the following reason: Realize the power of our people.

"I just wanted to take a moment to sincerely thank you Ana, for all your help and guidance as i prepared for my interview. Your support made a big difference, from helping me build confidence to giving me the tools i needed to feel ready.
I truly appreciate the time you took to work with me and share your insight. It meant a lot, and it helped me feel much more prepared and focused going into the interview. I really appreciated the fact that you were also able to get your manager involved during our meeting today and I'm so very grateful for all the feed back and information you both provided.
Thank you again for being so supportive throughout this process!
I kid you not, i rave about you with my peers and managers and have been telling them about how amazing it is the work you do and the opportunities Bank of America truly has to offer with the internal mobility process."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, August 5, 2025 11:25 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Abdullah Malik |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Abdullah Malik has recognized you for the following reason: Realize the power of our people.

"Thank you so much for our connect this morning Ana Maria. You were very helpful and the call was very informative!!

Thank you once again!!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, August 18, 2025 1:41 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from KHADIJA AHMED

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

KHADIJA AHMED has recognized you for the following reason: Deliver together.

"Thank you for taking the time and reviewing my resume. I appreciate your feedback and will make suggested changes before Appling for my future role. You have been very helpful in navigating interview question, and how to be prepaid. again Thank You. I appreciate you"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, August 18, 2025 4:24 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Nathalie Gallon Londono

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Nathalie Gallon Londono has recognized you for the following reason: Realize the power of our people.

"I just wanted to express my sincere appreciation for your support, collaboration, and feedback. I am grateful for your positivity and professionalism, and I have been able to learn so much from you in a short period of time. Thank you for always being willing to help!"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Monday, August 25, 2025 3:13 PM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Jo Davis

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Jo Davis has recognized you for the following reason: Realize the power of our people.

"Thank you for being so informative and walking me through the employee site, I learned alot in such short time."

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Friday, August 29, 2025 8:33 PM
**To:** 'brian.j.stanton@bofa.com'
**Subject:** FW: Congratulations on being recognized with a Global Recognition Silver award!

Brian,

Thank you so much for this recognition. It means a lot to me.

I wish you a beautiful long weekend and hope to be collaborating in the future.

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**From:** Bank of America Global Recognition <appreciate@octanner.com>
**Sent:** Wednesday, August 27, 2025 2:08 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** Congratulations on being recognized with a Global Recognition Silver award!

BANK OF AMERICA

Dear Ana Maria,

Congratulations on the great work you are doing at Bank of America! You've been recognized as someone who is committed to delivering for our employees, customers and clients - thank you!

Brian Stanton has recognized you with a Silver Award for the following reason: Deliver together.

"Thank you for joining our Career Development Series this month! You brought great awareness around Developing a Dynamic Resume for our teammates. We appreciate your contribution and look forward to seeing our region apply the strategies shared.The Midwest Region Team"

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**To redeem your appreciation points:**
1. **Log on** using your Simplified Sign-On ID and password.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Wednesday, August 27, 2025 1:44 PM |
| **To:** | McGlinn, Mari-Christina Q |
| **Cc:** | Oliver, Emily W - CHARLOTTE NC |
| **Subject:** | Sara Doukmak- success story |

HI MC,

Sending you a quick chat with one of the TC members that I sent over yesterday, one of the success stories.

Hi Sara

[8/27/2025 6:47 AM] Doukmak, Sara:
Hi there! How are you today?

[8/27/2025 1:06 PM]
Hi Sara

[8/27/2025 1:06 PM]
I am well, how are you? Congratulations on the new role

[8/27/2025 1:07 PM]
Circling back to check on you and see how is everything-

[8/27/2025 1:20 PM] Doukmak, Sara:
Heyy Ana. I am glad you are doing well. Thank you so much for checking. I am in much better place in my career than where I was before. of course always thriving to do better. but big thanks goes to you with all your guidance and advise 😊

[8/27/2025 1:21 PM]
Really happy to hear this. About you being in a much better place. Happy things aligned and that I was able to help a bit in this sense

[8/27/2025 1:23 PM]
Feel free to keep me posted - happy you made the transition- a real success story.

[8/27/2025 1:30 PM] Doukmak, Sara:
Thank you so much! I am really grateful for your guidance and encouragement. it really meant alot for me when I had so many push backs. you were there to tell me keep trying. It's been a great transition .and I will definitely keep you posted!

Please let me know if you want me to look for more success stories, as well as more feedback from the existent leads I sent over yesterday.

Best,

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Wednesday, September 3, 2025 12:45 PM
**To:** McGlinn, Mari-Christina Q
**Subject:** Feedback on success story- raising internal mobility awareness.

HI MC,

Sending you feedback from Tammy – if you are looking for a success story. She is one of the talent community members that I worked with and that is transitioning successfully into her new role.

Please let me know if you would like me to connect you with her or if you are still looking for success stories.

Thanks,

Ana

**From:** Kerr-gaudette, Tammy <tammy.d.kerr-gaudette@bofa.com>
**Sent:** Tuesday, September 2, 2025 3:39 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Internal Mobility Meeting 1/14

Hello Ana,

Onboarding with my new role is going well. Individual contributor roles are unique in that there is less formal training, but having multiple mentors, and my team that is available and eager to help their peers has made this transition possible as seamless as possible. I feel like the mobility support helped continue to prepare me for applying for this recent role, and the resume review was especially helpful. Thank you for all the effort and attention you put in to helping your fellow employees prepare for and attain their goals.

Regards,

Tammy

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Tuesday, August 26, 2025 5:25 PM
**To:** Kerr-gaudette, Tammy <tammy.d.kerr-gaudette@bofa.com>
**Subject:** RE: Internal Mobility Meeting 1/14

Hello Tammy,

Happy Tuesday, hope all is well.

Circling back over here- how is your onboarding process going? Would love to hear about your experience as well as any feedback you might have about the Internal Mobility support received back in January.

Looking forward to hearing from you,

*Ana Maria Roman*
AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**From:** Kerr-gaudette, Tammy <tammy.d.kerr-gaudette@bofa.com>
**Sent:** Tuesday, January 14, 2025 9:25 AM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** Internal Mobility Meeting 1/14

Ana,

Good morning. I am enclosing copies of both my master resume, and then one that I have recently tailored for a project manager role. This compare and contrast may give us some good dialogue for our meeting. Thank you for taking the time to speak with me again.

Regards,

**Tammy Kerr-Gaudette**
Officer; Senior Claims Analyst
Consumer and Small Business Claims Operations
RI1-541-02-35
670 George Washington HWY
Lincoln RI, 02865
Tammy.d.kerr-gaudette@bofa.com

BANK OF AMERICA

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Saturday, March 9, 2024 3:22 AM
**To:** Roman, Ana Maria
**Subject:** You have received a Global Recognition eCard from Security Awareness for Everyone

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Security Awareness for Everyone has recognized you for the following reason: Act responsibly.

"Congratulations!

You are among the thousands of cyber-savvy employees who successfully identified and reported the simulated phishing email you received in February. Well done!

Thank you for staying alert, acting responsibly and taking the necessary steps to help protect our company from a costly data breach or ransomware attack. Please keep it up! Visit our SAFE page at u.go/SAFE to learn more about social engineering threats and sign up for our monthly newsletter.

The SAFE team"

View your Recognition eCard.

Additional teammates copied on this recognition: Tiffany Solberg

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.



Scanned with CamScanner

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, March 19, 2024 1:05 PM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You have received a Global Recognition eCard from Lorna Channer Gordon |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Lorna Channer Gordon has recognized you for the following reason: Deliver together.

"Ana,
Your efforts makes a significant difference, and I am grateful to have the opportunity to work alongside you.

Lorna"

View your Recognition eCard.

Additional teammates copied on this recognition: Tiffany Solberg

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

Have questions?

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.



Scanned with CamScanner

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Saturday, August 3, 2024 3:19 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Security Awareness for Everyone

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Security Awareness for Everyone has recognized you for the following reason: Act responsibly.

"Congratulations! You are among the thousands of cyber-savvy employees who successfully identified and reported the simulated phishing email you received in July. Well done!

Thank you for staying alert, acting responsibly and taking the necessary steps to help protect our company from a costly data breach or ransomware attack. Please keep it up!

Visit our SAFE page at u.go/SAFE to learn more about social engineering threats and sign up for our monthly newsletter.

The SAFE team"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.



Scanned with CamScanner

**Roman, Ana Maria**

---

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Saturday, October 5, 2024 3:53 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Security Awareness for Everyone

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Security Awareness for Everyone has recognized you for the following reason: Act responsibly.

"Congratulations! You are among the thousands of cyber-savvy employees who successfully identified and reported the simulated phishing email you received in September. Well done!

Thank you for staying alert, acting responsibly and taking the necessary steps to help protect our company from a costly data breach or ransomware attack. Please keep it up!

Visit our SAFE page at u.go/SAFE to learn more about social engineering threats and sign up for our monthly newsletter.

The SAFE team"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.



Scanned with CamScanner

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Saturday, December 7, 2024 4:37 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Security Awareness for Everyone

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Security Awareness for Everyone has recognized you for the following reason: Act responsibly.

"Congratulations! You are among the thousands of cyber-savvy employees who successfully identified and reported the simulated phishing email you received in November. Well done!

Thank you for staying alert, acting responsibly and taking the necessary steps to help protect our company from a costly data breach or ransomware attack. Please keep it up!

Visit our SAFE page at u.go/SAFE to learn more about social engineering threats and sign up for our monthly newsletter.

The SAFE team"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.



Scanned with CamScanner

Global recognition Cards

Thank you to Ana and Jennifer for their terrific session on Friday, Navigating Your Career, myCareer 411. It was presented to the CBWT Strategy & Planning Team and both Ana and Jennifer were not only expert in their fields, but they shared all the tools and resources needed for anyone to expand their career. I plan to share the information with the Employee Engagement Council Career Pillars that I work with, so they can leverage the information as well. Thanks again for sharing your expertise with us!

T

Teri WolfeGTA-OH

5 months ago

eCard: Kaleidoscope thanks

Ana, Thank you for your presentation in our Future Leader Program workshops. More than that though, thank you for taking the time out of your day with the Internal Mobility Team to meet with me to discuss my goals and aspirations. I appreciate your investment into my career, and look forward to continuing to work with you in the future.

T

Tammy Kerr-Gaudette

**Dear Patrick and Ana, On behalf of our group, I want to extend our sincere gratitude for the informative Internal Mobility presentation you recently delivered to PECM. Your thoughtful guideance, clear explanations and enthusiasm gave our team a helpful opportunity to navigate their careers. You are truly appreciated and your effort in organizing and presenting such valuable information shows your dedication to the firm. We left the session feeling inspired and better equipped to explore the paths available to us. Thank you for your commitment to our professional development. Respectfully, Sid Moore**

S

Sid Moore

GTA-OH

1 month ago

Scanned with CamScanner

**eCard: Leaf Thank You**

Ana Maria, Thank you for taking the time out of your busy day to show my how to utilize myCareer to help find my next role. I did not realize that there are so any resources available at my fingertips and I am grateful for your assistance. Also, I appreciate that you were flexible in rescheduling our intro call days before the original date per my request. Thank you so much! Pam

P [redacted]

Pamela Pickett

GTA-OH

1 month ago

**eCard: Deliver together**

Team, I wanted to take a moment to express my sincere appreciation for your contribution to the ETS presentations last week. Your willingness to serve our teammates, your efficiency in getting it done and the extra time you committed were essential to the success of this project! I'm grateful for the teamwork and collaboration! Thanks again - I truly appreciate you all! Crystal Kimmons

C [redacted]

Crystal Kimmons

GTA-OH

2 months ago

**eCard: Simply thank you**

Ana, Thank you for carving out time to help me understand Talent Mobility within the bank and going above and beyond to help me setup job alerts on the career site and walk me through tips to enhance my resume. I appreciate all the time spent and I am excited about my career development journey. Thank you, Cassie Rodriguez

C [redacted]

Cassandra Rodriguez

GTA-OH

3 months ago

**eCard: Leaf Thank You**

Thank you Ana Maria for bringing such value in the internal mobility connects. You have been such a huge help with advice and best practices. Best Always, Amber Aguilar

Scanned with CamScanner

Thank you again for meeting with me to review my resume, as this is such an important piece of keeping in that growth mindset. I look forward to pulling up down the road for a quick revision meeting once my resume is ready.

T

Tammy Kerr-Gaudette

hank you Ana! I appreciate all of the help you have given me while preparing for my next role. You have helped me better understand the my career tools, and have provided me with Resume and interviewing resources. I was nervous about the idea of moving to a new position within the bank, but with your help I feel a lot more confident in my ability to do so. I appreciate you and your effort! I hope to be able to give you good news regarding my career endeavors shortly!

B

Brittney Baruti

hank you so much Mrs. Ana Marie for all you are doing for me. If it had not been for you, I would not be where I am at and my resume. So Thank you so much again you are awesome.

S

Stacy Simmons

Thank you so much Ana for taking the time to help guide me in the right direction with networking and resume critiquing in efforts to obtain my dream position. Your insight on refreshing approaches gives me confidence that I will see positive changes in my professional career heading into 2025. Happy Holidays!

Y

Yasmin Burnett

Thank you Ana Maria for your assistance!! I'm sending this ecard to recognize the amazing effort in how you assisted me in working on getting a new role. You truly helped me work on how to answer the interview questions & resume updates, which in turn had me achieve the role I was looking for & accepted this past Monday. Thank you so much for always reaching out & following up on our meetings together and providing me reading material on how to progress in my career path!

M

Scanned with CamScanner

Matt Kamel

months ago

**eCard: Leaf Thank You**

Hi Ana Maria, On this opportunity wanted to recognize you for awesome guidance and your expertise that you provided through the Internal Mobility Program. I am looking forward to our next meeting. As well I wish you joyful Holiday Season... Thank you, Boris

B

Boris Ujiaki

**I'd like to recognize Ana Maria for her assistance in my internal mobility journey. Ana Maria reviewed my resume, and made suggestions I wouldn't have considered without her guidance. My resume now tells a much better story of my skills and experience, thank you! :-)**

C

**Carol Wevodau**

Ana, I wanted to take a moment to thank you for your time and support at the LaGuardia Community College Career Fair. Together, we truly realize the power of our people and I certainly could not have done it without you. Thank you again for your commitment and going the extra mile! Liza Giuliano

L

Liza Giuliano

**Ana, I appreciate your assistance and guidance. Your passion for your job is evident in your work. I can't thank you enough.**

B

Brandy Bankhead

Thank you Ana for the help in helping explain some of the internal mobility tools and feedback. Ana was very helpful, kind and resourceful in assisting with questions and showing me different ways to use the internal mobility tools. Thank you again, Kyle

K

Kyle Culhane

Scanned with CamScanner

I wanted to take the time to thank you for speaking with me about the resources available to elevate within my career at Bank of America. Having someone like you as a guide makes all the difference. I was lost as to what direction to take while exploring new opportunities and Ana provided real guidance that will help me succeed. Thank you again for your time and efficiency!

N

Natosha Hill

**Ana, I wanted to thank you again for our outstanding session on Internal Mobility. For the first time in my four years at the Bank, I truly felt listened to. I felt valued not just for past activity in my day job, but for the potential that I bring from three decades outside Banking. You adapted your demos to my interest areas, and made sure that I could see relevant opportunities on the screen. I'm grateful for your time and insight, and I look forward to talking again, when I've had a chance to put the many tools and resources to work. All the best, Chris Jones.**

C

**Christopher Jones (RRT)**

Ana, thank you for connecting with me and helping me to navigate through all the resources that Internal Mobility offers. The guidance and feedback you have provided will definitely help me to explore career opportunities in a better and more effective. Truly appreciate all the help! Thank you.

F

Faria Hossain Arthee

Hi Ana, Thank you so much for taking the time to meet with me today and go over my resume! Honestly, resume writing has always made me so nervous. The recommendations and expertise you provided actually have me looking forward to editing my resume!! I look forward to meeting again. Thanks, Maddie

M

Madeleine Noble

Ana, thank you for your valued time and steadfast effort. You provided helpful tips, tools, and resources to further my career. And you did so with a warm smile and welcoming attitude. I

Scanned with CamScanner

appreciate you. I know you will continue growing with Bank of America and I cannot wait to see the greatness you will do!

L

Linh Barth

Thanks, Ana Maria for walking me through the Internal Mobility program. I greatly appreciate the detailed walk through of all the resources available for career growth. I also appreciate the resume review. Look forward to future discussion.

D

Derek Vielhauer

Ana Maria, Thank you for the time spent discussing mobility within the company. It was time well spent and I walked away feeling inspired, in control and empowered. I appreciate the tips you provided. I have some homework to do, and that's wonderful! I am looking forward to our connect next month. Richard Adesida

R

Richard Adesida

Thank you for taking the time to meet with me today. I appreciate you breaking down steps of the process allowing me to fully understand. Looking forward to learning more and getting a better understanding of the career path and options available for me.

M

Marcell Garner

Thank you so much for taking the time to have a conversation with me, and for the resources that you sent. It is so wonderful to have this kind of support!

C

Cathy Stelling

Dear Ana, I cannot thank you enough for your guidance. I am grateful for your unwavering support and guidance throughout our meet. Thank you for being an amazing mentor.

A

Alka Punj

Scanned with CamScanner

Hey Ana Maria, I just wanted to thank you for taking the time in talking with me about my career goals and showing me useful tools to help me get on the right path for success. I really appreciate all you do and I look forward in working with you. Sincerely, Nikolas Kastanis

N [redacted]

Nikolas Kastanis

Ana Maria, thanks you so very much for all of the support and insight you offered during yesterday's Internal Mobility call. The comprehensiveness and usefulness of the content was SUPER valuable, and your obvious enthusiasm for your clients was very appreciated. You did a very nice job helping us Deliver Together... Cheers!

C [redacted]

CARLOS IGLESIAS

**Good morning, Ana Just a note to say how honored I am to have such a great team like you to help us in our career goals by proving excellent guidance to be the best we can be with Bank of America. Your guidance and expertise are greatly appreciated. I have now a better understanding on what I need to do to be ready if an opportunity opens up in the future. Thank you for sharing your knowledge with me, Ana.**

R [redacted]

**Ruben Mendoza**

**Ana Maria, Thank you for taking the time to speak with me today. You came at the right time as I was having difficulty thinking outside of the box in relation to my career path. You gave me renewed enthusiasm and tools to put me on the right track to continue to grow within the company. Thank you again for making a difference !!!!!! Gabby :)**

G [redacted]

**Gabrielle Bonds**

Thank you Ana for spending time with me today in going over the career path that I can look at so I can advance my career here in BOA. The program you are a part of is truly helpful and I hope more associates work with you and this team to better understand the valuable resources available to us. Again, thank you so much for your help and your hard work!

D [redacted]

Scanned with CamScanner

**Roman, Ana Maria**

**From:** Palmer, Gregory D
**Sent:** Wednesday, May 14, 2025 12:18 PM
**To:** Roman, Ana Maria
**Subject:** Appreciation & Thanks

Hello Ana,

I wanted to take a moment to express my sincerest thanks and appreciation for assisting me in my career search for a new role over the last 9 months. It is with immense jubilation to share the news about my acceptance of a new role (Affordable Program Lead) that I applied for last month. Your assistance with helping me to polish up my resume, even after I received feedback from my previous Talent Acquisition Mobility Rep (Sarah Holmgren) was key to helping me to secure an interview for the role. I also appreciate all of the resources you sent my way (i.e. Developing a Dynamic Resume 2.0, Internal Mobility toolkit, Personal Branding, etc.) to help enhance my candidacy for any future roles I might wish to pursue. Based on the extremely favorable experience I had with this entire process, I have taken the liberty to share my experience with one of my other colleagues that is currently interested in pursuing other career opportunities within the bank. Moving forward whenever someone brings up the topic of "Career Development" I'll be sure to mention that there's a terrific resource out on the myCareer site that the bank offers called "Internal Mobility" they should leverage. Thank you again Ana for all of your assistance and encouragement.

**Gregory D. Palmer, Jr.**
Vice President
Consumer Lending Ops Manager
NMLS ID: 912188

Preferred, Retail & NACA Underwriting and Fulfillment
Bank of America
FL1-908-01-38, Tampa, FL 33634
O: 813-509-5720 M: 813-539-2749
gregory.d.palmer@bofa.com

Life's better when we're connected®

**BANK OF AMERICA**

**At Bank of America, we want you to be delighted with the service you receive.** If at any time you are not satisfied w the level of service you receive, please let me know. If I am not meeting your expectations, feel free to contact my manager, Denise Gonzalez, at 480.647.8923 or denise.s.gonzalez@bofa.com. Your feedback is extremely important and provides valuable insight into how we can better serve our clients.



Scanned with CamScanner




Scanned with CamScanner

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Thursday, November 21, 2024 4:57 PM
**To:** McGlinn, Mari-Christina Q
**Subject:** RE: Ana Personal Time-

MC,

Thank you for your patience with me.

As promised, here are the dates that I input in Workday based on the appts made at the clinic: 12/10 and 12/11- full days off , 12/12- 4 hrs (morning), 12/17 – 4hrs (morning).

Thank you again,

Ana

---

**From:** Roman, Ana Maria
**Sent:** Thursday, November 21, 2024 12:08 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** Ana Personal Time-

Hi MC,

I did mention to you in a previous conversation that I am looking to do some searches into mental health.

I was able to get scheduled to the clinic and the appts are on 12/10, 12/11, 12/12 and 12/17. Luckily , the clinic is located in Midtown so I wont need to take all these days off. Based on the times and analysis they provided, I input Personal Time in Workday.

Will tell you more in person or on the phone when we connect.

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA



Scanned with CamScanner

Outlook

## Welcome to the Amen Clinics

**From** BestNotes Notifications <notifications@bnemail.com>
**Date** Wed 11/20/2024 11:02 PM
**To** Ana Roman <roman-ana@live.com>

4 attachments (6 MB)

ACI_Privacy_Rights_2023.pdf; Location_New_York.pdf; ACI - Patient START HERE Checklist.pdf; ACI-Welcome Packet Evaluation_2024.pdf;

Hi Ana Roman,

Thank you so much for trusting us with your care. Our staff is fully dedicated to helping you change your brain and change your life. We know there is a lot to do, but every step is important and helps us gather information that will give us a complete look at what is going on with your brain. We have included an attachment labeled "Start Here" as well as a checklist located at the beginning of your welcome packet to make the process easier for you. We also want you to know that you can call us with any questions or for any guidance you may need.

Ana Roman has the following appointments:

| **Appointment** | **Date** | **Time** |
|---|---|---|
| Clinic Check-In | 12/10/2024 | 10:00am EST |
| Scan 1/2 | 12/10/2024 | 10:30am EST |
| Total Brain Assessment | 12/10/2024 | 12:00pm EST |
| Scan 2/2 | 12/11/2024 | 10:30am EST |
| History - In-Person | 12/12/2024 | 9:30am EST |
| NP Evaluation -- In-Person | 12/17/2024 | 9:30am EST |

**IMPORTANT NOTE** regarding your History appointment** **Missing this appointment may require you to reschedule the evaluation with your provider. For Video or Phone History Appointments:** Your patient outcome manager will contact you on the date and time for your phone appointment, or you will be emailed instructions for accessing your video conference within 24 hours of the video appointment. Please arrange to be in a quiet place where you are free of distractions and feel comfortable talking openly about your personal information.

**IMPORTANT NOTE** regarding your NP Evaluation appointment** If scheduled as Video, your physician will be contacting you via video conference. As the date of your appointment approaches, you will be emailed instructions for accessing your online meeting. On the date of the Video appointment, please arrange to have a computer equipped with a microphone/webcam and internet access as your provider will be sharing images and valuable information. **Please refrain from using your mobile device to join the Video Evaluation.**

Please complete the following items **(listed in order of priority):**

**1st. ONLINE INTAKE QUESTIONNAIRE: PLEASE DO NOT FORWARD THIS INFORMATION TO ANOTHER EMAIL ADDRESS**

Click on the link below to begin your online intake process. Please give yourself ample time to complete the questionnaire as it is very important to have completed **at least 48 hours** before your first appointment.

https://crm.bestnotes.com/portal/callcenter_email.php?d=YWN0aXZhdGVBY2NvdW50QnlQaW5OdW1iZXI6OmFtZW5jbGluaWNzOjpyb21hbi1hbmFAbGl2ZS5jb206OmEzZWQzZTVhNTZ4MTg0NjgwNzo6

**Username (Login):** *This will be your email address*
**Password:** *You will set your password when you follow the link above.*

***** Please save your portal password. Following your evaluation, we can share your medical records with you using this HIPAA compliant patient portal!*****

The following should be available to you after logging into our HIPAA compliant patient portal:

For Adults:
1) Adult intake (patient completes)
2) Adult supplemental (someone close to that patient completes - pertaining to patient)

**2nd. CONSENT FORMS:**

Please click here to complete your consent forms before your first scheduled appointment.

**Clinic Location: New York**

**Important Reminders for Scan Appointments**

- **You should not eat any food or chew gum within thirty minutes of your appointment. Please drink plenty of water to stay hydrated. Use of illicit drugs should be avoided within 24-hours of a scan appointment. In addition, please avoid ingesting caffeine (e.g. cola drinks, chocolate, coffee, tea, etc.), or cold medications on the morning of your scans. If you are sick and need to take cold medications, we will need to reschedule your scans.**
- **Regarding your current medications, in general we recommend:**
  - **Discontinue stimulants two days prior to your first scan.**
  - **For other psychiatric medications it depends on the particular half-life of each medication.**
  - **Always check with your doctor before reducing or discontinuing your medication. Only reduce or stop your medication under your doctor's supervision.**
- **If you need numbing cream prior to the injection, please plan to be at the clinic an hour before your scheduled scan time and notify us upon arrival.**

**We look forward to meeting you and being a part of your journey to brain health.**

**Please do not reply to this email. If we can be of any further assistance, please email us directly at the email address below.**

**In your service,**

**Amen Clinics New York City Front Office**
**newpatienteast@amenclinics.com**
**228 E. 45th St.**
**Suite 410**
**New York, NY 10017**
**Phone 646-736-3110**
**Fax 949-236-8691**

**The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.**

Outlook

## Amen Clinics Information

From Amen Clinics <noreply@mg.amenclinics.com>
Date Wed 11/20/2024 12:28 AM
To roman-ana@live.com <roman-ana@live.com>

Amen Clinics

Ana Roman,

Thank you for reaching out to Amen Clinics.

We understand that seeking support for your brain health is a very personal decision, and it can take a lot of courage. We applaud you for taking an important first step to a better brain, a better mind, and a better life!

At Amen Clinics, our approach is all about YOU.

To ensure that you receive the answers you want and the personalized solutions you (or your loved one) deserve, we're here to guide you through our simple 4-step process:

1. **Scan Your Brain** – Discover how your brain function is impacting your mental health, cognitive function, and behavior.

2. **Assess Your History** – Review the biological, psychological, social, and spiritual factors that influence your life.

3. **Get A Personalized Plan** – No more one-size-fits-all treatment. Our physicians will customize your treatment plan based on your specific brain type and individual needs.

4. **Get Real Results** – Medication alone to mask symptoms isn't the answer. A comprehensive brain-body approach that addresses the root causes of your symptoms is the key to feeling better fast and making it last.

This 4-step process works!

***Over 80% of our patients report significant improvement after six months***, according to outcome studies. These are some of the highest published outcomes in mental health.

Want to learn more about how our holistic brain-body approach can work for you or your loved one?

Check out our Patient Experience Video to see how this process looks in action. If you still have questions, take a look at the attached Patient Information Packet.

And if you want to see a dramatic patient story about how a brain scan can change your life, don't miss Dr.Amen's Ted Talk — it's already been viewed over *20 million times*.

Are you ready to take the next step to get a better brain and a better life? To schedule your appointment, contact us directly at (888) 288-9834.

To your brain health,

Ana Roman

P.S. In the meantime, if you'd like get powerful insights from Dr. Amen and the entire team at Amen Clinics about the brain and mental health, sign up for our newsletter.

Amen Clinics, Inc., 959 South Coast Drive Suite 100 Costa Mesa, CA 92626

844-872-9434

**Please find the attachments (Downloadable Links) below:**

- 18 Ways SPECT Can Help You-2022.pdf
- ACI-Information Packet 2024-Pricing.pdf
- ACI-NY-InfoBrochure-2023.pdf

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 4, 2025 4:17 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Accepted: ER Connect |

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 4, 2025 4:18 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Accepted: ER Connect |

Hi Joanna,

Thank you so much for reaching out.

This time certainly works. I am also available today if needed until 5pm.

Best,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Monday, April 7, 2025 4:31 PM
**To:** Sanchez, Joanna - HR
**Subject:** RE: ER Connect

Joanna,

I will be couple minutes late. On the call with manager.

Best,

Ana
-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Friday, April 4, 2025 4:14 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect
**When:** Monday, April 7, 2025 1:30 PM-2:00 PM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

My name is Joanna Sanchez, and I have been assigned to review your disciplinary action dispute. I would like to schedule this time to ask a few questions before I begin my review. Please let me know this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Monday, April 7, 2025 4:36 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Accepted: ER Connect |

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Monday, April 7, 2025 5:07 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | FW: Follow up- Ana Roman |
| **Attachments:** | Individual Development Plan- Ana Roman. January 2025.docx |

**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Tuesday, January 28, 2025 3:47 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** Follow up

Hi Ana,

Please find attached the Individual Development Plan that we discussed. I will partner with you and will send you a calendar invite for weekly meetings.

Regards,
Mari-Chris

Mari-Christina McGlinn
Senior Vice President
Talent Acquisition
732-403-0373

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Monday, April 7, 2025 5:07 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Performance Written Warning - Ana Roman |
| **Attachments:** | Performance_Roman_04-02-2025.pdf |

*Ana Maria Roman*
AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Wednesday, April 9, 2025 12:16 PM
**To:** Sanchez, Joanna - HR
**Subject:** RE: ER Connect

Hi Joanna,

Thank you for your time on Monday.

I will send you an email by end of the week with the information we discussed on Monday. I am truly not finding a lot of time to put things together due to the volume of work and tasks I am being given. But will do so little by little and hopefully will get it back to you by end of the week.

Thanks again,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
ana_maria.roman@bofa.com

---

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 7, 2025 4:31 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: ER Connect

Thank you for the update.

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Monday, April 7, 2025 1:31 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: ER Connect

Joanna,

I will be couple minutes late. On the call with manager.

Best,

Ana
-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Friday, April 4, 2025 4:14 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect
**When:** Monday, April 7, 2025 1:30 PM-2:00 PM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

My name is Joanna Sanchez, and I have been assigned to review your disciplinary action dispute. I would like to schedule this time to ask a few questions before I begin my review. Please let me know this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**From:** Roman, Ana Maria
**Sent:** Friday, April 11, 2025 5:27 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** ER Case- Ana Roman

Hello Joanna,

Happy Friday, hope you are well.

As promised, I am emailing you the information we discussed on Monday. With the proof of attachments for every statement that was made and every fact that happened. I am also mentioning which ones I agree with to be held accountable for. Meaning my mistakes.

The only reason why I acknowledged the first Letter of Education was not because I agreed with it, but because I was told that I have to acknowledge regardless. And I couldn't find the the time, nor the willingness to stand up for myself due to the volume of work and my health issues. However, I mentioned on the DOC I wrote with specifications what I agree with and what I disagree with. I also totally disagree with the WRITTEN WARNING. I do not believe that they were warranted.

Over my 7 years experience with the Bank, I am deeply disappointed of the way this situation was handled. I don't have any personal issues with my manager or anyone, I have always maintained a professional conduct and did my best at my job, but I am hoping to shed some light on this case. There was only one way of communication ( my mistakes being pointed out and resentful attitude of "picking up the pieces for giving me back access after failure of Sedgwick"). Very few statements I made were heard in my 1-1 conversations, the only support I was given were my approval of my vacation time and sick days. Other than that, I did not feel supported or helped in any positive way. MY 7 years of experience here and crossing 3 different lines of business working with different teammates will never compare with 20 years of working in HR for the Bank. However, generalizing every statement with "always", "often" etc. –(in my humble experience and judgement) - is not the TRUTH. I respect the leadership and fair judgement. But I wrote everything down and sent all these attachments – because I believe I am not being treated fairly, nor supported by the Bank (through my manager's responses) neither with my health, nor improving myself in any way by being given false generalizations.

The priority of the Bank is to promote a safe, productive, respectful environment for everyone at the company. Never in my life I had to sit and write this kind of email and I have never felt this way. I am not being supported, nor respected, nor appreciated for any of the added value I brought to this team (please let me know if you want me to provide excel spreadsheets with the conversations I am having with my clients- the enterprise employees throughout different lines of business- as well as recognition cards and emails with positive feedback from my calls. Also with positive feedback after the presentations I was co-hosting on.)

I believe in the Bank and in the fair treatment of all employees, their support for their health and also for their improvement.

Hope this helps,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 18, 2025 2:41 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: ER Case- Ana Roman |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Joanna,

I am circling back over here.

I know that Scott Mealus had a similar situation with mine- a very condescending and belittling attitude from our manager towards him. I know he did not report to the ER before he was let go, but after his departure I found out from him that he felt poorly treated. The "support" he was given was not real support, actually it made his situation ever worse. Not only that he didn't feel appreciated, but he felt belittled. I am aware that he was "punished' or better said- retaliated- for a similar situation – the fact that our manager had to "pick up the pieces" and give him his access back (even though it wasn't completely his fault that he had lost access). And this brought frustration to our manager which led to him being put on an Individual Development Plan. – Please feel free to look into this.

He was very valuable to the team and to the Bank also, was an Exceeds- Exceeds performer, a subject matter expert in what he saw doing and always looking to improve processes and make things better, a great co-worker and certainly an amazing presence (not to say Executive presence), yet he faced difficulties with our manager. Indeed, he mentioned to me that he had a rough time in his personal life, but instead of receiving the proper help from our leader, he was put on an Individual Development Plan- just like I was- and the "support" he was "given" was actually to be let go. It's really saddening to know these things and I truly believe that someone should take a look into this.

I believe that the Bank is 100% committed to maintain good character, morals and valuable people that are an asset to the company. Yet valuable teammates left our team and/or the company – and the reasons didn't seem to be clear. But the leadership in this case seems to be not so "transparent" and it became a very serious problem. Considering the Bank's reputation and values, I do not believe that the management of this team is representative for Bank of America.

I really hope this pieces of information will help you get some clarity over this situation. I know ER won't be doing this, but Scott Mealus would be happy to talk about this situation if someone decides to call him.

Thank you for your support in this matter,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 11, 2025 5:27 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | ER Case- Ana Roman |
| **Attachments:** | RE: Ana Personal Time- ; RE: Employee Resources; RE: ACTION NEEDED: Job Architecture and Minimum Education and Qualifications Training ; RE: Action Required by Nov. 25: Information Protection and Cybersecurity Training Attendance; RE: HVD Excessive Failed Credentials by User Name \| 784796109471; RE: HVD Excessive Failed Credentials by User Name \| 784796109471; RE: Required OFCCP Mock Audit Training ; Recover Ana; Individual Development Plan- Ana Roman. January 2025-Completed.docx; RE: Operations TC Members to Contact; RE: Please Reassign to New Advisor Request - Quincy Goode; RE: Question; RE: Resume; RE: TAR; RE: TAR; RE: Group EMC Session List; AnaRoman.LE&WW.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Joanna,

Happy Friday, hope you are well.

As promised, I am emailing you the information we discussed on Monday. With the proof of attachments for every statement that was made and every fact that happened. I am also mentioning which ones I agree with to be held accountable for. Meaning my mistakes.

The only reason why I acknowledged the first Letter of Education was not because I agreed with it, but because I was told that I have to acknowledge regardless. And I couldn't find the the time, nor the willingness to stand up for myself due to the volume of work and my health issues. However, I mentioned on the DOC I wrote with specifications what I agree with and what I disagree with. I also totally disagree with the WRITTEN WARNING. I do not believe that they were warranted.

Over my 7 years experience with the Bank, I am deeply disappointed of the way this situation was handled. I don't have any personal issues with my manager or anyone, I have always maintained a professional conduct and did my best at my job, but I am hoping to shed some light on this case. There was only one way of communication ( my mistakes being pointed out and resentful attitude of "picking up the pieces for giving me back access after failure of Sedgwick"). Very few statements I made were heard in my 1-1 conversations, the only support I was given were my approval of my vacation time and sick days. Other than that, I did not feel supported or helped in any positive way. MY 7 years of experience here and crossing 3 different lines of business working with different teammates will never compare with 20 years of working in HR for the Bank. However, generalizing every statement with "always", "often" etc. –(in my humble experience and judgement) - is not the TRUTH. I respect the leadership and fair judgement. But I wrote everything down and sent all these attachments – because I believe I am not being treated fairly, nor supported by the Bank (through my manager's responses) neither with my health, nor improving myself in any way by being given false generalizations.

The priority of the Bank is to promote a safe, productive, respectful environment for everyone at the company. Never in my life I had to sit and write this kind of email and I have never felt this way. I am not being supported, nor respected, nor appreciated for any of the added value I brought to this team (please let me know if you want me to provide excel spreadsheets with the conversations I am having with my clients- the enterprise employees throughout different lines of

business- as well as recognition cards and emails with positive feedback from my calls. Also with positive feedback after the presentations I was co-hosting on.)

I believe in the Bank and in the fair treatment of all employees, their support for their health and also for their improvement.

Hope this helps,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
ana_maria.roman@bofa.com

BANK OF AMERICA

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 18, 2025 2:41 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: ER Case- Ana Roman |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Joanna,

I am circling back over here.

I know that Scott Mealus had a similar situation with mine- a very condescending and belittling attitude from our manager towards him. I know he did not report to the ER before he was let go, but after his departure I found out from him that he felt poorly treated. The "support" he was given was not real support, actually it made his situation ever worse. Not only that he didn't feel appreciated, but he felt belittled. I am aware that he was "punished' or better said- retaliated- for a similar situation – the fact that our manager had to "pick up the pieces" and give him his access back (even though it wasn't completely his fault that he had lost access). And this brought frustration to our manager which led to him being put on an Individual Development Plan. – Please feel free to look into this.

He was very valuable to the team and to the Bank also, was an Exceeds- Exceeds performer, a subject matter expert in what he saw doing and always looking to improve processes and make things better, a great co-worker and certainly an amazing presence (not to say Executive presence), yet he faced difficulties with our manager. Indeed, he mentioned to me that he had a rough time in his personal life, but instead of receiving the proper help from our leader, he was put on an Individual Development Plan- just like I was- and the "support" he was "given" was actually to be let go. It's really saddening to know these things and I truly believe that someone should take a look into this.

I believe that the Bank is 100% committed to maintain good character, morals and valuable people that are an asset to the company. Yet valuable teammates left our team and/or the company – and the reasons didn't seem to be clear. But the leadership in this case seems to be not so "transparent" and it became a very serious problem. Considering the Bank's reputation and values, I do not believe that the management of this team is representative for Bank of America.

I really hope this pieces of information will help you get some clarity over this situation. I know ER won't be doing this, but Scott Mealus would be happy to talk about this situation if someone decides to call him.

Thank you for your support in this matter,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**BANK OF AMERICA**

**From:** Roman, Ana Maria
**Sent:** Friday, April 11, 2025 5:27 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** ER Case- Ana Roman

Hello Joanna,

Happy Friday, hope you are well.

As promised, I am emailing you the information we discussed on Monday. With the proof of attachments for every statement that was made and every fact that happened. I am also mentioning which ones I agree with to be held accountable for. Meaning my mistakes.

The only reason why I acknowledged the first Letter of Education was not because I agreed with it, but because I was told that I have to acknowledge regardless. And I couldn't find the the time, nor the willingness to stand up for myself due to the volume of work and my health issues. However, I mentioned on the DOC I wrote with specifications what I agree with and what I disagree with. I also totally disagree with the WRITTEN WARNING. I do not believe that they were warranted.

Over my 7 years experience with the Bank, I am deeply disappointed of the way this situation was handled. I don't have any personal issues with my manager or anyone, I have always maintained a professional conduct and did my best at my job, but I am hoping to shed some light on this case. There was only one way of communication ( my mistakes being pointed out and resentful attitude of "picking up the pieces for giving me back access after failure of Sedgwick"). Very few statements I made were heard in my 1-1 conversations, the only support I was given were my approval of my vacation time and sick days. Other than that, I did not feel supported or helped in any positive way. MY 7 years of experience here and crossing 3 different lines of business working with different teammates will never compare with 20 years of working in HR for the Bank. However, generalizing every statement with "always", "often" etc. –(in my humble experience and judgement) - is not the TRUTH. I respect the leadership and fair judgement. But I wrote everything down and sent all these attachments – because I believe I am not being treated fairly, nor supported by the Bank (through my manager's responses) neither with my health, nor improving myself in any way by being given false generalizations.

The priority of the Bank is to promote a safe, productive, respectful environment for everyone at the company. Never in my life I had to sit and write this kind of email and I have never felt this way. I am not being supported, nor respected, nor appreciated for any of the added value I brought to this team (please let me know if you want me to provide excel spreadsheets with the conversations I am having with my clients- the enterprise employees throughout different lines of business- as well as recognition cards and emails with positive feedback from my calls. Also with positive feedback after the presentations I was co-hosting on.)

I believe in the Bank and in the fair treatment of all employees, their support for their health and also for their improvement.

Hope this helps,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Wednesday, April 23, 2025 5:00 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: ER Case- Ana Roman |

Thank you for this, Joanna. I passed your contact info to Scott.

Hope you have a great day,

Ana

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 21, 2025 6:52 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: ER Case- Ana Roman

Hello Ana Maria,

I apologize for the delay in my response. I do not contact former associates, however you may provide my contact information to Scott and he can reach out me if he would like.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
BANK OF AMERICA

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Friday, April 18, 2025 11:41 AM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: ER Case- Ana Roman

Hello Joanna,

I am circling back over here.

I know that Scott Mealus had a similar situation with mine- a very condescending and belittling attitude from our manager towards him. I know he did not report to the ER before he was let go, but after his departure I found out from him that he felt poorly treated. The "support" he was given was not real support, actually it made his situation ever worse. Not only that he didn't feel appreciated, but he felt belittled. I am aware that he was "punished' or better said-retaliated- for a similar situation – the fact that our manager had to "pick up the pieces" and give him his access back

(even though it wasn't completely his fault that he had lost access). And this brought frustration to our manager which led to him being put on an Individual Development Plan. – Please feel free to look into this.

He was very valuable to the team and to the Bank also, was an Exceeds- Exceeds performer, a subject matter expert in what he saw doing and always looking to improve processes and make things better, a great co-worker and certainly an amazing presence (not to say Executive presence), yet he faced difficulties with our manager. Indeed, he mentioned to me that he had a rough time in his personal life, but instead of receiving the proper help from our leader, he was put on an Individual Development Plan- just like I was- and the "support" he was "given" was actually to be let go. It's really saddening to know these things and I truly believe that someone should take a look into this.

I believe that the Bank is 100% committed to maintain good character, morals and valuable people that are an asset to the company. Yet valuable teammates left our team and/or the company – and the reasons didn't seem to be clear. But the leadership in this case seems to be not so "transparent" and it became a very serious problem. Considering the Bank's reputation and values, I do not believe that the management of this team is representative for Bank of America.

I really hope this pieces of information will help you get some clarity over this situation. I know ER won't be doing this, but Scott Mealus would be happy to talk about this situation if someone decides to call him.

Thank you for your support in this matter,

Ana Maria Roman

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

**From:** Roman, Ana Maria
**Sent:** Friday, April 11, 2025 5:27 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** ER Case- Ana Roman

Hello Joanna,

Happy Friday, hope you are well.

As promised, I am emailing you the information we discussed on Monday. With the proof of attachments for every statement that was made and every fact that happened. I am also mentioning which ones I agree with to be held accountable for. Meaning my mistakes.

The only reason why I acknowledged the first Letter of Education was not because I agreed with it, but because I was told that I have to acknowledge regardless. And I couldn't find the the time, nor the willingness to stand up for myself due to the volume of work and my health issues. However, I mentioned on the DOC I wrote with specifications what I

**Roman, Ana Maria**

---

**From:** Roman, Ana Maria
**Sent:** Friday, April 25, 2025 12:41 PM
**To:** Sanchez, Joanna - HR
**Subject:** Accepted: ER Connect

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Friday, April 25, 2025 12:41 PM
**To:** Sanchez, Joanna - HR
**Subject:** Accepted: ER Connect

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, April 25, 2025 2:07 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | FW: Ana/ MC Biweekly TB |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Joanna,

Please see below the email I sent out to my manager and copied her manager also.

This situation is becoming more stressful with every conversation her and I are having. Her attitude is very condescending, disrespectful and completely out of any professional conduct. I forgot to mention that she refused me the opportunity to do volunteering work for the Bank – this is something I will bring up on our conversation on Monday).

Thank you,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

---

**From:** Roman, Ana Maria
**Sent:** Friday, April 25, 2025 1:58 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Cc:** Oliver, Emily W - CHARLOTTE NC <emily.w.oliver@bofa.com>
**Subject:** RE: Ana/ MC Biweekly TB

Hello MC,

As promised, the trainings will get done today by EOD (will be working outside of working hours) – in spite of the fact that the due date for the **trainings is 5/2/2025.**

I also want to let you know that I have never felt this way- you are talking to me in a very condescending manner and you are belittling me, you keep talking down to me and this is not only unprofessional, but undeserving. I would suggest to work together in finding a middle ground moving forward- either have a third party on our calls, either have Emily on our calls, someone else from the team or someone from ER. At this point in time, the tone of your voice, your assumptions, your double standards and your attitude is far from "helpful" for my professional development or growth. It is not healthy, it keeps me away from performing my job in a joyful and productive manner and it chips away my confidence- which is 100% contradictory of the goal that you mentioned –"to build confidence". I am a very confident person with a lot of self respect for myself and also towards other people. I do believe that the treatment you are giving me is unfair and it does not align with any of the Bank's values.

The Bank's priority is to provide a safe, productive and respectful environment **for all the employees**. In 7 years at the Bank, I have interacted with different leadership styles and I have never experienced what I am experiencing with you right now. Never experienced a condescending leader, someone who talks down on me like you do and is completely oblivious of the fact that I am a respectable adult. I am also part of this team and I have the same rights as you do. I am not expecting your recognition or praises for all the work I do for the Bank and our team, I am not even expecting any apologies for the unfair treatment that you applied to me in the past months. Yet – I am letting you know that your 1-1 "support" calls are not of support due to your tone, the double standards, the belittling and condescending attitude and your micromanagement. What you are doing is not helpful, it is actually doing the opposite, you are putting me down.

I hope you can appreciate my openness and willingness to work through this together.

I am looking forward to collaborating with you in a productive manner in the future,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

-----Original Appointment-----
**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Monday, July 22, 2024 2:07 PM
**To:** McGlinn, Mari-Christina Q; Roman, Ana Maria
**Subject:** Ana/ MC Biweekly TB
**When:** Friday, April 25, 2025 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** webex

-- Do not delete or change any of the following text. --

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Monday, April 28, 2025 5:45 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: Case update |

Hi Joanna,

Thank you for this, I appreciate the answer back.

Also, I won't be able to gather and put together the email I promised I will send you about feedback on presentations, but will try to find some time in the next few days. Currently working on getting done the trainings.

Thank you again,

Ana Maria Roman

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 28, 2025 5:42 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** Case update

Hi Ana Maria!

I had an opportunity to have a quick conversation with Mari-Christina. She advised that going forward there will be a second person on the calls between you both. That should either be one of the team leads or her direct manager Emily.

In the meantime, I will continue my review and I will follow up if I have any questions.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America

AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
BANK OF AMERICA

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Thursday, May 8, 2025 10:32 AM
**To:** Sanchez, Joanna - HR
**Subject:** RE: Case update

Joanna,

I put time on my calendar tomorrow to send you the promised emails.

Thank you for your patience,

Ana

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 28, 2025 5:50 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Case update

That sounds good, thank you!

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
BANK OF AMERICA

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Monday, April 28, 2025 2:45 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: Case update

Hi Joanna,

Thank you for this, I appreciate the answer back.

Also, I won't be able to gather and put together the email I promised I will send you about feedback on presentations, but will try to find some time in the next few days. Currently working on getting done the trainings.

Thank you again,

Ana Maria Roman
AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
ana_maria.roman@bofa.com

BANK OF AMERICA

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 28, 2025 5:42 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** Case update

Hi Ana Maria!

I had an opportunity to have a quick conversation with Mari-Christina. She advised that going forward there will be a second person on the calls between you both. That should either be one of the team leads or her direct manager Emily.

In the meantime, I will continue my review and I will follow up if I have any questions.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
BANK OF AMERICA

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Tuesday, May 20, 2025 7:43 PM
**To:** Sanchez, Joanna - HR
**Subject:** Accepted: ER Connect

**Roman, Ana Maria**

---

**From:** Roman, Ana Maria
**Sent:** Wednesday, May 21, 2025 9:29 AM
**To:** Sanchez, Joanna - HR
**Subject:** Accepted: ER Connect

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Wednesday, May 21, 2025 9:30 AM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Accepted: ER Connect |

Hi Joanna,

It does work. I have a team meeting at 2pm, so we should be good.

Thank you again,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Friday, May 23, 2025 3:20 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: ER Case- Ana Roman |
| **Attachments:** | RecognitionCards_Presentations.1-1..docx; Copy of 2025 client list_Ana Roman.xlsx; Presentation SkillsAna.docx; Appreciation & Thanks; MyCareer Toolkit- Presentation ; Developing A Dynamic Resume; Developing A Dynamic Resume; AnaRoman.LE&WW.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Joanna,

Thank you for your time this week.

As promised, I am attaching the info I mentioned:

- In the 1st Word Doc you will find the **recognition cards received after delivering presentations, as well as 1-1 calls with talent community members**.
- In the 2nd excel spreadsheet- you will find the number of calls for each month- 1-1 calls- all the details can be found in Avature if needed- this is a sheet so I can track the volume. Please note that after In February it was announced that we need to have **55 calls** scheduled monthly. For me- **Feb 56, March -39 with 2 weeks vacation also, April -90 , May-I am trending at 70 with** plenty of success **stories.**
- In the 3rd Word document you will find couple of communications **with some of my teammates: Patrick, Monali and Crystal – after one of my presentations about my presentation skills.**
- The 4th doc- is an email from one employee after he received a new job offer after **the support he received from me as an advisor**.
- The 5th doc- is an email from Barry Mulan, **Director, Business Strategy and Initiative Manager** in Midwest Region- **showing appreciation for a morning session presentation and requesting couple of sessions for his market**.
- The 6th doc- is an email **from Hyatt Grace- the Community Relations Manager from Florida market** requesting **the facilitation** of couple of virtual sessions after one of her teammates listened in to my presentation for Fort Lauderdale market.

Please note that my team (the Internal Mobility Team)- just recently started to put together work so that each member of this team can develop presentation skills. This stands **as proof that each team member is a work in progress** when it comes to **presentation skills as well as each and every one of us has a different style. My recognition cards as well as the requests to present for other markets stand as proof that I am being appreciated for my work.. Also, there are no metrics in my job offer related to the presentation skills, there are no SMART goals , therefore no metrics to be measured by when it comes to presentation skills- that leads to SUBJECTIVITY.**

Also- to get back to what you said that my written warning is mainly about my presentation skills- I am attaching again the word document that contains the written warning in it as well as my notes. Please review carefully as that written warning is not mainly about presentation skills and whatever is stated is not warranted.

With all due respect, I would like my case to be reviewed. I agree 100% with the Letter of Education, but not with the Written Warning. Not to mention that there was no discussion in between the 2 – the letter of education and the written

warning. I can easily point out that leadership/manager failed to have that discussion with me before issuing a written warning- but again- **that is a leadership/style that I cannot discuss because it is a preference- just like my presentation skills are also a preference**. To some, I am great. To other, I am less great. So please let's keep an objective eye on this situation.

Thank you & looking forward to further discuss,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
ana_maria.roman@bofa.com

BANK OF AMERICA

---

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Monday, April 21, 2025 6:52 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: ER Case- Ana Roman

Hello Ana Maria,

I apologize for the delay in my response. I do not contact former associates, however you may provide my contact information to Scott and he can reach out me if he would like.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
BANK OF AMERICA

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Friday, April 18, 2025 11:41 AM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: ER Case- Ana Roman

Hello Joanna,

*Ana Maria Roman*
AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Thursday, June 5, 2025 10:19 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect
**When:** Friday, June 6, 2025 6:30 AM-7:00 AM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

I am scheduling this time to follow up on your case. Please let me know if this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Monday, June 9, 2025 9:45 AM
**To:** Sanchez, Joanna - HR
**Subject:** RE: ER Connect

Hello Joanna,

I was OOO on Friday, felt sick Thursday night and emailed my manager about it.

I can connect today in the afternoon if you have time.

Thank you,

Ana

-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Thursday, June 5, 2025 10:19 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect
**When:** Friday, June 6, 2025 6:30 AM-7:00 AM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

I am scheduling this time to follow up on your case. Please let me know if this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**Roman, Ana Maria**

---

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Wednesday, June 11, 2025 3:09 PM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | RE: ER Connect - reschedule |

Hi Joanna,

Hope you are well. I was OOO on Friday because I got sick.

Please let me know when would you like to meet next.

Best,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

BANK OF AMERICA

-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Thursday, June 5, 2025 10:19 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect
**When:** Friday, June 6, 2025 6:30 AM-7:00 AM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

I am scheduling this time to follow up on your case. Please let me know if this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria <ana_maria.roman@bofa.com> |
| **Sent:** | Thursday, June 12, 2025 8:20 AM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Accepted: ER Connect |

This works,

Thank you

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Roman, Ana Maria |
| **Sent:** | Wednesday, July 23, 2025 10:56 AM |
| **To:** | Sanchez, Joanna - HR |
| **Subject:** | Connect - |

Hello Joanna,

Hope you are well. Reaching out to see if there is any time we could possibly meet this week.

Thank you,

Ana

---

**From:** Roman, Ana Maria
**Sent:** Wednesday, June 11, 2025 3:09 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: ER Connect - reschedule

Hi Joanna,

Hope you are well. I was OOO on Friday because I got sick.

Please let me know when would you like to meet next.

Best,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Appointment-----
**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Thursday, June 5, 2025 10:19 PM
**To:** Sanchez, Joanna - HR; Roman, Ana Maria
**Subject:** ER Connect

**When:** Friday, June 6, 2025 6:30 AM-7:00 AM (UTC-07:00) Arizona.
**Where:** BL 866.845.0743 / PC 126 359 29#

Hello Ana Maria,

I am scheduling this time to follow up on your case. Please let me know if this time does not work for you.

Thank you,

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Wednesday, July 23, 2025 12:06 PM
**To:** Sanchez, Joanna - HR
**Subject:** RE: Connect -

Calling you

---

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Wednesday, July 23, 2025 11:45 AM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Connect -

You can call me at 9 – 602-523-4176.

Thank you,

When and How to Contact Employee Relations

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, July 23, 2025 8:23 AM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: Connect -

I can call you at 12. Or will you send out a calendar invite?

---

**From:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Sent:** Wednesday, July 23, 2025 11:15 AM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Connect -

Hello Ana Maria,

I will be available in an hour if that would work for you. Thursday and Friday are pretty open for me if any of those two days work for you.

Thank you,

When and How to Contact Employee Relations

Joanna Sanchez
VP, Employee Relations Consultant
Global Human Resources
Employee Relations
Bank of America
AZ1-200-14-55, 201 E Washington St, Phoenix, AZ 85004
T 602.523.4176 F 415-796-1532
joanna.sanchez@bofa.com
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, July 23, 2025 7:56 AM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** Connect -

Hello Joanna,

Hope you are well. Reaching out to see if there is any time we could possibly meet this week.

Thank you,

Ana

---

**From:** Roman, Ana Maria
**Sent:** Wednesday, June 11, 2025 3:09 PM
**To:** Sanchez, Joanna - HR <joanna.sanchez@bofa.com>
**Subject:** RE: ER Connect - reschedule

Hi Joanna,

Hope you are well. I was OOO on Friday because I got sick.

Please let me know when would you like to meet next.

Best,

**Roman, Ana Maria**

| | |
|---|---|
| **Subject:** | FW: Placeholder: Kingsborough Community College Career Fair from 11am- 2pm |
| **Location:** | 2001 Oriental Boulevard, Brooklyn, NY 11235 |
| **Start:** | Wed 4/9/2025 11:00 AM |
| **End:** | Wed 4/9/2025 2:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Giuliano, Liza |

-----Original Appointment-----
**From:** Giuliano, Liza <liza.giuliano@bofa.com>
**Sent:** Wednesday, January 15, 2025 1:12 PM
**To:** Giuliano, Liza; Roman, Ana Maria
**Subject:** Placeholder: Kingsborough Community College Career Fair from 11am- 2pm
**When:** Wednesday, April 9, 2025 11:00 AM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 2001 Oriental Boulevard, Brooklyn, NY 11235

Thanks Ana!

**Roman, Ana Maria**

| | |
|---|---|
| **Subject:** | FW: Placeholder: LaGuardia CC Career Fair from 11am- 4pm |
| **Location:** | 31-10 Thomson Avenue Long Island City, New York 11101 E-Building Atrium |
| **Start:** | Wed 4/2/2025 11:00 AM |
| **End:** | Wed 4/2/2025 4:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Giuliano, Liza |

MC,

I also wanted to let you know about this. The Job Career Fair for Bank of America at LaGuardia College on April 2nd from 11- 4pm.

Ana

-----Original Appointment-----
**From:** Giuliano, Liza <liza.giuliano@bofa.com>
**Sent:** Wednesday, January 15, 2025 1:08 PM
**To:** Giuliano, Liza; Roman, Ana Maria
**Subject:** Placeholder: LaGuardia CC Career Fair from 11am- 4pm
**When:** Wednesday, April 2, 2025 11:00 AM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 31-10 Thomson Avenue Long Island City, New York 11101 E-Building Atrium

Thanks so much, Ana!

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Tuesday, March 11, 2025 4:27 PM
**To:** Giuliano, Liza; Roman, Ana Maria
**Subject:** Conversation with Giuliano, Liza

**Roman, Ana Maria 4:24 PM:**

can I give you a quick call?

**Giuliano, Liza 4:25 PM:**

Hi- sure. call my personal cell

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Tuesday, March 11, 2025 4:48 PM
**To:** Giuliano, Liza; McGlinn, Mari-Christina Q
**Subject:** RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm

Hi Liza,

Hope you are well & hope you are having a great Tuesday so far.

I committed to participate to both of career fairs, but I am reaching out to ask if there is any way you could potentially any coverage for the Career Fairs on Wednesday, April 2nd at LaGuardia & the one on April 9th at Kingsborough.

I am cc-ing my manager over here as well, Mari-Christina McGlinn, for awareness.

Thank you,

*Ana Maria Roman*
AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
ana_maria.roman@bofa.com

BANK OF AMERICA

-----Original Appointment-----
**From:** Giuliano, Liza <liza.giuliano@bofa.com>
**Sent:** Wednesday, January 15, 2025 1:08 PM
**To:** Giuliano, Liza; Roman, Ana Maria
**Subject:** Placeholder: LaGuardia CC Career Fair from 11am- 4pm
**When:** Wednesday, April 2, 2025 11:00 AM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 31-10 Thomson Avenue Long Island City, New York 11101 E-Building Atrium

Thanks so much, Ana!

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Tuesday, March 11, 2025 4:52 PM
**To:** Giuliano, Liza; McGlinn, Mari-Christina Q
**Subject:** RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm

*Re-reading my email-

*Find any coverage, sorry for that.

---

**From:** Roman, Ana Maria
**Sent:** Tuesday, March 11, 2025 4:48 PM
**To:** Giuliano, Liza <liza.giuliano@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm

Hi Liza,

Hope you are well & hope you are having a great Tuesday so far.

I committed to participate to both of career fairs, but I am reaching out to ask if there is any way you could potentially any coverage for the Career Fairs on Wednesday, April 2nd at LaGuardia & the one on April 9th at Kingsborough.

I am cc-ing my manager over here as well, Mari-Christina McGlinn, for awareness.

Thank you,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Appointment-----
**From:** Giuliano, Liza <liza.giuliano@bofa.com>
**Sent:** Wednesday, January 15, 2025 1:08 PM
**To:** Giuliano, Liza; Roman, Ana Maria

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Giuliano, Liza |
| **Sent:** | Wednesday, March 12, 2025 9:12 AM |
| **To:** | Roman, Ana Maria |
| **Cc:** | McGlinn, Mari-Christina Q |
| **Subject:** | RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm |

Hi Ana,

I think I can manage on 4/9 but for the 4/2 event at LaGuardia, last year, you and I connected with over 300 students. With such short notice, and I already tapped into my network in NY for other events that day, it's probably going to be difficult for me to find someone.

Do you know of someone in your network or in the office that can assist in your place?

Thank you!

**Liza D. Giuliano**
Vice President; Program Manager
Global Human Resources- Community Partnerships
T: 908-522-7204
liza.giuliano@bofa.com

Connect with us:

BANK OF AMERICA

---

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Tuesday, March 11, 2025 4:48 PM
**To:** Giuliano, Liza <liza.giuliano@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm

Hi Liza,

Hope you are well & hope you are having a great Tuesday so far.

I committed to participate to both of career fairs, but I am reaching out to ask if there is any way you could potentially any coverage for the Career Fairs on Wednesday, April 2nd at LaGuardia & the one on April 9th at Kingsborough.

I am cc-ing my manager over here as well, Mari-Christina McGlinn, for awareness.

Thank you,

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Giuliano, Liza |
| **Sent:** | Wednesday, March 12, 2025 9:12 AM |
| **To:** | Roman, Ana Maria |
| **Cc:** | McGlinn, Mari-Christina Q |
| **Subject:** | RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm |

Hi Ana,

I think I can manage on 4/9 but for the 4/2 event at LaGuardia, last year, you and I connected with over 300 students. With such short notice, and I already tapped into my network in NY for other events that day, it's probably going to be difficult for me to find someone.

Do you know of someone in your network or in the office that can assist in your place?

Thank you!

**Liza D. Giuliano**
Vice President; Program Manager
Global Human Resources- Community Partnerships
T: 908-522-7204
liza.giuliano@bofa.com

Connect with us:

BANK OF AMERICA

---

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Tuesday, March 11, 2025 4:48 PM
**To:** Giuliano, Liza <liza.giuliano@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Placeholder: LaGuardia CC Career Fair from 11am- 4pm

Hi Liza,

Hope you are well & hope you are having a great Tuesday so far.

I committed to participate to both of career fairs, but I am reaching out to ask if there is any way you could potentially any coverage for the Career Fairs on Wednesday, April 2nd at LaGuardia & the one on April 9th at Kingsborough.

I am cc-ing my manager over here as well, Mari-Christina McGlinn, for awareness.

Thank you,

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Thursday, October 31, 2024 11:45 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Liza Giuliano

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Liza Giuliano has recognized you for the following reason: Realize the power of our people.

"Ana, I wanted to take a moment to thank you for your time and support at the LaGuardia Community College Career Fair. Together, we truly realize the power of our people and I certainly could not have done it without you. Thank you again for your commitment and going the extra mile!

Liza Giuliano"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2024 Bank of America Corporation. All rights reserved.
For Internal Use Only.

EXHIBIT 2. A. SCOTT'S TEXTS










8:30
SM
Scott
Oh my gosh, I love you
I am so sorry I haven't returned your phone call; I have just been in a funk
How are you?
Love you, Scott!
No worries, I hope you are well. Hope things are better and you are joyful and lighter than when u left the Bank
I m well, hope to be even better
How are you, how have you been!? What s the plan? Any potential hires?
I love you too, and am so grateful for you. I definitely needed the break, but still not sure what's next. Is there anything exciting going on with you?


8:30
SM
Scott
ugh!! Same management style, MC was off this week, tomorrow she s in the office. Same old same old. U re not missing on anything!
I m handling presentations and 1-1 calls
On the personal side, nothing yet!
Wish to have some news by end of the year. Praying
I sure do miss you
I miss you!!!


8:30
SM
Scott
U know exactly what I m talking about
I definitely don't miss that, and definitely struggled with that... a lot
Some individual contributors should never become managers just because of the tenure
Agreed
If they re missing leadership skills, stay as an individual contributor
I was struggling mentally and that was hard for me
I m sorry, Scott!
And I figured!
and Emily probably didnt help ur case either


8:30
SM
Scott
I'm sorry, Scott
And I figured
and Emily probably didn't help ur case either
I didn't have a supportive environment
Emily was actually good
Clearly!
She was incredibly supportive
I have no contact w Emily
But MC talks to us like with her 5yo son
She is actually very sweet, and incredibly supportive
That's good!
Yes she does, and that made


8:30
SM
Scott
I didn't have a supportive environment
Emily was actually good
Clearly!
She was incredibly supportive
I have no contact w Emily
But MC talks to us like with her 5yo son
She is actually very sweet, and incredibly supportive
that's good!
Yes she does, and that made things so much worse for my mental state
I dont feel supported at all by MC
She just says so- but she's making things harder


8:31
SM
Scott
I dont feel supported at all by MC
She just says so- but she's making things harder
This is where I was at
I'm not letting shit slide anymore
It's good u did what was good for u
But I'm not happy u left because of her
And I knew it was a big piece of the reason
Reason
Scott
I found out something
If u feel that u were wrongfully terminated, u can still call ER.
And when there are 2 people or 2 claims- it gives credibility and


8:31
SM
Scott
I believe u should do this. But let me know.
I can give you the ER number if you want
I signed an agreement that I wouldn't
Oh really?
Hmm, that's weird. I know different policy then.
Yes. In order to receive my special agreement
If there is an EE that believed to be wrongfully terminated, he/she is entitled to call and report
oh
ohhh
They gave me three months


8:31
SM
Scott
Makes sense
well-
If they call u to ask-
let them know
I will definitely tell my story
I miss you even more!!!
I miss you
I miss you the most
let's see what's gonna happen!
Keeping u posted
Maybe will get u back


8:31
SM
Scott
Maybe will get u back
more money too- let's see.... I dunno
I hope they'll figure out the issue with the management style
Will see
Keep me posted
Will do
Hey Scott
I got some news for u
Let me know if u have couple min to talk


8:31
SM
Scott
Joanna Sanchez - VP, Employee Relations Consultant- (Arizona based)
602-523-4176
Joanna.sanchez@bofa.com
I am also trying to find out more about this, about the options of either being reconsidered for your role after you ve been unfairly treated or the option for you to re-apply. One that is going through a rough time is not supposed to be let go or shoved under the rug, the support is actually being kept, put under discipline, really supported in the role until one overcomes. This is true help. Not getting rid of people.
Awwwww. Thank you
🙏 stand up for yourself, my friend!
If you dont do it, no one will. It


8:31
SM
Scott
Awwwww. Thank you
🙏 stand up for yourself, my friend!
If you dont do it, no one will. It happened that I opened this case, take advantage of it and get back in the boat!!!!
U ve been thrown out, get back in!
I definitely will
U re an Aries! You do not give up! ❤️ love you
Hahahaha
Give me a call when u can
Please 🙏


8:31
SM
Scott
Give me a call when u can
Please 🙏
I cannot promise you this because al am unsure of what the future holds, but I will do my best to repay you.
You don't owe me anything
I did leave a message
I do believe you are eligible for re-hire. I hope that things will move fast towards solving this situation. I didn't start looking outside at all because I wanted to stay within the Bank. Not sure what s going to happen, things are clear for me, I hope that the Bank has discernment in this situation and I hope that you will come back in leadership role.
I dont owe you, but your feedback will help and support this case I opened. And for that I


8:32
SM
Scott
I actually am not eligible for re-hire. That was in the agreement I signed
I will find out if that still stands if it s going to be determined that you were unfairly treated
Because if this case will bring things to light, that u were unfairly treated and you also have internal support, circumstances should be different. Will inquire
IMG_8922.heic
Have a beautiful May, my friend!


8:32
SM
Scott
Have a beautiful May, my friend!
Awww. Thank you so much my friend!!
Miss u
I miss you too. How are you?
I'm well, here at work... Feeling better mentally, but looking for something else
Shit s been the same
Have u found something else?
I haven't yet


8:32
SM
Scott
Shit's been the same
Have u found something else?
I haven't yet
U re probably not looking either
lol yes I am
Wanna get u back there
Can u apply?
Delivered
Unfortunately I can't

EXHIBIT 2. B. LIZA GIULIANO's TEXTS










1:25
New iMessage
Thank you
Thank you! I hope we don't have to find someone else


1:26
New iMessage
No worries And I appreciate you


1:26
New iMessage
Yes, I did
Can you talk?
Really wanted to do that event
Or coffee


1:26
New iMessage
Did MC email you?
I wasnt fast to reply!
Thanks! No worries! I'll be there from 11am-4pm so I think I'll probably head right home after that long day 😩 we'll talk tomorrow
My manager found me someone
Oky doky
Probably for the best of my manager too?
Chat tomorrow
PS. Am I in trouble?


1:26
New iMessage
I mean- If you went to your manager- that must have went through my manager somehow
Hope i didnt cause you any issues
We're not in trouble
Alright. PS. Was super open with you about my situation. Truly want to be doing events- the fun part of the job- volunteering , community, networking
I just feel restricted tons right now- and I truly feel that I'm doing lots of work - like Rihanna said.... Work work work work work.
I understand totally and I'm sorry you are going through this ❤️


1:26
New iMessage
I understand totally and I'm sorry you are going through this ❤️
Thank you, Liza ❤️ 🙏 Appreciate you a lot. Things will shift soon, Ion focused on bettering everything
They let me go from the Bank after one year of mistreatment and harrassment.
If you want to talk- feel free to call me when u have time.
I'm so sorry to hear that, Ana
Hey Liza, How are you?

**Roman, Ana Maria**

**From:** McGlinn, Mari-Christina Q
**Sent:** Friday, September 13, 2024 10:23 AM
**To:** Roman, Ana Maria
**Subject:** Internal Mobility Goals for Discussion

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Support firmwide internal mobility efforts**

- Support retention, career growth and employee satisfaction by promoting internal mobility through 40 or more internal mobility client conversations per month (new or follow-up)
- Collaborate with line of business recruiters and discuss and source talent, when appropriate
- Lead virtual presentations to large and small employee groups as a subject matter expert on internal mobility using WebEx.

**Support firmwide education of job family approach to enhance skills based recruiting efforts**

Mari-Christina McGlinn
Senior Vice President
Talent Acquisition
732-403-0373

***RE: ROMAN, ANA MARIA***
***DOB: 09/16/88***

## INTAKE OFFICE VISIT

**NOTE**: additional DATA can be found on Clinical Intake Form and self-test screening/ rating scales.
**Met Patient**: via HIPAA Compliant Doximity app/ IN PERSON. Patient has consented to telehealth treatment and is aware of possible compromises in HIPAA compliance. Clinician is licensed in state patient is located. Location of Patient: home on camera in NYS.
**Informed consent** given to patient about psychiatric interview process and psychiatric/ psychotherapy treatment. Patient has the capacity to respond and appears to understand the risk and benefits.
•**CPT CODE**: 99214, 90833; Modifier 95. • **START: 5.00pm** • **STOP: 6.00pm** •FACE-TO-FACE VISIT TIME: 60 min.

**DATE: 06/20/2025**

### I. ID INFO

This is a 36 y/o woman
**LIVING** in Sunnyside, NY x 12 yrs – came 13 yrs ago w/ Work and Travel; lives alone x 4 yrs; no kids
**PARENTS** (location, living situation, working status, in touch): in RO
**SIBLINGS**: (location, living situation, working status, in touch): 2 sisters - 31 and 34 y/o in RO; cousins in NJ
**EMPLOYED/ WORKING FT as** Career Coach – Talent Acquisition in BoA

**Sources of information**: patient alone. Collateral sources of information available: ☐Yes ☒No.

**Current Psychotropic treatment**: n/a
**Current therapy**: n/a

### II. PRESENTING PROBLEMS (onset, duration, intensity)

anxiety, panic, depression, insomnia, emotional trauma

**HPI**

Ana Maria described self as a person brought up in a family and culture where mental health difficulties were usually been ignored, never discussed and she has never had the need to see a psychiatrist for any reason – even as a child.
The patient mentioned that she came to the US about 13 years ago via an International Working agency. She has been working at Bank of America as Career Coach – Talent Acquisition. She lives independently. Patient mentioned that she has been a valuable asset to the department she has bene working for AND receiving praises for her work. However, since the beginning of the year, she has been receiving negative feedback from her direct manger despite being a "very good performer" as presented in prior evaluations. She described feeling emotionally affected and inconsequence, she went to see a primary care physician to address her mental health condition. She has received Escitalopram for the months of January and February. The patient reports that she did not tolerate well the medication – feeling tired, exhausted, sleepy, nauseated and eventually stopped taking the respective medication. She has been living under constant pressure in her job all this year and this week she went to see a new PCP and asked for help again. She was eventually refereed to us. Currently she presents with depression 6-7/10 if 10 is her max in the last several weeks, also feeling tired and even exhausted from the constant pressure from work to accomplish large amount of work from home as well as in person at work. Also – sleep pattern disturbance, appetite/ weight fluctuations, losing interest in her work as well as in private life, poorly motivated to exercise, limiting social networking to phone calls w/ family living abroad, decreased attention and focus in her work, poor self-esteem. She has been blaming herself for current situation although she feels that she has done nothing wrong and still feels passionate about her work. The relationship w/ direct supervisor has reportedly been deteriorated and she feels increasingly exhausted by the high work volume and the constant emotional pressure from superiors. These symptoms, although present for several months, have been fluctuating. She mentions that she has difficulties dealing with the work-related stress.
She also describes increasing levels of anxiety on weekly base - constant worry, muscle tension, restlessness, fatigue, irritability, anger, irrational fears, avoidance, apprehension, symptoms interfering w/ work and personal life. Panic attacks: about a couple every week in the last 1-2 months.

She also gets frequent flash-backs from negative verbal interactions w/ her direct supervisor which come as intrusive thoughts. Other symptoms: avoiding reminders of these traumatic experiences; negative changes in mood and thinking, such as persistent negative emotions, guilt, memory problems; and heightened arousal and reactivity, including being easily startled, irritable, having trouble sleeping. Even today during the visit patient had difficulties describing the verbal and emotional abuse that she has been subjected to.

Signs that this person is a victim of workplace bullying include: Isolation/exclusion [she has limited interactions w/ only direct supervisor and few others], Ignoring [her opinions being ignored, not invited to meetings she was part of in the past], Intimidation [overt or veiled threats; fear-inducing communication and behavior], Deceit [repeatedly being lied to, not telling her the truth, concealing the truth, deceiving her to get others way, and creating false hopes with no plans to fulfill them], Minimization [minimizing, discounting, or failing to address her legitimate concerns or feelings], Diversion [Dodging issues, acting oblivious, changing the subject to distract away from the issue, canceling meetings, and avoiding her], Shame and guilt [making her constantly

feel that she is the problem, shaming her for no real wrongdoing, or making her feel inadequate and unworthy, Undermining her past work and blocking her current work and progress on assignments, Removing her from responsibility towards clients without a cause, Impossible or changing expectations or guidelines so she would fail, Criticism [being criticized usually for unwarranted reasons], Projection of blame and making her feel like a scapegoat, Taking or stealing credit for her ideas and contributions, Creating a feeling of uselessness [making her feel worthless in the line of work where she was praised in the past].
Her symptoms significantly interact w/ her work and home activities.

**Current lifestyle factors negatively affected:** exercise, nutrition/ diet, outdoor activities, Intimacy/ sex, relaxation and stress management, religious or spiritual involvement, healthy habits, reading/ studying, vacation planning.

**Nature of Stressors**: ☐Family ☐School ☒Work ☐Health ☐Other

• **Controlled substances note:** patient was explained potential risks for abuse, tolerance, dependence, withdrawal.
☒ **I-STOP** review required and performed.

**III. PSYCHIATRIC HISTORY**

• **Developmental History:** n/a

• **First psychiatric visit:** n/a

• **Last psychiatric visit:** n/a

• **Psychotropic Medications History:** n/ a

**IV. PSYCHIATRIC ROS SCREENING** (Positives in **bold**)

**A. RISK ASSESSMENT:** see also Columbia SS-RS
**Suicidal Ideation**: None **OR** Thoughts, Frequency of thoughts, Plan, Intent, Means, Attempts, Active or Passive, Chronic or Acute

**Risk Factors:**
☐Suicidal/homicidal ideation
☐Self-harm behaviors
☐Violent/ assaultive behavior
☐Domestic Abuse/ Violence
☐Child Abuse
☐Prior mental health IP admissions
☐Multiple behavioral diagnosis
☐Sexual Abuse
☐Eating Disorder
☐Physical impairments
☐Psychological or intellectual vulnerabilities
☐Trauma
☐Legal History
☐Other (living alone/ isolated

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bircearnd.com
info@bircearnd.com

**Safety risk** is chronically increased overall given multiple **dynamic risk factors** including **current insomnia,** and **static risk factors** including **MDD diagnosis**, mitigated by protective factors including **actively making future plans, verbalizing hope for the future, feeling attached to life, being attached to therapy and at least one mental health professional, being hopeful that current treatment direction will be effective, taking steps to engage in treatment, a demonstrated ability to reach out when in crisis**.

**B. PSYCHOSIS:** ☐Yes ☒No. Symptoms screened for:
1. Hallucinations: auditory/ visual/ in other senses
2. Delusions
3. Thought broadcasting/ withdrawal/ insertion or loose associations
4. Paranoid ideations

**C. MOOD CHANGES [depression, bipolar]:** see PHQ-9 and CIDI Bipolar Disorder screening.
Depressed most of the time within last 2 weeks, no pleasure, low appetite, sleep disturbance, fatigue, decreased concentration, Worthless/ hopeless/ helpless. **Depression score: 6-7/10** for the last 2 wks.
Mania: symptoms ruled out.
**Sleep impairments:** difficulties initiating, maintaining, unable to go back to sleep, early awakenings, not feeling rested, tired in the day.

**D. ANXIETY:** see corresponding self-test screening.
**1. Generalized Anxiety**
2. Social Anxiety Disorder
**3. Panic Disorder**
4. Phobias
5. Agoraphobia
6. Acute Stress Disorder

**E. OCD SPECTRUM:** see corresponding self-test screening.

**F. TRAUMA and PTSD:** see corresponding self-test screening. ARENA: **Avoidance, Reliving, Exposure, Negativity, and Adrenaline**.

**G. COGNITIVE DIFFICULTIES**
• **Attention/ Focus Deficit symptoms:** ☒**Yes** ☐**No.** Considered as part of depressive symptoms - mostly short-term memory impairment.

**H. EATING DISORDERS:** Binge Eating Disorder, Anorexia, Bulimia

**I. PERSONALITY TRAITS** – no current symptoms

**J. SOMATIZATION** – no current symptoms

**V. ALCOHOL/ SUBSTANCE ABUSE: see Clinical Intake**
**EtOH: use CAGE Qs**
**Drugs:** ☐**THC** ☐**COFFEE** ☐**TOBACCO** ☐**OTHER:**

**VI. FAMILY HISTORY – see Clinical Intake**
• **PSYCHIATRIC**: n/a
• **MEDICAL**: n/a

**VII. MEDICAL HISTORY – see Clinical Intake**
**Medical conditions management**
• Last PCP visit (physical exam, lab results, meds): 06/2025. Most lab results are WNL.

**VIII. SOCIAL HISTORY – see Clinical Intake**

**DISCLAIMER:** The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST
43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bircearnd.com
info@bircearnd.com

**IX. MEDICAL ROS:** No significant abnormal findings.
**Constitutional**: good development and nutrition, body habitus: no particular signs, no apparent deformities, no recent fever/ chills
**Cardiac**: no chest pain, no heart racing, no irregular heart rate. **Respiratory**: breathing unlabored, No SOB
**Head**: normocephalic, atraumatic. **Hearing**: not impaired, can hear whispered voice B/L
**Ophthalmologic**: EOM intact, vision unimpaired
**Gastrointestinal**: denies abdominal pain/ heartburn/ changes in stool consistency/ color
**Musculo-skeletal**: normal erect posture and gait; no joint pain/ swelling, no restriction of motion
**Endocrine**: No heat/ cold intolerance; no excessive thirst.
**Genital-Urinary**: no frequent urination/ urgency; no menstrual periods irregularities
**Skin**: (-) denied skin rashes/ sores/ growths

**X. MENTAL STATUS EXAM**
Alert, oriented to person, time, place and situation
Appearance: stated age
Abnormal movements: none observed; gait narrow based and stable: yes. Station: normal.
Behavior: anxious, but engaging in conversation, appropriate
Cooperates with interviewing: yes
Dress/ grooming: well-dressed
Eye contact: good
Attention and concentration: intact
Psychomotor activity: fidgety
Speech: higher than usual Rate, Tone, Volume, spontaneous
Language skills are intact.
Thought process: circumstantial, overinclusive, perseverative
Thought content: no obsessions/ compulsions/ delusions/ paranoia
Perceptions: no Auditory/ Visual Hallucinations or in other senses; no illusions
Suicidal ideation or plan: no
Homicidal ideation or plan: no
Mood: depressed/ anxious/ labile/ intermittently tearful
Affect: depressed, anxious, appropriate to content and speech, consistent w/ stated mood, congruent w/ thought content, reactive
Insight into fact and extent of illness: adequate to condition. Judgment: adequate to situation
Short and long-term memory is intact; fair ability to abstract and do arithmetic calculations. Clinically, IQ appears to be in the average range.
Fund of knowledge: average
Social judgment is intact.

**XI. FORMULATION**
This is a 36-year-old female, FT employed, single, living alone, who presents with signs and symptoms that meet criteria for MDD, GAD, and PTSD.
Patient has no apparent predisposing risk factors.
The current episode appears to be precipitated by work conditions changing which adversely impact her overall functioning.
Perpetuating factors for the respective conditions are related to her work.
Protective factors for patient's mental health are good general health, no h/o serious psychiatric illness, no history of addictions and no h/o suicide/ homicide or self-harm, hardworking, good work ethics, capacity to form and maintain long term relationship.
Identified malfunctioning lifestyle reflects on impairments of sleep, physical and mental wellbeing, energy levels, irregular self-discipline and limited organizing skills, inabilities in identifying goals in life and lack of persistence in reaching them.

No risk factors for immediate self-harm identified during the interview.
The patient shows difficulty in relational and/or work functioning. The patient's estimated global assessment of functioning appeared as deterioration in function due to anxiety, depression, panic, lack of proper sleep and living alone, far from direct family.

Her reactions to everyday stressful events reveal cognitive distortions, like catastrophizing, generalizing, jumping to conclusions, emotional reasoning, discounting the positive.

The patient's affective and emotional state appeared anxious, restless. The patient's mental state included fair insight and observing capacity.
Patient would benefit from initiating anti-depressant and anti-anxiety treatment with a short acting anxiolytic, a hypnotic and initiating psychotherapy sessions.

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST
43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

Psychoeducation will be provided by the undersigned on ongoing basis, counseling/ therapy by the current therapist/ via referral. Patient's response to proposed treatment plan: accepted. Counseling was provided in more than 50% of the interviewing time. Education was provided for a better understanding of the illnesses and their treatment, reduce the risk of relapse [and possible hospitalization] and maintain the patient stable in work, school, social/ community activities.

**XII. DSM-5 TR Diagnostic Impressions:**

The following Diagnoses are based on currently available information and may change as additional information becomes available. Based on this encounter with patient and all available data acquired, DSM-5 TR criteria have been met for the following diagnoses:
F33.41 Major depressive disorder, recurrent, in partial remission
F41.1 Generalized anxiety disorder
F51.05 Insomnia due to a mental disorder
F41.0 Panic disorder
Z605 Target of (perceived) adverse discrimination and persecution
F43.12 Post-traumatic stress disorder, chronic

**XIII. PLAN of ACTIONS and AGREEMENTS DISCUSSED WITH THE PATIENT**

**1. Disposition:**
Patient will be **admitted** to our Office for treatment. A treatment plan has been initiated.
**2. Informed Consent:** was obtained from patient on policies for mental health care in our Office, preliminary diagnoses and treatment suggestions and their risks**. Documents presented to patient:** Office Policies, Controlled Substances Agreement, Financial Agreement and Consent for use electronic communication and transfer of data. Patient has signed on each document. Patient was given adequate time to ask questions and receive answers.
**3. Informed consent** received verbally for providing services via video teleconferencing to protect the patient from COVID-19 exposure. Confidentiality and risks vs benefits concerns were discussed.
**4. Treatment Planning and Goals:** outcome measures
**Problem#1**: **depression** → goal: improve overall mood, restore functional status
Objectives to be met by next visit: be free of suicidal thoughts; call crisis hotline if having suicidal thoughts [in all consecutive visits], report feeling more positive about self and abilities by making ≥3positive statements, get 7-8 hours of restful sleep every night, report feeling happy/better overall mood by making ≥3positive statements, make short and simple "to do" lists and complete three tasks each day, get through a day/week without a crying spell, state the importance of medication in recovery,
Objectives to be met within next 3 months: avoid napping/sleeping to escape other people and activities, celebrate little successes each day using positive self-talk and/or journaling, develop strategies for thought distraction when ruminating on the past, initiate recovery [50-75% symptoms improvement], identify personalized strengths, needs, abilities and preferences [SNAP] as well as goals and desired accomplishments.
**Mood management** → goal: increase ability to manage moods
Objectives to be met by next visit: learn two ways to manage frustration in a positive manner, be free of suicidal thoughts; call crisis hotline if having suicidal thoughts, report feeling more positive about self and abilities, report feeling happy/better mood (4 days out of 7), get 7-8 hours of restful sleep every night, get through a week without a crying spell
**Problem#2**: **anxiety/ panic** → goal: reduce anxiety and improve coping skills
Objectives to be met by next visit: learn and practice at least 2 anxiety management techniques with goal of decreasing anxiety symptoms to less than 3 times per week, expose and extinguish irrational beliefs and conclusions that contribute to anxiety, be free of panic episodes (100%), recognize and plan for top five anxiety-provoking situations, identify conflicts from the past and the present that form the basis for present anxiety, learn two new ways of coping with routine stressors, report feeling more positive about self and abilities during therapy sessions
Objectives to be met within next 3 months: develop strategies for thought distraction when fixating on the future.
**Problem#3**: **insomnia** → goal: having a restful and sufficient sleep
Objectives to be met by next visit: be in bed before midnight on each night, no naps in the daytime, get 7-8 hours of restful sleep every night, no interference w/ daytime activities, no days to skip from work for daytime fatigue, limited use of hypnotics until normal sleep will be restored, use sleep diary
Objectives to be met within next 3 months: limited use of medications to induce/ maintain sleep, learn about sleep phases and its influence on daytime functioning and comorbidities, learn about potential negative effects of regular use of hypnotics

**5. Strategy:**
- NOT STABILIZED PATIENT: Starting a new treatment plan/ medication: seek response [reduction of ~ 25-50% symptoms] by the following office visit and initiate recovery [50-75% in following 3 months]. Main goals: restore functionality in patient's major life functions in all domains – family life, work, school, community.
- Follow-up visits to address triggers, symptoms change by interviewing and use of rating scales.
- Maximize the effects of currently prescribed psychotropic agents.

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST
43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

• Improve the patient's functional level in all environments [family life, work, school, community]. Avoid psychiatric ER/ inpatient admissions. Full mental health re-assessment every 1 year.

**6. Psychotropic Medication**:

**START:**

**AUVELITY 45/105 mg x 2 / day # 60 tabs – depression**
**TRAZODONE 50 mg/ day # 30 mg/ day – insomnia**
**DIAZEPAM 2mg/ day # 20 tabs – high anxiety/ panic**

**CONTINUE:**

**Medications risks presented:**

**Auvelity** (dextromethorphan/bupropion) side effects: dizziness, nausea, headache, diarrhea, somnolence, dry mouth, sexual dysfunction, hyperhidrosis, anxiety, constipation, decreased appetite, insomnia, arthralgia, fatigue, paresthesia, and blurred vision.
**Trazodone**: most commonly drowsiness, nausea, dizziness, and dry mouth; also diarrhea, constipation, changes in appetite or weight, weakness or tiredness, nervousness, dizziness or lightheadedness.
**Diazepam** adverse reactions: sedation, fatigue, depression, dizziness, ataxia, paradoxical excitement, agitation, confusion, disorientation, anterograde amnesia, respiratory depression, disinhibition.

**7. Medical care:** patient was informed that we rely on the PCP to perform an Annual Physical Exam and lab work/ other studies unless otherwise specifically ordered by the undersigned to perform in different location. Patient agreed with this plan.

**8. Counseling and psychoeducation were provided to patient on:**

• Retrieving psychiatric records from previous providers and sharing the respective information with us.
• Sharing with us the diagnostic results/ impressions and/or recommended studies from Primary Care and medical specialists.
• Risk Factor Reduction by use of support and emergency strategies.
• Risks and Benefits of Treatment Options – medications, psychotherapy, other modalities, and referrals.
• Patient/Family Education on lifestyle optimization, utilizing MH resources.
• Instruction for management/ treatment and/ or follow-up, self-help, refer to handout.
• Importance of compliance with chosen treatment options
• Prognosis
• **Pregnancy risk**

**9. Behavioral emergencies:** patient agreed to contact family/ friends, our Office during and outside regular hours, nearby hospitals, contact suicide lifeline/ hotline (in this decreasing order of importance) should the need arise. The patient acknowledged that she could handle responsibilities such as timely reporting side effects, notifying The Office about changes in thought, mood, and safety.

**10. Prognosis**: guarded.

**11. Follow-Up on 07/20/25**

**E-Signature:** **Date: 06/20/25**

Dr.Bircea

**Sorin Bircea, M.D.**
**Psychiatrist**
Diplomate of the ABPN
NYS License# 261496
NPI# 1871631556
DEA# FB2635831

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

***RE: ROMAN, ANA MARIA***
***DOB: 09/16/88***

## VISIT# 2

**DATE: 07/31/2025 ►►► 1st OFFICE VISIT: 06/20/25**

•**CPT CODE**: 99213, 90833; Modifier 95. •**SESSION START: 1.20pm • STOP: 1.44pm** •FACE-TO-FACE VISIT TIME: 22 min.
**Setting**:☐ In person in the Office. ☒ Virtual/ Telemedicine. **Informed consent for teleconferencing** was received verbally today. Confidentiality expectations and risks vs benefit aspects were reviewed. Patient has consented to telehealth treatment and is aware of possible compromises in HIPAA compliance.

**▲PRESENTING PROBLEMS:** depression, trauma, panic, anxiety, insomnia, poor self-esteem
**ID**: This is a 36 y/o woman living alone
**EMPLOYED/ WORKING FT as** Career Coach – Talent Acquisition in BoA

**▲INTERVAL HISTORY**: Visit attended by patient alone. Compliant w/ scheduled visits ☒Yes ☐No.

**SUBJECTIVE**

Patient presented her mood as **"a bit better"** since the last Office visit. She has reportedly initiated the psychotropic treatment with some delay due to difficulties with medical insurance approval. Currently taking Auvelity 1 tab am and 1 tab noon time. Energy levels slightly higher. Longer sleep time. Appetite/ weight: still fluctuating. Attention/ concentration: difficulties still present, mainly short-term memory in the context of ongoing work-related bullying from direct supervisor.
Diazepam: used a few times. Feels "confused" about how to use it and when.
Patient described ongoing adversary attitude from superiors towards her. Her impression is that they force her to quit. She struggles to think that she can survive in the following months.
Patterns of attitudes towards her have initially been subtle – intimidating her with fear-inducing communication and behavior, concealing the truth from her (deceit), defending behavior or making excuses for acting in a particular manner (i.e. rationalization), failing to address her legitimate concerns or feelings (minimization), dodging issues and cancelling meetings in person (diversion), shaming her for no real wrongdoing and making her feel inadequate and unworthy (shame and guilt) setting impossible expectations and work guidelines to set her up to fail, constantly changing expectations, guidelines, and scope of assignments, sharp and sudden shifts in emotions by supervisors, constantly criticizing her work or behavior for unwarranted reasons, intentionally withholding information, shifting blame to her and using her as a scapegoat (projection of blame), surprise meetings ending in further humiliation, supervisors being arbitrary and capricious, working a personal agenda that undermines her legitimate business interests, making her constantly feel agitated and anxious, never left alone to do a job without interference, accused of incompetence, despite a history of objective excellence.

**Therapeutic Lifestyle activities** (exercise, nutrition and diet, time in nature, relationships, recreation, relaxation and stress management, religious or spiritual involvement, and service to others).
Exercise (frequency, type, intensity): limited due to constant tiredness.
Nutrition, diet (type, regularity): unchanged, usually healthy.
Family activities: limited. Social activities: very limited. She feels like "always working or living under the work pressure that something has to be accomplished and I am always behind and cannot think of outside of work activities".
Outdoor activities: limited Vacation planning: no.

**PSYCHIATRIC ROS target**: anxiety, panic, depression, insomnia, appetite/ weight changes, self esteem

**Mood swings**: denied. Depression score for the last 2 wks:1-2/ 10 if 10 is the max.
Seasonal affective symptoms:
Sleep – (+) difficulties falling/ staying asleep – improving w. Trazodone.
Energy – low
Appetite, weight - about the same. Diet: none special.
Attention, focus: impaired due to worries/ depression

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST
43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

Motivation for work/ training – poor,

**Anxiety** – generalized, every day. Triggers: work. Symptoms endorsed: constantly feeling agitated and anxious, experiencing a sense of doom, waiting for bad things to happen, unable to relax.

**Illicit substances/ alcohol use**: denied use of: alcohol, tobacco, drugs [cocaine, opiates], THC, vape.

**•FUNCTIONAL STATUS since the last Office visit**
**ADLs** (dressing, eating, ambulating, toileting, hygiene keeping) **fully** able to care for self and function independently.
**IADLs** (shopping, housekeeping, accounting, financing, using means of transportation, taking prescribed medications): **partially** able to perform activities inside and outside own home independently.
**Area(s) of impairment**: ☒Self-care ☐School/ training ☒Work ☒Family life ☒ Social

**THERAPY** [sessions w/ therapist]: initiating these days.

**OBJECTIVE**

**Work** status: FT Employed. Setting: Hybrid. Nature of work: sedentary at the desk. Feeling uncomfortable w/ work conditions. Not well-connected w/ superiors. Difficulties emphasized today: managerial. Stress level: severe. Job security: poor.
**Living** condition: alone. Safe housing, transportation, and neighborhoods. Access to nutritious foods and physical activity opportunities: yes. Polluted air and water: no.
**Mental health**: poor. (+) objective signs of depression and anxiety. **Psychiatric rating scales results**: not performed – motivated by patient for "terrible fatigue after returning from work, long working hours, incapacity to concentrate".
Risk for depression/ mood swings: severe. Risk for disability: high.
☒ I-STOP/ PMP reviewed today and found no abnormal results.
**•MEDICAL Health and ROS:** No significant abnormal findings. Changes in Medical Status: ☒No ☐Yes
Informed consent to allow share of medical information between our Office and PCP and/ or other medical offices was verbally obtained from patient. Patient agrees to contact PCP for any medical concerns, including those expressed in the visit today.
**Last medical visit**: 06/ 2025.

**•NEUROLOGICAL ROS**: denies headache/ migraine/ dizziness. Normal erect posture and gait; no restriction of motion. Cranial nerves grossly normal. No motor nor sensory deficits. Patient denies pain in any body parts.

**•MENTAL STATUS EXAM:**
The patient is a young woman in her 30s, groomed, cooperative w/ interviewing, speech overly productive; mood dysthymic, affect anxious, non-reactive; TP circumstantial; TC: no obvious psychosis; no suicidal/ homicidal ideation/ plan and no dangerousness; insight and judgment limited, fair impulse control. Attention/ concentration: impaired short-term memory.

**ASSESSMENT**

Depression and Anxiety symptoms improved by about 25% with psychotropic medication initiated about 30 days ago.
Ongoing symptoms related to persistent emotional trauma at her work place.

**•TREATMENT RESPONSE:** ☐ Full ☒ Partial ☐ Mild ☐ None ☐ Symptoms Worsening
**SIDE EFFECTS OR ADVERSE REACTIONS noted or reported since last visit: NONE/ as mentioned above**
Medications have been useful in alleviating many of the above symptoms; **she** prefers to keep the same at current doses.

**•RISK ASSESSMENT**
Patient appears stable, in no apparent distress. Patient confirmed verbally the absence of ideations, attempts and plans to harm self or others since the previous office visit. Safety planning was revisited for local living area and travelling situations. **Risk factors** reviewed in the session: insomnia, single, job insecurity. **Protective factors** identified: [actively making future plans, verbalizing hope for the future, feeling attached to life, being attached to therapy and at least one mental health professional, being hopeful that current treatment direction will be effective, taking steps to engage in treatment, a demonstrated ability to reach out when in crisis].
☒ **Behavioral Crisis management**: preventive interventions to maintain patient's stability were reviewed. Patient was able to mention 2 closest emergency psychiatric services to patient's living area where a crisis can be addressed, should it occur. Patient agreed to call 988 for a behavioral emergency or directly 911 or 1800-SUICIDE should a suicidal or homicidal thought occur.

**▲COUNSELING and EDUCATION [provided face to face with patient]** on following topics:

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST
43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bircemd.com
info@bircemd.com

☐Etiology of illness ☒Diagnostic results/ impressions and/ or recommended studies ☒Instruction for management/ treatment and/ or follow-up ☒Treatment options, process and risks ☐Life skill training ☒Coping strategies ☒Adherence to schedule ☒Risk factor Reduction ☐Pregnancy risk ☐Family education ☒Prognosis ☒Behavioral changes ☒Value clarification ☐Boundaries clarification

**▲PSYCHOTHERAPY: ☒ SUPPORTIVE ☒ PSYCHODYNAMIC ☐ BEHAVIOR MODIFYING ☒ PROBLEM-SOLVING**

**Main Themes**: value of all feelings, communications skills, keeping a positive attitude; focused on daily stressors – work.
**Short Term Goals:** improving executive functioning skills/ symptoms reduction, delegating and setting up own environment to optimize strengths, working to identify methods of avoiding distraction and disinhibition, good communication, developing coping skills, managing stress, improve vigilance/ awareness, learning the skills to become own therapist
**Long Term Goals:** Reduce ADHD behavioral interference in daily life, Sustain attention and concentration for consistently longer periods of time, Achieve a satisfactory level of balance, structure, and intimacy in personal life, Reducing subjective mental distress, Supporting and enhancing the patient's strengths and coping skills, and her capacity to use environmental supports, Maximizing treatment autonomy.
**Therapeutic interventions:** exploration, assessing assumptions and beliefs, supportive validation, interpretation, role play-rehearse, skills building, mindfulness, teach self-monitoring, promote social/ family connectedness, suggest reading resources, **Cognitive restructuring** used to defuse helplessness and negative forecasting associated with catastrophizing about symptoms. Engaged client in evaluating thoughts in terms of their usefulness and their basis in reality.
**Homework assignment:** suggested to patient. Materials presented and discussed.
**Patient progress towards goal(s)**: limited improvement, able to function at work with limitations.
**Recommendations:** continue current interventions to address short-term goals. More time is needed to achieve above goals.
☒ **PSYCHOTHERAPY TIME: ___20___minutes.**

**▲MEDICAL DECISION MAKING - Complexity: high**

☒ **1 Chronic Illness [constant emotional stress and trauma] > 6 year NOT stable** ☐ **Patient at treatment goals** ☐ **Acutely Worsening** ☐ **Poorly Controlled**
☒ **Progressing with an intent to control progression** ☐ **Addressing side effects&** ☒ **Prescription Drug Management**

•**CURRENT/ UPDATED DIAGNOSIS** [i.e., DSM-5 criteria have been met for the following diagnoses]:
F33.41 Major depressive disorder, recurrent, in partial remission
F41.1 Generalized anxiety disorder
F51.05 Insomnia due to a mental disorder
F41.0 Panic disorder
Z605 Target of (perceived) adverse discrimination and persecution
F43.12 Post-traumatic stress disorder, chronic

**Change in diagnosis?** ☒**No** ☐**Yes**

•**MANAGEMENT PLAN** ☒ **Informed Consent for treatment** was received verbally. Reviewed written consent for treatment.

**Problem 1: depression, trauma**
Status: mild - moderate symptoms
Plan: renew Auvelity; address Risk factors

**Problem 2: anxiety and worrying**
Status: mild - moderate symptoms
Plan: renew Auvelity; psychoeducation, self-guided cognitive-based therapy (CBT)/ relaxation, therapy

**Problem 3: panic**
Status: mild - moderate symptoms
Plan: benzodiazepine, consider beta-blocker, counseling, therapy

**Problem 4: insomnia**
Status: chronic
Plan: hypnotic agent; behavioral changes

**Medications risks presented:**
**Auvelity** (dextromethorphan/bupropion) side effects: dizziness, nausea, headache, diarrhea, somnolence, dry mouth, sexual dysfunction, hyperhidrosis, anxiety, constipation, decreased appetite, insomnia, arthralgia, fatigue, paresthesia, and blurred vision.

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bírceamd.com
info@bírceamd.com

**Trazodone**: most commonly drowsiness, nausea, dizziness, and dry mouth; also diarrhea, constipation, changes in appetite or weight, weakness or tiredness, nervousness, dizziness or lightheadedness.
**Diazepam** adverse reactions: sedation, fatigue, depression, dizziness, ataxia, paradoxical excitement, agitation, confusion, disorientation, anterograde amnesia, respiratory depression, disinhibition.

•**MEDICAL NECESSITY/ TREATMENT PLAN UPDATE**: CONTINUE FREQUENCY OF 4-6 weeks FOR ☒ RECOVERY
☐ SYMPTOM REDUCTION ☐ IMPROVEMENT IN FUNCTIONING ☒ MEDICATION STABILIZATION ☒ CONSOLIDATE GAINS
☒ MAINTENANCE TO PREVENT DETERIORATION/LOSS OF FUNCTIONING ☐ IMPROVING COMPLIANCE ☒ BUILDING RESILIENCE

•**MEDICATIONS from OTHER PRESCRIBERS and / or OTC** (as mentioned by patient and/ or present in prescription software): N/ A.

•**PSYCHOTROPIC MEDICATION RENEWAL/ CHANGES**: [today orders marked with ►, taper off in italics; active meds: Ⓐ]
Ⓐ ►**AUVELITY 45/105 mg x 2 / day # 60 tabs – depression**
Ⓐ ►**TRAZODONE 100 mg/ day # 30 mg/ day – insomnia**
Ⓐ ►**DIAZEPAM 2mg/ day # 20 tabs – anxiety/ panic**

•**FOLLOW-UP** on 08/29/25

**E-Signature:** **Date: 07/31/25**

Dr. Bircea

**Sorin Bircea, M.D.**
**Psychiatrist**
Diplomate of the ABPN
NYS License# 261496
NPI# 1871631556
DEA# FB2635831

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

***RE: ROMAN, ANA MARIA***
***DOB: 09/16/88***

## VISIT# 3

**DATE: 09/09/2025 ►►► 1st OFFICE VISIT:**
**•CPT CODE**: 99213, 90833; Modifier 95. **•SESSION START: 1.20pm • STOP: 1.44pm** •FACE-TO-FACE VISIT TIME: 22 min.
**Setting**:☐ In person in the Office. ☒ Virtual/ Telemedicine. **Informed consent for teleconferencing** was received verbally today. Confidentiality expectations and risks vs benefit aspects were reviewed. Patient has consented to telehealth treatment and is aware of possible compromises in HIPAA compliance.

**▲PRESENTING PROBLEMS:** depression, trauma, panic, anxiety, insomnia, poor self-esteem
**ID**: This is a 36 y/o woman living alone
**EMPLOYED/ WORKING FT as** Career Coach – Talent Acquisition in BoA

**▲INTERVAL HISTORY**: Visit attended by patient alone. Compliant w/ scheduled visits ☐Yes ☒No.

**SUBJECTIVE**
Patient presented her mood and anxiety as continuing to deteriorate due to her work situation. She said that she feels "very low now" as she was just fired the day before. "The day before I told them that I have been burn out, anxious and panicky." She also said that her messages to superiors have been recently ignored, that her manager has been misguided her into taking a leave of absence. But that eventually she was let go for "lack of performance, despite all my prior positive evaluations and recognition cards from everyone". She reportedly had a panic attack in front of the building where she has worked. Eventually, she did not get in time her application for a medical leave w/ her insurance.
Currently feeling at lowest point in mood in several months as "I do not know exactly what to do next besides looking for legal advice".

Auvelity: still taking it daily – morning and noon time.
Diazepam: about 4x/ wk.
Trazodone: evening time – only used in the beginning.

**Therapeutic Lifestyle activities** (exercise, nutrition and diet, time in nature, relationships, recreation, relaxation and stress management, religious or spiritual involvement, and service to others).
Exercise (frequency, type, intensity): no
Nutrition, diet (type, regularity): none in particular.
Family activities: limited. Social activities: limited
Outdoor activities: no. Vacation planning: no.

**PSYCHIATRIC ROS target**: anxiety, panic, depression/ trauma, insomnia, appetite/ weight changes

**Illicit substances/ alcohol use**: denied/ occasional/ rare use of: alcohol, tobacco, drugs [cocaine, opiates], THC, vape.

**•FUNCTIONAL STATUS since the last Office visit**
**ADLs** (dressing, eating, ambulating, toileting, hygiene keeping) **fully** able to care for self and function independently.
**IADLs** (shopping, housekeeping, accounting, financing, using means of transportation, taking prescribed medications): **partially** able to perform activities inside and outside own home independently.
**Area(s) of impairment**: ☒Self-care ☐School/ training ☒Work ☒Family life ☒ Social

**THERAPY** [sessions w/ therapist]: yes. Subjective sense of making progress: yes.

**OBJECTIVE**
**Work** status: FT Employed. Setting: Hybrid. Nature of work: sedentary at the desk. Feeling uncomfortable w/ work conditions. Not well-connected w/ superiors. Difficulties emphasized today: managerial. Stress level: severe. Job security: poor.
**Living** condition: alone. Safe housing, transportation, and neighborhoods. Access to nutritious foods and physical activity opportunities: yes. Polluted air and water: no.
**Mental health**: poor. (+) objective signs of depression and anxiety. **Psychiatric rating scales results**: not performed – motivated by patient for "terrible fatigue after returning from work, long working hours, incapacity to concentrate".

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bírceamd.com
info@birceamd.com

Risk for depression/ mood swings: severe. Risk for disability: high.
☒ I-STOP/ PMP reviewed today and found no abnormal results.
•**MEDICAL Health and ROS:** No significant abnormal findings. Changes in Medical Status: ☒No ☐Yes
Informed consent to allow share of medical information between our Office and PCP and/ or other medical offices was verbally obtained from patient. Patient agrees to contact PCP for any medical concerns, including those expressed in the visit today.
**Last medical visit**: 06/ 2025.

•**NEUROLOGICAL ROS**: denies headache/ migraine/ dizziness. Normal erect posture and gait; no restriction of motion. Cranial nerves grossly normal. No motor nor sensory deficits. Patient denies pain in any body parts.

•**MENTAL STATUS EXAM:**
The pt is a woman in her 30s, cooperative w/ interviewing, speech tremulous, visible affected by intermittent tearfulness; mood dysthymic, affect down, anxious, non-reactive; TP circumstantial; TC: no obvious psychosis; no suicidal/ homicidal ideation/ plan and no dangerousness; insight and judgment limited, fair impulse control. Attention/ concentration: impaired due to worries and unable to assess fully.

**ASSESSMENT**
Depression and Anxiety symptoms poorly controlled 2nd losing job.
Ongoing symptoms related to persistent emotional trauma at her work place.

•**TREATMENT RESPONSE:** ☐ Full ☐ Partial ☐ Mild ☐ None ☐ Symptoms Worsening
**SIDE EFFECTS OR ADVERSE REACTIONS noted or reported since last visit: NONE/ as mentioned above**
Medications have been useful in alleviating many of the above symptoms; **she** prefers to keep the same at current doses.

•**RISK ASSESSMENT**
Patient appears stable, in no apparent distress. Patient confirmed verbally the absence of ideations, attempts and plans to harm self or others since the previous office visit. Safety planning was revisited for local living area and travelling situations.
☒ **Behavioral Crisis management**: preventive interventions to maintain patient's stability were reviewed. Patient was able to mention 2 closest emergency psychiatric services to patient's living area where a crisis can be addressed, should it occur. Patient agreed to call 988 for a behavioral emergency or directly 911 or 1800-SUICIDE should a suicidal or homicidal thought occur.

▲**COUNSELING and EDUCATION** [provided face to face with patient] on following checked topics:
☐Etiology of illness ☒Diagnostic results/ impressions and/ or recommended studies ☒Instruction for management/ treatment and/ or follow-up ☒Treatment options, process and risks ☐Life skill training ☒Coping strategies ☒Adherence to schedule ☒Risk factor Reduction ☐Pregnancy risk ☐Family education ☒Prognosis ☒Behavioral changes ☒Value clarification ☐Boundaries clarification

▲**PSYCHOTHERAPY: ☒ SUPPORTIVE ☒ PSYCHODYNAMIC ☐ BEHAVIOR MODIFYING ☐ PROBLEM-SOLVING**
**Main Themes**: personal growth, value of all feelings, communications skills, problem solving, creating a new normal, safety, keeping a positive attitude; focused on daily stressors – work.
**Short Term Goals:** symptoms reduction, good communication, conflict resolution, developing coping skills, managing stress, improve vigilance/ awareness, learning the skills to become own therapist
**Long Term Goals:** avoid exacerbation of disorders, develop the ability to recognize, accept, and cope with feelings of depression, prevent relapse and recurrence of depressive symptoms, improve/ maintain ability to function at work, in family and society, maintenance of adherence to therapeutic plan, relapse prevention, achievement of life goals, build resilience, ability to make compromises with adversities, avoid ER/ IP admission.
**Therapeutic interventions:** exploration, assessing assumptions and beliefs, supportive validation, interpretation, CBT techniques, insight oriented, interpersonal, role play-rehearse, skills building, mindfulness, teach self-monitoring, promote social/ family connectedness, suggest reading resources
**Homework assignment:** suggested to patient. Materials presented and discussed.
**Patient progress towards goal(s)**: regress 2nd losing job.
**Recommendations:** continue current interventions to address short-term goals. More time is needed to achieve above goals.
☒ **PSYCHOTHERAPY TIME: 20 minutes.**

▲**MEDICAL DECISION MAKING - Complexity: high**
☒ **1 Chronic Illness [constant emotional stress and trauma] > 6 year NOT stable** ☐ **Patient at treatment goals** ☐ **Acutely Worsening** ☐ **Poorly Controlled**

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
bircea md.com
info@bircea md.com

☒ **Progressing with an intent to control progression** ☐ **Addressing side effects&** ☒ **Prescription Drug Management**

•**CURRENT/ UPDATED DIAGNOSIS** [i.e., DSM-5 criteria have been met for the following diagnoses]:
F33.41 Major depressive disorder, recurrent, in partial remission
F41.1 Generalized anxiety disorder
F51.05 Insomnia due to a mental disorder
F41.0 Panic disorder
Z605 Target of (perceived) adverse discrimination and persecution
F43.12 Post-traumatic stress disorder, chronic

**Change in diagnosis?** ☒**No** ☐**Yes**

•**MANAGEMENT PLAN** ☒ **Informed Consent for treatment** was received verbally. Reviewed written consent for treatment.

**Problem 1: depression, trauma**
Status: mild - moderate symptoms
Plan: renew Auvelity; address Risk factors

**Problem 2: anxiety and worrying**
Status: mild - moderate symptoms
Plan: renew Auvelity; psychoeducation, self-guided cognitive-based therapy (CBT)/ relaxation, therapy

**Problem 3: panic**
Status: mild - moderate symptoms
Plan: benzodiazepine, consider beta-blocker, counseling, therapy

**Problem 4: insomnia**
Status: chronic
Plan: hypnotic agent; behavioral changes

**Medications risks presented:**
**Auvelity** (dextromethorphan/bupropion) side effects: dizziness, nausea, headache, diarrhea, somnolence, dry mouth, sexual dysfunction, hyperhidrosis, anxiety, constipation, decreased appetite, insomnia, arthralgia, fatigue, paresthesia, and blurred vision.
**Trazodone**: most commonly drowsiness, nausea, dizziness, and dry mouth; also diarrhea, constipation, changes in appetite or weight, weakness or tiredness, nervousness, dizziness or lightheadedness.
**Diazepam** adverse reactions: sedation, fatigue, depression, dizziness, ataxia, paradoxical excitement, agitation, confusion, disorientation, anterograde amnesia, respiratory depression, disinhibition.

•**MEDICAL NECESSITY/ TREATMENT PLAN UPDATE**: CONTINUE FREQUENCY OF 4-6 weeks FOR ☒ RECOVERY ☐ SYMPTOM REDUCTION ☐ IMPROVEMENT IN FUNCTIONING ☒ MEDICATION STABILIZATION ☒ CONSOLIDATE GAINS ☒ MAINTENANCE TO PREVENT DETERIORATION/LOSS OF FUNCTIONING ☐ IMPROVING COMPLIANCE ☒ BUILDING RESILIENCE

•**MEDICATIONS from OTHER PRESCRIBERS and / or OTC** (as mentioned by patient and/ or present in prescription software): N/ A.

•**PSYCHOTROPIC MEDICATION RENEWAL/ CHANGES**: [today orders marked with ►, taper off in italics; active meds: Ⓐ]
Ⓐ **►AUVELITY 45/105 mg x 2 / day # 60 tabs – depression**
Ⓐ **►TRAZODONE 100 mg/ day # 30 mg/ day – insomnia**
Ⓐ **►DIAZEPAM 2mg/ day # 20 tabs – anxiety/ panic**

•**FOLLOW-UP** on 10/09/25

**E-Signature:** **Date: 09/09/25**

Dr. Bircea
**Sorin Bircea, M.D.**

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

Sorin Bircea, M.D.
PSYCHIATRIST

43-01 22nd Street, Suite 520, LIC, NY 11101
347.242.2211
347.933.6341
birceamd.com
info@birceamd.com

**Psychiatrist**
Diplomate of the ABPN
NYS License# 261496
NPI# 1871631556
DEA# FB2635831

**DISCLAIMER**: The information contained herein may be privileged and confidential including patient information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Please contact the sender by phone/ email and destroy all copies of the original message.

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| | | | |
|---|---|---|---|
| Patient | | Encounter | |
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Ceraselia Emma Hotar |
| Age | 36 yrs | Date | 08.11.25 |
| Sex | Female | Age at DOS | 36 yrs |

Subjective
Length of Session: 45min
From 11:30am to 12:15pm

**S: (Subjective)**
The patient shares initial concerns about ongoing emotional distress and a desire to better understand her experiences. The patient reports seeking support to address her mental health as it relates to feelings of burnout at her workplace.

**O: (Objective)**
The patient appears oriented, cooperative, and attentive. Affect is anxious and consistent with expressed emotions.

**A: (Assessment)**
The patient is navigating heightened emotional tension and working to increase awareness of internal responses to stress. Focus remains on supporting emotional regulation and identifying present-moment experiences.

**P: (Plan)**
Continue with regular sessions focusing on her emotional awareness and establishing a supportive therapeutic framework.

COPY

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations. no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.
COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

JUDGEMENT: fair

Diagnoses attached to the encounter:
ICD-10
F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| Patient | | Encounter | |
|---|---|---|---|
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Ceraselia Emma Hotar |
| Age | 36 yrs | Date | 08.22.25 |
| Sex | Female | Age at DOS | 36 yrs |

Subjective
Length of Session: 60min
From 1:00pm-2:00pm

---

**S: (Subjective)**
The patient describes experiencing ongoing emotional strain related to current life and work stressors. Reports feeling "exhaustion and burnout" and expresses a desire for greater internal stability and clarity.

**O: (Objective)**
The patient appears oriented and engaged. Affect is generally anxious and congruent with expressed emotions. The patient maintains consistent engagement.

**A: (Assessment)**
The patient is beginning the process of increasing awareness of emotional patterns and present-moment experiences. Initial rapport established.

COPY

**P: (Plan)**
Continue sessions with emphasis on grounding, emotional awareness, and supporting the patient's capacity to manage stress, especially as it relates to her work burnout. Encourage ongoing self-reflection and use of in-the-moment regulation practices.

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations. no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.

**Patient copy — not a clinical or legal original; not to be altered or redistributed**

COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair
JUDGEMENT: fair

Diagnoses attached to the encounter:
ICD-10
F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| Patient | | Encounter | |
|---|---|---|---|
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Ceraselia Emma Hotar |
| Age | 36 yrs | Date | 09.02.25 |
| Sex | Female | Age at DOS | 36 yrs |

Subjective
Length of Session: 45min
From 5:05pm to 5:50pm

**S: (Subjective)**
The patient shares experiencing fluctuating emotions and a sense of uncertainty in response to ongoing stressors.

**O: (Objective)**
The patient is attentive, responsive, and engaged throughout the session.

**A: (Assessment)**
The patient is increasing awareness of emotional shifts and learning to stay connected to present experience.

**P: (Plan)**
Continue supporting emotional regulation, contact boundary formation and mindful self-observation.

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

COPY

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations. no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.
COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair
JUDGEMENT: fair

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

Diagnoses attached to the encounter:
ICD-10
F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| Patient | | Encounter | |
|---|---|---|---|
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Ceraselia Emma Hotar |
| Age | 36 yrs | Date | 09.09.25 |
| Sex | Female | Age at DOS | 36 yrs |

Subjective
Length of Session: 45min
From 3:15pm-4:00pm

**S: (Subjective)**
The patient reports persistent emotional tension and expresses a wish to feel more centered and improve her emotional balance.

**O: (Objective)**
The patient appears thoughtful, with affect reflecting anxious emotional strain and working to increase her understanding of how she organizes her life.

**A: (Assessment)**
The patient is becoming more aware of how stress impacts emotional responses.

**P: (Plan)**
Further sessions will focus on supporting awareness, presence, and self-regulation.

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

COPY

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations, no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.
COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair
JUDGEMENT: fair

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

Diagnoses attached to the encounter:
ICD-10
F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| Patient | | Encounter | |
|---|---|---|---|
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Caraselia Emma Hotar |
| Age | 37 yrs | Date | 09.16.25 |
| Sex | Female | Age at DOS | 37 yrs |

Subjective
Length of Session: 45min
From 3:15pm-4:00pm

**S: (Subjective)**
The patient notes experiencing moments of overwhelm and seeking support in understanding these reactions and finding increased coping strategies.

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

**O: (Objective)**
The patient demonstrates interest in engaging in therapy and developing a plan on how to move forward to address her stated burnout experience.

**A: (Assessment)**
The patient continues to expand awareness of emotional experiences and their triggers.

**P: (Plan)**
Continue exploring emotional patterns and strengthening grounding techniques.

COPY

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations. no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.
COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair
JUDGEMENT: fair

Diagnoses attached to the encounter:
ICD-10

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

| | | | |
|---|---|---|---|
| Patient | | Encounter | |
| Ana Roman | | Note Type. | Note |
| DOB | 09.16.1988 | Seen by | Ceraselia Emma Hotar |
| Age | 37 yrs | Date | 09.23.25 |
| Sex | Female | Age at DOS | 37 yrs |

Subjective
Length of Session: 45min
From 3:15pm-4:00pm

**S: (Subjective)**
The patient expresses a general sense of emotional fatigue and a desire for greater clarity in her life.

**O: (Objective)**
The patient presents with anxious demeanor and consistent participation.

**A: (Assessment)**
The patient is gradually developing insight into emotional processes and stress reactions.

**P: (Plan)**
Maintain focus on present-centered awareness and gentle emotional exploration.

MEDICATION UPDATE (if applicable): Meds Rx by psychiatrist: Auvelity 45/100mg, Diazepam 2mg, Trazodone 100mg.
Patient RESPONSE: Patient was responsive to the intervention.
NEXT SESSION: 1x/wk – next week.

COPY

MENTAL STATUS EXAM
APPEARANCE: well groomed, appeared stated age.
ATTITUDE: cooperative.
MOTOR ACTIVITY: increased.
SPEECH: normal volume, average rate, articulation clear.
MOOD: anxious
AFFECT: congruent with mood
THOUGHT PROCESSES: logical, goal directed.
THOUGHT CONTENT: no hallucinations. no delusions.
SUICIDAL IDEATION: none.
HOMICIDAL IDEATION: none.
IMPULSE CONTROL: adequate.
COGNITIVE FUNCTION: oriented x3.
memory impaired: immediate.
INSIGHT: fair
JUDGEMENT: fair

Diagnoses attached to the encounter:
ICD-10

**Patient copy — not a clinical or legal original, not to be altered or redistributed**

F32.1 MDD -Major Depressive Disorder, single episode moderate
F41.1 GAD -Generalized anxiety disorder

THERAPY PLAN
Continue with psychotherapy.
Discussion of plan to manage symptoms. Patient understood and made informed consent.
Discussed : Risks and benefits of treatment options.
Discussed instructions for management, treatment and F/U.
Psychoeducation and support provided.

PT HAS ABILITY AND CAPACITY TO RESPOND TO THE TREATMENT.
RECOMMENDATIONS ABOUT COMPLIANCE, PHYSICAL ACTIVITIES,
MEDICAL DECISION -TO CONTINUE CURRENT TREATMENT.
TREATMENT GOAL: TO STABILIZE MOOD, SLEEP AND MODIFY BEHAVIOR.
RTC. 1x/wk.

COPY

# PSYCHOLOGICAL EVALUATION REPORT

- **INSTITUTE OF LEGAL MEDICINE (Romania)-**

---

## Identification Data

- **Name:** Ana Roman
- **Date of Birth:** 09/16/1988
- **Sex:** Female

---

## Purpose of Examination

This document has been requested by the client/ beneficiary for the utilization in judicial purposes. The report was prepared on the therapeutic process carried out in the office and clinical observations resulting from counseling/ psychotherapy sessions.

## Period of examination:

The beneficiary was evaluated and psychologically assisted in several sessions held on: 11/05/2025 , 13/12/2025, 01/27/2026 , 03/01/2026, 03/30/2026, 04/24/2026.

---

## Methods used:

- **Semistructured clinical interview**
- **Systematic clinical observation**
- **Functional analysis of symptomatology**
- **Monitoring of function in dynamics**

---

## Clinical Observations

During the sessions, the beneficiary presented anxiety-depresive symptoms manifested by increased mental tension, episodes of emotional overwhelm, fatigue, difficulties in self regulation, sleep disorder and decreased concentration capacity. Elements compatible with mental exhaustion associated with professional and personal stress were reported.

Dr. SIMIGIU AURORA
Psiholog principal
PSIHOLOGIE CLINICĂ
doctor în psihologie
Cod 12511

Colegiul Psihologilor din România
SIMIGIU AURORA
Cabinet individual de psihologie
1BV3386
Filiala Brașov

The mental status examination revealed: preserved temporal-spatial orientation, adequate psychological contact, good cooperation, logical and goal-directed thinking, no active psychotic indicators, congruent affect with the declared mood, anxious mood and increased emotional reactivity.

Functionally, the symptoms interfered with daily performance, stress tolerance, decision-making capacity, and general sense of personal efficacy.

**Evolution/ Development**

In the therapeutic dynamics, a gradual increase in insight, awareness of triggers, development of coping strategies and improvement of emotional expression capacity were observed. However, vulnerability to overexertion and anxious reactions in conflictual or intensely stressful contexts persisted.

---

**Expert Conclusion**

Clinical data support the presence of an emotional disorder with an anxious and depressive component, related to prolonged exposure to stress and adaptive overload. The described symptomatology is likely to produce significant discomfort and temporary functional impairment.

---

**Recommendations**

- Continuation of the therapeutic process
- Maintaining psychiatric monitoring , as appropriate
- Reducing exposure to major stress factors
- Structured sleep hygiene and emotional self-regulation program
- Psychological reassessment if necessary

**Mention**

This document reflects clinical observations made within the limits of the psychologist's professional competence and does not substitute forensic expertise or court decision.

| | |
|---|---|
| Date | **April 25, 2026** |
| **Signed by** | **Dr. Psychiatrist Simigiu Aurora** |

Dr. SIMIGIU AURORA
Psiholog principal
PSIHOLOGIE CLINICĂ
doctor in psihologie
Cod 12511

Colegiul Psihologilor din România Filiala Brașov 1BV3386 Cabinet individual de psihologie SIMIGIU AURORA

**Roman, Ana Maria**

| | |
|---|---|
| **Subject:** | Ana's OOO |
| **Location:** | Ana's OOO |
| **Start:** | Mon 9/22/2025 9:00 AM |
| **End:** | Fri 10/10/2025 5:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Roman, Ana Maria |
| **Required Attendees:** | McGlinn, Mari-Christina Q |

Hi MC,

I m sharing the updated timeline for the Out-of-Office coverage we spoke about earlier today. This was already on your calendar, but I've refined it to reflect our conversation today.

Happy to connect again if needed.

Thank you,

Ana Maria Roman

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Friday, August 29, 2025 7:43 PM
**To:** McGlinn, Mari-Christina Q
**Cc:** Oliver, Emily W - CHARLOTTE NC
**Subject:** RE: Ana/ MC Biweekly TB - follow up

HI MC & Emily,

Thank you for your time today.

As requested, I sent out all the invites for the calls that I have next week. For the month of August, I had scheduled 88 calls. For the beginning of September, I sent you all the meeting planners invites.

Also, I completely understand your concerns about the workload and the business needs. I would like to kindly ask you if you could reconsider approving my time off request. As you know, the reason for me requesting this time off was for family purposes originally, but as I mentioned on our call, I do need to take time off for recovery (recommended by my doctor). I would really appreciate your grace and kindness in understanding my needs for disconnecting completely and stepping away, being able to regroup. I wanted to let you know that I will make sure that all of my responsibilities are fully managed and covered before I leave to avoid any disruption and that the team is supported.

Thanking you in advance & Looking forward to hearing from you,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Tuesday, September 2, 2025 12:58 PM
**To:** Oliver, Emily W - CHARLOTTE NC; McGlinn, Mari-Christina Q
**Subject:** RE: Emily/ MC/Ana Touch base

Yes, you are absolutely correct. I understand the business needs.

---

**From:** Oliver, Emily W - CHARLOTTE NC <emily.w.oliver@bofa.com>
**Sent:** Tuesday, September 2, 2025 12:17 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Emily/ MC/Ana Touch base

Thanks, to confirm you will still be taking your two weeks off of PTO, the third week is the week that we cannot approve in succession due to workload and business needs on our team. Thanks.

EO

---

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Tuesday, September 02, 2025 12:15 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>; Oliver, Emily W - CHARLOTTE NC <emily.w.oliver@bofa.com>
**Subject:** RE: Emily/ MC/Ana Touch base

Hi MC & Emily,

Thank you for the quick connect in the morning.

As you requested, I removed from Workday the days I requested off that would have been covered by my PTO.

Thank you,

*Ana Maria Roman*

AVP, Talent Acquisition Consultant I
Enterprise Internal Mobility
Global Human Resources
☎: 347.684.3664
F: 212.377.5575
✉ ana_maria.roman@bofa.com

-----Original Appointment-----
**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Tuesday, September 2, 2025 9:03 AM
**To:** McGlinn, Mari-Christina Q; Oliver, Emily W - CHARLOTTE NC; Roman, Ana Maria
**Subject:** Emily/ MC/Ana Touch base
**When:** Tuesday, September 2, 2025 9:20 AM-9:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** webex

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://goto.webex.com/goto/j.php?MTID=meeca421d76a281abaabee4a18743ac7e

**Join by meeting number**
Meeting number (access code): 2423 696 2019
Meeting password: QvjMJzy$665 (78565990 when dialing from a video system)

**Tap to join from a mobile device (attendees only)**
1-866-262-0036,,24236962019## US Toll Free
+1-678-932-3680,,24236962019## US Toll

**Join by phone**
1-866-262-0036 US Toll Free
1-678-932-3680 US Toll
Global call-in numbers

Meeting number (access code):2423 696 2019

**Join from a video system or application**
Dial 24236962019@goto.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Meeting password: QvjMJzy$665 (78565990 when dialing from a video system)

Sedgwick Claims Management Services, Inc.
PO Box 14648
Lexington, KY 40512

BANK OF AMERICA

September 03, 2025

Ana Maria Roman
43-11 49Th St, Ap 3C
Queens, NY 11104

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica**

# We are processing your request for a leave of absence

September 03, 2025

Dear Ana Maria:

Sedgwick administers Bank of America's leave of absence and short-term disability programs and we have received, and are processing, your leave request. We want you to have a smooth experience and we will help you manage the leave process every step of the way.

**Once we receive your completed documentation, you should expect to hear from us within two business days.** Please read the details below to know what to expect during this process.

- **Your leave number: 4H25091D6RZ-0001**
- **Your requested leave begin date: October 01, 2025**
- **Your requested return to work date: November 28, 2025**

**What do you need to do now?**

- ☐ **Please read the *Step-by-Step Instructions*** included in this packet to help you through next steps and understand your responsibilities throughout this process.
- ☐ **Please have your health care provider complete the enclosed *Health Care Provider Statement* form** and send to us by **October 16, 2025**. It is ultimately your responsibility to get the medical documentation turned in to Sedgwick by the medical due date. Failure to submit medical documentation could result in your leave being denied.

**Note**: Our records indicate that your leave is due to a behavioral health or substance abuse condition. The Bank of America Short-term Disability Plan states that non-psychiatrist or non-clinical psychologist health care providers may provide treatment for **up to 45 days** for behavioral health or substance abuse conditions. In order to be eligible for short-term disability benefits after this **45-day period**, you must receive treatment from a psychiatrist, psychiatric nurse practitioner, clinical psychologist, or a psychiatric physician assistant no later than **November 14, 2025**. Otherwise, your benefits could be denied for not meeting the appropriate care and treatment provision of your plan.

**Eligibility for leave of absence**

If your first day of absence is in the future, we will review your eligibility again at the start of your leave. Typically, any approved Bank of America leaves run concurrently (at the same time) with any approved FMLA or state/local leave.

- You are eligible for the Bank of America medical leave of absence.
- The Family and Medical Leave Act (FMLA) provides job-protected time off to eligible employees. You meet the FMLA's basic eligibility requirements listed on the attached *FMLA Rights and Responsibilities* document.

**We're here to help you**

- ☐ **We will contact you** in seven calendar days to remind you of your documentation due date if no medical documentation has been received.
- ☐ **If medical documentation has been received,** we will notify you of our decision.

- ☐ **Call us** if you can return to work early or if an extension of your leave is needed.
- ☐ **Call us** if you can return to work with restrictions. Sedgwick will review the restriction(s) to see if we can assist with your restricted return to work.

**Need additional help?**
We are here to help you at every step in this process. You can access your leave information 24/7 at mysedgwick.com/BankofAmerica or by calling **Sedgwick at 855.837.5999**. If you have questions, Sedgwick representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays.

Scan this QR code with your mobile device camera to go directly to mySedgwick.

Thank you,
The Sedgwick Advocacy Care Team

| | |
|---|---|
| SPANISH (Español): | Para obtener asistencia en Español, llame al [855.837.5999]. |
| TAGALOG (Tagalog): | Kung kailangan ninyo ang tulong sa Tagalog tumawag sa [855.837.5999]. |
| CHINESE (中文): | 如果需要中文的帮助，请拨打这个号码 [855.837.5999]. |
| NAVAJO (Dine): | Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' [855.837.5999]. |

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Step-by-step instructions for your leave of absence

## Step 1 | Maintain contact with us

**Sedgwick and your manager:** Keep both your manager and Sedgwick informed of your leave status. You can access your leave information 24/7 at mysedgwick.com/BankofAmerica or by calling **Sedgwick at 855.837.5999**. If you have any questions or need to make any changes to your leave, Sedgwick representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays. Additionally, we'll keep your manager informed throughout the process and encourage you to maintain contact with them.

## Step 2| Complete all of the required forms by October 16, 2025

**Required paperwork:** Ask your health care provider to send us objective medical information (such as office notes or test results) that demonstrates you cannot perform the duties of your job. This should be sent along with the *Health Care Provider Statement* form, by **October 16, 2025.** You should also keep a copy for your records. Any delay in submitting this form or other supporting medical documentation may impact our ability to approve your leave. **Note:** Any fees assessed by your health care provider for medical documentation are your responsibility.

**Authorization for the release and use of your personal information form:** Please complete and return the *Authorization for the release and use of your personal information* form to allow us to request medical information on your behalf for your disability. A hard copy may be needed even if you electronically signed the release, because some providers may not recognize electronic authorizations.

**Authorization to seek clarification or authentication form:** Please sign and return the *Authorization to Seek Clarification or Authentication*. While not required, this form allows Sedgwick to communicate with the health care provider to seek clarification or authentication when necessary for your federal Family and Medical Leave Act (FMLA) state/local law and/or Bank of America leaves.

### How to return your documents

- **Upload**: mySedgwick.com/BankofAmerica
- **Email:** BofAMail@sedgwick.com (document submission only)
- **Fax**: 855.800.5116

## Step 3| Planning for your return

**Notify Sedgwick and your manager of your intended return-to-work date as soon as it is known:** If you are released by your health care provider with restrictions, you may still be able to return to work.

**Let Sedgwick know if your expected return-to-work date changes:** If your leave changes and you think you may need more time away, contact Sedgwick. We will advise you on required documentation to support any additional time away from work.

### Step 4| Learn about other Bank of America resources

We encourage you to review these Bank of America resources that may be helpful for your needs:

- **Employee Resources at Home** (bankofamerica.com/employee), where you can access a wide range of benefits and programs to support you and your family while you're on leave, including leave of absence guides and related information
- **Global HR Service Center**, where representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays, to answer your questions. Contact them at 800.556.6044.
- **Employee Relations**, which can help you with workplace issues and provide confidential support for your inquiries. Contact them at 800.556.6044.
- The **Employee Assistance Program** (EAP), which provides access to resources to help you take care of yourself and your family. This includes unlimited confidential telephone consultations and up to twelve free face-to-face counseling sessions per issue for critical needs and support for the day-to-day. Contact the EAP at 866.327.2725.

### Step 5| Additional information for NY employees

**Because you work in the state of New York,** you may be eligible for Disability Benefits Law (NY DBL) benefits insured by MetLife. We will evaluate your eligibility for payment on behalf of MetLife and communicate the decision to both Bank of America and yourself. Please note that, if approved, your statutory disability benefit payment will be processed separately from your Bank of America disability benefit payment, so you may not receive both payments on the same day.

**Reduction in payment amount:** If applicable, your Bank of America benefit payment will be reduced by other sources of income such as state or local disability benefits or Workers' Compensation benefits.

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Your rights and responsibilities

The Family and Medical Leave Act (FMLA) includes certain requirements for providing unpaid, job-protected leave for Bank of America employees to take care of their own or a family member's medical needs. There are basic eligibility criteria for the FMLA:

- You must have worked at Bank of America for at least 12 months (at the time your leave begins).
- You must have worked at least 1,250 hours at the bank during the 12-month period before your leave begins.

If you have requested a leave of absence that starts in the future, eligibility will be determined as of the first day it starts. Sedgwick, the administrator of Bank of America's leave of absence and short-term disability programs, will verify the number of hours you worked in the 12 months before your first day of leave and if those are different than the number of hours Sedgwick verified as of the date of this letter, you may not be eligible for FMLA leave and an amended notice of your eligibility and your rights and responsibilities will be sent to you.

**If your leave qualifies under the FMLA, you will have the following rights and responsibilities while on leave:**

- You have the right, under the FMLA, to take up to 12 weeks of unpaid leave in a 12-month period. This time is calculated as a rolling 12-month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid FMLA leave under the same terms and conditions as if you continued to work. You must be reinstated to the same job or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under the FMLA).
- If you do not return to work following FMLA leave for a reason other than 1) the continuation, recurrence or onset of a serious health condition that would entitle you to extended FMLA leave; 2) the continuation, recurrence or onset of a serious health condition of a covered service member's serious injury or illness that would entitle you to extended FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse Bank of America for their share of health insurance premiums paid on your behalf during your FMLA leave.

**Health benefit deductions:** Your benefits will continue as long as you're on paid leave and contributions will continue to be taken from your pay. **If you transition to unpaid leave, y**ou'll receive an invoice to pay your portion of the premiums. **Your coverage will be canceled if you do not pay your premiums. Contact the Global HR Service Center with questions.**

**Pay:** The first seven days of your leave are the unpaid waiting period. Your accrued-but-unused occasional illness time will automatically fund this period. If you don't have enough occasional illness time, vacation or purchased time off can be used. Your manager must enter this time into Workday on your behalf. **Note:** You will accrue vacation, purchased time off or occasional illness time while on paid leave, but not on unpaid leave. You will not be eligible for any paid holidays during both paid and unpaid leaves.

**Periodic updates:** While on leave, you will be required to provide periodic updates to Sedgwick of your status and intent to return to work.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Authorization for the release and use of your personal information

This authorization form complies with the Health Insurance Portability and Accountability Act (HIPAA) and relates to information necessary for Sedgwick, which administers Bank of America's leave of absence and short-term disability programs, to administer the coverage, benefits and services made available to you by Bank of America. You are not required to sign this form, but if you do not, Sedgwick Claims Management Services, Inc. (Sedgwick) and Metropolitan Life Insurance (MetLife), who administer the programs and services, may not be able to process your absence, short-term disability leave and/or long-term disability leave.

Employee name: Ana Maria Roman
Leave #: 4H25091D6RZ-0001
Last day worked: **September 30, 2025**

Telephone #: 855.837.5999
Employer name: Bank of America
Disability begin date: **October 01, 2025**

**Please read the authorization below and sign the bottom of this form so Sedgwick can continue to process your request.**

I authorize any health plan, physician, health care professional, medical, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider practitioner that has information about my health, health history, or insurance leaves or benefits that relate to my health condition or disability status, to provide access to or copies of this information to any individual or entity who administers leave of absence, disability or return-to-work coverage, insurance, benefits or services on behalf of Bank of America, including, but not limited to, Sedgwick or MetLife. Information about my health may relate to any disorder or the immune system including, but not limited to, HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by Bank of America, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I acknowledge that I have been informed and have agreed that Bank of America may, at its sole discretion, obtain from Sedgwick any medical information submitted to Sedgwick in support of my requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave.

I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any leave for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my leave. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my

information obtained pursuant to this authorization in any other leave matter that Sedgwick may administer or handle related to me.

I understand that I do not have to give this authorization. If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or MetLife may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage, benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Important information about your rights**
I may revoke this authorization at any time before its expiration date by notifying Sedgwick at PO Box 14648, Lexington, KY 40512 and/or MetLife at MetLife Disability, PO Box 14590, Lexington, KY 40512-4590 in writing, but the revocation will not have any effect on any actions the party took before it received the revocation.

| | |
|---|---|
| Ana Maria Roman | 9/6/2025 |
| Employee's signature | Date signed |
| | |
| Signature of personal representative who has the authority to sign on your behalf | Name of personal representative who has authority to sign on your behalf (please attach a copy of the document conferring this authority) |

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Authorization to seek clarification or authentication on my leave of absence certification

**Employee name: Ana Maria Roman     Leave number: C509020933900045AA**

In order to substantiate your leave of absence (LOA) request under the federal Family and Medical Leave Act (FMLA) state/local FML and/or Bank of America leaves, Sedgwick Claims Management Services, Inc. (Sedgwick), the administrator of Bank of America's LOA and short-term disability programs, requires a health care provider certification (FMLA Certification Form) to support your need for family and medical leave due to your own serious health condition. It is your responsibility to provide Sedgwick with a complete and sufficient certification. With your permission, once the certification has been submitted, the FMLA, state/local, and/or Bank of America regulations allow Sedgwick to seek clarification from your health care provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.

I, Ana Maria Roman, hereby authorize Sedgwick to make contact with my health care provider for the purpose of seeking authentication of the document or clarification of the information contained in the document. This release and consent does not authorize the disclosure of 1) the identification of past, present, or future physical or mental health, or conditions; 2) the diagnosis or treatment provided to me; 3) payment for the health care I received; or 4) genetic information. In addition, Sedgwick will not, nor does this release and consent authorize Sedgwick to, request information beyond that required by the health care provider certification form.

I understand that I am responsible for signing any releases or authorizations required under the Health Insurance Portability and Accountability Act (HIPAA) or other laws that would authorize the health care provider to discuss my certification for leave and provide the clarifications requested.

I acknowledge that this authorization is voluntary. However, I understand that if I choose not to provide Sedgwick with this authorization, and do not provide a complete and sufficient certification form, Sedgwick may deny the taking of FMLA, state/local, and/or Bank of America leave. I acknowledge that I have been informed and have agreed that Bank of America may, at its sole discretion, obtain from Sedgwick any medical information submitted to Sedgwick in support of my requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave.

I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:

PO Box 14648
Lexington, KY 40512

*C00061724.411-9339*

However, this authorization cannot be revoked if Sedgwick has taken action on this authorization prior to receiving written notice. I also understand that I have the right to have a copy of this authorization. This authorization is valid from the date of my signature below and will expire one year from the date of this authorization.

Ana Maria Roman — Employee signature

09/06/2025 — Date

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

*C0006l724.4ll-9339*

# mysedgwick

*With mySedgwick, our secure, online self-service tool, it's easier than ever to access real-time claim information, track claim progress, communicate with your examiner and take steps to advance your claim. Log in from your phone, tablet, laptop or web-enabled device and explore how mySedgwick simplifies the claims process.*



*Log into mySedgwick*

## Create a new user account

1. Please login to mysedgwick.com/BankofAmerica.
2. Click **New User**.
3. Follow the prompts to enter your personal information, create a username and password, and select a security question. You will also be asked to set up two-factor authentication.
4. Click **Submit**.
5. After registering, you will receive a confirmation email containing your registration information.

## Questions about registering or logging in?

Click **Contact Support** to live chat with our technical support team or call us by phone.

## Learn more

Visit **Helpful resources** for a learning center with videos, FAQs, links and more.

## Follow your claim

View claim status and correspondence.

**Exchange information**
Upload claim-related files, sign forms, submit return to work and report a new claim.

**Communications**
Communicate with your claims examiner without even picking up the phone. Manage how we contact you by opting into texts or emails.

**My claims**
View a dashboard summary of important claim reminders, action items, details and leave balance.

**Claim progress tracker**
View where you are in the claims process and next steps.

**Off work calendar**
View a claims calendar to see the status of each absence in a weekly or monthly format.



© 2024 Sedgwick 067 | 1-16 V2

# New York State Disability Benefits
# STATEMENT OF RIGHTS

NEW YORK STATE OF OPPORTUNITY | Workers' Compensation Board

**If you are unable to work due to a non-occupational illness or injury, you may be entitled to disability benefits.**

1. You may be entitled to statutory disability benefits for a non-work-related injury or illness (including disability due to pregnancy) beginning with the eighth consecutive day of disability. Disability benefits are paid **directly to you** by your employer's insurer, **not** through your employer, unless your employer is an approved self-insurer. You can take up to 26 weeks of disability at 50% of your average weekly wage, capped at $170 per week. Generally, your average weekly wage is the average of your last eight weeks of pay prior to starting disability. Your employer or union may provide different benefits, at least as favorable as statutory, under an approved disability benefits plan or agreement.
2. If you also take New York State (NYS) Paid Family Leave (PFL), your combined total disability leave and PFL in any consecutive 52-week period may not exceed 26 weeks. You cannot take PFL and disability leave at the same time.
3. You can be treated by any physician, podiatrist, chiropractor, dentist, nurse midwife, or psychologist who can certify your disability. Your medical bills are not covered, unless your employer and/or union provides for the payment of medical bills under an approved disability benefits plan or agreement.
4. Your employer may **not** ask you to waive your right to disability benefits. Employers may collect a maximum contribution of 60 cents/week to offset the insurance premium (unless the additional contribution is part of an approved plan). **You cannot be discriminated or retaliated against for requesting or taking disability benefits.**
5. Your employer or employer's insurer is required to begin payment or issue a ***Notice of Denial (Form DB-DEN)*** or ***Notice of Rejection (Form DB-451)*** within 18 days of your first day of disability leave or receipt of your completed claim, whichever is later. If you receive ***Form DB-DEN***, you will also receive ***Form DB-451*** with additional information within 45 days of your first day of disability leave or the receipt of your completed claim, whichever is later. If after these 45 days, you have not received benefits or ***Form DB-451***, promptly contact the NYS Workers' Compensation Board (Board) at **(877) 632-4996**. NOTE: If you receive ***Form DB-451*** and disagree, you may request a review by writing to the Board at the bottom right address.

## To file a claim:

1. Obtain a ***Notice and Proof of Claim for Disability Benefits (Form DB-450)***, either from the Board at **wcb.ny.gov**, or from your employer, or your employer's insurer.
2. Follow instructions to complete/submit the form, which includes sections your employer and health care provider must complete.
3. Submit the form to your employer's insurer within 30 days of your first day of disability. If your claim is not paid promptly, contact your employer or their insurer. If you file late, you may not be paid for any disability period more than two weeks before the date you filed. Late filings may be excused if you can show it wasn't reasonably possible to file earlier. No benefits are payable if you file more than 26 weeks after your disability begins, or after you return to work.

Do not assume that your employer has filed a claim on your behalf; filing a claim is your responsibility.

Note: If your disability is the result of an automobile accident, and you have filed a claim for no-fault benefits, **you must** also file a ***Form DB-450*** for disability benefits. If you do not file for disability benefits, the no-fault insurer may reduce your no-fault payments.

IMPORTANT: In such cases, if you are not entitled to disability benefits, immediately advise the no-fault insurer.

**FOR HELP OBTAINING A CLAIM FORM OR FILLING IT OUT, OR OTHER QUESTIONS ABOUT BENEFITS FOR YOUR NON-WORK-RELATED INJURY OR ILLNESS, PLEASE CALL (877) 632-4996. A BOARD REPRESENTATIVE WILL HELP.**

This information is a simplified presentation of your rights as required by Section 229 of the Disability and Paid Family Leave Benefits Law.
Your employer's disability benefits insurance carrier is:
Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10016

PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD
NYS Workers' Compensation Board Disability Benefits Bureau
PO Box 9029, Endicott, NY 13761-9029
**WCB.NY.GOV**

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 |** mySedgwick.com/BankofAmerica

# Health Care Provider Statement

**Return to:** **Sedgwick**
**Fax:** **855-800-5116**
**Email:** **BofAMail@sedgwick.com | Phone:** **855.837.5999**

**Patient name:** **Ana Maria Roman**
**Patient Date of Birth:** **09/16/1988**
**Leave number:** **4H25091D6RZ-0001**
**Due date:** **10/16/2025**

**Instructions for Bank of America employees:**
Please ask your health care provider to complete and return this form to Sedgwick. It is needed as part of Sedgwick's review of your disability leave and potential restrictions for your return to work. You or the health care provider can submit the completed form to Sedgwick by mail, fax or online at the addresses listed above. **Note**: Our records indicate that your leave is due to a behavioral health or substance abuse condition. The Bank of America Short-term Disability (STD) Plan states that non-psychiatrist or non-clinical psychologist health care providers may provide treatment for **up to 45 days** for behavioral health or substance abuse conditions. In order to be eligible for STD benefits after this **45-day period**, you must receive treatment from a psychiatrist, psychiatric nurse practitioner, clinical psychologist, or psychiatric physician assistant no later than **November 14, 2025**. Otherwise, your benefits could be denied for not meeting the appropriate care and treatment provision of your plan.

**Health care provider:** Please complete and sign this form. Sedgwick, the leave of absence and short-term disability administrator for Bank of America, requires this information to make a determination on the employee's STD leave.

**To Be Completed by Healthcare Provider (Type or Print)**

**Section 1: Required Information to Support FMLA/State Leave**

1. Will the patient be incapacitated for a single continuous period of time due to their medical condition, including any time for treatment and recovery? ☒ Yes ☐ No
2. If yes, estimate the beginning and ending dates for the period of incapacity:
___09.08.25___(mm/dd/yyyy) through _______12/01/2025_________________ (mm/dd/yyyy)
3. Check the box(es) for the questions below, as applicable.

☐ **Inpatient Care:** The patient (☐ has been / ☐ is expected to be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility on the following date(s): ___________________________

☒ **Incapacity plus Treatment: (e.g. outpatient surgery, strep throat)**
Due to the condition, the patient (☐ has been / ☐ is expected to be) incapacitated for more than three consecutive, full calendar days from: ___________________________ (mm/dd/yyyy) through ___________________________ (mm/dd/yyyy)
The patient (☐ was / ☐ will be) seen on the following date(s): ___________________________
___________________________
The condition (☒ has / ☐ has not) also resulted in a course of continuing treatment under the supervision of a health care provider (e.g. prescription medication (other than over-the-counter) or therapy requiring special equipment).

☐ **Pregnancy:** The condition is pregnancy. List the expected delivery date: ___________________________ (mm/dd/yyyy)

☒ **Chronic Conditions:** (e.g. asthma, migraine headaches) Due to the condition, it is medically necessary for the patient to have treatment visits at least twice per year.

☐ **Permanent or Long-Term Conditions:** (e.g. Alzheimer's, terminal stages of cancer) Due to the condition, incapacity is permanent or long term and requires the continuing supervision of a health care provider (even if active treatment is not being provided).

☐ **Conditions requiring Multiple Treatments:** (e.g. chemotherapy treatments, restorative surgery) Due to the condition, it is medically necessary for the patient to receive multiple treatments.
☐ **None of the above:** If none of the above condition(s) were checked, (i.e., inpatient care, pregnancy).

4. Identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of their job functions).
Patient describes being in burnout mode due to the work environment, overperforming, stressing out about the work situation, she has deep interruptions of emotional regulation with oncoming panic attacks and numerous anxiety episodes.

5. If needed, briefly describe other appropriate medical facts related to the condition(s) for which the leave has been sought (e.g., use of nebulizer, dialysis). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA.
Patient has been seeking resolve for her severe stomach issues with her PCP doctor, seeking care from her OB/GYN doctor for her menstrual disturbances in the past six months, and consulting with an ENT throat specialist to have her thyroid checked due to physical issues that have continued in the past few months, with an apparent link to stress level.

**Section 2: Required Information to Support Disability Benefits**

6. Patient's occupation: Talent Acquisition Consultant- Talent Mobility Advisor
7. Have you recommended to your patient to not work? ☒ Yes ☐ No
   a. If yes, effective date(s)? ____ 09.08.25 _____ (mm/dd/yyyy)
   b. Provide your rationale for recommending the patient not work: _ Patient has been suffering from symptoms of anxiety, panic attacks, depression, and burnout with a recent increase in severity of symptoms. These symptoms cont. to interfere with the patient's ability to perform daily activities and her job effectively.
8. Can your patient return to work with accommodations? ☐ Yes ☒ No
   a. If yes, effective date(s)? ________n/a______________ (mm/dd/yyyy)
   b. Describe accommodations: _____n/a________________________________
9. Your patient will be released to work full duty on: 12/01/2025 (mm/dd/yyyy)
10. Is this condition considered work related? ☒ Yes ☐ No
11. Could this patient return to job demands in another position or a different capacity? ☐ Yes ☒ No
    a. If yes, please explain: ____________________________________

**Support your opinion with the following information:**

**Attach all office notes, history & physical, results of x-rays, laboratory tests, MRI Reports, etc., if relevant**

**DIAGNOSIS**

12. Primary: ICD Code: __ F41.9__ Description: __ Anxiety disorder, unspecified_
13. Secondary: ICD Code: _F32.9_ Description: _Major depressive disorder, single episode, unspecified_(tertiary: F41.0 Panic disorder) _
14. **COGNITIVE FUNCTIONING EVALUATION**

Date of last exam: 09/02/2025 (mm/dd/yyyy) Date of Next Exam: 09/09/2025 (mm/dd/yyyy)

| | | | | | |
|---|---|---|---|---|---|
| **APPEARANCE:** | ☒ Well Groomed | ☐ Disheveled | ☐ Inconsistent | ☐ Bizarre | |
| **ABLE TO PERFORM ADLS:** | ☒ Yes | ☐ No - If no provide examples: | | | |
| **MOTOR ACTIVITIES:** | ☐ Unremarkable | | ☐ Impaired | | |
| **AFFECT:** | ☐ Appropriate | ☒ Sad | ☐ Worrisome | ☐ Flat | ☐ Blunted |
| | ☒ Labile | ☐ Expansive | ☐ Constricted | | |
| **MOOD:** | ☐ Normal | ☒ Anxious | ☒ Depressed | ☐ Labile | |
| **SPEECH:** | ☐ Normal | ☒ Soft | ☐ Pressured | ☐ Loud Slurred | ☐ Delayed |
| **THOUGHT PROCESS:** | ☐ Intact | ☐ Loose | ☐ Circumstantial | ☐ Tangential | ☒ Flight of Ideas |
| **HALLUCINATIONS:** | ☒ None | ☐ Visual | ☐ Auditory | ☐ Both | |
| **DELUSIONS:** | ☒ None | ☐ Paranoid | ☐ Persecutory | ☐ Grandiose | |
| **ORIENTATION:** | ☒ Fully Oriented | ☐ Disoriented | | | |
| **JUDGMENT:** | ☒ Intact | ☐ Impulsive | | | |

**SUICIDAL:** ☐ Yes ☒ No
☐ With Plan ☐ Without Plan ☐ With Intent ☐ Without Intent

**HOMICIDAL:** ☐ Yes ☒ No
☐ With Plan ☐ Without Plan ☐ With Intent ☐ Without Intent

**15. MAKING PERSONAL SOCIAL ADJUSTMENTS**

| | | | |
|---|---|---|---|
| Maintain personal appearance | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Behave in an emotionally stable manner | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Relate predictability in social situations | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Demonstrate reliability | ☐ Good | ☒ Fair | ☐ Poor/ None |

16. **PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING (CHECK SELECTION)**

| | | | |
|---|---|---|---|
| Follow work rules | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Relate to co-workers | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Ability to perform simple repetitive tasks | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Ability to perform complex and varied tasks | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Interact with supervisor(s) | ☐ Good | ☐ Fair | ☒ Poor/ None |
| Deal with work stresses | ☐ Good | ☐ Fair | ☒ Poor/ None |
| Functions independently | ☐ Good | ☒ Fair | ☐ Poor/ None |
| Maintain attention/concentration | ☐ Good | ☐ Fair | ☒ Poor/ None |

**TREATMENT**

17. Date initiated care: 06/20/2025 (mm/dd/yyyy)

18. Inpatient care: Admission Date: n/a (mm/dd/yyyy) Discharge Date: ____________ (mm/dd/yyyy)

19. Partial hospitalization programs: n/a Date(s) of care: ____________ (mm/dd/yyyy)

20. Intensive outpatient (IOP): Start date: n/a (mm/dd/yyyy) End date: ____________ (mm/dd/yyyy)

Days per weeks: ____________ Hours per day: ____________

21. Contact Information for Inpatient Care, Partial Hospitalization, or IOP

Name of Treatment Location: n/a

Address: ____________

Phone: ____________ Fax: ____________

22. Outpatient psychotherapy: Frequency: weekly Date of next visit: 09/09/2025 (mm/dd/yyyy)

23. Medication management: Frequency: ____________ Date of next visit: ____________ (mm/dd/yyyy)

24. Current medications/changes in medication; list all medications and identify dates of new medications or dose adjustments: (attach list if necessary)

Medication Auvelity Dose/Frequency 1x/day

Date prescribed: 06/20/2025 (mm/dd/yyyy) Date Adjusted: ____________ (mm/dd/yyyy)

Medication ____________ Dose/Frequency ____________

Date prescribed: ____________ (mm/dd/yyyy) Date Adjusted: ____________ (mm/dd/yyyy)

Medication ____________ Dose/Frequency ____________

Date prescribed: ____________ (mm/dd/yyyy) Date Adjusted: ____________ (mm/dd/yyyy)

25. Medication side effects: ☐ Yes ☒ No

a. If yes, describe: ____________

**Return to:** **Sedgwick**
**Fax:** **855-800-5116**
**Email:** **BofAMail@sedgwick.com** | **Phone:** **855.837.5999**

**Patient Name:** Ana Maria Roman
**Claim Number:** 4H25091D6RZ-0001

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Attestation Regarding Requested Use or Disclosure of Protected Health Information Potentially Related to Reproductive Health Care:** Sedgwick attests that the PHI information we are requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502 (a)(5)(iii) and that the purpose of the use or the disclosure of the protected health information is **NOT** to investigate or impose liability on any person for the mere fact of seeking, obtaining, providing, or facilitating reproductive healthcare or to identify any person for such purposes. Sedgwick understands that it may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if we knowingly obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another party for purposes other than the administration and adjudication of leaves, work-related accommodations, and disability and statutory related income replacement benefits as provided by the claimant's employer.

**Health Care Provider Information (Required):**

National Provider Identifier (NPI): ______________________ Specialty: Psychiatry

Provider's name: Sorin Bircea, MD

Business address: 43-01 22nd St. #520, Long Island City, NY 11101

Telephone: (347) 242-2211 Fax: (347) 933.6341

Signature: ______________________ Date: ______________________

**Definitions of a Serious Health Condition (See 29 C.F.R. §§ 825.113-.115)**

**Inpatient Care**

- An overnight stay in a hospital, hospice, or residential medical care facility.
- Inpatient care includes any period of incapacity or any subsequent treatment in connection with the overnight stay.

**Continuing Treatment by a Health Care Provider (any one or more of the following)**

- **Incapacity Plus Treatment:** A period of incapacity of more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves either:
  - Two or more in-person visits to a health care provider for treatment within 30 days of the first day of incapacity unless extenuating circumstances exist. The first visit must be within seven days of the first day of incapacity; or,
  - At least one in-person visit to a health care provider for treatment within seven days of the first day of incapacity, which results in a regimen of continuing treatment under the supervision of the health care provider. For example, the health provider might prescribe a course of prescription medication or therapy requiring special equipment.
- **Pregnancy:** Any period of incapacity due to pregnancy or for prenatal care.
- **Chronic Conditions:** Any period of incapacity due to or treatment for a chronic serious health condition, such as diabetes, asthma, migraine headaches. A chronic serious health condition is one which requires visits to a health care provider (or nurse supervised by the provider) at least twice a year and recurs over an extended period of time. A chronic condition may cause episodic rather than a continuing period of incapacity.
- **Permanent or Long-term Conditions:** A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective, but which requires the continuing supervision of a health care provider, such as Alzheimer's disease or the terminal stages of cancer.
- **Conditions Requiring Multiple Treatments:** Restorative surgery after an accident or other injury; or, a condition that would likely result in a period of incapacity of more than three consecutive, full calendar days if the patient did not receive the treatment.

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern.*

*Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

Disability Claims

MetLife

# Electronic Funds Transfer (EFT) authorization

Use this form for electronic payments to your account or make bank updates.

Metropolitan Life Insurance Company

### Things to know before you begin

- You will need your claim number, bank account number and routing number to complete this form.
- Elections on this form may take about five business days after we receive the request to go into effect.
- Payments cannot be deposited into an account outside of the U.S.
- We will send payments that fall on a weekend or holiday the previous business day.
- If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Claimant's behalf and include the claim number at the top of each page.

Make sure you have the right account and routing numbers.

## SECTION 1: My Current Information

Claim Number

| First Name | Middle Name | Last Name |
|---|---|---|
| | | |

| Address | City | State | ZIP |
|---|---|---|---|
| | | | |

| Email Address | Home/Work Phone Number | Mobile Phone Number |
|---|---|---|
| | | |

## SECTION 2: Bank Account Information

- The sample check shown may help you locate checking account numbers. Please reference a check, not a deposit slip.
- If you're using a savings account, please check with your bank for the appropriate routing and account numbers.

| Bank Name | Bank Phone Number |
|---|---|
| | |

| Bank Address | City | State | ZIP |
|---|---|---|---|
| | | | |



*C0006172 4.411-9339*

Type of Account *(check only one)*:

☐ Checking ☐ Savings

Bank Account Number

______________________________

Bank Routing Number *(must be 9 digits)*

______________________________




## SECTION 3: Authorization and Signature

**Please check the box that applies to your request.**

☐ **Create EFT for my disability benefit payment.**
I authorize MetLife to send my disability benefit payment to the Bank designated above for electronic deposit into my Account. I may terminate this arrangement at any time by submitting my request in writing or by calling MetLife. I request MetLife send payments for electronic deposit as instructed above. This agreement will remain in effect until the earlier of, MetLife receives a change request or my claim closes.

☐ **Cancel EFT election**
I wish to cancel my authorization for MetLife to send my disability benefit payment to the Bank designated above for electronic deposit into my Account. After the EFT cancellation is effective, any additional disability benefit payment(s) due to me from MetLife will be paid via check.

☐ **Change EFT election**
I previously authorized EFT into my bank account for disability benefit payments from MetLife. I wish to change the bank account into which future disability benefit payment(s) will be electronically deposited from the account designated above.

I request MetLife to send payments for electronic deposit as instructed above. This agreement will remain in effect until the earlier of MetLife receives a change request or my claim closes.

I understand that MetLife will not be liable for any failure to change or terminate this agreement if the request is incomplete.

If a payment is credited to my account in error, I authorize my financial institution to refund such overpayment to MetLife from my account.

**Please print and sign your name below.**

| First Name | Middle Name | Last Name |
| --- | --- | --- |
| | | |

| **Sign Here** Signature | Date *(mm/dd/yyyy)* |
| --- | --- |
| | |

## SECTION 4: How to Submit this Form

Return this form along with any required documents by:

**Mail:**
MetLife Disability
PO Box 14590
Lexington KY 40512-4590

**Fax:**
1-800-230-9531

EFTAUTHSTDLTD 5584 (06/20)

*C0006172 4.411-9339*

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

2024

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $

Employee's signature: Date:

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2024 | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2024 | **2** | |
| **3** | Subtract line 2 from line 1 | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2024** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2023 Instructions for Form 1040 | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | **5** | |
| **6** | Subtract line 5 from line 4 | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2024 or paid or to be paid with 2024 estimated tax payments | **7** | |
| **8** | Subtract line 7 from line 6 | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

*(continued on back)*

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2024, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying surviving spouse | $29,200* |
| Head of household | $21,900* |
| Single or Married filing separately | $14,600* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,550 is allowed for a married individual (filing jointly or separately) or a qualifying surviving spouse who is 65 or older or blind, $3,100 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $3,100 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $6,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,950 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,900 if 65 or older **and** blind. See the 2024 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,300 or (b) your earned income plus $450 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2024 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2024 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $11,600 | **$0 + 10%** | **$0** |
| 11,600 | 47,150 | **1,160 + 12%** | **11,600** |
| 47,150 | 100,525 | **5,426 + 22%** | **47,150** |
| 100,525 | 191,950 | **17,168.50 + 24%** | **100,525** |
| 191,950 | 243,725 | **39,110.50 + 32%** | **191,950** |
| 243,725 | 609,350 | **55,678.50 + 35%** | **243,725** |
| 609,350 | and greater | **183,647.25 + 37%** | **609,350** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $16,550 | **$0 + 10%** | **$0** |
| 16,550 | 63,100 | **1,655 + 12%** | **16,550** |
| 63,100 | 100,500 | **7,241 + 22%** | **63,100** |
| 100,500 | 191,950 | **15,469 + 24%** | **100,500** |
| 191,950 | 243,700 | **37,417 + 32%** | **191,950** |
| 243,700 | 609,350 | **53,977 + 35%** | **243,700** |
| 609,350 | and greater | **181,954.50 + 37%** | **609,350** |

### Schedule Y-1—Married filing jointly or Qualifying surviving spouse

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $23,200 | **$0 + 10%** | **$0** |
| 23,200 | 94,300 | **2,320 + 12%** | **23,200** |
| 94,300 | 201,050 | **10,852 + 22%** | **94,300** |
| 201,050 | 383,900 | **34,337 + 24%** | **201,050** |
| 383,900 | 487,450 | **78,221 + 32%** | **383,900** |
| 487,450 | 731,200 | **111,357 + 35%** | **487,450** |
| 731,200 | and greater | **196,669.50 + 37%** | **731,200** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $11,600 | **$0 + 10%** | **$0** |
| 11,600 | 47,150 | **1,160 + 12%** | **11,600** |
| 47,150 | 100,525 | **5,426 + 22%** | **47,150** |
| 100,525 | 191,950 | **17,168.50 + 24%** | **100,525** |
| 191,950 | 243,725 | **39,110.50 + 32%** | **191,950** |
| 243,725 | 365,600 | **55,678.50 + 35%** | **243,725** |
| 365,600 | and greater | **98,334.75 + 37%** | **365,600** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated

## How to request Disability Benefits

**Do not submit this form prior to your first date of disability. You must submit your completed claim form within 30 calendar days of your first day of disability to avoid losing benefits. Keep a copy of all forms and documentations for your records.**

1. If you are using this form because you became disabled **while employed** or you became disabled **within four (4) weeks after termination of employment**, your completed claim should be submitted to your employer or your last employer's insurance carrier. You may find your employer's disability insurance carrier on the Workers' Compensation Board's website, www.wcb.ny.gov, using Employer Coverage Search.
2. If you are using this form because you became **disabled after having been unemployed for more than four (4) weeks after termination of employment**, your completed claim MUST be mailed to: **Workers' Compensation Board, Disability Benefits Bureau, PO Box 9029, Endicott, NY 13761-9029**. If you answered "Yes" to question 13.B.4., please complete and attach Form DB-450.1.

**Note: This form has a section to be filled out by your healthcare provider, and a section to be completed by your employer. Before providing the form to your employer, fill out your section and make a copy to keep.**

- The health care provider is required to return the form to you with Part B completed within seven days. If there is a delay, you must wait to submit the form to your insurance carrier. If Part B is not complete (or has incomplete answers) there may be delay in the payment of benefits.

**Important to know:**

You will receive a response within 18 days of your first day of disability leave or the employer or carrier's receipt of your completed claim, whichever is later. If your claim is rejected, you will receive either a Notice of Denial of Claim for Disability Benefits (Form DB-DEN) or a Notice of Total or Partial Rejection of Claim for Disability Benefits (Form DB-451). If you receive a Form DB-DEN, you will receive a form DB-451 with additional information within 45 days of your first day of disability leave or the employer or carrier's receipt of your completed claim, whichever is later.

If you do not receive a response within 18 days (or the Form DB-451 within 45 days) or if you have questions about your disability benefits claim, please call your employer's insurance carrier. For general information about disability benefits, please visit www.wcb.ny.gov or call the Board's Disability Benefits Bureau at (877) 632-4996.

**Notice and Proof of Claim for Disability Benefits (Form DB-450) Instructions**

**PART A - EMPLOYEE INFORMATION** (to be completed by the employee)

You must answer all questions in this part

Question 9: Enter the best estimate of average gross weekly wage. Fill out the table using your gross wages from your last employer prior to disability. If you had more than one employer in the previous 8 weeks prior to your disability, include all wage information from those employer(s) as well.

Step 1: Add all gross wages received (before any deductions) over the last eight weeks prior to the first day of disability, including overtime and tips earned. (See Step 3 for instructions for calculating bonuses and/or commissions.)

Step 2: Divide the gross wages calculated in step one by eight (or the number of weeks worked if less than eight) to calculate the average weekly wage.

Step 3: If you received bonuses and/or commissions during the 52 weeks preceding the first day of disability, add the prorated weekly amount to the average weekly wage. To determine the prorated weekly amount, add all bonuses/commissions earned in the preceding 52 weeks and then divide by 52.

**PART B - HEALTH CARE PROVIDER'S STATEMENT** (to be completed by the health care provider)

The health care provider must fill in this statement completely and return it within seven days of receipt of this form.

**Notification Pursuant to the New York Personal Privacy Protection Law (Public Officers Law Article 6-A) and the Federal Privacy Act of 1974 (5 U.S.C. § 552a).** The Workers' Compensation Board's (Board's) authority to request that claimants provide personal information, including their social security number, is derived from the Board's investigatory authority under Workers' Compensation Law (WCL) § 20, and its administrative authority under WCL § 142. This information is collected to assist the Board in investigating and administering claims in the most expedient manner possible and to help it maintain accurate claim records. Providing your social security number to the Board is voluntary. There is no penalty for failure to provide your social security number on this form; it will not result in a denial of your claim or a reduction in benefits. The Board will protect the confidentiality of all personal information in its possession, disclosing it only in furtherance of its official duties and in accordance with applicable state and federal law.

**HIPAA NOTICE** - In order to adjudicate a workers' compensation claim or disability benefits claim, WCL 13-a(4)(a) and 12 NYCRR 325-1.3 require health care providers to regularly file medical reports of treatment with the Board and the insurance carrier or employer. Pursuant to 45 CFR 164.512 these legally required medical reports are exempt from HIPAA's restrictions on disclosure of health information.

**Disclosure of Information:** The Board will not disclose any information about your case to any unauthorized party without your consent. If you choose to have such information disclosed to an unauthorized party, you must file with the Board an original signed Form OC-110A "Claimants Authorization to Disclose Workers' Compensation Records." This form is available on the WCB website (www.wcb.ny.gov) and can be accessed by clicking the "Forms" link. If you do not have access to the internet please call (877) 632-4996. In lieu of Form OC-110A, you may also submit an original signed, notarized authorization letter.

**FRAUD ACKNOWLEDGEMENT** - An employer or insurer, or any employee, agent, or person acting on behalf of an employer or insurer, who KNOWINGLY MAKES A FALSE STATEMENT OR REPRESENTATION as to a material fact in the course of reporting, investigation of, or adjusting a claim for any benefit or payment under this chapter for the purpose of avoiding provision of such payment or benefit SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

New York State

# NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**PART A - CLAIMANT'S INFORMATION** (Please Print or Type)

1. Last Name: ______________________ First Name: ______________________ MI: __
2. Mailing Address (Street & Apt. #): ______________________
   City: ______________ State: _____ Zip: _________
3. Daytime Phone #: ______________ Email Address: ______________________
4. Social Security #: _____ - ____ - _______ 5. Date of Birth: ___ / ___ / _____ 6. Gender: ☐ M ☐ F ☐ X
7. Describe your disability (if injury, also state how, when and where it occurred): ______________________
8. Date you became disabled: ____ / ____ / ________ Did you work on that day? ☐ Yes ☐ No
   Have you recovered from this disability? ☐ Yes ☐ No If Yes, date you were able to return to work: ____ / ____ / ________
   Have you since worked for wages or profit? ☐ Yes ☐ No If Yes, list dates: ______________________
9. Name of last employer prior to disability. If more than one employer in previous eight (8) weeks, name all employers. Average Weekly Wage is based on all wages earned in last eight (8) weeks worked.

| LAST EMPLOYER(S) PRIOR TO DISABILITY | | | PERIOD OF EMPLOYMENT | | |
|---|---|---|---|---|---|
| Firm or Trade Name | Address | Phone Number | First Day (MM/DD/YYYY) | Last Day Worked (MM/DD/YYYY) | Average Weekly Wage (Include Bonuses, Tips, Commissions, Reasonable Value of Board, Rent, etc.) |
| | | | | | $0.00 |
| | | | | | $0.00 |

**Enter total wages earned in the last 8 weeks prior to the first day of disability below (Include wages for all employers listed above)**

New York State
# NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

| Week No. | Last Day Worked (MM/DD/YYYY) | No. of Days Worked | Gross Amount Paid |
|---|---|---|---|
| 1 | | | $0.00 |
| 2 | | | $0.00 |
| 3 | | | $0.00 |
| 4 | | | $0.00 |
| 5 | | | $0.00 |
| 6 | | | $0.00 |
| 7 | | | $0.00 |
| 8 | | | $0.00 |
| | | **Calculated average gross weekly wage:** | $0.00 |

10. My job is or was: ______________________ (Occupation) 11. Union Member: ☐ Yes ☐ No If "Yes": ______________________ (Name of Union or Local Number)

12. Were you claiming or receiving unemployment prior to this disability? ☐ Yes ☐ No
If you did **not** claim or if you claimed but did **not** receive unemployment insurance benefits *after* LAST DAY WORKED, explain reasons fully: ______________________

If you did receive unemployment benefits, provide all periods collected: ______________________

## PART A - CLAIMANT'S INFORMATION (Please Print or Type)

13. For the period of disability covered by this claim:
   A. Are you receiving wages, salary or separation pay? ☐ Yes ☐ No
   B. Are you receiving or claiming:
      1. Unemployment Benefits? ☐ Yes ☐ No 2. Paid Family Leave? ☐ Yes ☐ No
      3. Workers' compensation for work-connected disability? ☐ Yes ☐ No
      4. No-Fault motor vehicle accident? ☐ Yes ☐ No **or** personal injury involving third party? ☐ Yes ☐ No
      5. Long-term disability benefits under the Federal Social Security Act for *this* disability? ☐ Yes ☐ No

**IF "YES" IS CHECKED IN ANY OF THE ITEMS IN 13, COMPLETE THE FOLLOWING:**
I have: ☐ received ☐ claimed from: ______________ for the period: ___ / ___ / _____ to: ___ / ___ / _____

14. In the year (52 weeks) before your disability began, have you received disability benefits for other periods of disability? ☐ Yes ☐ No
If yes, Paid by: ______________ from: ___ / ___ / _____ to: ___ / ___ / _____

15. In the year (52 weeks) before your disability began, have you received Paid Family Leave? ☐ Yes ☐ No
If yes, Paid by: ______________ from: ___ / ___ / _____ to: ___ / ___ / _____

16. If you became disabled while employed or within four weeks of your last day worked, did your employer provide you with your rights under Disability Law within 5 days of your notice or request for disability forms? ☐ Yes ☐ No

**I hereby claim Disability Benefits and certify that for the period covered by this claim I was disabled. I have read the instructions of this form and certify that the foregoing statements, including any accompanying statements are, to the best of my knowledge, true and complete.**

______________________ Claimant's Signature ______________ Date

**An individual may sign on behalf of the claimant only if they are legally authorized to do so and the claimant is a minor, mentally incompetent or incapacitated. If signed by other than claimant, print information below and complete and submit Form OC-110A, Claimant's Authorization to Disclose Workers' Compensation Records.**

______________ On behalf of Claimant ______________ Address ______________ Relationship to Claimant

**New York State**
# NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**PART B - HEALTH CARE PROVIDER'S STATEMENT** (Please Print or Type)

**THE HEALTH CARE PROVIDER'S STATEMENT MUST BE FILLED IN COMPLETELY. THE ATTENDING HEALTH CARE PROVIDER SHALL COMPLETE AND RETURN TO THE CLAIMANT WITHIN SEVEN (7) DAYS OF RECEIPT OF THIS FORM.** If disability is caused by or arising in connection with pregnancy, enter estimated delivery date in item 7-e. **INCOMPLETE ANSWERS MAY DELAY PAYMENT OF BENEFITS.**

1. Last Name: ______ First Name: ______ MI: __

2. Gender: ☐ M ☐ F ☐ X 3. Date of Birth: ___ / ___ / ____

4. Diagnosis/Analysis: ______ Diagnosis Code: ______

a. Claimant's symptoms: ______

b. Objective findings: ______

5. Claimant hospitalized?: ☐ Yes ☐ No From: ___ / ___ / ____ To: ___ / ___ / ____

6. Operation indicated?: ☐ Yes ☐ No a. Type ______ b. Date ___ / ___ / ____

| 7. ENTER DATES FOR THE FOLLOWING | MONTH | DAY | YEAR |
|---|---|---|---|
| a. Date of your first treatment for this disability | | | |
| b. Date of your most recent treatment for this disability | | | |
| c. Date Claimant was unable to work because of this disability | | | |
| d. Date Claimant will again be able to perform work (Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.) | | | |
| e. If pregnancy related, please check box and enter the date ☐ estimated delivery date OR ☐ actual delivery date | | | |

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease?: ☐ Yes ☐ No If "Yes", has medical been filed with the Board? ☐ Yes ☐ No

**I certify that I am a:**

______ (Physician, Chiropractor, Dentist, Podiatrist, Psychologist, Nurse-Midwife) ______ Licensed or Certified in the State of ______ License Number

______ Health Care Provider's Printed Name ______ Health Care Provider's Signature ______ Date

______ Health Care Provider's Address ______ Phone #

Sedgwick Claims Management Services, Inc.
PO Box 14648
Lexington, KY 40512

BANK OF AMERICA

January 17, 2025

Ana Maria Roman
43-11 49Th St, Ap 3C
Queens, NY 11104

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica**

# We are processing your request for a leave of absence

January 17, 2025

Dear Ana Maria:

Sedgwick administers Bank of America's leave of absence and short-term disability programs and we have received, and are processing, your leave request. We want you to have a smooth experience and we will help you manage the leave process every step of the way.

**Once we receive your completed documentation, you should expect to hear from us within two business days.** Please read the details below to know what to expect during this process.

- **Your leave number: 4H2501HBFX0-0001**
- **Your requested leave begin date: January 27, 2025**
- **Your requested return to work date: March 17, 2025**

### What do you need to do now?

- ☐ **Please read the *Step-by-Step Instructions*** included in this packet to help you through next steps and understand your responsibilities throughout this process.
- ☐ **Please have your health care provider complete the enclosed *Health Care Provider Statement* form** and send to us by **February 11, 2025**. It is ultimately your responsibility to get the medical documentation turned in to Sedgwick by the medical due date. Failure to submit medical documentation could result in your leave being denied.

### Eligibility for leave of absence

If your first day of absence is in the future, we will review your eligibility again at the start of your leave. Typically, any approved Bank of America leaves run concurrently (at the same time) with any approved FMLA or state/local leave.

- You are eligible for the Bank of America medical leave of absence.
- The Family and Medical Leave Act (FMLA) provides job-protected time off to eligible employees. You meet the FMLA's basic eligibility requirements listed on the attached *FMLA Rights and Responsibilities* document.

### We're here to help you

- ☐ **We will contact you** in seven calendar days to remind you of your documentation due date if no medical documentation has been received.
- ☐ **If medical documentation has been received,** we will notify you of our decision.
- ☐ **Call us** if you can return to work early or if an extension of your leave is needed.
- ☐ **Call us** if you can return to work with restrictions. Sedgwick will review the restriction(s) to see if we can assist with your restricted return to work.

**Need additional help?**

We are here to help you at every step in this process. You can access your leave information 24/7 at mysedgwick.com/BankofAmerica or by calling **Sedgwick at 855.837.5999**. If you have questions, Sedgwick representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays.

Scan this QR code with your mobile device camera to go directly to mySedgwick.

Thank you,
The Sedgwick Advocacy Care Team

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica**

# Step-by-step instructions for your leave of absence

## Step 1 | Maintain contact with us

**Sedgwick and your manager:** Keep both your manager and Sedgwick informed of your leave status. You can access your leave information 24/7 at mysedgwick.com/BankofAmerica or by calling **Sedgwick at 855.837.5999**. If you have any questions or need to make any changes to your leave, Sedgwick representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays. Additionally, we'll keep your manager informed throughout the process and encourage you to maintain contact with them.

## Step 2| Complete all of the required forms by February 11, 2025

**Required paperwork:** Ask your health care provider to send us objective medical information (such as office notes or test results) that demonstrates you cannot perform the duties of your job. This should be sent along with the *Health Care Provider Statement* form, by **February 11, 2025.** You should also keep a copy for your records. Any delay in submitting this form or other supporting medical documentation may impact our ability to approve your leave. **Note:** Any fees assessed by your health care provider for medical documentation are your responsibility.

**Authorization for the release and use of your personal information form:** Please complete and return the *Authorization for the release and use of your personal information* form to allow us to request medical information on your behalf for your disability. A hard copy may be needed even if you electronically signed the release, because some providers may not recognize electronic authorizations.

**Authorization to seek clarification or authentication form:** Please sign and return the *Authorization to Seek Clarification or Authentication*. While not required, this form allows Sedgwick to communicate with the health care provider to seek clarification or authentication when necessary for your federal Family and Medical Leave Act (FMLA) state/local law and/or Bank of America leaves.

**How to return your documents**

- **Upload:** mySedgwick.com/BankofAmerica
- **Email:** BofAMail@sedgwick.com (document submission only)
- **Fax:** 855.800.5116

## Step 3| Planning for your return

**Notify Sedgwick and your manager of your intended return-to-work date as soon as it is known:** If you are released by your health care provider with restrictions, you may still be able to return to work.

**Let Sedgwick know if your expected return-to-work date changes:** If your leave changes and you think you may need more time away, contact Sedgwick. We will advise you on required documentation to support any additional time away from work.

## Step 4| Learn about other Bank of America resources

We encourage you to review these Bank of America resources that may be helpful for your needs:

- **Employee Resources at Home** (bankofamerica.com/employee), where you can access a wide range of benefits and programs to support you and your family while you're on leave, including leave of absence guides and related information
- **Global HR Service Center**, where representatives are available Monday through Friday from 8 a.m. to 8 p.m. Eastern, excluding certain holidays, to answer your questions. Contact them at 800.556.6044.
- **Employee Relations**, which can help you with workplace issues and provide confidential support for your inquiries. Contact them at 800.556.6044.
- The **Employee Assistance Program** (EAP), which provides access to resources to help you take care of yourself and your family. This includes unlimited confidential telephone consultations and up to twelve free face-to-face counseling sessions per issue for critical needs and support for the day-to-day. Contact the EAP at 866.327.2725.

## Step 5| Additional information for NY employees

**Because you work in the state of New York,** you may be eligible for Disability Benefits Law (NY DBL) benefits insured by MetLife. We will evaluate your eligibility for payment on behalf of MetLife and communicate the decision to both Bank of America and yourself. Please note that, if approved, your statutory disability benefit payment will be processed separately from your Bank of America disability benefit payment, so you may not receive both payments on the same day.

**Reduction in payment amount:** If applicable, your Bank of America benefit payment will be reduced by other sources of income such as state or local disability benefits or Workers' Compensation benefits.

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Your rights and responsibilities

The Family and Medical Leave Act (FMLA) includes certain requirements for providing unpaid, job-protected leave for Bank of America employees to take care of their own or a family member's medical needs. There are basic eligibility criteria for the FMLA:

- You must have worked at Bank of America for at least 12 months (at the time your leave begins).
- You must have worked at least 1,250 hours at the bank during the 12-month period before your leave begins.

If you have requested a leave of absence that starts in the future, eligibility will be determined as of the first day it starts. Sedgwick, the administrator of Bank of America's leave of absence and short-term disability programs, will verify the number of hours you worked in the 12 months before your first day of leave and if those are different than the number of hours Sedgwick verified as of the date of this letter, you may not be eligible for FMLA leave and an amended notice of your eligibility and your rights and responsibilities will be sent to you.

**If your leave qualifies under the FMLA, you will have the following rights and responsibilities while on leave:**

- You have the right, under the FMLA, to take up to 12 weeks of unpaid leave in a 12-month period. This time is calculated as a rolling 12-month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid FMLA leave under the same terms and conditions as if you continued to work. You must be reinstated to the same job or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under the FMLA).
- If you do not return to work following FMLA leave for a reason other than 1) the continuation, recurrence or onset of a serious health condition that would entitle you to extended FMLA leave; 2) the continuation, recurrence or onset of a serious health condition of a covered service member's serious injury or illness that would entitle you to extended FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse Bank of America for their share of health insurance premiums paid on your behalf during your FMLA leave.

**Health benefit deductions:** Your benefits will continue as long as you're on paid leave and contributions will continue to be taken from your pay. **If you transition to unpaid leave, y**ou'll receive an invoice to pay your portion of the premiums. **Your coverage will be canceled if you do not pay your premiums. Contact the Global HR Service Center with questions.**

**Pay:** The first seven days of your leave are the unpaid waiting period. Your accrued-but-unused occasional illness time will automatically fund this period. If you don't have enough occasional illness time, vacation or purchased time off can be used. Your manager must enter this time into Workday on your behalf. **Note:** You will accrue vacation, purchased time off or occasional illness time while on paid leave, but not on unpaid leave. You will not be eligible for any paid holidays during both paid and unpaid leaves.

**Periodic updates:** While on leave, you will be required to provide periodic updates to Sedgwick of your status and intent to return to work.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 |** mySedgwick.com/BankofAmerica

# Authorization for the release and use of your personal information

This authorization form complies with the Health Insurance Portability and Accountability Act (HIPAA) and relates to information necessary for Sedgwick, which administers Bank of America's leave of absence and short-term disability programs, to administer the coverage, benefits and services made available to you by Bank of America. You are not required to sign this form, but if you do not, Sedgwick Claims Management Services, Inc. (Sedgwick) and Metropolitan Life Insurance (MetLife), who administer the programs and services, may not be able to process your absence, short-term disability leave and/or long-term disability leave.

Employee name: Ana Maria Roman
Leave #: 4H2501HBFX0-0001
Last day worked: **January 24, 2025**

Telephone #: 855.837.5999
Employer name: Bank of America
Disability begin date: **January 27, 2025**

**Please read the authorization below and sign the bottom of this form so Sedgwick can continue to process your request.**

I authorize any health plan, physician, health care professional, medical, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider practitioner that has information about my health, health history, or insurance leaves or benefits that relate to my health condition or disability status, to provide access to or copies of this information to any individual or entity who administers leave of absence, disability or return-to-work coverage, insurance, benefits or services on behalf of Bank of America, including, but not limited to, Sedgwick or MetLife. Information about my health may relate to any disorder or the immune system including, but not limited to, HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by Bank of America, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I acknowledge that I have been informed and have agreed that Bank of America may, at its sole discretion, obtain from Sedgwick any medical information submitted to Sedgwick in support of my requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave.

I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any leave for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my leave. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my

information obtained pursuant to this authorization in any other leave matter that Sedgwick may administer or handle related to me.

I understand that I do not have to give this authorization. If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or MetLife may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage, benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Important information about your rights**
I may revoke this authorization at any time before its expiration date by notifying Sedgwick at PO Box 14648, Lexington, KY 40512 and/or MetLife at MetLife Disability, PO Box 14590, Lexington, KY 40512-4590 in writing, but the revocation will not have any effect on any actions the party took before it received the revocation.

| | |
|---|---|
| Employee's signature | Date signed |
| Signature of personal representative who has the authority to sign on your behalf | Name of personal representative who has authority to sign on your behalf (please attach a copy of the document conferring this authority) |

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

sedgwick. BANK OF AMERICA

**Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica**

# Authorization to seek clarification or authentication on my leave of absence certification

**Employee name: Ana Maria Roman** **Leave number: C501160933900030AA**

In order to substantiate your leave of absence (LOA) request under the federal Family and Medical Leave Act (FMLA) state/local FML and/or Bank of America leaves, Sedgwick Claims Management Services, Inc. (Sedgwick), the administrator of Bank of America's LOA and short-term disability programs, requires a health care provider certification (FMLA Certification Form) to support your need for family and medical leave due to your own serious health condition. It is your responsibility to provide Sedgwick with a complete and sufficient certification. With your permission, once the certification has been submitted, the FMLA, state/local, and/or Bank of America regulations allow Sedgwick to seek clarification from your health care provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.

I, Ana Maria Roman, hereby authorize Sedgwick to make contact with my health care provider for the purpose of seeking authentication of the document or clarification of the information contained in the document. This release and consent does not authorize the disclosure of 1) the identification of past, present, or future physical or mental health, or conditions; 2) the diagnosis or treatment provided to me; 3) payment for the health care I received; or 4) genetic information. In addition, Sedgwick will not, nor does this release and consent authorize Sedgwick to, request information beyond that required by the health care provider certification form.

I understand that I am responsible for signing any releases or authorizations required under the Health Insurance Portability and Accountability Act (HIPAA) or other laws that would authorize the health care provider to discuss my certification for leave and provide the clarifications requested.

I acknowledge that this authorization is voluntary. However, I understand that if I choose not to provide Sedgwick with this authorization, and do not provide a complete and sufficient certification form, Sedgwick may deny the taking of FMLA, state/local, and/or Bank of America leave. I acknowledge that I have been informed and have agreed that Bank of America may, at its sole discretion, obtain from Sedgwick any medical information submitted to Sedgwick in support of my requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave.

I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:

PO Box 14648
Lexington, KY 40512

*C0004791 2.411-9339*

However, this authorization cannot be revoked if Sedgwick has taken action on this authorization prior to receiving written notice. I also understand that I have the right to have a copy of this authorization. This authorization is valid from the date of my signature below and will expire one year from the date of this authorization.

_________________________ _______________

Employee signature Date

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

*C00047912.411-9339*

sedgwick. BANK OF AMERICA

Phone: 855.837.5999 | Fax: 855.800.5116 | PO Box 14648, Lexington, KY 40512 | mySedgwick.com/BankofAmerica

# Health Care Provider Statement

**Patient name:** Ana Maria Roman
**Leave number:** 4H2501HBFX0-0001
**Due date:** February 11, 2025

**Instructions for Bank of America employees:**
Please ask your health care provider to complete and return this form to Sedgwick. It is needed as part of Sedgwick's review of your disability leave and potential restrictions for your return to work. You or the health care provider can submit the completed form to Sedgwick by mail, fax or online at the addresses listed above.

**Health care provider:** Please complete and sign this form. Sedgwick, the leave of absence and short-term disability (STD) administrator for Bank of America, requires this information to make a determination on the employee's STD leave.

**Section 1: Required information to support Family and Medical Leave Act (FMLA)/state/local Leave**

1. Will the patient be incapacitated for a single continuous period of time due to their medical condition, including any time for treatment and recovery? ___No ___Yes

   If yes, provide the beginning and ending dates for the period of incapacity: ____/____/____ - ____/____/____

2. Has the patient recovered sufficiently to return to work without restrictions? ___No ___Yes

   If yes, give the date the patient was able to return to work _____/_____/____

   If no, in your opinion, when may work be resumed? (Do not use "indefinite," "unknown," "undetermined," etc.)

   If a date cannot be determined, estimate in days, weeks or months: ___/___/___

   ______________________________________________

3. Has the patient recovered sufficiently to return to restricted work? ___No ___Yes

   If yes, indicate date the restrictions begin: _____/_____/_____ Date restrictions end: _____/_____/_____

   Restriction(s) required: ______________________________________________

   ______________________________________________

4. Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility?

   ___No ___Yes

   If yes, dates of admission: ______________________________________________

5. Date(s) you treated the patient for their condition: ______________________________________________

6. Was medication, other than over-the-counter medication, prescribed? ___No ___Yes

7. Is the medical condition pregnancy? ___No ___Yes If yes, expected delivery date: ____________________

*C000479912-411-93339*

**Patient name:** Ana Maria Roman
**Leave number:** 4H2501HBFX0-0001

8. Is the patient unable to perform any of their job functions due to their condition? ___No ___Yes

   If yes, identify the job functions the patient is unable to perform. (Use the list of the patient's essential functions or job description, if included, or answer this question based on the patient's own description of their job functions.)

   ______________________________________________

   ______________________________________________

9. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave. (Such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment.)

   **Note: Please do not include a diagnosis if the patient lives in California or Connecticut.**______________________

   ______________________________________________

## Section 2: Required information to support disability benefits

10. Objective findings: HT: ________ WT: ________ BP: ________ TEMP: ________ PULSE: ________ RESP: ________
11. Patient's complaints: ______________________________________________

    ______________________________________________

12. Your diagnosis (list all disabling diagnoses including all ICD10 codes):

    Primary: ICD10 Code: ______________ Description: ______________________________

    Secondary: ICD10 Code: ______________ Description: ______________________________

    ICD10 Code: ______________ Description: ______________________________
13. List all co-morbid conditions: ______________________________________________

    ______________________________________________
14. Describe objective/clinical findings to warrant disability, including severity and duration, based on the patient's presentation during office visits. ______________________________________________

    ______________________________________________

    ______________________________________________
15. When was the patient first diagnosed with this condition? _____/_____/_____
16. When is the patient's next office visit? _____/_____/_____
17. Have there been any emergency room visits or hospitalizations during this current disability period? ___No ___Yes

    If yes: ____ Emergency room visit ____ Hospitalization ____ 23-hour admission

    Name and address of hospital or facility: ______________________________________________

*C00047912-411-9339*

**Patient name:** Ana Maria Roman
**Leave number:** 4H2501HBFX0-0001

18. List all medications (identify dates of new medications or dose adjustments, and attach a list if necessary):

| Medication dose | Frequency | Duration | New med | | Adjusted med | | Date adjusted |
|---|---|---|---|---|---|---|---|
| ______ | | | Yes ☐ | No ☐ | Yes ☐ | No ☐ | ___/___/___ |
| ______ | | | Yes ☐ | No ☐ | Yes ☐ | No ☐ | ___/___/___ |
| ______ | | | Yes ☐ | No ☐ | Yes ☐ | No ☐ | ___/___/___ |
| ______ | | | Yes ☐ | No ☐ | Yes ☐ | No ☐ | ___/___/___ |

19. Is this condition the result of an injury? ___No ___Yes Is this condition work-related? ___No ___Yes

If yes, provide date and description of event:

____________________

____________________

20. If patient is pregnant, is a C-section planned? ___No ___Yes If yes, date scheduled? _____/_____/_____

21. What is the prescribed treatment plan? (Provide specific details regarding treatment/therapy, and attach notes if necessary.)

____________________

____________________

22. Has any surgical procedure related to patient's current disability been performed or is any anticipated?

___No ___Yes

List the name of the procedure: ____________________

CPT code: ______________ Date of procedure: _____/_____/_____

23. Has the patient been referred to other physician(s)/specialist(s)? ___No ___Yes If yes, provide the physician's name, specialty and telephone number: ____________________

____________________

24. List specific functional limitations of Activities of Daily Living (ADLs): ____________________

____________________

____________________

____________________

25. Has patient been given any driving restrictions for this disability period? ___No ___Yes

If yes, describe: ____________________

*C00047912-411-9339*

*C00047912.411-9339*

**Patient name:** **Ana Maria Roman**
**Leave number:** **4H2501HBFX0-0001**

**Attach all office notes, history and physical reports, results of x-rays, laboratory tests, MRI reports, etc., if relevant.**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Required health care provider information:**

National Provider Identifier (NPI): ______________________ Provider specialty: ______________________

Telephone number: ______________________ Fax number: ______________________

Provider printed name: ______________________

Provider signature: ______________________ Date: ______________________

*This communication provides information about certain Bank of America benefits. Receipt of this document does not automatically entitle you to benefits offered by Bank of America.*

*Every effort has been made to ensure the accuracy of this communication. However, if there are discrepancies between this communication and the official plan documents and policies, the plan documents and policies will always govern. Bank of America retains the discretion to interpret the terms or language used in any of its communications according to the provisions contained in the plan documents and policies. Bank of America also reserves the right to amend or terminate any benefit plan or policy in its sole discretion at any time for any reason.*

*C0004791 2.411-9339*

# mysedgwick

*With mySedgwick, our secure, online self-service tool, it's easier than ever to access real-time claim information, track claim progress, communicate with your examiner and take steps to advance your claim. Log in from your phone, tablet, laptop or web-enabled device and explore how mySedgwick simplifies the claims process.*



*Log into mySedgwick*

## Create a new user account

1. Please login to mysedgwick.com/BankofAmerica.
2. Click **New User**.
3. Follow the prompts to enter your personal information, create a username and password, and select a security question. You will also be asked to set up two-factor authentication.
4. Click **Submit**.
5. After registering, you will receive a confirmation email containing your registration information.

## Questions about registering or logging in?

Click **Contact Support** to live chat with our technical support team or call us by phone.

## Learn more

Visit **Helpful resources** for a learning center with videos, FAQs, links and more.

## Follow your claim

View claim status and correspondence.

**Exchange information**
Upload claim-related files, sign forms, submit return to work and report a new claim.

**Communications**
Communicate with your claims examiner without even picking up the phone. Manage how we contact you by opting into texts or emails.

**My claims**
View a dashboard summary of important claim reminders, action items, details and leave balance.

**Claim progress tracker**
View where you are in the claims process and next steps.

**Off work calendar**
View a claims calendar to see the status of each absence in a weekly or monthly format.



© 2024 Sedgwick 067 | 1-16 V2

# New York State Disability Benefits
# STATEMENT OF RIGHTS

NEW YORK STATE OF OPPORTUNITY | Workers' Compensation Board

**If you are unable to work due to a non-occupational illness or injury, you may be entitled to disability benefits.**

1. You may be entitled to statutory disability benefits for a non-work-related injury or illness (including disability due to pregnancy) beginning with the eighth consecutive day of disability. Disability benefits are paid **directly to you** by your employer's insurer, **not** through your employer, unless your employer is an approved self-insurer. You can take up to 26 weeks of disability at 50% of your average weekly wage, capped at $170 per week. Generally, your average weekly wage is the average of your last eight weeks of pay prior to starting disability. Your employer or union may provide different benefits, at least as favorable as statutory, under an approved disability benefits plan or agreement.
2. If you also take New York State (NYS) Paid Family Leave (PFL), your combined total disability leave and PFL in any consecutive 52-week period may not exceed 26 weeks. You cannot take PFL and disability leave at the same time.
3. You can be treated by any physician, podiatrist, chiropractor, dentist, nurse midwife, or psychologist who can certify your disability. Your medical bills are not covered, unless your employer and/or union provides for the payment of medical bills under an approved disability benefits plan or agreement.
4. Your employer may **not** ask you to waive your right to disability benefits. Employers may collect a maximum contribution of 60 cents/week to offset the insurance premium (unless the additional contribution is part of an approved plan). **You cannot be discriminated or retaliated against for requesting or taking disability benefits.**
5. Your employer or employer's insurer is required to begin payment or issue a ***Notice of Denial (Form DB-DEN)*** or ***Notice of Rejection (Form DB-451)*** within 18 days of your first day of disability leave or receipt of your completed claim, whichever is later. If you receive ***Form DB-DEN***, you will also receive ***Form DB-451*** with additional information within 45 days of your first day of disability leave or the receipt of your completed claim, whichever is later. If after these 45 days, you have not received benefits or ***Form DB-451***, promptly contact the NYS Workers' Compensation Board (Board) at **(877) 632-4996**. NOTE: If you receive ***Form DB-451*** and disagree, you may request a review by writing to the Board at the bottom right address.

## To file a claim:

1. Obtain a ***Notice and Proof of Claim for Disability Benefits (Form DB-450)***, either from the Board at **wcb.ny.gov**, or from your employer, or your employer's insurer.
2. Follow instructions to complete/submit the form, which includes sections your employer and health care provider must complete.
3. Submit the form to your employer's insurer within 30 days of your first day of disability. If your claim is not paid promptly, contact your employer or their insurer. If you file late, you may not be paid for any disability period more than two weeks before the date you filed. Late filings may be excused if you can show it wasn't reasonably possible to file earlier. No benefits are payable if you file more than 26 weeks after your disability begins, or after you return to work.

Do not assume that your employer has filed a claim on your behalf; filing a claim is your responsibility.

Note: If your disability is the result of an automobile accident, and you have filed a claim for no-fault benefits, **you must** also file a ***Form DB-450*** for disability benefits. If you do not file for disability benefits, the no-fault insurer may reduce your no-fault payments.

IMPORTANT: In such cases, if you are not entitled to disability benefits, immediately advise the no-fault insurer.

**FOR HELP OBTAINING A CLAIM FORM OR FILLING IT OUT, OR OTHER QUESTIONS ABOUT BENEFITS FOR YOUR NON-WORK-RELATED INJURY OR ILLNESS, PLEASE CALL (877) 632-4996. A BOARD REPRESENTATIVE WILL HELP.**

This information is a simplified presentation of your rights as required by Section 229 of the Disability and Paid Family Leave Benefits Law.
Your employer's disability benefits insurance carrier is:
Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10016

PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD
NYS Workers' Compensation Board Disability Benefits Bureau
PO Box 9029, Endicott, NY 13761-9029
**WCB.NY.GOV**

Disability Claims

# Electronic Funds Transfer (EFT) authorization

Use this form for electronic payments to your account or make bank updates.

Metropolitan Life Insurance Company

### Things to know before you begin

- You will need your claim number, bank account number and routing number to complete this form.
- Elections on this form may take about five business days after we receive the request to go into effect.
- Payments cannot be deposited into an account outside of the U.S.
- We will send payments that fall on a weekend or holiday the previous business day.
- If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Claimant's behalf and include the claim number at the top of each page.

Make sure you have the right account and routing numbers.

## SECTION 1: My Current Information

Claim Number

| First Name | Middle Name | Last Name | |
|---|---|---|---|
| Address | City | State | ZIP |
| Email Address | Home/Work Phone Number | Mobile Phone Number | |

## SECTION 2: Bank Account Information

- The sample check shown may help you locate checking account numbers. Please reference a check, not a deposit slip.
- If you're using a savings account, please check with your bank for the appropriate routing and account numbers.

| Bank Name | Bank Phone Number | | |
|---|---|---|---|
| Bank Address | City | State | ZIP |

Type of Account *(check only one)*:

☐ Checking ☐ Savings

Bank Account Number

_______________________________________________

Bank Routing Number *(must be 9 digits)*

_______________________________________________




## SECTION 3: Authorization and Signature

**Please check the box that applies to your request.**

☐ **Create EFT for my disability benefit payment.**
I authorize MetLife to send my disability benefit payment to the Bank designated above for electronic deposit into my Account. I may terminate this arrangement at any time by submitting my request in writing or by calling MetLife. I request MetLife send payments for electronic deposit as instructed above. This agreement will remain in effect until the earlier of, MetLife receives a change request or my claim closes.

☐ **Cancel EFT election**
I wish to cancel my authorization for MetLife to send my disability benefit payment to the Bank designated above for electronic deposit into my Account. After the EFT cancellation is effective, any additional disability benefit payment(s) due to me from MetLife will be paid via check.

☐ **Change EFT election**
I previously authorized EFT into my bank account for disability benefit payments from MetLife. I wish to change the bank account into which future disability benefit payment(s) will be electronically deposited from the account designated above.

I request MetLife to send payments for electronic deposit as instructed above. This agreement will remain in effect until the earlier of MetLife receives a change request or my claim closes.

I understand that MetLife will not be liable for any failure to change or terminate this agreement if the request is incomplete.

If a payment is credited to my account in error, I authorize my financial institution to refund such overpayment to MetLife from my account.

**Please print and sign your name below.**

| First Name | Middle Name | Last Name |
|---|---|---|
| | | |

**Sign Here** Signature _______________________ Date *(mm/dd/yyyy)* _______________

## SECTION 4: How to Submit this Form

Return this form along with any required documents by:

**Mail:**
MetLife Disability
PO Box 14590
Lexington KY 40512-4590

**Fax:**
1-800-230-9531

EFTAUTHSTDLTD 5584 (06/20)

*C00047912-411-9339*

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

2024

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . $

Employee's signature: Date:

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2024 . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2024 . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2024** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2023 Instructions for Form 1040 . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2024 or paid or to be paid with 2024 estimated tax payments . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

*(continued on back)*

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2024, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying surviving spouse | $29,200* |
| Head of household | $21,900* |
| Single or Married filing separately | $14,600* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,550 is allowed for a married individual (filing jointly or separately) or a qualifying surviving spouse who is 65 or older or blind, $3,100 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $3,100 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $6,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,950 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,900 if 65 or older **and** blind. See the 2024 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,300 or (b) your earned income plus $450 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2024 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2024 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $11,600 | **$0 + 10%** | **$0** |
| 11,600 | 47,150 | **1,160 + 12%** | **11,600** |
| 47,150 | 100,525 | **5,426 + 22%** | **47,150** |
| 100,525 | 191,950 | **17,168.50 + 24%** | **100,525** |
| 191,950 | 243,725 | **39,110.50 + 32%** | **191,950** |
| 243,725 | 609,350 | **55,678.50 + 35%** | **243,725** |
| 609,350 | and greater | **183,647.25 + 37%** | **609,350** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $16,550 | **$0 + 10%** | **$0** |
| 16,550 | 63,100 | **1,655 + 12%** | **16,550** |
| 63,100 | 100,500 | **7,241 + 22%** | **63,100** |
| 100,500 | 191,950 | **15,469 + 24%** | **100,500** |
| 191,950 | 243,700 | **37,417 + 32%** | **191,950** |
| 243,700 | 609,350 | **53,977 + 35%** | **243,700** |
| 609,350 | and greater | **181,954.50 + 37%** | **609,350** |

### Schedule Y-1—Married filing jointly or Qualifying surviving spouse

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $23,200 | **$0 + 10%** | **$0** |
| 23,200 | 94,300 | **2,320 + 12%** | **23,200** |
| 94,300 | 201,050 | **10,852 + 22%** | **94,300** |
| 201,050 | 383,900 | **34,337 + 24%** | **201,050** |
| 383,900 | 487,450 | **78,221 + 32%** | **383,900** |
| 487,450 | 731,200 | **111,357 + 35%** | **487,450** |
| 731,200 | and greater | **196,669.50 + 37%** | **731,200** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $11,600 | **$0 + 10%** | **$0** |
| 11,600 | 47,150 | **1,160 + 12%** | **11,600** |
| 47,150 | 100,525 | **5,426 + 22%** | **47,150** |
| 100,525 | 191,950 | **17,168.50 + 24%** | **100,525** |
| 191,950 | 243,725 | **39,110.50 + 32%** | **191,950** |
| 243,725 | 365,600 | **55,678.50 + 35%** | **243,725** |
| 365,600 | and greater | **98,334.75 + 37%** | **365,600** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated

# *Transcript Recording 95. Conversation 09/08/2025*

**Employer Mari-Christina McGlinn (MC) Hey Ana, how are you?**

**Employee Ana Roman: Hi, I'm well, how are you?**

**Ana: Happy Monday.**

**MC: Happy Monday.**

---

**Ana: A couple of things. I want to start with something that may interest you. Pam reached out again.I don't know what is the situation over there right now with you, but she said that she feels Bank of America is getting away with things they should not be getting away with. I reinforced the same idea that I reinforced in the call with her before, that both MC and I are Internal Mobility, where we are coaches and guides. And I told her that MC is the person that can help you out because she is Senior level and we can help with interview preparation, resume review, and professional development. And this is why I recommended other resources if you have any complaints. I told her that I hope she can take advantage of all those resources and I hope she can solve her problem soon. I also asked if she wanted me to speak with MC again and to look into this more. She said she believed it was already being worked on. So, I just want to let you know.**

**MC. And what did she do? She pinged you in Communicator?**

**Ana: Yes, but she calls me as well. Ever since that happened, I feel that I need to step back because I am overwhelmed. I am being exposed to something I'm not supposed to be involved in. I'm here to represent the bank. I'm also dealing with my own situation on the IDP, I am not Employee Relations- It seems that she has a lot going on, but I have a lot going on on my end - I want to prove myself and do as much as I can to my end. But this was also the reason- what do you want me to do?**

---

**MC: Can you send me the ping? Can you forward me her ping?You know…in Communicator.**

**Ana: Yes, I can do that..**

**MC: I'm working through it with all the necessary HR people. When did she ping you?**

**Ana: Today in the morning. Actually- this one came to me at 1.25, but I don't know exactly what time she pinged me because I was working on other stuff, but …hold on. Actually- 12:10.**

**MC: Ok, can you forward that to me?**

**Ana: yeah, I can forward it to you, but what I want to do is I also want to let you know. I also want to talk to you about something else. I also wanted to talk to you about something else. Something separate. I am trying to compartmentalize over here. I had a lot of anxiety last week and a panic attack on Saturday. I'm not sure if I'm doing a good job because I'm not receiving a lot of feedback and - you already know- I'm on the verge of a final warning. So I wanted to ask- I know we had a couple of speedbumps because I was seen that I am coming from the Business side and I was seen that I am not aware of what HR does which I actually am, but I was being perceived as not being able to receive feedback or not following orders or directions and I'm trying to do a lot, taking many calls, - as you saw I have 50 calls and it is been only 2 weeks- but I had a lot of anxiety last week and a panic attack on Saturday. I fear retaliation - I don't even know where I am - this is why I asked you if this is a safe place to grow- I fear that I will be told from a day to another that "You know, Ana, we are good, thank you" and I wanted to talk this thing with you because the anxiety and the panic attacks are a lot=**

---

**Ana**: No manager in my life or in my career, neither here or in Europe, has ever told me to take a leave of absence or time off… That made me wonder where I am standing. . Am I being thrown out? I want to do the best for you in the sense of- I want to help you out as much as I can -and I know I am representing the Bank- so I am taking everything very carefully - as you can see I am being very cautious with a lot of things - so I don't know exactly where I am standing , but If you do believe that my role is not here - If you think I am not improving , please tell me so I can move to another team instead of having panic attacks and anxiety. - And from one day to another- I will be thrown out. I am honest in my approach, I have been honest all this time - so I want to make sure I am doing the best over here, but I am not getting much feedback - the anxiety comes from there. I am communicating with a lot of the HR business partners and I am having the conversations.

---

**MC**: So let's..hmm.. I know Emily joins our one-on-ones as well. Let's see if we can get time with Emily. I'll be in the office tomorrow and we can try to move up our one-on-one.

---

**Ana**: OK. My anxiety has been growing terribly. I had a panic attack on Saturday because I feel like they're going to fire me. If you believe I need to move somewhere else, I would certainly appreciate that honesty. If you think I'm not an asset to you, MC,then please let me know. This is why I am doing so much work and it's not that I am trying, but I am doing a lot of work and you see this. But it is starting to affect me.

**MC**: Yes, let's see if we can get time. We have our 1-1 on Friday.

**Ana**: Do you think we can move it a little bit earlier? It is just that my anxiety is growing. I don't want to have another panic attack.

---

**MC**: First of all, if you need to go home or go to the doctor, please do so. Your health comes first. I don't think you have any more calls left today.

**Ana** : I do have one call left. I wanted to attend because Josh will be there. I'm going to take a 15-minute walk and come back.

**MC:** Ana, your health comes first. Do not worry. Why don't you reschedule your call and take care of your health?

---

**Ana**: My next therapy session is tomorrow. I love what I do, but if you believe I'm not the best person for this role, I would appreciate the honesty and the opportunity to move to another team or move back to business where I was thriving. I don't want to be thrown out. I fear retaliation or being fired. It s a bad feeling to have- especially when you give everything to the Bank and you do not take care of anything else- my life or my health. It is also my upbringing- because I wanted to prove myself. Even my therapist said that I identify with my work and that I am burned out. And my therapist told me that I need to have a conversation with my manager or I need to think of next steps. And I explained to her that I love what I do, but I mentioned to her that the primary is the relationship that I have with you.

---

**MC:** At your request months ago, you wanted Emily on all of our calls about performance, and we honored that request. Let me see when there is time for us to speak. Your health comes first right now. I would put your health before the networking event. I also have a sick child and I had to take care of this. The networking event is not a business meeting.

---

**Ana:** I want to make sure I am attending every meeting and I am up-to-date with everything. I even pinged Emily on Friday night- I was in the office until late at night - because I certainly want to make sure I am giving my best and putting my best foot forward. If there's any time tomorrow that you could meet, it would alleviate some of the anxiety.

**MC: I'll let you know. But prioritize your health right now. You can also call EAP.**

---

**Ana: The reason for me reaching out is… It's about where I stand career-wise. If I'm not doing a great job, I would appreciate honest feedback and the opportunity to redirect my career. The thought of being fired is very hard. The anxiety is really bad.**

**MC: Let me check Emily's availability.**

**Ana: Thank you. I appreciate you. Bye.**

*Transcript Recording 96. Conversation 09/09/2025*

Robot: There are four parties in the conference, including you.

MC: Good morning. Hi, who just joined?

Ana: Hi, this is Ana.

MC: Hi. Ana, so ANA on the line. We have myself, we have Emily, and we have Annie Windoff- Annie is our HR partner for HR, for HR and talent acquisition. So I wanted to make sure you could meet her virtually. And Ana, I know we spoke a little bit yesterday about your performance and meeting today, and thank you for joining. We did want to follow up on your performance since receiving the performance improvement plan and the final written warning most recently, and I know we've had many conversations about your performance over the last several months, unfortunately, with little to no improvement, and as a result, the bank has made a decision to terminate your employment, and your last day with the bank will be today, but we are glad we were able to give you some transition aid to help support you in looking for an external opportunity. And so we are able to offer you a transition agreement that will provide 60 days of pay. So that's your regular pay and benefits, and you will get all of this information, you know, in an email, you know, for 60 days through the beginning of November. This will also include any accrued and unused vacation pay. So today does start the non-working period, and you'll be relieved of your job responsibilities here, it does mean that you'll no longer have access to bank, devices and systems. So I know this is probably a lot to take in right now, but we do want to make sure we get you that information for the transition agreement. So we want to make sure we have your updated email address, that your your home address is current in work day, and that your cell phone is too

Ana: I'm a little bit of well…as as I mentioned to you yesterday, I wanted to discuss with you because I've been literally giving everything that I have to the bank. So to be closing like this, like my conversation yesterday was more so about if you think that I'm not a good fit, I've been with the bank for seven years, and I've over performed in all of my roles. And my question to you was, if you know, if you think that I don't have the right skill set for the HR piece, I am glad to go back to my former team to do business on the business side, on the Merrill side. So that was my question. In regards to this, but I yeah, this is, I didn't quite expect this, and I've made, I mean, I've done everything that I that you asked for, and I also asked for feedback, and didn't, didn't get any feedback every time as it was asking for feedback. So I'm unsure why I'm not being given the opportunity to transition into another into another line of business, if you believe that there, you know, if you believe that I'm not proper for this, and then just being thrown out with no opportunity to return to the bank and with no opportunity to actually, you know, I don't have Any word in this, especially because I've over performed. So as I said yesterday, my anxiety was coming from the lack of feedback from your side. And especially, I was asking you if I have a good, you know, like I believe I have a good system, but what would you rectify? And I didn't get many messages, so I just want. Wanted to ask, you know,

Emily: I think I can step in. Ana, so look. I think we discussed with you back in January, and I know ER has also talked to you, and you had plenty of opportunities to look for a new role inside the bank, and I know MC specifically told you that might be a good idea, and unfortunately, you did not follow up on that. And that is, that is something that was, you know, the ball was in your court. Also, we have given feedback on a regular basis throughout this performance management process, since we began, months and months and months ago. So we have given you regular feedback. It's been in writing, and I've also been on the phone with MC so you have certainly been provided that feedback with very clear instructions on what needed to happen to improve.

Ana: And I did every single one of them. That's my point. I literally did, actually not every single one of them, but more so. This is the reason why. And I mean, I sent emails, and I have followed up on everything that you said, and this is what to me. This is not like being on the IDP is I'm just looking for the I was just looking for the feedback, and I was looking to if you do believe that, you know I'm not the right fit in the sense of HR skill set, then I am Happy to be moving into the business side. Yet,

this I mean, I've been, and I told MC as well, you know, I've been with the bank for seven years, and I've, I mean, if you, if you take a look into my performance reviews, and you probably know that already, it's, it's over performing in every in every aspect, and I believe that everyone was was happy, and what I the reason why I didn't the reason why I didn't go somewhere else is because I'm not a quitter, and because I really wanted to prove you that I'm able to do this. It's not that I was being told to go, look somewhere else. I literally just wanted to make sure that, you know, that I'm a good fit, and I was trying to build a bridge back.

Emily: Right.And I think throughout the process, we were very clear about where the feedback, where the performance was not improving, and that is documented, and we have that, you know, in your performance plan, in the final written warning, etc, we did, you know, encourage you throughout this process to look, look back at joining the business, because that's where you were previously successful, and you did not take that opportunity, unfortunately. So you know this, this decision is final. Ana, at this point, it's unfortunate that we weren't able to get there as far as performance, but we tried to be very clear and kind and straightforward in those conversations around what needed to be done, including following some of the basic tasks and listening and instructions for your job. And we did not see that sustained improvement. So, you know, we are going to have to make the decision to part today.

Annie Witthoft: And Ana, this is, Annie Withoftoff. And I know this is, this is a lot. So certainly appreciate that you're trying to absorb. I do have the transition agreement that I will send to you to your personal email, because you will no longer have the bank systems access. So I do want to confirm your personal email address, and then you please do take the time to read through the transition agreement, there will be a central there will be an email address where you need to return that within 21 days. But certainly, if you've got questions in the meantime, you can let me know, but just so that I've got it your personal email address on work day does actually look I'm I want to confirm because it looks like it has actually a different spelling of ANA than what then your name. So could you just confirm for me what your personal email address is?

Roman dash, ana@live.com

Okay. Roman dat, like a like a hyphen in

the middle.

Like the horizontal line, yes, correct the middle horizontal line, and it's a

Roman dash, Ana, Ana, correct. At you said, l, Larry, I, L, I, V. Dot com, l, I, V, that's okay. I will.

I will, sorry, B, as in boy or V as in Victor

Ana: L, I V, E, L, as in Lawrence, I as in India, V, as in Victor E, as in Elephant.

Annie Witthoft: Oh. E, okay. I did not get it? Okay, yes, so I will. I will send that to you today. And like I said, you will, it will have all of the terms. And as MC shared, you know, really glad that we're able to provide you the 60 days, you know, assistance. So that will be two full months. It'll go through November 11, that will be, that will be the final day of receiving the pay and the benefits. So read through it. Let me know if you have questions, if you don't, please return it to the email address that will be provided for you, because it does need to be returned within 21 days in order to continue your pay and benefits. So I just did want to be clear on that point. Okay,

Emily: So I think the next step for Ana would be for you to return your equipment. So MC, can you walk through what that process is to meet Ana with her equipment?

MC: Yes. So Ana, what we will do is have a box with a shipping label sent to you, and I now have your personal email address too. So if there's anything we need to communicate about that, and you will have the label put the items in the box. The items include your ID badge, if you probably have two for our building, and your laptop and all of the accouterments, peripherals, meaning battery adapter, your corporate mobility device, your iPhone, I don't believe you had a corporate card. Is that correct? No corporate card, no. Okay, so we will be sending that information via email for you to return all of that equipment.

Emily: Do we need to confirm the home address?

MC: Ana? Can you confirm that please and your cell phone?

Ana: Yes, it is 4311 49 street apartment, 3C, Sunnyside, Queens, 11104,

**MC: Okay, we have that, right, yep, and your personal cell phone. Can you confirm that for us, please?**

**Ana: 20770388321, 8832, thank you.**

**Emily: I know this is sorry. Go ahead, Emily.**

**MC: I know this is not easy. I know it's a lot to absorb. Like Annie said, we're happy we were able to give you those 60 days to find an external opportunity, and we truly do wish you well.**

**Emily: We wish you the best of luck in your next role. Do you have any further questions? Yeah, thank you.**

**You'll be receiving the information to your email, so be on the lookout.**

**Thank you. Okay. Thank you. Thanks everybody. Bye, goodbye. You.**

| Name | Call date | Month | New or repea | Follow up to do | Completed action | Othe |
|---|---|---|---|---|---|---|
| Carolina Montenegro | 3/3/2025 | March | new | discussed IM tools | completed intro call | |
| Ryan Schnelle | 3/3/2025 | March | new | discussed IM tools | completed intro call | |
| Danielle Harmon | 3/3/2025 | March | new | discussed IM tools | completed intro call | |
| Jennifer Brewer | 3/3/2025 | March | repeat | reviewed resume | EE will reach out if needed | |
| Cristy Barranco | 3/4/2025 | March | new | discussed strategic networking | completed intro call | |
| Cassandra Rodriguez | 3/4/2025 | March | new | discussed strategic networking&IM tools | completed intro call | |
| Nguyen Trang | 3/4/2025 | March | repeat | discussed her resume | sent resume deck | |
| Shamiece Bunton | 3/5/2025 | March | repeat | discussed her resume | sent out resume deck | |
| Sayed Shahram | 3/5/2025 | March | repeat | discussed updated resume | will reconnect in April | |
| Saleh Farahnaz | 3/5/2025 | March | repeat | discussed her resume | sent out resume deck | |
| Kaylor Weaver | 3/5/2025 | March | repeat | discussed strategic networking&open roles | | |
| Evangelia Case | 3/6/2025 | March | repeat | reviewed updated resume | completed call | |
| Boris Ujkaj | 3/6/2025 | March | repeat | reviewed updated resume& discussed career tr | completed call, career discussion w manager. | |
| Quincy Goode | 3/6/2025 | March | repeat | discussed his resume | sent out resume deck | |
| Piroska Csiki | 3/6/2025 | March | new | discussed strategic network | completed intro call | Jenn'slead |
| Victor Acosta | 3/6/2025 | March | new | discussed IM tools | ccompleted intro call | |
| Alicia Forde | 3/7/2025 | March | repeat | no show | no show | |
| Jorge Cespedes | 3/7/2025 | March | repeat | completed call-resume review | completed call | |
| Krista Morgan | 3/7/2025 | March | repeat | completed call-resume review | completed call | |
| Ritu Makin | 3/7/2025 | March | repeat | completed call- resume review | completed call | |
| Juwan Griffin | 3/7/2025 | March | repeat | completed call- resume review | sent out resume deck | |
| Yulaine Carmona | 3/7/2025 | March | new | no show | no show | |
| Beverly Turner | 3/7/2025 | March | repeat | no show | no show | |
| Danielle Harmon | 3/11/2025 | March | repeat | no show | rescheduled | |
| Tricia Myers | 3/11/2025 | March | intro | completed call | completed intro call | |
| Cassandra Rodriguez | 3/11/2025 | March | repeat | discussed her resume | completed call | |
| Ivette Perez | 3/11/2025 | March | repeat | reviewed resume and 2 roles with EE | completed call | |
| Richard Santiago | 3/11/2025 | March | repeat | reviewed resume | completed call | |
| John Stevens | 3/12/2025 | March | new | no show | rescheduled | |
| Saudy Rivas | 3/12/2025 | March | new | no show | rescheduled | |
| Danielle Harmon | 3/12/2025 | March | repeat | no show | rescheduled | |
| Stacy Simmons | 3/12/2025 | March | repeat | completed call | completed call | |
| Broddrick weston | 3/12/2025 | March | repeat | no show | no show | |
| Tanza Rhine | 3/12/2025 | March | repeat | reviewed resume | completed call | |
| Rachel Foley | 3/12/2025 | March | repeat | completed call | completed call | |
| Aaron Bethel | 3/31/2025 | March | repeat | no show | no show | |
| Melissa smith | 3/31/2025 | March | new | discussed a requisition | completed intro call | |
| Luis Sanchez | 3/31/2025 | March | repeat | completed call- requisition discussion- | discussed strategic networking | |

VACATION March14-28

| Name | Call date | Month | New or repeat | Follow up to do | Completed actio | Other |
|---|---|---|---|---|---|---|
| Farshaaz Salek | 4/1/2025 | April | repeat | review updated resume | completed call | follow up call at the end of month |
| Evangelia Caro | 4/2/2025 | April | repeat | discussed SR Biz Specialist role, Ohio. | completed call | resume review on Monday |
| Shastri, Keerthikkree ckeerthic | 4/3/2025 | April | repeat | resume review | completed call. Follow up call scheduled. | |
| Adams Chezney | 4/3/2025 | April | new | no show. Email lists she was counting ATMs. | rescheduled call. | |
| Victor Acosta | 4/4/2025 | April | repeat | EE got into the interview stage. | EE will reach out with the | follow up call scheduled. |
| Rita mishk | 4/4/2025 | April | repeat | EE got into her interviewing stage | FOLLOW UP MOCK INTERVIEW | |
| Renell Parker | 4/7/2025 | April | new | intro call. Follow up for RR | completed call | |
| Cody Wilcox | 4/7/2025 | April | new | intro call. Follow up for RR | completed call | |
| Stephanie Gordillo | 4/7/2025 | April | repeat | RR. Follow up scheduled | completed call | |
| Evangelia Caro | 4/7/2025 | April | repeat | resume review/ req review | EE will reach out when needed. | |
| Kurtes Morrison | 4/8/2025 | April | new | intro call | completed call. | follow up call for RR |
| Carly Herring Alexander | 4/8/2025 | April | new | intro call | completed call | |
| Savannah Johnson | 4/9/2025 | April | new | intro call | completed call | |
| Rita Mishk | 4/9/2025 | April | repeat | interview preparedness call | completed call | |
| Ilis Polisoi | 4/9/2025 | April | new | intro call | completed call | |
| Dare Falcaco | 4/9/2025 | April | new | intro call | completed call | |
| Kaylor Weaver | 4/9/2025 | April | repeat | catch up call & role searching | completed call | |
| Julissa Inzunza | 4/10/2025 | April | new | intro call | completed call | |
| claudia Loquman | 4/10/2025 | April | new | intro call | completed call | |
| Nkazi, Anajine ceanajine.nkazi | 4/10/2025 | April | new | intro call | completed call | |
| Cassandra Rodriquez | 4/11/2025 | April | repeat | resume review | completed call | |
| Matthew Poquette | 4/11/2025 | April | new | intro call & resume review | completed call | |
| Liza McAlexander | 4/11/2025 | April | new | intro call | completed call | |
| Victor Acosta | 4/14/2025 | April | repeat | catch up call | completed call | |
| Mary Johnson | 4/14/2025 | April | repeat | follow up call | completed call | |
| Jackson, Jessica K cjessica.k.j | 4/14/2025 | April | repeat | follow up call | completed call | |
| Schoelle, Ryan cryan.schoelle@ | 4/15/2025 | April | repeat | completed call | completed call | |
| Krista Morgan | 4/15/2025 | April | repeat | resume review | completed call | |
| Adams, Chezney M cchezne | 4/15/2025 | April | repeat | resume review | completed call | |
| Nguyen, Trang T ctrang.t.ngu | 4/15/2025 | April | repeat | resume review | completed call | |
| Diaz, Viviana cviviana.diaz@b | 4/15/2025 | April | repeat | catch up call | completed call | |
| Saeed, Shahram cshahram.sae | 4/16/2025 | April | repeat | follow up call- set up for interview | completed call | |
| Foley, Rachel - MEMPHIS TN | 4/16/2025 | April | repeat | catch up | completed call | |
| Stevens, John cjohn.stevens.\\ | 4/16/2025 | April | repeat | follow up | completed call | |
| White, Ashley cashley.white@ | 4/18/2025 | April | new | intro call | completed call | |
| Harmon, Danielle - 2 cdharmor | 4/21/2025 | April | repeat | resume review | completed call | |
| Pickett, Pamela cpamela.picke | 4/21/2025 | April | new | intro | completed call | |
| Santiago, Richard crichard.sa | 4/21/2025 | April | repeat | resume review | completed call | |
| Adeoida, Richard A crichard.a | 4/21/2025 | April | repeat | follow up call | completed call | |
| Shastri, Keerthikkree ckeerthic | 4/21/2025 | April | repeat | resume review | completed call | |
| Santiago, Richard crichard.sa | 4/22/2025 | April | repeat | resume review3 | completed call | |
| McNamara, Cindy ccindy.mcn | 4/22/2025 | April | new | intro call | completed call | |
| Ramirez, Max cmax.ramirez@ | 4/22/2025 | April | new | intro call | completed | |
| Abdelmottaleb, Sara csara.abc | 4/22/2025 | April | new | intro call | completed call | |
| Bryant, Laura clbryant3@bofa | 4/22/2025 | April | new | intro call | completed | |
| Montenegro, Carolina ccaroli | 4/22/2025 | April | repeat | resume review | completed call | |
| Samayoa, Leslie V cleslie.v.sar | 4/23/2025 | April | new | intro call | completed call | |
| Felder, Ursula cursula.felder@ | 4/24/2025 | April | repeat | follow up call- set up for interview | completed | |
| Cobbley, Micah cmicah.cobbley@ | 4/24/2025 | april | new | no show- rescheduled call | no show | |
| Salek, Farshaaz cfarshaaz.sale | 4/24/2025 | April | repeat | resume review | completed call | |
| Sokolo, Chiko cchiko.sokolo@ | 4/24/2025 | April | repeat | resume review | completed call | |
| Turley, Aspr caspr.turley@bofa | 4/25/2025 | april | repeat | rescheduled intro | completed call | |
| Angeles, Ryan cryanmarkandie | 4/28/2025 | april | repeat | resume reviewq | completed call | |
| Wilcox, Cody ccwilcox28@b- | 4/29/2025 | April | repeat | resume review | completed call | |
| Poquette, Matthew R cmatthe | 4/29/2025 | April | repeat | follow up call- strategic networking- | completed call | |
| Ilis, Polisoi cpolisoi.ilis@bofa | 4/29/2025 | April | repeat | resume review | completed call | |
| Wadley, Kiauhas ckiauhas.wad | 4/30/2025 | April | new | intro call | completed call | |
| Adams, Jacqueline - 2 cjadam | 4/30/2025 | April | repeat | follow up call- | completed call | |
| Gordillo, Stephanie cstephanie | 4/30/2025 | April | repeat | follow up call | completed call | |
| BUNTON, SHANIECE cshani | 4/30/2025 | April | repeat | resume review | completed call | |

| | Call date | Month | New or repeat | Follow up to do | Completed actions | Other |
|---|---|---|---|---|---|---|
| Savannah <savannah.johans | 5/1/2025 | May | repeat | no show | no show | |
| Micah <micah.colley@bofa. | 5/1/2025 | May | repeat | intro call- | completed call | |
| Russell <russell.parker@ml.com | 5/1/2025 | May | repeat | resume review | completed call | |
| Elijah <elijah.cheqe@bofa.com | 5/2/2025 | May | new | intro call- | | |
| Emily <emily.beatty@bofa.cc | 5/2/2025 | May | new | intro call- | completed call | |
| Doris <doris.afaki@bofa.com | 5/2/2025 | May | repeat | follow up | completed call | |
| David <david.micheaz@bo | 5/2/2025 | May | new | intro call- | no show | |
| Rebecca <rebecca.pinelli@bo | 5/5/2025 | May | repeat | follow up | cancelled call | |
| pada M <pripada.m.patel@ | 5/5/2025 | May | repeat | intro call- | completed call | |
| Victor <v.acosta@bofa.com | 5/5/2025 | May | repeat | follow up/IP | completed call | |
| dra <cuadra.volpi@bofa.com | 5/6/2025 | May | new | intro call- | completed call | |
| Olivia <olivia.gordon2@bo | 5/6/2025 | May | new | intro call- | no show | |
| Susan <susan.clarke@bofa | 5/6/2025 | May | new | intro call- | no no longer w company | |
| Brittney <brittney.taylor2@b | 5/7/2025 | May | new | intro call- | completed call | |
| Claudia A <claudia.fuquosei | 5/7/2025 | May | repeat | im Connect 2-rr | no show | |
| mando <armando.luna@bofa | 5/7/2025 | May | new | intro call- | completed call | |
| alypso <calypso.cicchi@ml.c | 5/7/2025 | May | new | intro call- | completed call | |
| Isabella <isabella.barindo | 5/7/2025 | May | new | intro call- | completed call | |
| [illegible] | 5/7/2025 | May | repeat | resume review | completed call | |
| ewa - JACKSONVILLE FL - | 5/7/2025 | May | repeat | follow up | completed call | |
| Sebastian <sebastian.calco- | 5/8/2025 | May | new | intro call- | no show | |
| , Lena <lena.carriqhan@bof | 5/8/2025 | May | new | intro call- | completed call | |
| Maiya <maiya.martinez@b- | 5/8/2025 | May | repeat | follow up & rr | declined meeting | |
| asmine <jasmine.alazi@bofa. | 5/8/2025 | May | repeat | rr | completed call | |
| Pamela <pamela.pickett@bo | 5/12/2025 | May | repeat | follow up | completed call | |
| ampo@bofa.com | 5/12/2025 | May | repeat | follow up | completed call | |
| Rebecca <rebecca.pinelli@bo | 5/12/2025 | May | repeat | follow up | completed call | |
| Yvette <yvette.ferazza@bc | 5/12/2025 | May | new | intro | completed call | |
| rmiento, Adriana <adriana.l | 5/13/2025 | May | new | intro call- | completed call | |
| james@bofa.com | 5/13/2025 | May | new | intro call | completed call | |
| Lawrence J <lawrence.j.cost | 5/13/2025 | May | repeat | interview preparedness | completed call | |
| Ryan <ryan.schindler@bofa. | 5/14/2025 | May | repeat | follow up,rr | completed call | |
| Gregory D <gregory.d.palme | 5/14/2025 | May | repeat | follow up | completed call | |
| Krista <krista.m.morgan@b | 5/14/2025 | May | repeat | resume review | completed call | |
| , Jacob <jacob.mcbride@bo | 5/15/2025 | May | new | intro call- | completed call | |
| Rebecca <rebecca.holmes@ | 5/15/2025 | May | new | intro call | completed call | |
| Jamel <jamel.kertz@bofa.c | 5/16/2025 | May | new | intro call | completed call | |
| aleb, Sara <sara.abdelnoor | 5/19/2025 | May | repeat | resources IM | completed call | |
| as <dinas.lara@bofa.com> | 5/19/2025 | May | new | intro | no show | |
| Miles <miles.ramirez@bofa. | 5/19/2025 | May | repeat | follow up | completed call | |
| Nicasio <nicasio.rajpal@bo | 5/20/2025 | May | new | intro call- | completed call | |
| , Leslie V <leslie.v.zamora | 5/20/2025 | May | repeat | resume review | completed call | |
| rmiento, Adriana <adriana.l | 5/20/2025 | May | repeat | resume review | completed call | |
| Lawrence J <lawrence.j.cost | 5/20/2025 | May | repeat | mock interview | completed call | |
| ei <polizzello@bofa.com> | 5/20/2025 | May | repeat | resume review | completed call | |
| Danielle - 2 <dkarmon2@bo | 5/21/2025 | May | repeat | resume review | completed call | |
| Yvette <yvette.ferazza@bc | 5/21/2025 | May | repeat | resume review | completed call | |
| aac <isaac.c.cabot@bofa.c | 5/21/2025 | May | new | intro call- | completed call | |
| , Elisa M <elisa.m.cabezas@ | 5/21/2025 | May | new | intro call | completed call | |
| s, Cindy <cindy.mcnamara@ | 5/21/2025 | May | new | intro call | completed call | |
| shley <ashley.white@bofa.c | 5/22/2025 | May | repeat | HPQC tabs | completed call | |
| ewa - JACKSONVILLE FL - | 5/22/2025 | May | repeat | resume review | completed call | |
| , Karina S <karina.s.morrissey | 5/28/2025 | May | repeat | follow up &rr | no show,rescheduled | |
| r <edgar.aro@bofa.com> | 5/28/2025 | May | new | intro call- | no show | |
| Juliana <juliana.lorenzo@bof | 5/28/2025 | May | repeat | HPQC tabs&rr | completed call | |
| Jennifer M <jennifer.m.marquez | 5/28/2025 | May | new | intro call- | no show | |
| Chelsea 1 <chelsea.jenkins@ | 5/28/2025 | May | new | intro call | completed call | |
| Desiree D <desiree.d.jewell@ | 5/28/2025 | May | new | intro call | completed call | |
| Giselle <giselle.wadley@b | 5/29/2025 | May | repeat | cpt &rr | completed call | |
| , Paul 1 <paul.simpson3@bo | 5/29/2025 | May | new | intro call- | completed call | |
| Emily <emily.beatty@bofa.cc | 29-May | May | repeat | IM call2-rr | completed call | |
| , Carolina <carolina.gonzale | 5/30/2025 | May | new | intro call- | no show,rescheduled | |
| Russell <russell.parker@ml.com | 5/30/2025 | May | repeat | IP | completed call | |
| ero, Carolina <carolina.mon | 5/30/2025 | May | repeat | im connect3-rr | completed call | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Name | Call date | New or repeat | Follow up to | Completed actions | Other |
| 2 | Dias Ocampo, dias.ocampo@bofs.com | 6/2/2025 | repeat | imc2-resources | completed call | |
| 3 | Wilson, Cody <cwilson28@bofs.com> | 6/2/2025 | repeat | imc3-follow up | completed call | |
| 4 | Tarke, Ayat <ayat.tarke@bofs.com> | 6/2/2025 | repeat | follow up | no show | |
| 5 | Pickett, Pamela | 6/3/2025 | repeat | Patrick's call | completed call | |
| 6 | carly.herring-alexander@bofs.com | 6/3/2025 | repeat | imc2-rr | completed call | |
| 7 | Porch, Samantha <samantha.porch@bofs.c | 6/3/2025 | new | intro call | completed call | |
| 8 | Holman, Jamecca <jamecca.holman@bofs.c | 6/3/2025 | repeat | imc2-rr | completed call | |
| 9 | Mickens, David <david.mickens@bofs.com | 6/4/2025 | new | intro call (rs) | no show | |
| 10 | Coklee, Micah <micah.coklee@bofs.com> | 6/4/2025 | repeat | imc2-rr | no show | |
| 11 | Foxcroft, Erin M <erin.m.foxcroft@bofs.c | 6/4/2025 | new | intro call | completed call | |
| 12 | Choque, Elijah <elijah.choque@bofs.com> | 6/5/2025 | repeat | imc2-rr | completed call | |
| 13 | Gonzalez, Caroline <caroline.gonzalez@bc | 6/5/2025 | new | intro (rs) | completed call | |
| 14 | Taylor, Brittney <brittney.taylor2@bofs.c | 6/9/2025 | repeat | imc2-rr | completed call | |
| 15 | Lopez, Kelly <kelly.lopez@bofs.com> | 6/9/2025 | new | intro call | completed call | |
| 16 | Volpi, Andra <andra.volpi@bofs.com> | 6/9/2025 | repeat | imc2-rr | completed call | |
| 17 | De santiago, Mitzy <mitzy.desantiago@bc | 6/9/2025 | new | intro call | completed call | |
| 18 | Luna, Armando <armando.luna@bofs.com> | 6/10/2025 | repeat | imc2-rr | no show | |
| 19 | Johnson, Kori <kori.johnson@bofs.com> | 6/10/2025 | repeat | im3-rr | no show | |
| 20 | Ahmed, Khadija <kahmed4@bofs.com> | 6/10/2025 | new | intro call | completed call | |
| 21 | Carrighan, Lena <lena.carrighan@bofs.com | 6/10/2025 | repeat | imc2-rr | completed call | |
| 22 | Choeqble, Nida <nida.choeqble@bofs.com | 6/11/2025 | repeat | imc2-rr | completed call | |
| 23 | Pickett, Pamela <pamela.pickett@bofs.com | 6/11/2025 | repeat | imc3-follow up | completed call | |
| 24 | Gallos, Nathalie <nathalie.gallos@bofs.cor | 6/11/2025 | new | intro call | completed call | |
| 25 | Adams, Chacasey M <chacasey.adams@bc | 6/13/2025 | repeat | imc3-rr | completed call | |
| 26 | Mirzai, Jeanine <jeanine.mirzai@bofs.com> | 6/13/2025 | repeat | imc3-rr updated | no show | |
| 27 | Farrazza, Yvette <yvette.farazza@bofs.coi | 6/13/2025 | repeat | imc3-rr | completed call | |
| 28 | Hawley, Dillon <dillon.hawley@bofs.com> | 6/13/2025 | new | intro call | no show | |
| 29 | Mcbride, Jacob <jacob.mcbride@bofs.coi | 6/16/2025 | repeat | imc2-rr | completed call | |
| 30 | Simmons, Stacy <stacy.simmons@bofs.coi | 6/16/2025 | repeat | | completed call | |
| 31 | James, Yasmotes <yasmotes.james@bofs.c | 6/16/2025 | repeat | imc2-rr | no show | |
| 32 | Ross, Nia G - RICHMOND VA <nia.ross@ | 6/17/2025 | new | intro call | no show | no longer w the company |
| 33 | Comer Jr, Otis <otis.comer_jr@bofs.com> | 6/17/2025 | new | intro call | completed call | |
| 34 | Dominguez, Michael C <michael.c.domingu | 6/17/2025 | new | intro call | completed call | |
| 35 | Britton, Amy <amy.britton@bofs.com> | 6/17/2025 | new | intro call | completed call | |
| 36 | Wardak, Mina <mina.wardak@bofs.com> | 6/17/2025 | new | intro call | completed call | |
| 37 | Farley, Joy M <joy.m.farley@bofs.com> | 6/17/2025 | new | intro call | completed call | |
| 38 | Ciccia, Jozlyne <jozlyne.ciccia@ml.com> | 6/18/2025 | repeat | im-rr | postponed | |
| 39 | Angeles, Ryan <ryanmarkandio.angeles@b | 6/18/2025 | repeat | imc3-rr | no show | |
| 40 | Becerra, Leticia M <leticia.m.becerra@bof | 6/18/2025 | new | intro call | completed call | |
| 41 | Cabezas, Elisa M <elisa.m.cabezas@bofs. | 6/18/2025 | repeat | imc2-rr | no show | |
| 42 | Farrazza, Yvette <yvette.farazza@bofs.coi | 6/20/2025 | repeat | ip | no show | |
| 43 | Loaiza, Azires <azires.loaiza@bofs.com | 6/20/2025 | new | intro call | no show | |
| 44 | Pickett, Pamela <pamela.pickett@bofs.com | 6/23/2025 | repeat | ip- call w MC | completed call | |
| 45 | Ramirez, Mina <mina.ramirez@bofs.com> | 6/23/2025 | repeat | imc3-rr | postponed | |
| 46 | Loeriado, Izabella <izabella.loeriado@bofs | 6/24/2025 | repeat | imc2-rr | postponed | |
| 47 | Bryant, Laura <lbryant3@bofs.com> | 6/24/2025 | repeat | imc2-rr | canceled | |
| 48 | Rajpal, Nicasio <nicasio.rajpal@bofs.co | 6/24/2025 | repeat | imc2-rr | no show,ec postponed | |
| 49 | Gatewood, Aaron J <aaron.j.gatewood@b | 6/24/2025 | new | intro call | completed call | |
| 50 | Burgos, Marisol - NEWARK DE <marisol.t | 6/24/2025 | new | intro | no show, rescheduled | |
| 51 | Saboc, Joann <joann.c.saboc@bofs.com> | 6/25/2025 | repeat | imc2-rr | completed call | |
| 52 | Mijares, Tanis <tanis.mijares@bofs.com> | 6/25/2025 | new | intro call | completed call | |
| 53 | Davis, Taijae <taijae.davis@bofs.com> | 6/25/2025 | new | intro call | no show | |
| 54 | Cerasso, Lawrence J <lawrence.j.cerasso@ | 6/25/2025 | repeat | ip | canceled | |
| 55 | White, Ashley <ashley.white@bofs.com> | 6/26/2025 | repeat | imc3-rr | no show | |
| 56 | Patel, Priyanka M <priyanka.m.patel@bofs | 6/26/2025 | repeat | imc2-rr | ec canceled | |
| 57 | Rhine, Tasza <tasza.rhine@bofs.com> | 6/26/2025 | repeat | imc-follow up | completed call | |
| 58 | Ramirez, Mina <mina.ramirez@bofs.com> | 6/26/2025 | repeat | imc-rr | completed call | |
| 59 | Harmon, Danielle - 2 <dharmon2@bofs.cor | 6/27/2025 | repeat | im-ip | completed call | |
| 60 | Abdelmotaleb, Sara <sara.abdelmotaleb@ | 6/27/2025 | repeat | imc3-rr | completed call | |
| 61 | Cho, Michelle <michelle.p.cho@bofs.com> | 6/30/2025 | new | intro call | no show | |
| 62 | | | | | | |
| 63 | | | | | | |

| | Name | Call date | New or repeat | Follow up to do | Completed actions | Other | |
|---|---|---|---|---|---|---|---|
| 1 | Name | Call date | New or repeat | Follow up to do | Completed actions | Other | |
| 2 | Iszmen, Juliana juliana.iszmen@kafe.com | 7/1/2025 | repeat | ima3-rr | ns noshow | rescheduled | |
| 3 | Morrison, Karina S charisse.morrison@kafe. | 7/1/2025 | repeat | rr&followup | ns declined | | |
| 4 | [illegible]@kafe.com | 7/1/2025 | repeat | im-rr upd | ns noshow | | |
| 5 | Jenkins, Chelsea 1 chelsea.jenkins@kafe.com | 7/1/2025 | repeat | ima2-rr | completed call | | |
| 6 | Martin, Shanika B shanika.martin@kafe.com | 7/1/2025 | new | intro call | completed call | | |
| 7 | Jowell, Darlene D darlene.d.jowell@kafe.com | 7/2/2025 | repeat | ima2-rr&task | ns canceled call. | rescheduled | |
| 8 | Simpson, Paul 1 paul.simpson3@kafe.com | 7/2/2025 | repeat | ima2-rr | completed call | | |
| 9 | Ure, Edgar edgar.ure@kafe.com | 7/2/20252 | new (rs) | intro (rs) | noshow,noresponse | | |
| 10 | Holmes, Jamaree jamaree.holmes@kafe.co | 7/3/2025 | repeat | ima3-rr | completed call | | |
| 11 | Beatty, Emily emily.beatty@kafe.com | 7/3/2025 | repeat | ima3-rr | completed call | | |
| 12 | Hight, Benjamin A benjamin.a.hight@kafe.c | 7/7/2025 | new | intro call | ns noshow | | |
| 13 | Gonzalez, Carolina carolina.gonzalez@kafe | 7/7/2025 | repeat | ima2-rr | ns canceled call. | rescheduled | |
| 14 | Ahmed, Khadija khadija.ahmed@kafe.com | 7/8/2025 | repeat | ima2-rr | ns canceled call. | rescheduled | |
| 15 | Corrigan, Lena lena.corrigan@kafe.com | 7/8/2025 | repeat | ima3-rr | ns noshow | rescheduled | |
| 16 | [illegible]@kafe.com | 7/8/2025 | new | intro call | completed call | | |
| 17 | Gonzalez, Carolina carolina.gonzalez@kafe | 7/9/2025 | repeat | ima2-rr | completed call | | |
| 18 | Fonseca, Yvette yvette.fonseca@kafe.com | 7/10/2025 | repeat | ima4-followup | completed call | | |
| 19 | Simpson, Paul 1 paul.simpson3@kafe.com | 7/10/2025 | repeat | ima-lp | completed call | | |
| 20 | Gallas, Nathalie nathalie.gallas@kafe.com | 7/10/2025 | repeat | ima2-task&rr | ns noshow | rescheduled | |
| 21 | McNamara, Cindy cindy.mcnamara@kafe.c | 7/10/2025 | repeat | ima3-rr&followup | completed call | | |
| 22 | [illegible]@kafe.com | 7/10/2025 | new | intro call | tentative,new time prep | rescheduled | |
| 23 | Mancilla, Elizabeth elizabeth.mancilla@kaf | 7/11/2025 | new | intro call | ns cancelled call | | |
| 24 | Reed, D'Angela dangela.reed@aol.com | 7/11/2025 | new | intro call | ns canceled call. | rescheduled | |
| 25 | Quintero, Danielle danielle.quintero@kafe.co | 7/11/2025 | new | intro call | completed call | | |
| 26 | Rajpal, Micaela micaela.rajpal@kafe.com | 7/11/2025 | repeat | im reconnect | ns noshow | | |
| 27 | Taylor, Brittney brittney.taylor2@kafe.com | 7/14/2025 | repeat | ima3-rr updated | completed call | | |
| 28 | Volpi, Andra andra.volpi@kafe.com | 7/14/2025 | repeat | ima3-rr&followup | tentative,new time prepared | | |
| 29 | Durantique, Mikey mikey.durantique@kafe. | 7/14/2025 | repeat | ima2-rr | ns noshow,cancelled call | | |
| 30 | Corrigan, Lena lena.corrigan@kafe.com | 7/15/2025 | repeat | ima3(rs)-updated | completed call | | |
| 31 | Gomez Jr, Otis otis.gomez_jr@kafe.com | 7/15/2025 | repeat | ima2-task&earlier | ns noshow | rescheduled | |
| 32 | Dominguez, Michael C michael.c.dominguez | 7/15/2025 | repeat | ima2-followup | completed call | | |
| 33 | Reed, D'Angela dangela.reed@aol.com | 7/15/2025 | new | intro call (rs) | completed call | | |
| 34 | Adams, Charmaney M charmaney.adams@kafe. | 7/15/2025 | repeat | ima3-rr | ns declined meeting | | |
| 35 | Britton, Amy amy.britton@kafe.com | 7/15/2025 | repeat | ima2-followup,rsr | completed call | | |
| 36 | Gjonaj, Francine francine.gjonaj@kafe.com | 7/16/2025 | new | intro call | completed call | | |
| 37 | Wardak, Mina mina.wardak@kafe.com | 7/16/2025 | repeat | ima2-followup&ta | ns noshow | | |
| 38 | Rokalcova, Laurie laurie.rokalcova@kafe.co | 7/16/2025 | new | intro call | ns noshow | | |
| 39 | Medina, Leanna leanna.medina@kafe.com | 7/18/2025 | new | intro call | completed call | | |
| 40 | Cornick, Jennifer jennifer.cornick@kafe.co | 7/18/2025 | new | intro call | completed call | | |
| 41 | Piccard-vaughan, John john.piccard-vaugh | 7/18/2025 | new | intro call | completed call | | |
| 42 | Salvador-Pallara, Kalan - TAMPA FL kalan.sal | 7/18/2025 | new | intro call | ns noshow | | |
| 43 | Herman, Danielle - 2 d.herman2@kafe.com | 7/18/2025 | repeat | ima-catch up | completed call | | |
| 44 | Sohar, Jenna jenna.s.sohar@kafe.com | 7/22/2025 | repeat | ima3-updated rr | ns noshow | rescheduled | |
| 45 | Jowell, Darlene D darlene.d.jowell@kafe.com | 7/22/2025 | repeat | ima2(rs)-updated | ns noshow | | |
| 46 | Fernandez, Carolina carolina.fernandez@ka | 7/22/2025 | repeat | ima2-rr | completed call | | |
| 47 | Lopez, Elizabeth 1 elizabeth1.lopez@kafe.co | 7/22/2025 | new | intro call | ns noshow | | |
| 48 | Garcia, Amanda - ASHEVILLE NC amanda.ga | 7/22/2025 | new | intro call | completed call | | |
| 49 | Madurio, Clara clara.madurio@kafe.com | 7/22/2025 | new | intro call | completed call | | |
| 50 | Fernandez, Carolina carolina.fernandez@ka | 7/23/2025 | new | intro call | completed call | | |
| 51 | Smith, Cortella cortella.smith@kafe.com | 7/23/2025 | new | intro call | completed call | | |
| 52 | Foxcroft, Erin M erin.m.foxcroft@kafe.com | 7/23/2025 | repeat | ima2-rr | completed call | | |
| 53 | Mijarez, Tania tania.mijarez@kafe.com | 7/23/2025 | repeat | ima2-updated rr | completed call | | |
| 54 | Oakley, Micah micah.oakley@kafe.com | 7/23/2025 | repeat | ima3-rr | ns noshow,emailed rescheduled | | |
| 55 | Volpi, Andra andra.volpi@kafe.com | 7/25/2025 | repeat | ima3-updated rr&f | completed call | | |
| 56 | Gomez Jr, Otis otis.gomez_jr@kafe.com | 7/25/2025 | repeat | ima2(rs)-task&rs | completed call | | |
| 57 | Shaw, Kristin M kristin.m.shaw@kafe.com | 7/25/2025 | new | intro call | completed call | | |
| 58 | Gomez, Ebony e.gomez@kafe.com | 7/25/2025 | new | intro call | ns canceled call. | rescheduled | |
| 59 | Aguilman, Ruben ruben.aguilman@kafe.c | 7/25/2025 | new | intro call | completed call | | |
| 60 | Becerra, Leticia M leticia.m.becerra@kafe. | 7/28/2025 | repeat | ima2-updated rr | completed call | | |
| 61 | [illegible]@kafe.com | 7/28/2025 | repeat | ima3-rr updated | noshow | rescheduled | |
| 62 | Idriz, Mina mina.idriz@kafe.com | 7/28/2025 | new | intro call | ns noshow | | |
| 63 | Sims, Erika e.sims4@kafe.com | 7/28/2025 | new | intro call | completed call | | |
| 64 | Fane, Bridgette bridgette.fane@kafe.com | 7/28/2025 | new | intro | completed call | | |
| 65 | Davis, Jacqinique j.davis@kafe.com | 7/28/2025 | new | intro call | ns noshow | rescheduled | |
| 66 | Olvera, Yzel A yzel.a.olvera@kafe.com | 7/28/2025 | new | intro call | completed call | | |
| 67 | Cicolo, Jaslyne jaslyne.cicolo@aol.com | 7/30/2025 | repeat | ima-updated rr&fa | noshow,noresponse | rescheduled | 9/30am |
| 68 | Fonseca, Yvette yvette.fonseca@kafe.com | 7/30/2025 | repeat | ima5-followup | completed call | | 10am |
| 69 | Oakley, Micah micah.oakley@kafe.com | 7/30/2025 | repeat | ima3-rr (rs) | ns noshow | | 1pm |
| 70 | Burgos, Marisol - NEWARK DE marisol.burgos | 7/30/2025 | repeat | ima-rescheduled | completed call | | 2pm |
| 71 | Sohar, Jenna jenna.s.sohar@kafe.com | 7/31/2025 | repeat | ima3-updated rr(rs | ns noshow | rescheduled | 10am |
| 72 | Mancilla, Elizabeth elizabeth.mancilla@kaf | 7/31/2025 | new | intro call | completed call | | 11am |
| 73 | Farley, Jay M jay.m.farley@kafe.com | 7/31/2025 | repeat | ima2-rr | | | 1pm |
| 74 | Cho, Michelle michelle.p.cho@kafe.com | 7/31/2025 | repeat | intro call (rs) | | | 2pm |
| 75 | Cicolo, Jaslyne jaslyne.cicolo@aol.com | 7/31/2025 | repeat | ima-updated rr&fa | completed call | | |
| 76 | | | | | | | |
| 77 | | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Name | Call date | New or repeat | Follow up to do | Complt | Other |
| 2 | Garner, Ebony <egarner@bofs.com> | 8/1/2025 | new | intro call (rc) | 11.30am | |
| 3 | Bridges, Earnest <earnest.bridges@bofs | 8/1/2025 | new | intro call | 12.30pm | |
| 4 | Ivanez, Julian <julian.ivanez@bofs.cc | 8/1/2025 | repeat | inc3-rr (rc) | 1.30pm | |
| 5 | Porch, Samantha <samantha.porch@bofs | 8/1/2025 | repeat | inconnect-ip | 2.30pm | |
| 6 | Mcbride, Jacob <jacob.mcbride@bofs.c | 8/4/2025 | repeat | inc3-rr update | 10am | |
| 7 | Beatty, Emily <emily.beatty@bofs.com> | 8/4/2025 | repeat | inc4-follow up &upc | 11am | |
| 8 | Chase, Kristin M <kristin.m.chase@bofs. | 8/4/2025 | repeat | inc2-updated rr "fol | 1pm | |
| 9 | Lugo, Ericely <ericely.lugo@bofs.com> | 8/4/2025 | new | intro call | 2pm | |
| 10 | Doctor, Dayna <dayna.doctor@bofs.co | 8/5/2025 | new | intro call | 9.30am | |
| 11 | Gatewood, Aaron J <aaron.j.gatewood@ | 8/5/2025 | repeat | inc2-follow up | 10am | |
| 12 | Ahmed, Khadija <kahmed4@bofs.com> | 8/5/2025 | repeat | inc2-rescheduled (rr | 10.30am | |
| 13 | Malik, Abdallah <abdallah.malik@bofs.c | 8/5/2025 | new | intro call | 11am | |
| 14 | Choughle, Nida <nida.choughle@bofs.cc | 8/6/2025 | repeat | inc3-rr updated | 10am | |
| 15 | Smith, Costella <costella.smith@bofs.co | 8/6/2025 | repeat | inc2-rr | 10.30am | |
| 16 | chetna.caporaolia@bofs.com | 8/6/2025 | repeat | inc2-updated rr&har | 11am | |
| 17 | Rodriguez, Shari <shari.rodriguez@bofs | 8/6/2025 | new | intro call | 1pm | |
| 18 | Coklay, Micah <micah.coklay@bofs.com | 8/7/2025 | repeat | inc2-rescheduled | 3pm | |
| 19 | Taitt, Ayesha <ayesha.taitt@bofs.com> | 8/7/2025 | new | intro call | 1.30pm | |
| 20 | Aquidjinon, Ruben <ruben.aquidjinon@b | 8/8/2025 | repeat | inc2-updated rr&fol | 10am | |
| 21 | Gallon, Nathalie <nathalie.gallon@bofs.c | 8/8/2025 | repeat | inc (rc) | 1pm | |
| 22 | Cabezas, Elisa M <elisa.m.cabezas@bof | 8/8/2025 | repeat | inc2(rr) | 2.30pm | |
| 23 | Comer Jr, Otis <otis.comer_jr@bofs.cor | 8/11/2025 | repeat | inc3-ip | 10am | |
| 24 | Piccard-naughton, John <john.piccard-na | 8/11/2025 | repeat | inc2-follow up&rere | 2pm | |
| 25 | Reed, Di'Angelo <diangelo.reed@ml.con | 8/11/2025 | repeat | inc2-follow up | 3pm | |
| 26 | Lopez-Sarmiento, Diego A <diego.a.lope | 8/12/2025 | new | intro call | 10.30am | |
| 27 | Walters, Jordon <jordon.walters@bofs. | 8/12/2025 | new | intro call | 11.30am | |
| 28 | Maddage, Joseph <joseph.maddage@b | 8/12/2025 | new | intro call | 1pm | |
| 29 | Bushhead, Brandy <brandy.bushhead@b | 8/12/2025 | repeat | inc-updated rr&follc | 3pm | |
| 30 | Gaviria Baso, Alejandro <alejandro.gavir | 8/12/2025 | new | intro call | 4pm | |
| 31 | Cornick, Jennifer <jennifer.cornick@bofs | 8/13/2025 | repeat | inc2-follow up | 12pm | |
| 32 | Seth, Shailee <shailee.seth@bofs.com> | 8/13/2025 | new | intro call | 1pm | |
| 33 | Gipson, Francine <francine.gipson@bofs | 8/13/2025 | repeat | inc2-rr | 3pm | |
| 34 | Garcia, Armando - ASHEVILLE NC <arma | 8/13/2025 | repeat | inc2-updated rr&fol | 4pm | |
| 35 | Gonzalez, Caroline <caroline.gonzalez@l | 8/14/2025 | repeat | inc3-follow up | 10am | |
| 36 | Ellis, Detrius <detrius.ellis@bofs.com> | 8/14/2025 | new | intro call | 11am | |
| 37 | Jenkins, Chelsea 1 <chelsea.jenkins@bof | 8/14/2025 | repeat | inc3-rr upd | 1pm | |
| 38 | Speziale, Audrey <audrey.speziale@bofs | 8/14/205 | new | intro call | 2pm | |
| 39 | Green, Karina <karina.green@bofs.com> | 8/14/2025 | new | intro call | 3pm | |
| 40 | Mattingly, Brian <brian.mattingly@ml.co | 8/15/2025 | new | intro call | 11am | |
| 41 | Gomez, Sarah <sarah.gomez@bofs.com> | 8/15/2025 | new | intro call | 1pm | |
| 42 | Moreno, Jezzika <jezzika.moreno@bofs. | 8/15/2025 | new | intro call | 2pm | |
| 43 | Ocampo, Dinas <dinas.ocampo@bofs.cc | 8/15/2025 | repeat | in-rr | 3pm | |
| 44 | Harmon, Danielle - 2 <dharmon2@bofs.c | 8/18/2025 | repeat | inc | 9.30am | |
| 45 | Jackson, Mychal <mychal.jackson@bofs. | 8/18/2025 | new | intro call | 10.30am | |
| 46 | Fane, Bridgette <bridgette.fane@bofs.c | 8/18/2025 | repeat | inc2-rr | 11.30am | |
| 47 | Sims, Erika <esims4@bofs.com> | 8/19/2025 | repeat | inc2-rr | 10.30am | |
| 48 | Olvera, Yicel A <yicel.olvera@bofs.com> | 8/19/2025 | repeat | inc2-rr | 11am | |
| 49 | Jewell, Desiree D <desiree.d.jewell@bof | 8/19/2025 | repeat | rr&intro tools | 3pm | |
| 50 | Wingate, Seth <seth.wingate@bofs.com | 8/20/2025 | new | intro call | 10am | |
| 51 | Ke, Minji <minji.ke@ml.com> | 8/20/2025 | new | intro call | 11am | |
| 52 | Davis, Jo <josiqua.davis@bofs.com> | 8/20/2025 | new | intro(rc) | 1pm | |
| 53 | Momoh, Kaddy <kaddy.momoh@bofs.cc | 8/20/2025 | new | intro | 2pm | |
| 54 | Leon, Alejandra <alejandra.leon@bofs.c | 8/20/2025 | new | intro | 3pm | |
| 55 | Saiz, Maria <maria.saiz@bofs.com> | 8/21/2025 | new | intro | 10am | |
| 56 | Hart, Danielle <danielle.hart@bofs.com> | 8/21/2025 | new | intro | 11am | |
| 57 | Taitt, Ayesha <ayesha.taitt@bofs.com> | 8/21/2025 | repeat | inc2-updatedRR&fc | 1pm | |
| 58 | Xiong, Pa K <pa.xiong@bofs.com> | 8/21/2025 | new | intro | 2pm | |
| 59 | Lopez Perez, Vivian <vivian.perez-borge | 8/21/2025 | new | intro call | 2pm | |
| 60 | Sims, Erika <esims4@bofs.com> | 8/21/2025 | repeat | inc2-tools/follow u | 2.30pm | |
| 61 | Speziale, Audrey <audrey.speziale@bofs | 8/22/2025 | new(rc | intro (rc) | 11.30am | |
| 62 | Wilcox, Cody <cwilcox28@bofs.com> | 8/22/2025 | repeat | quick connect- | 4.30pm | |
| 63 | | | | | | |
| 64 | Aguirre, Esmeralda <esmeralda.aguirre@ | 8/25/2025 | new | intro | 9.30am | |
| 65 | Ciccia, Joslyn <joslyn.ciccia@ml.com> | 8/25/2025 | repeat | inc3-rr updated | 10am | |
| 66 | Burgos, Marisol - NEWARK DE <mariso | 8/25/2025 | repeat | inc2-rr&follow up | 2.30pm | |
| 67 | Martin, Megan <megan.martin@bofs.co | 8/25/2025 | new | intro call | 3.30pm | |
| 68 | Escalera, Chris <chris.escalera@bofs.c | 8/26/2025 | new | intro call | 10.30am | |
| 69 | Garner, Ebony <egarner@bofs.com> | 8/26/2025 | repeat | inc2-follow up&upd | 1pm | |
| 70 | Robbs, Tim <tim.robbs@bofs.com> | 8/26/2025 | new | intro | 2pm | |
| 71 | Pacia, Carlos M <carlos.m.pacia@bofs.c | 8/26/2025 | new | intro call | 3pm | |
| 72 | Cho, Michelle <michelle.p.cho@bofs.con | 8/26/2025 | repeat | inc2-rr upd | 4pm | |
| 73 | Rysa.knights@ml.com | 8/27/2025 | new | intro call | 10am | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | Jenkins, Chelsea T <chelsea.jenkins@bof | 8/14/2025 | repeat | imc3-rr upd | 1pm |
| 38 | Speziale, Audrey <audrey.speziale@bof | 8/14/205 | new | intro call | 2pm |
| 39 | Green, Karina <karina.green@bofs.com> | 8/14/2025 | new | intro call | 3pm |
| 40 | Mattingly, Erica <erica.mattingly@ml.co | 8/15/2025 | new | intro call | 11am |
| 41 | Gomez, Sarah <sarah.gomez@bofs.com | 8/15/2025 | new | intro call | 1pm |
| 42 | Moreno, Jessika <jessika.moreno@bofs. | 8/15/2025 | new | intro call | 2pm |
| 43 | Ocampo, Diana <diana.ocampo@bofs.c | 8/15/2025 | repeat | im-rr | 3pm |
| 44 | Harmon, Danielle - 2 <dharmon2@bofs.c | 8/18/2025 | repeat | imc | 9.30am |
| 45 | Jackson, Mychal <mychal.jackson@bofs. | 8/18/2025 | new | intro call | 10.30am |
| 46 | Fuss, Bridgette <bridgette.fuss@bofs.c | 8/18/2025 | repeat | imc2-rr | 11.30am |
| 47 | Sims, Erika <esims4@bofs.com> | 8/19/2025 | repeat | imc2-rr | 10.30am |
| 48 | Olvera, Yicel A <yicel.olvera@bofs.com> | 8/19/2025 | repeat | imc2-rr | 11am |
| 49 | Jewell, Desiree D <desiree.d.jewell@bof | 8/19/2025 | repeat | rr&intro tools | 3pm |
| 50 | Wingate, Seth <seth.wingate@bofs.com | 8/20/2025 | new | intro call | 10am |
| 51 | Ko, Minji <minji.ko@ml.com> | 8/20/2025 | new | intro call | 11am |
| 52 | Davis, Jo <josique.davis@bofs.com> | 8/20/2025 | new | intro(rs) | 1pm |
| 53 | Momoh, Kuddy <kuddy.momoh@bofs.c | 8/20/2025 | new | intro | 2pm |
| 54 | Leon, Alejandro <alejandro.leon@bofs.c | 8/20/2025 | new | intro | 3pm |
| 55 | Saltz, Maria <maria.saltz@bofs.com> | 8/21/2025 | new | intro | 10am |
| 56 | Hart, Danielle <danielle.hart@bofs.com> | 8/21/2025 | new | intro | 11am |
| 57 | Taitt, Ayesha <ayesha.taitt@bofs.com> | 8/21/2025 | repeat | imc2-updatedRR&fc | 1pm |
| 58 | Xiong, Pa K <pa.xiong@bofs.com> | 8/21/2025 | new | intro | 2pm |
| 59 | Lopez Perez, Vivian <vivian.perez-borges | 8/21/2025 | new | intro call | 2pm |
| 60 | Sims, Erika <esims4@bofs.com> | 8/21/2025 | repeat | imc2-tools,follow up | 2.30pm |
| 61 | Speziale, Audrey <audrey.speziale@bof | 8/22/2025 | new/rs | intro (rs) | 11.30am |
| 62 | Wilson, Cody <cwilson28@bofs.com> | 8/22/2025 | repeat | quick connect- | 4.30pm |
| 63 | | | | | |
| 64 | Aguirre, Esmeralda <esmeralda.aguirre@ | 8/25/2025 | new | intro | 9.30am |
| 65 | Ciccio, Joclyne <joclyne.ciccio@ml.com> | 8/25/2025 | repeat | imc3-rr updated | 10am |
| 66 | Burgos, Marisol - NEWARK DE <mariso | 8/25/2025 | repeat | imc2-rr&follow up | 2.30pm |
| 67 | Martin, Megan <megan.martin@bofs.co | 8/25/2025 | new | intro call | 3.30pm |
| 68 | Escalaco, Chris <chris.escalaco@bofs.c | 8/26/2025 | new | intro call | 10.30am |
| 69 | Garner, Ebony <egarner@bofs.com> | 8/26/2025 | repeat | imc2-follow up&upd | 1pm |
| 70 | Robbs, Tim <tim.robbs@bofs.com> | 8/26/2025 | new | intro | 2pm |
| 71 | Pacle, Carlos M <carlos.m.pacle@bofs.c | 8/26/2025 | new | intro call | 3pm |
| 72 | Cho, Michelle <michelle.p.cho@bofs.com | 8/26/2025 | repeat | imc2-rr upd | 4pm |
| 73 | Ryan.knight@ml.com | 8/27/2025 | new | intro call | 10am |
| 74 | Sotolongo, Raydell <raydell.sotolongo@ | 8/27/2025 | repeat | imc2-rr | 11am |
| 75 | Ryder-Trigo, Barbara <barbara.ryder-tri | 8/27/2025 | new | intro call | 12pm |
| 76 | Rodriguez, Sheri <sheri.rodriguez@bofs | 8/27/2025 | repeat | imc2-rr | 2pm |
| 77 | Farley, Jay M <jay.m.farley@bofs.com> | 8/27/2025 | repeat | imc-rescheduled | 3pm |
| 78 | Smith, Castella <castella.smith@bofs.com | 8/27/2025 | repeat | imc2-rr(rs) | 4pm |
| 79 | Ahmed, Khadija <kahmed4@bofs.com> | 8/28/2025 | repeat | imc3-follow up | 10am |
| 80 | Gonzalez, Caroline <caroline.gonzalez@ | 8/28/2025 | represt | imc3-follow up | 11am |
| 81 | Beatty, Emily <emily.beatty@bofs.com> | 8/28/2025 | repeat | imc4-follow up , upd | 1pm |
| 82 | Volpi, Audra <audra.volpi@bofs.com> | 8/28/2025 | repeat | imc-ip | 2pm |
| 83 | Saporsdis, Chetan <chetan.saporsdis@ | 8/28/2025 | repeat | imc3-follow up | 3pm |
| 84 | Rabalcava, Lezzie <lezzie.rabalcava@bof | 8/29/2025 | new | intro(rs) | 11.30am |
| 85 | Godwin, Deborah-Faith <deborah-faith.c | 8/29/2025 | new | intro call | 12pm |
| 86 | Chase, Kristin M <kristin.m.chase@bofs | 8/29/2025 | repeat | imc3-updated rr | 1pm |
| 87 | Malik, Abdallah <abdallah.malik@bofs.c | 8/29/2025 | repeat | imc2-rr updated&fol | 2pm |
| 88 | Doctor, Dopas <dopas.doctor@bofs.co | 8/29/2025 | repeat | imc2-updated rr | 3pm |

| Name | Call date | New or repeat | Follow up to do | Complete | Other |
|---|---|---|---|---|---|
| Garner, Ebony <egarner@bofa.com> | 8/1/2025 | new | intro call (re) | 11.30am | |
| Bridges, Earnest <earnest.bridges@bofa.com | 8/1/2025 | new | intro call | 12.30pm | |
| Inzunza, Juliana <juliana.inzunza@bofa.com> | 8/1/2025 | repeat | imc3-rr (re) | 1.30pm | |
| Porch, Samantha <samantha.porch@bofa.cor | 8/1/2025 | repeat | imconnect-ip | 2.30pm | |
| Mcbride, Jacob <jacob.mcbride@bofa.com> | 8/4/2025 | repeat | imc3-rr update | 10am | |
| Beatty, Emily <emily.beatty@bofa.com> | 8/4/2025 | repeat | imc4-follow up &update | 11am | |
| Chunn, Kristin M <kristin.m.chunn@bofa.com: | 8/4/2025 | repeat | imc2-updated rr *follow | 1pm | |
| Lugo, Ericely <ericely.lugo@bofa.com> | 8/4/2025 | new | intro call | 2pm | |
| Doctor, Deyon <deyon.doctor@bofa.com> | 8/5/2025 | new | intro call | 9.30am | |
| Gatewood, Aaron J <aaron.j.gatewood@bofa. | 8/5/2025 | repeat | imc2-follow up | 10am | |
| Ahmed, Khadija <kahmed4@bofa.com> | 8/5/2025 | repeat | imc2-rescheduled (rr) | 10.30am | |
| Malik, Abdullah <abdullah.malik@bofa.com> | 8/5/2025 | rnew | intro call | 11am | |
| Choughle, Nida <nida.choughle@bofa.com> | 8/6/2025 | repeat | imc3-rr updated | 10am | |
| Smith, Castella <castella.smith@bofa.com> | 8/6/2025 | repeat | imc2-rr | 10.30am | |
| chetan.sapovadia@bofa.com | 8/6/2025 | repeat | imc2-updated rr&tools | 11am | |
| Rodriguez, Shari <shari.rodriguez@bofa.com> | 8/6/2025 | new | intro call | 1pm | |
| Cokley, Micah <micah.cokley@bofa.com> | 8/7/2025 | repeat | imc2-rescheduled | 3pm | |
| Taitt, Ayesha <ayesha.taitt@bofa.com> | 8/7/2025 | new | intro call | 1.30pm | |
| Agadjanov, Ruben <ruben.agadjanov@bofa.c | 8/8/2025 | repeat | imc2-updated rr&follow | 10am | |
| Gallon, Nathalie <nathalie.gallon@bofa.com> | 8/8/2025 | repeat | imc (re) | 1pm | |
| Cabezas, Elisa M <elisa.m.cabezas@bofa.cor | 8/8/2025 | repeat | imc2(rr) | 2.30pm | |
| Comer Jr, Otis <otis.comer_jr@bofa.com> | 8/11/2025 | repeat | imc3-ip | 10am | |
| Piccard-naughton, John <john.piccard-naught | 8/11/2025 | repeat | imc2-follow up&resume | 2pm | |
| Reed, D'Angelo <diangelo.reed@ml.com> | 8/11/2025 | repeat | imc2-follow up | 3pm | |
| Lopez-Sarmiento, Diego A <diego.a.lopez-sari | 8/12/2025 | new | intro call | 10.30am | |
| Walters, Jordon <jordon.walters@bofa.com> | 8/12/2025 | new | intro call | 11.30am | |
| Maddage, Joseph <joseph.maddage@bofa.cc | 8/12/2025 | new | intro call | 1pm | |
| Bankhead, Brandy <brandy.bankhead@bofa.c | 8/12/2025 | repeat | imc-updated rr&follow u | 3pm | |
| Gaviria llano, Alejandro <alejandro.gavirialland | 8/12/2025 | new | intro call | 4pm | |
| Cornish, Jennifer <jennifer.cornish@bofa.com | 8/13/2025 | repeat | imc2-follow up | 12pm | |
| Seth, Shailee <shailee.seth@bofa.com> | 8/13/2025 | new | intro call | 1pm | |
| Gipson, Francine <francine.gipson@bofa.com | 8/13/2025 | repeat | imc2-rr | 3pm | |
| Garcia, Armando - ASHEVILLE NC <armando | 8/13/2025 | repeat | imc2-updated rr&follow | 4pm | |
| Gonzalez, Caroline <caroline.gonzalez@bofa. | 8/14/2025 | repeat | imc3-follow up | 10am | |
| Ellis, Detrixe <detrixe.ellis@bofa.com> | 8/14/2025 | new | intro call | 11am | |

| | | | | |
|---|---|---|---|---|
| Jenkins, Chelsea 1 <chelsea.jenkins@bofa.c | 8/14/2025 | repeat | imc3-rr upd | 1pm |
| Speziale, Audrey <audrey.speziale@bofa.com | 8/14/205 | new | intro call | 2pm |
| Green, Karina <karina.green@bofa.com> | 8/14/2025 | new | intro call | 3pm |
| Mattingly, Brien <brien.mattingly@ml.com> | 8/15/2025 | new | intro call | 11am |
| Gomes, Sarah <sarah.gomes@bofa.com> | 8/15/2025 | new | intro call | 1pm |
| Moreno, Jessika <jessika.moreno@bofa.com: | 8/15/2025 | new | intro call | 2pm |
| Ocampo, Diana <diana.ocampo@bofa.com> | 8/15/2025 | repeat | im-rr | 3pm |
| Harmon, Danielle - 2 <dharmon2@bofa.com> | 8/18/2025 | repeat | imc | 9.30am |
| Jackson, Mychal <mychal.jackson@bofa.com | 8/18/2025 | new | intro call | 10.30am |
| Fane, Bridgette <bridgette.fane@bofa.com> | 8/18/2025 | repeat | imc2-rr | 11.30am |
| Sims, Erika <esims4@bofa.com> | 8/19/2025 | repeat | imc2-rr | 10.30am |
| Olvera, Yicel A <yicel.olvera@bofa.com> | 8/19/2025 | repeat | imc2-rr | 11am |
| Jewell, Desiree D <desiree.d.jewell@bofa.con | 8/19/2025 | repeat | rr&intro tools | 3pm |
| Wingate, Seth <seth.wingate@bofa.com> | 8/20/2025 | new | intro call | 10am |
| Ku, Minji <minji.ku@ml.com> | 8/20/2025 | new | intro call | 11am |
| Davis, Jo <jonique.davis@bofa.com> | 8/20/2025 | new | intro(re) | 1pm |
| Momoh, Kaddy <kaddy.momoh@bofa.com> | 8/20/2025 | new | intro | 2pm |
| Leon, Alejandro <alejandro.leon@bofa.com> | 8/20/2025 | new | intro | 3pm |
| Smits, Maria <maria.smits@bofa.com> | 8/21/2025 | new | intro | 10am |
| Hurt, Danielle <danielle.hurt@bofa.com> | 8/21/2025 | new | intro | 11am |
| Taitt, Ayesha <ayesha.taitt@bofa.com> | 8/21/2025 | repeat | imc2-updatedRR&follov | 1pm |
| Xiong, Pa K <pa.xiong@bofa.com> | 8/21/2025 | new | intro | 2pm |
| Lopez Perez, Vivian <vivian.perez-borges@bc | 8/21/2025 | new | intro call | 2pm |
| Sims, Erika <esims4@bofa.com> | 8/21/2025 | repeat | imc2-tools,follow up,upc | 2.30pm |
| Speziale, Audrey <audrey.speziale@bofa.com | 8/22/2025 | new/re | intro (re) | 11.30am |
| Wilson, Cody <cwilson28@bofa.com> | 8/22/2025 | repeat | quick connect- | 4.30pm |
| | | | | |
| Aguirre, Esmeralda <esmeralda.aguirre@bofa | 8/25/2025 | new | intro | 9.30am |
| Ciccia, Jozlyne <jozlyne.ciccia@ml.com> | 8/25/2025 | repeat | imc3-rr updated | 10am |
| Burgos, Marisol - NEWARK DE <marisol.burg | 8/25/2025 | repeat | imc2-rr&follow up | 2.30pm |
| Mastin, Megan <megan.mastin@bofa.com> | 8/25/2025 | new | intro call | 3.30pm |
| Ensalaco, Chris <chris.ensalaco@bofa.com> | 8/26/2025 | new | intro call | 10.30am |
| Garner, Ebony <egarner@bofa.com> | 8/26/2025 | repeat | imc2-follow up&updatec | 1pm |
| Robbs, Tim <tim.robbs@bofa.com> | 8/26/2025 | new | intro | 2pm |
| Pacin, Carlos M <carlos.m.pacin@bofa.com> | 8/26/2025 | new | intro call | 3pm |
| Cho, Michelle <michelle.p.cho@bofa.com> | 8/26/2025 | repeat | imc2-rr upd | 4pm |
| Ryan.knights@ml.com | 8/27/2025 | new | intro call | 10am |
| Sotolongo, Raydell <raydell.sotolongo@bofa.c | 8/27/2025 | repeat | imc2-rr | 11am |
| Ryder-Trigo, Barbara <barbara.ryder-trigo@bc | 8/27/2025 | new | intro call | 12pm |
| Rodriguez, Shari <shari.rodriguez@bofa.com> | 8/27/2025 | repeat | imc2-rr | 2pm |

| | | | | |
|---|---|---|---|---|
| Farley, Jay M <jay.m.farley@bofa.com> | 8/27/2025 | repeat | imc-rescheduled | 3pm |
| Smith, Castella <castella.smith@bofa.com> | 8/27/2025 | repeat | imc2-rr(re) | 4pm |
| Ahmed, Khadija <kahmed4@bofa.com> | 8/28/2025 | repeat | imc3-follow up | 10am |
| Gonzalez, Caroline <caroline.gonzalez@bofa. | 8/28/2025 | repreat | imc3-follow up | 11am |
| Beatty, Emily <emily.beatty@bofa.com> | 8/28/2025 | repeat | imc4-follow up , update | 1pm |
| Volpi, Audra <audra.volpi@bofa.com> | 8/28/2025 | repeat | imc-ip | 2pm |
| Sapovadia, Chetan <chetan.sapovadia@bofa. | 8/28/2025 | repeat | imc3-follow up | 3pm |
| Rubalcava, Lessle <lessle.rubalcava@bofa.cc | 8/29/2025 | new | intro(re) | 11.30am |
| Godwin, Deborah-Faith <deborah-faith.godwin | 8/29/2025 | new | intro call | 12pm |
| Chunn, Kristin M <kristin.m.chunn@bofa.com: | 8/29/2025 | repeat | imc3-updated rr | 1pm |
| Malik, Abdullah <abdullah.malik@bofa.com> | 8/29/2025 | repeat | imc2-rr updated&follow | 2pm |
| Doctor, Deyon <deyon.doctor@bofa.com> | 8/29/2025 | repeat | imc2-updated rr | 3pm |

| | Month | New or repeat | Follow up to do | Completed actions | Other |
|---|---|---|---|---|---|
| 1/2/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/2/2025 | January | repeat | EE will reach out once she updates hei | sent resume deck | |
| 1/2/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/2/2025 | January | new | discussed IM tools | completed call | |
| 1/3/2025 | January | new | EE will reach out once she updates hei | sent Resume deck | |
| 1/3/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/6/2025 | January | new | discussed IM tools | completed intro call | |
| 1/6/2025 | January | new | discussed IM tools | completed intro call | |
| 1/8/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/9/2025 | January | new | discussed IM tools | completed intro call | |
| 1/9/2025 | January | new | discussed IM tools | completed intro call | |
| 1/10/2025 | January | new | dicussed IM tools | completed intro call | |
| 1/10/2025 | January | repeat | dicussed IM tools | completed intro call | |
| 1/10/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/10/2025 | January | new | discussed IM tools | completed intro call | |
| 1/13/2025 | January | new | discussed IM tools | completed intro call | |
| 1/13/2025 | January | new | EE connected with Ron before | completed intro call | |
| 1/13/2025 | January | new | discussed IM tools | completed intro call | |
| 1/14/2025 | January | repeat | EE will reach out once she updates hei | sent Resume deck | |
| 1/15/2025 | January | new | discussed IM tools | completed intro call | |
| 1/16/2025 | January | new | discussed IM tools | completed intro call | |
| 1/16/2025 | January | new | discussed IM tools | completed intro call | |
| 1/16/2025 | January | new | dicussed IM tools | completed intro call | |
| 1/16/2025 | January | repeat | EE will reach out once she updates hei | sent resume deck | |
| 1/21/2025 | January | new | discused IM tools | completed intro call | |
| 1/21/2025 | January | repeat | ??? | | |
| 1/22/2025 | January | repeat | EE will reach out when he updates his | EE will follow up when needed | |
| 1/22/2025 | January | repeat | EE will reach out when needed | EE will follow up when needed | |
| 1/23/2025 | January | new | discussed IM tools | completed intro call | |
| 1/23/2025 | January | new | discused IM tools | completed intro call | |
| 1/23/2025 | January | new | discussed IM tools | completed intro call | |
| 1/23/2025 | January | new | discussed IM tools &resume | EE will reach out when resume updated | |
| 1/24/2025 | January | new | discussed IM tools | completed intro call | |
| 1/24/2025 | January | new | discussed IM tools | completed intro call | |
| 1/24/2025 | January | new | EE will reach out when he updates his | sent resume deck | |
| 1/24/2025 | January | new | discussed IM tools | completed intro call | |
| 1/28/2025 | January | repeat | EE will reach out when he updates res | sent out resume deck | |
| 1/28/2025 | January | repeat | discussed EE concerns about her last application | | |
| 1/29/2025 | January | repeat | EE will follow up when resume is ready | sent resume deck. | |
| 1/30/2025 | January | new | discussed IM tools | completed intro call | |
| 1/30/2025 | January | NEW | discussed IM tools | completed intro call | |
| 1/30/2025 | January | repeat | EE will reach out when she updates re | sent resume deck | |
| 1/30/2025 | January | repeat | catch up, new assignments | completed call | |
| 1/31/2025 | January | repeat | EE will reach out when resume update | sent resume deck | |
| 1/31/2025 | January | new | discussed IM tools | completed intro call | |

[4/28/2025 10:49 AM]
**Morning Crystal**
happy Monday
(sun)

[4/28/2025 10:50 AM] Kimmons, Crystal:
Happy Monday!(rainbow)
Great job on the presentation!

[4/28/2025 10:51 AM]
They didnt have any camera n the conference room
Thank you<3(sun)<3<3<3

[4/28/2025 10:52 AM]
I followed your tips- bring your vibe to the presentation, be positive and radiant (this one you didnt say it, but you live it!;D)
hihi- Done the same<3

[4/28/2025 11:00 AM] Kimmons, Crystal:
Very good! Make sure to do that for every presentation. So very proud of you!!<3<3

This conversation is being saved. You'll see it soon in your Outlook Inbox folder.

[4/28/2025 11:05 AM]
(sun)(sun)(sun)Will do!
Thank you!<3

[4/28/2025 11:06 AM]
**Monali**
Not sure if you are on a call right now, but I wanted to quickly ask you
what do you think of my presentation skills? :D
I know overall it was a great presentation, but I would really appreciate your feedback here

[4/28/2025 11:08 AM] Shah, Monali:
for myself as well, one piece i always work on is continuing to read and add mroe to make talking points sound more natural instead of reading word for word for example

[4/28/2025 11:09 AM] Shah, Monali:
and the more we do these, that just comes with practice :) great job

[4/28/2025 11:10 AM]
Totally agreed :D We are all a work in progress in becoming Great Public Speakers. I think you are doing a fabulous job and you certainly don't show much emotion or nervousness, you come across as very confident.

[4/28/2025 10:49 AM]
**Hi Patrick**
Looking forward to your feedback on this-

We saved this conversation. You'll see it soon in the Conversations tab in Skype for Business and in the Conversation History folder in Outlook.

[4/28/2025 11:00 AM] Phillips, Patrick:
Hi Ana

[4/28/2025 11:00 AM] Phillips, Patrick:
Overall, well done.

[4/28/2025 11:00 AM] Phillips, Patrick:
That was your best presentation yet in my opinion

[4/28/2025 11:00 AM] Phillips, Patrick:
you took your time, covered the material, and you brought confidence
[4/28/2025 11:04 AM]
Thank you so much, Patrick!

[4/28/2025 11:04 AM]
Appreciate the feedback as well as your time!

[4/28/2025 11:05 AM]
PS. I did eat a dark chocolate ice cream on Friday evening- like you said- and I did think of you saying that! Haha

[4/28/2025 11:23 AM] Phillips, Patrick:
haha - love it

[4/28/2025 11:23 AM] Phillips, Patrick:
If you put in the proper preparation, work can be less stressful

[4/28/2025 11:23 AM] Phillips, Patrick:
Including knowing when to not think about it! :)
Happy to continue to work together, let m eknow how I can help

[4/28/2025 11:24 AM]
100% ! So true!

[4/28/2025 11:31 AM]
I also did a little bit of introspection throughout the weekend and meditation - and decided to put in practice all the Public Speaking skills and studies. I ve actually studied - and was in school for this
Haha, if you can believe it.
So looking forward to partner for next presentations

Plus- I love how each and every one of us has a different style of presenting. We bring our full self to work. I enjoy my role a lot
[4/28/2025 11:12 AM] Shah, Monali:
thank you so much, its practice practice for me lol I try to do career development sessions in person we have at our az site
I did one two weeks ago and those really help me to present there

[4/28/2025 11:13 AM]
That's great! why don't we have these in New York?;)))
I d love to be in front of people directly
that would be fun

[4/28/2025 11:13 AM] Shah, Monali:
:) we have leadreship pillars through some employee networks too
i joined a few of those here so I try to go to those events and that helps me practice too

[4/28/2025 11:14 AM]
These events are totally a great resource for our professional development as Advisors.
Thanks again, Monali

Wednesday, April 9, 2025 Monali

[4/9/2025 10:23 AM]
Hi Monali

[4/9/2025 10:24 AM] Shah, Monali:
Hi

[4/9/2025 10:24 AM]
I have a quick question
After you find out that an EE is in interview process or before the interview, do you reach out to the recruiter to let them know that this EE is working with us for his/hers career development?
or to ask what is the status of the application of the EE>

[4/9/2025 10:25 AM] Shah, Monali:
yes if I met with the EE for interview prep, resume review etc, I'll reach out to the recruiter

[4/9/2025 10:26 AM]
Gotcha, so for every conversation in regards to resume review and interview prp- you let the recruiter know

[4/9/2025 10:26 AM] Shah, Monali:
regarding status of the application, It depends on how much time has passed as I know its been taking some time for recruiters to get through applications
not for every conversation as its case by case, if theyre interviewing with the hiring team, ill usually reach out to the recruiter

[4/9/2025 10:28 AM]
that makes sense
thank you so much

[4/9/2025 10:29 AM] Shah, Monali:
you're welcome! :)

Wednesday, April 9, 2025 Joyce

[4/9/2025 10:20 AM]
Morning Joyce

[4/9/2025 10:20 AM] Fuller, Joyce:
Hi Ana,

[4/9/2025 10:21 AM]
I had a quick question

[4/9/2025 10:21 AM] Fuller, Joyce:
Ok

[4/9/2025 10:21 AM]
in regards to the Internal Mobility conversations

[4/9/2025 10:21 AM] Fuller, Joyce:
yes

[4/9/2025 10:21 AM]
After you find out that an EE is in interview process or before the interview, do you reach out to the recruiter to let them know that this EE is working with us for his/hers career development?
or to ask what is the status of the application of the EE>

[4/9/2025 10:25 AM] Fuller, Joyce:
It depends as I don't reach out to a Recruiter for every EE who has applied or in process.

[4/9/2025 10:25 AM]
Gotcha
So only in some particular instances

We saved this conversation. You'll see it soon in the Conversations tab in Skype for Business and in the Conversation History folder in Outlook.

[4/9/2025 10:29 AM] Fuller, Joyce:
Most of the time, I follow up w/the Recruiter based on my conversation with the EE and upon their request or I may ask them if they are ok if I reach out to the Recruiter for status. It just depends. And there are times, before I meet w/the EE, I check WD and see that they are in for the LOB interview and look to see if they've had the interview so when we meet, during my convo with them, I'll bring it up to get their feedback.

This conversation is being saved. You'll see it soon in your Outlook Inbox folder.

[4/9/2025 10:32 AM]
Super, that makes sense
thanks so much, Joyce

Wednesday, April 9, 2025 - Patrick

[4/9/2025 10:19 AM]
Morning Patrick

[4/9/2025 10:24 AM] Phillips, Patrick:
Hi Ana - good morning

[4/9/2025 10:25 AM]
Morning Patrick:)
Happy Wednesday

[4/9/2025 10:26 AM]
I have a quick question
After you find out that an EE is in interview process or before the interview, do you reach out to the recruiter to let them know that this EE is working with us for his/hers career development?
or to ask what is the status of the application of the EE>

[4/9/2025 10:27 AM] Phillips, Patrick:
nope, I do not
I leave that up to the EE

[4/9/2025 10:27 AM]
sweet

[4/9/2025 10:27 AM] Phillips, Patrick:
If the EE is not hearing back after an interview, I will sometimes reach out to inquire

[4/9/2025 10:27 AM]
so particular instances-

[4/9/2025 10:28 AM] Phillips, Patrick:
Now for an EMC, I will reach out and let the recruiter know what is going on
ahead of an interview

[4/9/2025 10:28 AM]
right- that is important- as they are on the edge
that makes sense
thanks so much

[4/9/2025 10:31 AM] Phillips, Patrick:
anytime Ana. :)

We saved this conversation. You'll see it soon in the Conversations tab in Skype for Business and in the Conversation History folder in Outlook.

[4/9/2025 10:33 AM] Fuller, Joyce:
And when I see that they're in the LOB interview step, I'll reach out to the Recruiter to inquire of the status; if the interview has occurred by the notes or if it hasn't yet. Again, it depends on the situation.

[4/9/2025 10:34 AM] Fuller, Joyce:
Not sure if that helps. :)

[4/9/2025 10:35 AM]
It certainly does. thanks again

We saved this conversation. You'll see it soon in the Conversations tab in Skype for Business and in the Conversation History folder in Outlook.

[4/9/2025 11:05 AM] Fuller, Joyce:
(handshake)

[4/9/2025 11:15 AM] Fuller, Joyce:
We need to connect on one of our upcoming co-presentations in June, I believe. Can talk later this week or early next week. :)

[4/9/2025 11:18 AM]
early next week would be great
super packed with IM conversations this week

[4/9/2025 11:18 AM] Fuller, Joyce:
(y)

[4/9/2025 11:11 AM]

Wednesday, April 9, 2025 Ron

Hi Ron

[4/9/2025 11:12 AM] Weinberg, Ron - JACKSONVIL FL:
Hello :)

We saved this conversation. You'll see it soon in the Conversations tab in Skype for Business and in the Conversation History folder in Outlook.

[4/9/2025 11:19 AM]
I have a quick question
After you find out that an EE is in interview process or before the interview, do you reach out to the recruiter to let them know that this EE is working with us for his/hers career development?
or to ask what is the status of the application of the EE>

[4/9/2025 11:21 AM] Weinberg, Ron - JACKSONVIL FL:
If I am working with someone in the TC and they have applied for a role, that is usually the point where I will let the recruiter know we have been working with them, and would appreciate their time reviewing the resume.

[4/9/2025 11:21 AM] Weinberg, Ron - JACKSONVIL FL:
I typically do not reach out to recruiters for status updates unless it has been weeks since the last update provided to the EE

[4/9/2025 11:25 AM]
that makes sense
alright
sounds good
thanks, Ron

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Wednesday, September 3, 2025 3:09 PM
**To:** McGlinn, Mari-Christina Q
**Cc:** Oliver, Emily W - CHARLOTTE NC
**Subject:** RE: Role

Thanks, MC.

Please let me know if you need me to help with anything regarding this.

Ana

**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Wednesday, September 3, 2025 3:04 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Cc:** Oliver, Emily W - CHARLOTTE NC <emily.w.oliver@bofa.com>
**Subject:** RE: Role

Hi Ana,

I copied you on my response to Pam. I will work through this and I will call Pam tomorrow. Appreciate your offer, but no need for any action at this time.

Thanks,
MC

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, September 3, 2025 2:19 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Role

Sounds good.

Please let me know if you want me to create a soft reply for her while we are looking for solutions for her or answers- just so this wont become an event for our team.

Ana

**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Wednesday, September 3, 2025 1:12 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Role

Hi Ana,

I am not ignoring Pam. I have already started looking into this with the relevant HR partners. I am still waiting for the recruiting manager to call me.

I will send Pam an appropriate response before the end of the day.

Regards,
MC

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, September 3, 2025 12:49 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** FW: Role

HI MC,

It is unprofessional from my side not to acknowledge Pamela s concerns at least.

Please let me know your thoughts in regards to this matter.

Thank you,

Ana

**From:** Pickett, Pamela <pamela.pickett@bofa.com>
**Sent:** Wednesday, September 3, 2025 9:00 AM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** Role

Hi Ana and MC,

It has been a very long time since we have talked. I hope both of you are doing well. Can you follow up on a position that I applied for that was declined without an interview? It was for the Global Financial Crimes Senior Investigator (25034519 Global Financial Crimes Sr. Investigator – GBS). I really believe that I am being discriminated against because of the MyWork status and no other reason. I reached out to the hiring manager and even spoke with one of the members of her team and it seemed like the cases were very simple as they are worked by a team in India. I cannot make sense of this and extremely disappointed and frustrated with Bank of America's hiring/reassignment process.

Pam Pickett
Global Financial Crimes Investigator
Global Risk Management
800 W. Trade St.
Charlotte, NC 28255
Pamela.pickett@bofa.com

**Roman, Ana Maria**

**From:** Bank of America Global Recognition <appreciate@appreciatehub.com>
**Sent:** Wednesday, April 23, 2025 11:58 AM
**To:** Roman, Ana Maria
**Subject:** You've received a Global Recognition eCard from Pamela Pickett

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Pamela Pickett has recognized you for the following reason: Realize the power of our people.

"Ana Maria,

Thank you for taking the time out of your busy day to show my how to utilize myCareer to help find my next role. I did not realize that there are so any resources available at my fingertips and I am grateful for your assistance. Also, I appreciate that you were flexible in rescheduling our intro call days before the original date per my request.

Thank you so much!

Pam"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

| | |
|---|---|
| **From:** | Bank of America Global Recognition <appreciate@appreciatehub.com> |
| **Sent:** | Tuesday, June 3, 2025 11:22 AM |
| **To:** | Roman, Ana Maria |
| **Subject:** | You've received a Global Recognition eCard from Pamela Pickett |

BANK OF AMERICA

Dear Ana Maria,

Congratulations! You've been recognized with a Global Recognition eCard.

Pamela Pickett has recognized you for the following reason: Act responsibly.

"Ana Maria,

I do not have the words to thank you for the conversation we had earlier. Thank you for taking the time to go the extra step in calling me after our WebEx meeting to smooth over the rough patches. It made a huge difference in my experience with Bank of America and it is much appreciated. You not only listened to what I had to say but you heard me. Thank you for the gift of you!

Pam"

View your Recognition eCard.

Additional teammates copied on this recognition: Mari-Christina McGlinn

Now that you've been recognized, pay it forward! Recognition makes a difference to you, so recognize a teammate today.

**Have questions?**

Email us at bac@octanner.com.

*Your Global Recognition Team*

Bank of America N.A. Member FDIC © 2025 Bank of America Corporation. All rights reserved.
For Internal Use Only.

**Roman, Ana Maria**

**From:** Roman, Ana Maria
**Sent:** Wednesday, September 3, 2025 3:09 PM
**To:** McGlinn, Mari-Christina Q
**Cc:** Oliver, Emily W - CHARLOTTE NC
**Subject:** RE: Role

Thanks, MC.

Please let me know if you need me to help with anything regarding this.

Ana

**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Wednesday, September 3, 2025 3:04 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Cc:** Oliver, Emily W - CHARLOTTE NC <emily.w.oliver@bofa.com>
**Subject:** RE: Role

Hi Ana,

I copied you on my response to Pam. I will work through this and I will call Pam tomorrow. Appreciate your offer, but no need for any action at this time.

Thanks,
MC

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, September 3, 2025 2:19 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** RE: Role

Sounds good.

Please let me know if you want me to create a soft reply for her while we are looking for solutions for her or answers- just so this wont become an event for our team.

Ana

**From:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Sent:** Wednesday, September 3, 2025 1:12 PM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Subject:** RE: Role

Hi Ana,

I am not ignoring Pam. I have already started looking into this with the relevant HR partners. I am still waiting for the recruiting manager to call me.

I will send Pam an appropriate response before the end of the day.

Regards,
MC

**From:** Roman, Ana Maria <ana_maria.roman@bofa.com>
**Sent:** Wednesday, September 3, 2025 12:49 PM
**To:** McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** FW: Role

HI MC,

It is unprofessional from my side not to acknowledge Pamela s concerns at least.

Please let me know your thoughts in regards to this matter.

Thank you,

Ana

**From:** Pickett, Pamela <pamela.pickett@bofa.com>
**Sent:** Wednesday, September 3, 2025 9:00 AM
**To:** Roman, Ana Maria <ana_maria.roman@bofa.com>; McGlinn, Mari-Christina Q <mari-christina.quinn@bofa.com>
**Subject:** Role

Hi Ana and MC,

It has been a very long time since we have talked. I hope both of you are doing well. Can you follow up on a position that I applied for that was declined without an interview? It was for the Global Financial Crimes Senior Investigator (25034519 Global Financial Crimes Sr. Investigator – GBS). I really believe that I am being discriminated against because of the MyWork status and no other reason. I reached out to the hiring manager and even spoke with one of the members of her team and it seemed like the cases were very simple as they are worked by a team in India. I cannot make sense of this and extremely disappointed and frustrated with Bank of America's hiring/reassignment process.

Pam Pickett
Global Financial Crimes Investigator
Global Risk Management
800 W. Trade St.
Charlotte, NC 28255
Pamela.pickett@bofa.com

RICA Employee Relations Portal

ction (sanction) letters issued to you in a rolling 18 months. You have 10 calendar days to acknowledge the letter but if it is kept in a pending status, you will receive up to two reminder
- behalf.

ur document.

your acknowledgement.

n your documents, reach out to your manager as soon as possible.

ee **Relations Portal** will not be available for download.

| Document Type | Document Name | Description | Document | Acknowledgement |
|---|---|---|---|---|
| Disciplinary Action | Performance | Final Written Warning | Download | 08/01/2025 |
| Disciplinary Action | Performance | Written Warning | Download | 04/13/2025 |
| Disciplinary Action | Performance | Letter of Education | Download | 01/29/2025 |
| Disciplinary Action | | Letter Of Education | | |
| Disciplinary Action | | Policy Reminder | | |

BANK OF AMERICA

**Private & Confidential**

**4/1/2025**

Ana Maria Roman
Assistant Vice President; Talent Acquisition Consultant I
21333229
1114 Avenue Of The Americas, New York, NEW YORK, United States
GLOBAL HUMAN RESOURCES, US TALENT ACQUISITION

**Reference No:** ER-3683561
**Administered By:** Mari-christina Moglinn, Talent Acquisition Manager

## Written Warning - Performance

This is a Written Warning to address your failure to meet performance expectations in your position of Talent Acquisition Consultant I. Your failure to meet expectations is as follows:

| Date From | Date To | Performance Goals | Performance Results |
|---|---|---|---|
| 2/3/2025 | 4/1/2025 | Ana needs to be more organized and thoughtfully plan her work so that she can complete deliverables. Ana also needs to show that she is a resource for clients for their career development and recruiting needs, which is the core function of this role | Ana does not follow through and complete deliverables. She did not complete the courses outlined in her IDP on time, nor has she properly reviewed the Talent Acquisition Resources site that she was asked to do on February 12th. Ana was late to a presentation that she was hosting and did not attend an important executive meeting. Employees reach out saying that Ana has not responded to their emails or scheduled follow up meetings or provided the right level of support. Ana is often unable to complete presentations on her own and failed to deliver a business critical presentation because she did not send an invite to the audience, leaving her teammate to pick up the pieces as she was going on vacation the next day. |
| 10/16/2024 | 1/24/2025 | Work needs to be organized and of consistent quality and need to be able to complete independent work. Company and LOB compliance requirements need to be completed by relevant deadlines. | Ana often fails to respond to emails & misses critical messages and questions. On December 18th Ana received an email from GIS where they were investigating a potential security threat. Ana failed to respond to the email and her manager had to reach out to her multiple times on the morning of December 19th to ask her to respond- Ana had not even read the email. Ana did not attend any required TA Compliance Training during the months of October & November. Ana often does not fully complete her work- she missed action items in emails on December 16th and January 22nd. Ana is also not showing that she is able to conduct career development presentations (a large portion of her role) on her own and is asking for peer or manager support. |

Additionally, over the past 12 months, we've discussed the following letter(s)/disciplinary action(s) (if applicable):

| Date | Disciplinary Action Delivered |
|---|---|
| 1/28/25 | Letter of Education |

You are expected to demonstrate immediate and sustained improvement in the areas specifically addressed concerning your performance concern(s).

You are reminded that you need to comply with the policies, procedures, guidelines, and conditions of employment and that you are expected to always maintain the highest standards of professional conduct. Failure to show improvement and meet all expectations of your role will result in further disciplinary action up to and including

# Individual Development Plan

Individual Name: Ana Maria Roman    Person Number: 21333229    Manager/Coach's Name: Mari-Christina McGlinn

## Determine the Area of Opportunity

***Review data/results (What) to identify the area of opportunity.***
***Determine the top two behaviors/skills (How) which impact the identified opportunity.***
***Discuss root cause for the need.***

| | |
|---|---|
| **Primary Opportunity:** Organization, detail orientation, thoughtful planning and consistent quality of work needed. Ensuring company and LOB compliance requirements are completed. | **Root Cause:** Ana struggles to respond to emails in a timely manner or even respond at all. She also struggles to complete HR and Talent Acquisition compliance requirements which is a requirement of the role. |
| **Secondary Opportunity:** Value driven results for LOB clients and Internal Mobility team | **Root Cause:** Ana is not able to conduct career development presentations on her own, which is a critical part of this role. Ana should also participate in team projects. |

## Notes

***Use this space to document your coaching notes and activities as well as the individual's progress toward proficiency.***

## Create an Action Plan for Reaching Targets

***Ensure the plan answers the questions "Do what?" "How well? And "By when?"***

**Primary Opportunity Behavior/Skill Action Plan:**
*Goal is immediate results for the below. I will schedule weekly check-ins and we will meet again in 30 days to review progress toward goals.*

-Read and respond as relevant to all emails and meeting planner invites to ensure current on compliance, HR updates and attendance at meetings.
-Respond to manager and talent community members in a timely manner and schedule talent community members within 24-48 hours of receipt of registration.
-Leverage Outlook tools to flag important emails/ emails that require follow-up.
- Attend all required TA trainings.
**Resources:**
**myLearning course - Effective Time Management and Prioritization Link – February 6th scheduled. And completed.**
**HarvardManageMentor – Time Management Link- - done.**

**Secondary Opportunity Behavior/Skill Action Plan:**
*Goal is immediate results for the below. I will schedule weekly check-ins and we will meet again in 30 days to review progress toward goals.*

-Work independently to be able to deliver virtual WebEx presentations on all career development topics, including but not limited to navigating your career at the bank, how to update your resume, how to prepare for interviews and personal brand.
-Move WebEx slides on your own.

-Use speaker notes for reference, but also speak extemporaneously during the presentations.
-Participate and provide ideas for team projects, including project on updating our presentations.
**Resources:**
**myLearning course: WebEx Meeting Center Features and Functionality (Replay) SELF-0096880** **Link – done**
**Microsoft PowerPoint Training** Link – done. Work in progress for proficiency. PPT for the group -end of February / beginning March.

**Share Your Commitment**

***Explain and document what the individual can expect from you. Include your commitment to inspect and give feedback on progress.***

I am committed to helping you achieve these targets. Like I have said before I can rehearse with you for presentations and we can review again how to manage your Outlook inbox and calendar.

**Execute the Plan and Follow-up**

***Reaffirm what success looks like including the data (what) and behaviors/skills (how). Establish a follow-up meeting day/time.***

| | |
|---|---|
| **Primary Opportunity**<br>**Expected Business Result:** see above<br>**Expected Behavior/Skill Change:** see above<br><br>**Due Date:** March 1, 2025 | **Secondary Opportunity**<br>**Expected Business Result:** see above<br>**Expected Behavior/Skill Change:** see above<br><br>**Due Date:** March 1, 2025 |

Manager/Coach's Signature: ______________________ Date: __________

Time Management:

Live your days in accordance to what I believe in.
Make the most of my energy peaks and through- circadians rhythms. A good day is about the meaningful things you get to accomplish. Surf your energy waves.
Write down 3 top goals. Allocate substantial time for creative thinking. Let ideas simmer.
When hitting a slump: go outside for a walk, get a healthy snack, connect with a co-worker.
Late afternoon – second wind- important work that doesn't require high degree of precision. When energy rebounds- may be able to make new creative connections.
3. Defeat Distractions, review patterns, minimize co-workers' interactions, focus through background noise, focus on work, beat procrastination.
4.Take charge of productivity. Be intentional with my time, Ace top priorities, Power through routine work, time to replace multitasking, when inbox is overflowing, use power of no.
5.Overcome Time Pressure. Stay calm, conserve energy and willpower, be conscious of the time; when downtime: learn something new, challenge myself. Make sure to analyze: how did the day go, what have I accomplished, what do I regret not doing, what do I want to make time for tomorrow.
Deliverables- Blocking time on the calendar- One Note, Calendar.
Respond in time to emails. Fully understand the work and be curious about the work we do.
Being familiar with HR practices. TA trainings.

TAR on our next call. Next Friday-

Effective Time Management.

Time management approaches

PROACTIVE PRIORITIZATION: managing your day before it begins.Planning for projects and tight deadlines. Getting ahead of foreseen issues and contingencies.
REACTIVE PRIORITIZATION- managing your day as it is unfolding. Responding to urgent email requests from colleagues. Handling immediate client concerns.

Time allocation: Role clarity- Goals and objectives. My Objectives. Team Objectives. Enterprise Objectives.
Very Important Tasks- ABSOLUTELY Complete now. IMPORTANT tasks. MIDLY Important tasks – could complete later. LESS important tasks-delay and follow up.
Necessity- Pressing problems, deadline driven tasks, meetings.
Effectiveness- preparation, planning, relationship building, values clarification.
Distractions- needless interruptions, unimportant calls, minor issues, optional meetings.
Unproductiveness- trivial busywork, irrelevant phone calls, excessive relaxation, social media.

PRIORITIZING(choosing the most important task to complete first).
PLANNING(creating a plan to reach a goal)
PROCRASTINATING (postponing tasks, delaying action or putting off responses)
PROTECTING (defending your time from less crucial tasks and distractions).

1. Clarify objectives. 2 Define active tasks 3. Schedule time.

   Time is a resource. Use it wisely. The art of saying NO- be honest about your capacity- with myself and others. Consuder urgent//important criteria.Examine strengths and objectives.Negotiate priorities and due dates. Review schedule. Say No for Now, but yes for a future time.

Calendar management: Crate to-do list. Prepare for the unexpected by being flexible.

PROCRASTINATING:
Why do we procrastinate: How do I gain the necessary skill? Is it the will or the skill?
Sorting by difficulty: Eat a live frog first thing in the morning and nothing worse will happen for you for the rest of the day. Mark Twain.

***Managing your energy***. Physical (eat well, get rest, exercise regularly). Emotional (defuse negative emotions, perform acts of appreciation, reframe misunderstandings, express gratitude), Mental (focus, concentrate, manage distractions) Spiritual (play to your strengths, find your passion, know your values). The energy of the mind is the essence of life. Aristotle.

**SEPARATION AND GENERAL RELEASE AGREEMENT**

This **Separation Agreement and General Release of Claims ("Agreement")** is made between Ana Maria Roman ("EMPLOYEE") and Bank of America Corporation, Bank of America, N.A., and its and their subsidiary and affiliate companies (collectively, the "COMPANY" or "Bank of America"). (EMPLOYEE and the COMPANY also may be referred to in this Agreement, individually as a "PARTY," and collectively as the "PARTIES.") This Agreement describes the financial and other assistance ("Transition Assistance" as described below) Bank of America is offering EMPLOYEE in connection with EMPLOYEE's separation from employment and the terms of such assistance.

1. **Understanding this Agreement.**

   a. **Signing and Returning the Agreement.** To receive the Transition Assistance, EMPLOYEE must sign, return and, if applicable, not revoke acceptance of the Agreement and fully comply with all the Agreement's terms and conditions. The signed Agreement, and, if applicable, written revocation, should be returned via e-mail within the time described in the **Time for Signing** paragraph below to: Annie Witthoefft, Human Resources Executive at annie.witthoefft@bofa.com.

   b. **Time for Signing.** EMPLOYEE must wait until after the Separation Date (November 11, 2025) to sign this Agreement. EMPLOYEE has the right to consider this Agreement for a period of at least twenty-one (21) calendar days from the date EMPLOYEE receives this Agreement, as follows:

      i. Since the Separation Date occurs before the expiration of the twenty-one (21) day calendar period, EMPLOYEE will have to sign this Agreement before the expiration of the twenty-one (21) day calendar period (but after November 11, 2025).

      ii. EMPLOYEE has seven (7) calendar days from the date EMPLOYEE signs this Agreement to revoke EMPLOYEE's acceptance of this Agreement in writing, in which case it will not become effective, and EMPLOYEE will not be eligible to receive any of the payments and benefits offered in this Agreement and may be required to reimburse the value of any payments and benefits previously received under this Agreement.

   c. **Time for Signing/Effective Date/Acknowledgements.** EMPLOYEE acknowledges and agrees that: (1) this Agreement includes terms or conditions preventing disclosure of the underlying facts and circumstances related to incidents or claims of discrimination involving the EMPLOYEE, which include the "Agreement Regarding Confidentiality of Claims" and "Confidentiality of Agreement Terms and Agreement Not to Disparage" provisions below (collectively "Nondisclosure Clauses"); (2) it is EMPLOYEE'S preference that the Agreement contains the Nondisclosure Clauses as memorialized in the Preference Agreement, attached as Exhibit A; (3) EMPLOYEE has 21 days to consider this Agreement and the Preference Agreement (though EMPLOYEE can sign before the end of the 21 day period); (4) the COMPANY has hereby advised EMPLOYEE in writing to consult with an attorney (at EMPLOYEE's own cost) before signing this Agreement and the Preference Agreement, and EMPLOYEE has in fact done so; (5) EMPLOYEE has carefully read and fully understands all of the provisions of the Agreement and the Preference Agreement, and has signed them freely and voluntarily without coercion and with knowledge of their meaning and effect; and (6) EMPLOYEE has at least 7 days following the execution of this Agreement and Preference Agreement (the "Revocation Period") to revoke the Agreement or Preference Agreement,

provided that if EMPLOYEE revokes the Preference Agreement EMPLOYEE will not receive or have a right to receive any of the consideration in this Agreement, and this Agreement shall be null and void. To revoke the Preference Agreement, EMPLOYEE must sign a statement revoking the Preference Agreement and cause that statement to be received by the COMPANY no later than 12:00 noon on the first business day following the end of the Revocation Period. If EMPLOYEE executes the Preference Agreement and this Agreement and does not revoke the Preference Agreement within the Revocation Period, the Agreement shall become effective and be forever enforceable. This Agreement shall not become effective or enforceable until the eighth (8th) day after the date that EMPLOYEE signs the Preference Agreement (the "Effective Date"), provided that EMPLOYEE executes this Agreement and does not revoke the Preference Agreement.

d. **Payment Amounts.** Unless specifically stated otherwise, all payments described in this Agreement are gross amounts and subject to applicable withholdings and deductions.

**2.** **Separation From Employment.** EMPLOYEE's employment with Bank of America will end on **November 11, 2025** ("Separation Date") and the termination code will be Involuntary-Unsatisfactory Job Performance.

**3.** **Transition Assistance.** The forms of Transition Assistance being offered to EMPLOYEE are described in this section. To receive each and every component of Transition Assistance offered, EMPLOYEE is required to sign, return and not revoke EMPLOYEE's acceptance of the Agreement (if applicable to EMPLOYEE), remain employed through EMPLOYEE's Separation Date, and thereafter fully comply with the Agreement's terms and conditions, including but not limited to the **Post-Employment Limitations and Obligations** section of this Agreement.

a. **Transition Assistance Pay (Installments).** EMPLOYEE will receive Transition Assistance Pay equal to four (4) weeks of EMPLOYEE's regular base pay, paid in installments. The total gross value of the Transition Assistance Pay is Eight Thousand Dollars Seventy-Six Dollars and Ninety Two Cents ($8,076.92). Transition Assistance Pay installments will begin immediately following EMPLOYEE's Separation Date and will be made on the same schedule and in the same manner applicable to active Bank of America employees in similar job classifications. Transition Assistance Pay will not be counted as earnings for purposes of EMPLOYEE's pension or 401(k) benefit plans, regular or supplemental. Transition Assistance Pay installments will cease if EMPLOYEE does not sign and return this Agreement within the time described in the **Time for Signing** paragraph of this Agreement, or if applicable, EMPLOYEE revokes acceptance of the Agreement, and EMPLOYEE agrees to reimburse Bank of America for Transition Assistance Pay EMPLOYEE previously received.

b. **Post-Separation Date Benefits Continuation.** While EMPLOYEE is receiving Transition Assistance Pay in installments, EMPLOYEE will be eligible to continue certain health, life management and retirement benefits at active employee rates while EMPLOYEE is receiving those installments. With this Agreement, EMPLOYEE has been provided a document titled "Benefits Continuation Overview" that describes benefits EMPLOYEE is eligible to continue under the terms of this Agreement while receiving Transition Assistance Pay installments. After EMPLOYEE's Transition Assistance Pay installments and period of benefits continuation ends under this Agreement (or immediately following EMPLOYEE's Separation Date if EMPLOYEE chooses not to sign this Agreement), EMPLOYEE (and EMPLOYEE's spouse and dependents, if any) who are enrolled in a group health plan maintained by Bank of America will have the option to elect to further extend such group health plan coverage under the federal Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA")

consistent with the terms and conditions of such law. EMPLOYEE (and, if applicable, EMPLOYEE's spouse and dependents) will receive additional information about COBRA coverage soon after EMPLOYEE's Transition Assistance Pay and benefits continuation under this Agreement ends (or following EMPLOYEE's Separation Date if EMPLOYEE chooses not to sign this Agreement, if earlier).

4. **Neutral Reference Process.** The Company will provide a neutral verification of EMPLOYEE's employment to any prospective employer or other outside company or agency that may need such verification (*e.g.*, mortgage, loan, etc.), ***provided the request is directed to "The Work Number" at 1.800.367.5690,*** following the prompts for employment verification. Such reference will be limited to EMPLOYEE's name, job title, employment classification (*e.g.*, full or part-time) and dates of hire and termination (without characterization of termination reason), unless EMPLOYEE authorizes the release of additional information in writing. To ensure a neutral reference, EMPLOYEE agrees to provide ***only*** "The Work Number" information to potential future employers or anyone else seeking an employment verification, reference, or referral.

   a. **No Other Reference Requests.** Without the express written consent of the Company's Human Resources Department, EMPLOYEE agrees not to provide the names of any current or former Company employees as references, even if the current or former employee has agreed to provide one. EMPLOYEE may notify potential employers and other reference-seekers that the Company has notified EMPLOYEE that the Company's reference policy and practice limits references to those provided by "The Work Number." EMPLOYEE further understands and agrees that, notwithstanding any other provision in this Agreement, the Company is not liable for any response to any employment reference or inquiry by potential employers or others that is not made directly to "The Work Number."

5. **Benefit Plans and Previously Granted Awards Unaffected by this Agreement.** For benefit plans governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA Plans"), EMPLOYEE's eligibility for benefits will be determined in accordance with the terms of the applicable plan or other governing documents and not governed by the terms of this Agreement. For outstanding equity, long-term incentive, or similar awards granted or assumed by Bank of America prior to EMPLOYEE's Separation Date ("Previously Granted Awards"), EMPLOYEE'S eligibility for continued vesting and future payments or distributions will be determined in accordance with the terms of the applicable plan(s), award agreements, or other governing document(s) and not governed by the terms of this Agreement. Nothing in this Agreement shall impair, diminish or interfere with any rights, privileges or benefits EMPLOYEE has with respect to the ERISA Plans or Previously Granted Awards, nor shall anything in this Agreement entitle EMPLOYEE to vesting, payment, or distribution rights not provided for under the terms of the ERISA Plans or Previously Granted Awards. Except as to the ERISA Plans and Previously Granted Awards, EMPLOYEE hereby withdraws their participation in any and all bonus or incentive plan(s) or program(s) and understands that EMPLOYEE is not now nor will in the future be entitled to any further grants, awards, or payments under those plans, including future grants of restricted stock units or shares.

6. **No Other Payments.** EMPLOYEE acknowledges that this Agreement does not include, and EMPLOYEE is not eligible to receive, any form of compensation or benefits other than specifically described in this Agreement, including but not limited to unpaid wages or payments under any of Bank of America's severance, incentive pay, or bonus plans or programs. For the avoidance of doubt, EMPLOYEE understands and agrees that EMPLOYEE will not be eligible to receive any

discretionary incentive award or bonus for Performance Year 2025.

7. **Loss of Eligibility**. If, after EMPLOYEE's last day worked or EMPLOYEE's Separation Date, Bank of America becomes aware of information that would have resulted in the termination of EMPLOYEE's employment for "Cause" while still employed, EMPLOYEE will cease to be eligible for Separation Pay under this Agreement and Bank of America may discontinue remaining payments and benefits and may require EMPLOYEE to reimburse the value of the Separation Pay and Benefits, including the value of payments and benefits that EMPLOYEE may have already received. If Bank of America requests reimbursement, EMPLOYEE must do so. For purposes of this Agreement, "Cause" shall mean discovery of EMPLOYEE's: 1) act of fraud or dishonesty in the course of EMPLOYEE's employment; 2) conviction of (or a plea of no contest with respect to) a crime constituting a felony or a crime of comparable magnitude under applicable law (as determined by Bank of America in its sole discretion); 3) act or omission which causes EMPLOYEE or Bank of America to be in violation of federal or state securities laws, rules or regulations, and/or the rules of any exchange or association of which Bank of America is a member, including statutory disqualification; 4) failure to perform EMPLOYEE's job duties where such failure is injurious to Bank of America or to Bank of America's business interests or reputation; 5) material breach of any written policy applicable to EMPLOYEE's employment with Bank of America, including, but not limited to, the Bank of America Corporation Code of Conduct and General Policy on Insider Trading; or 6) unauthorized disclosure of any confidential or proprietary information of Bank of America or any other material violation of Bank of America's written policies regarding confidential and proprietary information.

8. **General Release of Claims/Covenant Not to Sue.**

a. **Released Claims**. For EMPLOYEE, EMPLOYEE'S attorneys, heirs, executors, administrators, successors and assigns, EMPLOYEE knowingly, voluntarily and fully waives, releases and forever discharges the Company (including all subsidiaries and affiliates) and all of its current, former and future officers, directors, employees, assigns, agents, plans and plan trustees, independent contractors, shareholders, attorneys and representatives, jointly and individually ("Released Parties") from any manner of suits, actions, or causes of action, including any claim for attorneys' fees or costs, existing at the time EMPLOYEE signs this Agreement, whether currently known or unknown to EMPLOYEE, under any possible legal, equitable, contract, tort or statutory theory ("General Release") and agree not to sue any of the Released Parties in relation to such claims ("Covenant Not to Sue"). Except for claims described in the **Claims Not Prohibited by General Release and Covenant Not to Sue** paragraph of this Agreement, and to the greatest extent permitted by applicable law, this General Release and Covenant Not to Sue includes, but is not limited to, claims arising out of or in any way related to EMPLOYEE's employment and/or the termination of EMPLOYEE's employment, such as, by way of example only, claims under the Age Discrimination in Employment Act of 1967 ("ADEA"), Title VII of the Civil Rights Act of 1964, Section 1981 of Title 42 of the United States Code, the Employee Retirement Income Security Act of 1974 ("ERISA"), the Americans With Disabilities Act, the Rehabilitation Act of 1973, the Worker Adjustment and Retraining Notification Act, the Family and Medical Leave Act ("FMLA"), the Equal Pay Act, the Ledbetter Fair Pay Act, the New York City Human Rights Law, the New York State Human Rights Law, and any other federal, state or local statute, ordinance, executive order, regulation (including any amendments) or any other legal theory.

b. **Release of Class and Collective Action Claims.** EMPLOYEE acknowledges and agrees that

included in the General Release and Covenant Not to Sue are all the claims that have been, or may be, asserted by EMPLOYEE or by any other person or entity on EMPLOYEE's behalf in any class or collective action relating to EMPLOYEE's employment and/or the termination of EMPLOYEE's employment with the Company. Accordingly, EMPLOYEE waives any right to become, and promise not to consent to become, a member of any class in a case in which claims are asserted against the Released Parties that are related in any way to EMPLOYEE's employment or EMPLOYEE's termination from the Company and that involve events that have occurred as of the date EMPLOYEE signs this Agreement. EMPLOYEE also waives all rights EMPLOYEE might otherwise have to receive notice of any class or collective action. If EMPLOYEE is included or identified as a member or potential member of a class in any legal proceeding, EMPLOYEE must opt out of, or refrain from opting in to, the class at the first opportunity afforded to EMPLOYEE after learning of EMPLOYEE's identification as part of the class. In this regard, EMPLOYEE must, without objection or delay, complete an "opt-out" form presented to EMPLOYEE in connection with any legal proceeding.

c. **Agency Actions.** Subject to the exceptions described in the paragraph in this Agreement with the heading "**Exceptions,**" EMPLOYEE agrees that should any person or entity file or cause to be filed any civil action, suit, arbitration, or legal proceeding seeking equitable or monetary relief for claims arising out of EMPLOYEE's employment (with the exception of a proceeding before the Equal Employment Opportunity Commission ("EEOC") or National Labor Relations Board ("NLRB"), or similar state or local agency alleging a violation of applicable antidiscrimination laws), EMPLOYEE will take all necessary actions to withdraw from such action and/or have it dismissed with prejudice as it relates to EMPLOYEE personally, and agree not to voluntarily participate or cooperate in such a matter unless required by law. If EMPLOYEE is unable to preclude a charge or claim on EMPLOYEE's behalf, EMPLOYEE agrees that EMPLOYEE will not seek or accept any personal relief, including but not limited to an award of monetary damages or reinstatement to employment, in connection with such a charge or claims.

d. **Broadest Release of Claims.** To the maximum extent permitted by law, and with the exception of those claims set forth in the **Claims Not Prohibited by General Release and Covenant Not to Sue** paragraph of this Agreement, the General Release and Covenant Not to Sue will extend and apply to all claims, injuries and damages EMPLOYEE may have against the Company or any Released Parties at the time EMPLOYEE signs this Agreement, regardless of whether EMPLOYEE is aware of or suspects such claims at the time EMPLOYEE signs. If it is determined that any claim covered by this General Release cannot be waived as a matter of law, the General Release and Covenant Not to Sue will nevertheless remain valid and fully enforceable as to the remaining released claims.

e. **Claims Not Prohibited by General Release and Covenant Not to Sue.** The General Release and Covenant Not to Sue does not prohibit the following rights or claims that may be pursued consistent with the COMPANY's Arbitration Policy: 1) those that first arise after the date EMPLOYEE signs a General Release and Covenant Not to Sue; 2) those that arise out of or in connection with the interpretation or enforcement of this Agreement; 3) those that cannot be waived as a matter of federal, state or local law; 4) EMPLOYEE's right to file a charge with the NLRB, or a charge or complaint of discrimination with the EEOC or similar state or local agency, or any right EMPLOYEE may have to participate in any investigation or proceeding conducted by such agency (though EMPLOYEE will not seek or accept any personal relief, including but not limited to an award of monetary damages or reinstatement to employment,

in connection with such a charge); or 5) rights to indemnification, if any, that are governed by the Company's Bylaws and applicable law.

f. **Special Provisions Relating to Release of Age Discrimination Claims.** As of the date EMPLOYEE sign this Agreement, if EMPLOYEE is age 40 or over, EMPLOYEE understands that as part of the General Release of Claims and Covenant Not to Sue, EMPLOYEE voluntarily and knowingly waives rights or claims under the federal Age Discrimination in Employment Act of 1967 (ADEA), as amended, that may have existed on or prior to the date EMPLOYEE signs the Agreement. If at any time EMPLOYEE is obligated to return the consideration EMPLOYEE received under this Agreement, EMPLOYEE agrees that EMPLOYEE will retain Five Hundred Dollars ($500.00), representing the consideration EMPLOYEE received in exchange for waiver of EMPLOYEE's rights and claims under the ADEA.

**9. Absence of Certain Claims.**

a. **No Pending Claims.** EMPLOYEE acknowledges that as of the date EMPLOYEE signs this Agreement, other than any reporting to a governmental, law enforcement, or regulatory authority concerning suspected violations of law (which EMPLOYEE is not required to disclose to the COMPANY), and pursuant to the **Exceptions** paragraph in this Agreement, EMPLOYEE has not filed or otherwise pursued any charges, complaints or claims of any nature against the COMPANY or any Released Party with any local, state or federal government agency or court, or in arbitration on or prior to the date of signing this Agreement, which have not been dismissed, closed, withdrawn or otherwise terminated unless otherwise permitted by law.

b. **No Additional Claims.** EMPLOYEE acknowledges that the COMPANY has fully satisfied all its obligations to EMPLOYEE as a matter of law and pursuant to Company policy and EMPLOYEE has no additional claims against the COMPANY. Without limitation, EMPLOYEE acknowledges: (1) if applicable, the COMPANY made available to EMPLOYEE information about EMPLOYEE's FMLA and other leave rights and EMPLOYEE was not improperly denied any request for FMLA or other leave; (2) to the extent that EMPLOYEE took FMLA or other leave, EMPLOYEE received the full range of benefits offered by the leave (*e.g.*, benefits continuation coverage and restoration to the same or an equivalent position for FMLA leave) and did not suffer any form of retaliation as a result of taking any such leave; (3) except for payments described in this Agreement, EMPLOYEE has been paid for all wages (including overtime), commissions, bonuses, incentives and other forms of compensation; (4) to the extent that EMPLOYEE requested a reasonable accommodation as defined by applicable law, the COMPANY appropriately responded to EMPLOYEE's request; and (5) EMPLOYEE received appropriate and timely notice of EMPLOYEE's separation from employment. EMPLOYEE agrees and acknowledges that the information in this **No Additional Claims** paragraph is factually accurate as to EMPLOYEE and may be used as a sworn statement of fact in any proceeding between EMPLOYEE and the COMPANY.

c. **No Unreported Violations or Suspected Violations.** Subject to the **Exceptions** paragraph of this Agreement, EMPLOYEE acknowledges that as an employee of the COMPANY it has been EMPLOYEE's obligation to advise the COMPANY completely and candidly of all facts of which EMPLOYEE is aware that constitute or might constitute violations of the COMPANY's ethical standards or legal or regulatory obligations. EMPLOYEE represents and warrant that EMPLOYEE is not aware of any such facts or that EMPLOYEE has previously advised the COMPANY about any such facts. EMPLOYEE further agrees that EMPLOYEE will advise the COMPANY in the future of all such facts that come to EMPLOYEE's attention.

**10. Employee Agreements and Obligations**

a. **Future Cooperation.** During and after the term of this Agreement, EMPLOYEE agrees to be available, upon reasonable notice and under reasonable conditions, to assist the Company in any capacity with respect to matters EMPLOYEE had knowledge of while employed by the Company. Without limitation, such assistance may include: 1) providing information or documents; 2) cooperating with investigations, negotiations, lawsuits or administrative proceedings; 3) preparing for and giving testimony, including written or verbal declarations or statements; and 4) other similar activities. The Company will reimburse EMPLOYEE for all reasonable and documented out-of-pocket expenses incurred because of EMPLOYEE's obligations under this paragraph, in accordance with the Company's then applicable expense guidelines.

b. **Detrimental Conduct.** In addition to signing, returning, not revoking and fully complying with this Agreement, any Separation Pay and Benefits offered pursuant to this Agreement are further conditioned on EMPLOYEE's commitment to not engage in "Detrimental Conduct" during the period in which the Separation Payment and any other payments or benefits under this Agreement remain payable. For purposes of this Agreement, "Detrimental Conduct" means EMPLOYEE's serious misconduct or unethical behavior, including any one of the following: 1) any conduct that would constitute Cause; 2) the commission of a criminal act by EMPLOYEE, whether or not performed in the workplace, that subjects, or if generally known, would subject Bank of America or its Subsidiaries to public ridicule or embarrassment, or other improper or intentional conduct causing reputational harm to Bank of America, its subsidiaries, or a client of Bank of America or its subsidiaries; 3) the breach of a fiduciary duty owed to Bank of America or its subsidiaries or a client or former client of Bank of America or its subsidiaries; 4) intentional violation, or grossly negligent disregard, of Bank of America's or its subsidiaries' policies, rules and procedures, specifically including, but not limited to any of EMPLOYEE's obligations under the Bank of America Corporation Code of Conduct and workplace policies; or 5) EMPLOYEE taking or maintaining trading positions that result in a need to restate financial results in a subsequent reporting period or that result in a significant financial loss to Bank of America or its subsidiaries during or after the performance year. If EMPLOYEE violates this paragraph, Bank of America may, in its sole discretion, discontinue any remaining payments and benefits and may require EMPLOYEE to reimburse the value of the Separation Pay and Benefits, including the value of payments and benefits that EMPLOYEE may have received.

c. **Negative Comments.** Subject to the **Exceptions** paragraph of this Agreement, EMPLOYEE agrees to refrain from directly or indirectly making any statements or engaging in any other activities, including written, oral and electronic communications of any kind, in any format, to the press (on or off the record, or on background), on or through blogs or other social media, or to any other person or entity, that are maliciously untrue, such that they are made with knowledge of their falsity or with reckless disregard for their truth or falsity, regarding the COMPANY, its business, its actions or those of the Released Parties. EMPLOYEE acknowledges that nothing in this paragraph prevents EMPLOYEE from discussing or disclosing information about alleged unlawful acts (such as harassment or discrimination or any other conduct that EMPLOYEE believes is unlawful).

d. **Agreement Regarding Confidential, Proprietary and Trade Secret Information Obligations.** During EMPLOYEE'S employment, EMPLOYEE had access to confidential, proprietary and trade secret information about Bank of America, its employees, clients and customers, which

derives economic value from not being otherwise known to the general public ("Confidential Information and Trade Secrets"). Confidential Information and Trade Secrets provide a competitive advantage to Bank of America because they would be valuable to a competitive entity if disclosed and EMPLOYEE acknowledges that EMPLOYEE's improper use or disclosure of Bank of America's Confidential Information and Trade Secrets would cause immediate and irreparable damage to Bank of America's business. Confidential Information and Trade Secrets includes, but is not limited to: 1) the identities, incomes, net worth, accounts, financial portfolios, contact information, personal and familial relationships, investments and/or other non-public information relating to Bank of America's existing and prospective clients and customers; 2) personnel information about other Bank of America employees including information obtained from confidential personnel files; and 3) Bank of America's business plans, strategies, products, pricing, computer programs, computer software, source codes, systems, databases, methods of operation, financial models, investments and other business transactions, policies and procedures. Bank of America has obligations to protect the confidentiality of Confidential Information and Trade Secrets and such obligations extend to EMPLOYEE, both during and after EMPLOYEE's employment ends. Subject to the **Exceptions** paragraph of this Agreement, which is incorporated into this paragraph by reference, and understanding that nothing in this paragraph or this Agreement limits EMPLOYEE's ability to disclose any information (including Confidential Information or Trade Secrets) to any self-regulatory organization or any other governmental, law enforcement, or regulatory authority in connection with any reporting of, investigation into, or proceeding regarding suspected violations of law (as more fully set forth below), EMPLOYEE acknowledges and agrees that (i) EMPLOYEE shall not directly or indirectly, alone or in concert with or on behalf of others, use, publish or otherwise disclose any aspect of Bank of America's Confidential Information and Trade Secrets to any person or entity outside Bank of America except pursuant to formal legal process or unless EMPLOYEE first obtains the written approval of an authorized Bank of America representative (and that if EMPLOPYEE is are served with legal process involving Bank of America, EMPLOYEE agrees to notify immediately an appropriate representative of Bank of America's Legal Department, unless such notice is prohibited by law); (ii) EMPLOYEE shall deliver immediately at Bank of America's request and to the custody of whatever person Bank of America designates all originals and copies of any documents or other material in EMPLOYEE's possession, custody, or control containing or embodying Confidential Information and Trade Secrets, and any derivatives, summaries and excerpts created therefrom, in any form whatsoever, including but not limited to hard copy documents and information housed in or on Bank of America-owned electronic devices or equipment, or devices or equipment owned by EMPLOYEE or to which EMPLOYEE has access, or any third party or cloud storage utilized by EMPLOYEE or on EMPLOYEE's behalf; and (iii) EMPLOYEE shall not otherwise utilize any of Bank of America's Confidential Information and Trade Secrets to interfere with any relationship between Bank of America and any of its clients, prospective clients, or employees. To the extent that EMPLOYEE is unaware or unsure of whether certain information constitutes Confidential Information and Trade Secrets, EMPLOYEE agrees to consult with an authorized senior management representative of Bank of America before utilizing the information. For the avoidance of doubt and in addition to the exceptions described in the Exceptions paragraph of this Agreement, nothing in this paragraph, or the Agreement generally, precludes EMPLOYEE from disclosing information relating to workplace issues, or from assisting coworkers or former coworkers, or from communicating with others, including third parties

or the NLRB, about this Agreement or EMPLOYEE's employment, nor does this Agreement in any way restrict EMPLOYEE from otherwise exercising EMPLOYEE's Section 7 rights under the National Labor Relations Act and/or Executive Order 13665.

e. **Trade Secret Act Notice.** Pursuant to the federal Defend Trade Secrets Act of 2016, EMPLOYEE will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made: 1) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney and solely for the purpose of reporting or investigating a suspected violation of law; 2) to EMPLOYEE's attorney in relation to a lawsuit for retaliation against EMPLOYEE for reporting a suspected violation of law; or 3) in a complaint or other document filed in a lawsuit or other proceeding if such filing is made under seal.

f. **Prohibited Solicitation of Company Clients and Customers.** In exchange for the consideration provided in this Agreement and based on EMPLOYEE's access to Confidential Information and Trade Secrets during EMPLOYEE's employment, to the maximum extent permitted under applicable law, EMPLOYEE agrees that for six (6) months following EMPLOYEE's termination of employment, EMPLOYEE shall not directly or indirectly, alone or in concert with others, solicit, encourage, influence, recruit, or induce, or attempt to solicit, encourage, influence, recruit, or induce (regardless of who initiates the contact), any client or customer who EMPLOYEE served during EMPLOYEE's employment or whose name became known to EMPLOYEE as a result of EMPLOYEE's access to the COMPANY's Confidential Information and Trade Secrets ("Clients and Customers"), in an effort to divert, transfer or in any way take away business from the COMPANY.

   EMPLOYEE acknowledges that the prohibition in this paragraph is limited to soliciting business from clients and customers and is intended to protect the COMPANY's Confidential Information and Trade Secrets; it does not prevent EMPLOYEE from accepting employment with a new employer or engaging in any new business venture. EMPLOYEE should be aware that: 1) prohibited solicitation of Company clients or customers may result in cancellation of outstanding equity, long-term incentive, or similar awards granted or assumed by the COMPANY; and 2) restrictions on solicitation of Company clients or customers provided in plan documents and/or award agreements underlying outstanding equity, long-term incentive, or similar awards may be more expansive than those in this paragraph.

g. **Prohibited Solicitation of Company Employees.** In exchange for the consideration provided in this Agreement and based on EMPLOYEE's access to Confidential Information and Trade Secrets during EMPLOYEE's employment, to the maximum extent permitted under applicable law, EMPLOYEE agrees that for one (1) year following the termination of EMPLOYEE's employment, EMPLOYEE will not directly or indirectly, alone or in concert with others, solicit, encourage, influence, recruit or induce, or attempt to solicit, encourage, influence, recruit or induce any employee of the COMPANY to cease working for the COMPANY (regardless of who initiates the contact). EMPLOYEE understands that: 1) prohibited solicitation of Company employees may result in cancellation of outstanding equity, long-term incentive, or similar awards granted or assumed by the COMPANY; and 2) restrictions on solicitation of Company employees provided in plan documents and/or award agreements underlying outstanding equity, long-term incentive, or similar awards may be more expansive than those in this paragraph.

h. **Agreement Not to Seek Rehire.** Without prior written approval of an authorized

representative of the COMPANY, EMPLOYEE will not seek or accept employment with the COMPANY, including assignment to or on behalf of the COMPANY as an independent contractor or through any third party, and the COMPANY has no obligation to consider EMPLOYEE for any future employment or assignment.

i. **Confidentiality of Claims.** Subject to the **Exceptions** paragraph **Exceptions to Nondisclosure Clauses** paragraph in this Agreement, which is incorporated into this paragraph by reference, or unless otherwise prohibited by applicable law, EMPLOYEE agrees to keep confidential and not disclose the nature of any and all claims and/or complaints EMPLOYEE may have made regarding their employment with the COMPANY, including the underlying facts, circumstances, and identity of individuals involved with such claims or complaints.

j. **Confidentiality of Agreement Terms.** Subject to the **Exceptions** paragraph and **Exceptions to Nondisclosure Clauses** paragraph of this Agreement, EMPLOYEE agrees that the terms and conditions of this Agreement, including any Separation Payments and Benefits offered in connection with it and all actions by the COMPANY, are strictly confidential and, with the exception of EMPLOYEE's counsel, tax advisor, financial advisor, immediate family, or as required or permitted by applicable law, EMPLOYEE has not and will not disclose, discuss, or reveal such terms to any other persons, entities, or organizations, whether within or outside the COMPANY, without prior written approval of an authorized Company representative. EMPLOYEE further agrees to take all reasonable steps necessary to ensure that confidentiality is maintained by anyone referenced above to whom disclosure is authorized. Notwithstanding anything in this Agreement this confidentiality provision does not prevent EMPLOYEE from: 1) providing information in response to valid and enforceable subpoenas or otherwise as required by law or regulation; 2) providing information necessary for the preparation and filing of an income tax return; 3) discussing or disclosing information about unlawful acts in the workplace, such as harassment or discrimination or any other conduct that EMPLOYEE believes is unlawful; or 4) using this Agreement to enforce its terms.

k. **Remedy for Breach of Confidentiality Provisions.** Subject to the **Exceptions to Nondisclosure** paragraph of this Agreement and the **Exceptions** paragraph of this Agreement, EMPLOYEE also agrees and understands that all the paragraphs and subparts regarding confidentiality are material to the COMPANY and its decision to enter into this Agreement and that a breach of these provisions by EMPLOYEE would be a material breach of this Agreement.

**11. Exceptions to Nondisclosure Clauses.**

a. **Preference Agreement Regarding Confidentiality of Discrimination Claims.** Subject to the exceptions set forth in the Agreement, and as set forth in the Preference Agreement agrees that it is EMPLOYEE's preference to keep the factual foundation of EMPLOYEE's allegations of discrimination ("Discrimination Claims") confidential. Accordingly, EMPLOYEE agrees that EMPLOYEE's Discrimination Claims and the underlying facts and circumstances related to them are to be kept confidential and, if asked about the Discrimination Claims, the Threatened Legal Action or the facts and circumstances related to them, EMPLOYEE agrees to respond only that the "matter was resolved."

i. Notwithstanding the foregoing, nothing in this Agreement shall prohibit EMPLOYEE from filing or disclosing any facts necessary to receive unemployment insurance, Medicaid, or other public benefits to which EMPLOYEE is entitled. ii. Primary Language.

EMPLOYEE acknowledges and agrees that the Preference Agreement and this confidentiality provision are written in EMPLOYEE's primary language and/or that EMPLOYEE may request them in EMPLOYEE's primary language.

12. **Exceptions**. Nothing in this Agreement prohibits or limits EMPLOYEE or EMPLOYEE's counsel from initiating communications directly with, responding to any inquiry from, volunteering information to, or providing testimony before, the Securities and Exchange Commission, the Department of Justice, the Financial Industry Regulatory Authority, the EEOC, the NLRB, any other self-regulatory organization or any other governmental, law enforcement, or regulatory authority, regarding this Agreement and its underlying facts and circumstances, or any reporting of, investigation into, or proceeding regarding suspected violations of law, and EMPLOYEE is not required to advise or seek permission from the COMPANY before engaging in any such activity. EMPLOYEE recognizes that, in connection with any such activity, EMPLOYEE must inform such authority that the information EMPLOYEE is providing is confidential. Despite the foregoing, EMPLOYEE is not permitted to reveal to any third-party, including any governmental, law enforcement, or regulatory authority, information EMPLOYEE came to learn during the course of EMPLOYEE's employment with the COMPANY that is protected from disclosure by any applicable privilege, including but not limited to the attorney-client privilege, attorney work product doctrine and/or other applicable legal privileges. The COMPANY does not waive any applicable privileges or the right to continue to protect its privileged attorney-client information, attorney work product, and other privileged information. Additionally, EMPLOYEE recognizes that EMPLOYEE's ability to disclose information may be limited or prohibited by applicable law and the COMPANY does not consent to disclosures that would violate applicable law. Such applicable laws include, without limitation, laws and regulations restricting disclosure of confidential supervisory information or disclosures subject to the Bank Secrecy Act (31 U.S.C. §§ 5311-5330), including information that would reveal the existence or contemplated filing of a suspicious activity report. "Confidential supervisory information," includes any information or materials relating to the examination and supervision of the COMPANY by applicable bank regulatory agencies, Company materials responding to or referencing non-public information relating to examinations or supervision by bank regulatory agencies, and correspondence to or from applicable banking regulators.

13. **Miscellaneous Provisions.**

a. **Resignation of Board or Committee Memberships.** EMPLOYEE agrees to immediately resign all directorships and board or committee memberships that EMPLOYEE holds within Bank of America and/or any other entity as a result of EMPLOYEE's employment with Bank of America. This resignation will be effective on EMPLOYEE's Separation Date or such other date as requested by Bank of America.

b. **Return of Bank of America Property and Expense Reconciliation.** By the last day EMPLOYEE is actively at work, or such other date directed by Bank of America, EMPLOYEE must return to Bank of America all equipment, business records or other Bank of America property that has been or is in EMPLOYEE's care, custody, possession, or control. By EMPLOYEE's last day of work, EMPLOYEE must reimburse or reconcile to Bank of America's satisfaction all charges EMPLOYEE has made to Bank of America or expenses EMPLOYEE has charged to Bank of America. If EMPLOYEE fails to return Bank of America's equipment or property or if EMPLOYEE fails to make necessary reimbursements regarding charges or expenses, the value EMPLOYEE owes will be a debt obligation to Bank of America. Bank of America is authorized to deduct the sums owed from the Separation Pay and Benefits, including the value of

payments and benefits that EMPLOYEE may have already received.

c. **Breach and Remedy.** The COMPANY will have the right to bring legal action as consistent with the Arbitration Policy to enforce this Agreement and to recover monetary or other damages resulting from a breach of it. This right includes, but is not limited to, the Company's right to obtain injunctive relief to restrain any breach or threatened breach of this Agreement or otherwise to specifically enforce any provision of it. If EMPLOYEE breaches any provision of this Agreement, including but not limited to any of the paragraphs in the **Post Employment Limitations and Obligations** section of the Agreement, EMPLOYEE will cease to be eligible for Separation Payments and Benefits and the Company may, in its sole discretion, discontinue remaining payments and benefits and may require EMPLOYEE to reimburse the value of Separation Payments and Benefits, including the value of payments and benefits that EMPLOYEE may have already received. If the Company requests reimbursement, EMPLOYEE must do so.

d. **Severability.** Should any of the provisions of this Agreement be rendered invalid by a court or government agency of competent jurisdiction, or should EMPLOYEE fail to fulfill EMPLOYEE's obligations under it, the remainder of the Agreement shall, to the fullest extent permitted by applicable law and at the COMPANY's option, remain in full force and effect and/or EMPLOYEE will be obligated to return, in full or in part, as determined by the COMPANY, any and all consideration EMPLOYEE received in exchange for signing the Agreement except, if applicable, the Five Hundred Dollars ($500.00) EMPLOYEE received in exchange for EMPLOYEE's release and waiver of rights or claims under the ADEA.

e. **Section 409A Compliance.** This Agreement is intended to comply with Section 409A of the Internal Revenue Code, to the extent applicable. Notwithstanding any provision to the contrary, this Agreement shall be interpreted and administered consistent with this intent. If this Agreement provides for multiple payments, each separate payment provided pursuant to the terms of this Agreement shall be treated as a separate "payment" for purposes of Section 409A. In addition, if EMPLOYEE is a "specified employee" within the meaning of Section 409A, as determined by Bank of America under its Section 409A administrative policies, any payment made in connection with the termination of EMPLOYEE's employment shall not be made earlier than six (6) months after the date of such termination, to the extent required by Section 409A. EMPLOYEE also understands and agrees that in no event will Bank of America be liable for any additional tax, interest, or penalty that may be imposed on EMPLOYEE by Section 409A or damages for failing to comply with Section 409A.

f. **Choice of Law and Disputes.** EMPLOYEE agrees that any disputes between EMPLOYEE and Bank of America and/or the Released Parties including, but not limited to, any disputes regarding this Agreement (and/or the Preference Agreement) and any covered claims released pursuant to this Agreement, are subject to and will be resolved by binding arbitration, except any claim that (i) is expressly precluded from arbitration by governing federal law; or (ii) that seeks injunctive or other equitable relief in aid of arbitration. EMPLOYEE irrevocably consents and agrees that (i) any arbitration will occur in North Carolina; (ii) arbitration will be conducted confidentially by a single arbitrator on an individual, non-class, non-collective, and nonrepresentative basis in accordance with the then-current arbitration rules and procedures of JAMS (available at www.jamsadr.org), unless they conflict with any express terms of this Agreement, in which case this Agreement shall control; and (iii) the courts sitting in North Carolina will have exclusive jurisdiction over any appeals and the enforcement of an

arbitration award. EMPLOYEE and Bank of America HEREBY IRREVOCABLY CONSENTS AND AGREES TO ARBITRATE ANY COVERED CLAIMS THROUGH BINDING ARBITRATION, AND FOREVER WAIVE AND GIVE UP THE RIGHT TO HAVE A JUDGE OR JURY DECIDE ANY COVERED CALIMS. If EMPLOYEE initiates arbitration, EMPLOYEE will be responsible for EMPLOYEE's own attorneys' fees and filing fees, if any, that would have been incurred had such claims been filed in court. This Agreement will be governed by and construed and interpreted in accordance with the laws of the State of North Carolina unless required by a jurisdiction requiring choice of law for its jurisdiction, in which case that state's law will apply.

g. **No Admission of Liability**. EMPLOYEE specifically understands and agrees that by entering into this Agreement, Bank of America and the other Released Parties do not admit any liability whatsoever to EMPLOYEE or to any other person arising out of any claims heretofore or hereafter asserted by EMPLOYEE, and Bank of America, for itself and on behalf of other Released Parties, expressly denies any and all such liability.

h. **Legal Advice and Related Fees and Costs**. EMPLOYEE acknowledges that Bank of America has not provided EMPLOYEE with any legal advice and has advised EMPLOYEE that EMPLOYEE should consult with a lawyer of EMPLOYEE's choice prior to signing this Agreement. As further mutual consideration of the promises set forth herein, Bank of America and EMPLOYEE agrees that we each are responsible for our own attorneys' fees and costs, and each agrees that they will not seek from the other reimbursement for attorneys' fees and/or costs incurred in relation to any matters addressed in this Agreement.

i. **Assignments.** EMPLOYEE represents and warrants that EMPLOYEE has not assigned or transferred to any person or entity any of EMPLOYEE's rights which are or could be covered by this Agreement, including, but not limited to, any covenant not to sue and the waivers and releases contained in this Agreement.

j. **Joint Participation in Negotiation and Preparation of Agreement.** The PARTIES hereto participated jointly in the negotiation and preparation of this Agreement, and each party has had the opportunity to obtain the advice of legal counsel and to review, comment upon, and redraft this Agreement. Accordingly, it is agreed that no rule of construction shall apply against any party or in favor of any party. This Agreement shall be construed as if the PARTIES jointly prepared this Agreement, and any uncertainty or ambiguity shall not be interpreted against any one party and in favor of the other.

k. **Unemployment Compensation**. Nothing in this Agreement prevents EMPLOYEE from filing an application for unemployment compensation benefits with the applicable state, local or other agency responsible for deciding such claims. For its part, the Company agrees that it will not contest a factually accurate unemployment compensation claim filed by EMPLOYEE, unless required to do so by applicable law. The Company's agreement not to contest such a claim does not in any way guarantee that EMPLOYEE will be awarded unemployment compensation benefits, as that decision rests solely with the responsible agency or authority.

**14.** **Entire Agreement.** EMPLOYEE understands that, unless specifically mentioned otherwise in this Agreement, all prior agreements and understandings regarding the same or similar subject matter, written or oral, between the COMPANY and EMPLOYEE (except, subject to the **Exceptions** paragraph in this Agreement, agreements regarding confidential information, non-solicitation, non-competition, intellectual property or similar agreements that are more protective of the COMPANY's interests than the terms of this Agreement and that have not expired or been waived by the COMPANY in writing) are replaced and superseded by this Agreement, and are no longer

of any force and effect. No one is authorized to make any representations that vary from or are inconsistent with the terms and conditions set forth in this Agreement. No one is authorized to make any assurances with respect to the COMPANY's right and intention to enforce this Agreement.

15. <u>Counterpart Originals.</u> This Agreement may be executed in any manner of copies, each of which shall be deemed to be a counterpart original.

**PLEASE READ THIS AGREEMENT AND THE ATTACHED PREFERANCE AGREEMENT AND CAREFULLY CONSIDER ALL OF THEIR PROVISIONS BEFORE SIGNING THEM. EMPLOYEE HAS CONSULTED AN ATTORNEY OF EMPLOYEE'S CHOICE ABOUT THIS AGREEMENT BEFORE EMPLOYEE SIGNED THEM. THIS AGREEMENT CONTAINS A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS, INCLUDING STATE AND LOCAL LAWS PROHIBITING DISCRIMINATION IN EMPLOYMENT, TO THE EXTENT PERMITTED BY LAW.**

EMPLOYEE hereby AFFIRMS AND ACKNOWLEDGES that EMPLOYEE has read the foregoing Agreement, that EMPLOYEE has had sufficient time and opportunity to review and discuss it with the attorney of EMPLOYEE's choice and in fact has reviewed and discussed it with such attorney, that EMPLOYEE has had any questions about the Agreement answered to EMPLOYEE's satisfaction, that EMPLOYEE fully understands and appreciates the meaning of each of its terms, and that EMPLOYEE is voluntarily signing the Agreement on the date indicated below, intending to be fully and legally bound by its terms.

ACKNOWLEDGED AND AGREED:

________________________________________

**Ana Maria Roman**
**Person No. 21333229**

Dated:____________________________________

**On Behalf of Bank of America**

By: ____________________________________

Title: __________________________________

Dated: _________________________________

**EXHIBIT A**

**AGREEMENT REGARDING CONFIDENTIALITY PREFERENCE**

1. **Parties**. The parties to this "AGREEMENT REGARDING CONFIDENTIALITY PREFERENCE" ("Preference Agreement") are EMPLOYEE and COMPANY, as those terms are defined in the foregoing "SEPARATION AND GENERAL RELEASE AGREEMENT" ("Agreement") between EMPLOYEE and the COMPANY to which this Preference Agreement is attached as Exhibit A.

2. **Preference Regarding Confidentiality Terms**. EMPLOYEE acknowledges and agrees that the Agreement contains terms or conditions that would prevent the disclosure of the underlying facts and circumstances related to EMPLOYEE's claims or allegations of Discrimination (as defined in the Agreement). EMPLOYEE hereby represents that it is EMPLOYEE's preference that the Agreement contain such terms or conditions.

3. **Understanding and Use of Preference Agreement.** EMPLOYEE affirms and acknowledges that EMPLOYEE has read this Preference Agreement, that EMPLOYEE has had the opportunity to review and discuss it with the counsel of EMPLOYEE's choice (at EMPLOYEE's own expense), and that EMPLOYEE fully understands and appreciates the meaning of each of its terms. The parties to this Preference Agreement represent that this Preference Agreement may be used as evidence in any subsequent proceeding in which any of the parties alleges a breach of this Preference Agreement or seeks to enforce its terms, provisions, or obligations. Nothing in this Preference Agreement shall diminish EMPLOYEE's or the Company's rights under the Exceptions to Nondisclosure Clauses and Exceptions (General) provisions of the Agreement.

4. **Time to Review and Right to Revoke.** EMPLOYEE acknowledges and agrees that the COMPANY provided Employee 21 days to review the Agreement and Preference Agreement (though EMPLOYEE can elect to sign before the end of the 21 days). EMPLOYEE acknowledges and agrees that EMPLOYEE has at least 7 days following the execution of this Preference Agreement to revoke this Preference Agreement, as set forth in the Agreement.

5. **Miscellaneous.** This Preference Agreement may not be changed orally; it may only be changed by a writing executed by both parties. This Preference Agreement may be executed in one or more counterparts, which together shall constitute one agreement. This Agreement shall be governed by the laws of New York without reference to that jurisdiction's choice of law rules.

6. **Primary Language**. EMPLOYEE acknowledges and agrees that this Preference Agreement and the provision in the Agreement regarding confidentiality of Discrimination claims can be provided to EMPLOYEE in EMPLOYEE'S primary language upon request of EMPLOYEE.

EMPLOYEE hereby AFFIRMS AND ACKNOWLEDGES that EMPLOYEE has read the foregoing Agreement, that EMPLOYEE has had sufficient time and opportunity to review and discuss it with the attorney of EMPLOYEE's choice and in fact has reviewed and discussed it with such attorney, that EMPLOYEE has had any questions about the Agreement answered to EMPLOYEE's satisfaction, that EMPLOYEE fully understands and appreciates the meaning of each of its terms, and that EMPLOYEE is voluntarily signing the Agreement on the date indicated below, intending to be fully and legally bound by its terms.

ACKNOWLEDGED AND AGREED:

**Bank of America**

________________________________

**Ana Maria Roman**

By: ________________________________

Title: ________________________________

Dated: ________________________________

Dated: ________________________________

**CONFIDENTIAL**

September 9, 2025
**Via E-Mail to roman-ana@live.com**

Ana Maria Roman
43-11 49th St., Apt 3C
Queens, NY 11104

**Re: Transition Assistance Agreement and General Release of Claims**

Dear Ana Maria:

This **Transition Assistance Agreement and General Release of Claims ("Agreement")** confirms recent communications about your employment with Bank of America ("Bank of America"). Your official separation date from Bank of America will be November 11, 2025 ("Separation Date") and the termination code will be **Involuntary-Unsatisfactory Job Performance**. Between the date you receive this Agreement through your Separation Date, you will be on a "Transitional Assignment," as described below. To help you transition to your next endeavor following your Separation Date, Bank of America is offering you the financial and other assistance ("Transition Assistance") described in this Agreement.

1. **Understanding this Agreement.**
    a. **Signing and Returning the Agreement.** To receive the Transition Assistance, and, if applicable, any additional pay, benefits or consideration described in this Agreement, you must sign, return and, if applicable, not revoke your acceptance of the Agreement and fully comply with all the Agreement's terms and conditions.
    b. The signed Agreement, and, if applicable, written revocation, should be returned via e-mail within the time described in the **Time for Signing** paragraph below to:

        associatetransitionservices@bofa.com

    c. **Time for Signing.** You have twenty-one (21) calendar days from receipt of this Agreement to review and consider it before signing; and seven (7) calendar days from the date of signing to revoke the Agreement in writing, in which case it will not become effective and you will not be eligible to receive any of the payments and benefits offered in this Agreement and may be required to reimburse the value of any payments and benefits previously received under this Agreement.
    d. **Consulting a Lawyer.** Before signing this Agreement, you should consult with a personal lawyer of your choice regarding the Agreement's terms and their legal significance. You are responsible for all fees and costs associated with obtaining legal advice.
    e. **Payment Amounts.** Unless specifically stated otherwise, all payments described in this Agreement are gross amounts and subject to applicable withholdings and deductions.
2. **Transitional Assignment.** Between now and your Separation Date, Bank of America will not require your services on a regular basis, and you should not report for work unless notified otherwise. Although you will not have any regular work duties during this period (referred to as a "Transitional Assignment"), you

agree to remain readily available on each business day until your Separation Date so that you can promptly meet or consult with Bank of America personnel and perform work assigned to you by Bank of America. During your Transitional Assignment, you will continue to be eligible to participate in or receive employee benefits that are equivalent to active employees, except that you will not earn, accrue, or otherwise be eligible for or entitled to the following benefits, in full or in part, during the Transitional Assignment: 1) discretionary incentive or bonus awards; 2) to the extent applicable, non-discretionary production bonuses not previously earned; 3) sick time, vacation time, sabbatical, short- or long-term disability benefits; or 4) any other type of leave benefits. For clarity, because you are still employed by Bank of America during the Transitional Assignment, without the express written consent of Bank of America, you are not permitted to begin working for another company, entity, or person, whether as an employee, contractor or in any other capacity, until after your Separation Date. If you do not sign and return this Agreement within the time provided, if you revoke your acceptance of the Agreement, if you do not remain employed in good standing through your Separation Date, or you otherwise fail to comply with this Agreement, Bank of America , within its sole discretion, may end your Transitional Assignment immediately and, regardless of the status of your Transitional Assignment, you will not be entitled to receive the Transition Assistance offered in this Agreement.

3. **Neutral Reference Process.** Bank of America will provide a neutral verification of your employment to any prospective employer or other outside company or agency that may need such verification (*e.g.*, mortgage, loan, etc.), ***provided the request is directed to "The Work Number" at 1.800.367.5690***, following the prompts for employment verification. Such reference will be limited to your name, job title, employment classification (*e.g.*, full- or part-time) and dates of hire and termination (without characterization of termination reason), unless you authorize the release of additional information in writing. To ensure a neutral reference, you agree to provide ***only*** "the Work Number" information to anyone seeking an employment verification, reference, or referral.

    a. **No Other Reference Requests.** Without the express written consent of Bank of America's Human Resources Department, you agree not to provide the names of any current or former Bank of America employees as references, even if the current or former employee has agreed to provide one. You may notify potential employers and other reference-seekers that Bank of America has notified you that its reference policy and practice limits references to those provided by "The Work Number." You further understand and agree that, notwithstanding any other provision in this Agreement, Bank of America is not liable for any response to any employment reference or inquiry by potential employers or others that is not made directly to "The Work Number."

4. **Benefit Plans and Previously Granted Awards Unaffected by this Agreement.** For benefit plans governed by the Employee Retirement Income Security Act of 1974 ("ERISA Plans"), your eligibility for benefits will be determined in accordance with the terms of the applicable plan or other governing documents and not governed by the terms of this Agreement. For outstanding equity, long-term incentive, or similar awards granted or assumed by Bank of America prior to your Separation Date ("Previously Granted Awards"), your eligibility for continued vesting and future payments or distributions will be determined in accordance with the terms of the applicable plan(s), award agreements, or other governing document(s) and not governed by the terms of this Agreement. Nothing in this Agreement shall impair, diminish, or interfere with any rights, privileges, or benefits you have with respect to the ERISA Plans or Previously Granted Awards, nor shall anything in this Agreement entitle you to vesting, payment, or distribution rights not provided for under the terms of the ERISA Plans or Previously Granted Awards.

5. **No Other Payments.** You acknowledge that this Agreement does not include, and you are not eligible to receive, any form of compensation or benefits other than as specifically described in this Agreement, including but not limited to unpaid wages or payments under any of Bank of America's severance,

incentive pay, or bonus plans or programs. For the avoidance of doubt, you understand and agree that you will not be eligible to receive any discretionary incentive award or bonus for Performance Year 2025.

6. **Loss of Eligibility**. If, after your last day worked or your Separation Date, Bank of America becomes aware of information that would have resulted in the termination of your employment for "Cause" while still employed, you will cease to be eligible for Transition Assistance under this Agreement and Bank of America may discontinue remaining payments and benefits and may require you to reimburse the value of Transition Assistance, including the value of payments and benefits that you may have already received. If Bank of America requests reimbursement, you must do so. For purposes of this Agreement, "Cause" shall mean discovery of your: 1) act of fraud or dishonesty in the course of your employment; 2) conviction of (or a plea of no contest with respect to) a crime constituting a felony or a crime of comparable magnitude under applicable law (as determined by Bank of America in its sole discretion); 3) act or omission which causes you or Bank of America to be in violation of federal or state securities laws, rules or regulations, and/or the rules of any exchange or association of which Bank of America is a member, including statutory disqualification; 4) failure to perform your job duties where such failure is injurious to Bank of America or to Bank of America's business interests or reputation; 5) material breach of any written policy applicable to your employment with Bank of America, including, but not limited to, the Bank of America Corporation Code of Conduct and General Policy on Insider Trading; or 6) unauthorized disclosure of any confidential or proprietary information of Bank of America or any other material violation of Bank of America's written policies regarding confidential and proprietary information.

7. **General Release and Covenant Not to Sue.**

   a. **Released Claims**. For yourself, your attorneys, heirs, executors, administrators, successors and assigns, you knowingly, voluntarily and fully waive, release and forever discharge Bank of America (including all subsidiaries and affiliates) and all of its current, former and future officers, directors, employees, assigns, agents, plans and plan trustees, independent contractors, shareholders, attorneys and representatives, jointly and individually ("Released Parties") from any manner of suits, actions, or causes of action, including any claim for attorneys' fees or costs, existing at the time you sign this Agreement, whether currently known or unknown to you, under any possible legal, equitable, contract, tort or statutory theory ("General Release") and agree not to sue any of the Released Parties in relation to such claims ("Covenant Not to Sue"). Except for claims described in the **Claims Not Prohibited by General Release and Covenant Not to Sue** paragraph of this Agreement, and to the greatest extent permitted by applicable law, this General Release and Covenant Not to Sue includes, but is not limited to, claims arising out of or in any way related to your employment and/or the termination of your employment, such as, by way of example only, claims under the Age Discrimination in Employment Act of 1967 ("ADEA"), Title VII of the Civil Rights Act of 1964, Section 1981 of Title 42 of the United States Code, the Employee Retirement Income Security Act of 1974 ("ERISA"), the Americans With Disabilities Act, the Rehabilitation Act of 1973, the Worker Adjustment and Retraining Notification Act, the Family and Medical Leave Act, the Equal Pay Act, the Ledbetter Fair Pay Act, and any other federal, state or local statute, ordinance, executive order, regulation (including any amendments) or any other legal theory.

   b. **Release of Class and Collective Action Claims.** Included in the General Release and Covenant Not to Sue are all the claims that have been, or may be, asserted by you or by any other person or entity on your behalf in any class or collective action relating to your employment and/or the termination of your employment with Bank of America. Accordingly, you waive any right to become, and promise not to consent to become, a member of any class in a case in which claims

are asserted against the Released Parties that are related in any way to your employment or your termination from Bank of America and that involve events that have occurred as of the date you sign this Agreement. You also waive all rights you might otherwise have to receive notice of any class or collective action. If you are included or identified as a member or potential member of a class in any legal proceeding, you must opt out of, or refrain from opting in to, the class at the first opportunity afforded to you after learning of your identification as part of the class. In this regard, you must, without objection or delay, complete an "opt-out" form presented to you in connection with any legal proceeding.

c. **Agency Actions.** Subject to the exceptions described in the paragraph in this Agreement with the heading **Exceptions**, you agree that should any person or entity file or cause to be filed any civil action, suit, arbitration, or legal proceeding seeking equitable or monetary relief for claims arising out of your employment (with the exception of a proceeding before the Equal Employment Opportunity Commission ("EEOC") or National Labor Relations Board ("NLRB"), or similar state or local agency alleging a violation of applicable anti-discrimination laws), you will take all necessary actions to withdraw from such action and/or have it dismissed with prejudice as it relates to you personally, and agree not to voluntarily participate or cooperate in such a matter unless required by law. If you are unable to preclude a charge or claim on your behalf, you agree that you will not seek or accept any personal relief, including but not limited to an award of monetary damages or reinstatement to employment, in connection with such a charge or claims.

d. **Broadest Release of Claims.** To the maximum extent permitted by law, and with the exception of those claims set forth in the **Claims Not Prohibited by General Release and Covenant Not to Sue** paragraph of this Agreement, the General Release and Covenant Not to Sue will extend and apply to all claims, injuries and damages you may have against Bank of America or any Released Parties at the time you sign this Agreement, regardless of whether you are aware of or suspect such claims at the time you sign. If it is determined that any claim covered by this General Release cannot be waived as a matter of law, the General Release and Covenant Not to Sue will nevertheless remain valid and fully enforceable as to the remaining released claims.

e. **Claims Not Prohibited by General Release and Covenant Not to Sue.** The General Release and Covenant Not to Sue does not prohibit the following rights or claims that may be pursued consistent with the Company's Arbitration Policy: 1) those that first arise after the date you sign a General Release and Covenant Not to Sue; 2) those that arise out of or in connection with the interpretation or enforcement of this Agreement; 3) those that cannot be waived as a matter of federal, state or local law; 4) your right to file a charge with the NLRB, or a charge or complaint of discrimination with the EEOC or similar state or local agency, or any right you may have to participate in any investigation or proceeding conducted by such agency (though you will not seek or accept any personal relief, including but not limited to an award of monetary damages or reinstatement to employment, in connection with such a charge); or 5) rights to indemnification, if any, that are governed by Bank of America's Bylaws and applicable law.

f. **Special Provisions Relating to Release of Age Discrimination Claims.** As of the date you sign this Agreement, if you are age 40 or over, you understand that as part of the General Release of Claims and Covenant Not to Sue, you voluntarily and knowingly waive rights or claims under the federal Age Discrimination in Employment Act of 1967 (ADEA), as amended, that may have existed on or prior to the date you sign the Agreement. If at any time you are obligated to return the consideration you received under this Agreement, you agree that you will retain Five Hundred Dollars ($500.00), representing the consideration you received in exchange for waiver

of your rights and claims under the ADEA.

8. **Absence of Certain Claims.**

   a. **No Pending Claims.** You acknowledge that, as of the date you sign this Agreement, other than any reporting to a governmental, law enforcement, or regulatory authority concerning suspected violations of law (which you are not required to disclose to Bank of America), and pursuant to the **Exceptions** paragraph in this Agreement, you have not filed or otherwise pursued any charges, complaints or claims of any nature against Bank of America or any Released Party with any local, state or federal government agency or court, or in arbitration on or prior to the date of signing this Agreement, which have not been dismissed, closed, withdrawn or otherwise terminated unless otherwise permitted by law.

   b. **No Additional Claims**. You acknowledge that Bank of America has fully satisfied all its obligations to you as a matter of law and pursuant to Bank of America policy and you have no additional claims against Bank of America. Without limitation, you acknowledge: (1) if applicable, Bank of America has made available to you information about your FMLA and other leave rights and you were not improperly denied any request for FMLA or other leave; (2) to the extent that you took FMLA or other leave, you received the full range of benefits offered by the leave (*e.g.*, benefits continuation coverage and restoration to the same or an equivalent position for FMLA leave) and did not suffer any form of retaliation as a result of taking any such leave; (3) except for payments described in this Agreement, you have been paid for all wages (including overtime), commissions, bonuses, incentives and other forms of compensation; (4) to the extent that you requested a reasonable accommodation as defined by applicable law, Bank of America appropriately responded to your request; and (5) you received appropriate and timely notice of your separation from employment. You agree and acknowledge that the information in this **No Additional Claims** paragraph is factually accurate as to you and may be used as a sworn statement of fact in any proceeding between you and Bank of America.

   c. **No Unreported Violations or Suspected Violations.** Subject to the **Exceptions** paragraph of this Agreement, you further acknowledge that as an employee of Bank of America it has been your obligation to advise Bank of America completely and candidly of all facts of which you are aware that constitute or might constitute violations of Bank of America's ethical standards or legal or regulatory obligations. You represent and warrant that you are not aware of any such facts or that you have previously advised Bank of America about any such facts. You further agree that you will advise Bank of America in the future of all such facts that come to your attention.

9. **Post-Employment Limitations and Obligations.**

   a. **Future Cooperation.** During and after the term of this Agreement, you agree to be available, upon reasonable notice and under reasonable conditions, to assist Bank of America in any capacity with respect to matters you had knowledge of while employed by Bank of America. Without limitation, such assistance may include: 1) providing information or documents; 2) cooperating with investigations, negotiations, lawsuits, or administrative proceedings; 3) preparing for and giving testimony, including written or verbal declarations or statements; and 4) other similar activities. Bank of America will reimburse you for all reasonable and documented out-of-pocket expenses incurred because of your obligations under this paragraph, in accordance with Bank of America's then applicable expense guidelines.

   b. **Detrimental Conduct.** In addition to signing, returning, not revoking, and fully complying with this Agreement, any Transition Assistance is further conditioned on your commitment to not

engage in "Detrimental Conduct" during the period in which the Transition Assistance and any other payments or benefits under this Agreement remain payable. For purposes of this Agreement, "Detrimental Conduct" means your serious misconduct or unethical behavior, including any one of the following: 1) any conduct that would constitute Cause; 2) the commission of a criminal act by you, whether or not performed in the workplace, that subjects, or if generally known, would subject Bank of America or its subsidiaries to public ridicule or embarrassment, or other improper or intentional conduct causing reputational harm to Bank of America, its subsidiaries, or a client of Bank of America or its subsidiaries; 3) the breach of a fiduciary duty owed to Bank of America or its subsidiaries or a client or former client of Bank of America or its subsidiaries; 4) intentional violation, or grossly negligent disregard, of Bank of America's or its subsidiaries' policies, rules and procedures, specifically including, but not limited to any of your obligations under the Bank of America Corporation Code of Conduct and workplace policies; or 5) you taking or maintaining trading positions that result in a need to restate financial results in a subsequent reporting period or that result in a significant financial loss to Bank of America or its subsidiaries during or after the performance year. If you violate this paragraph, Bank of America may, in its sole discretion, discontinue any remaining payments and benefits and may require you to reimburse the value of Transition Assistance, including the value of payments and benefits that you may have received.

c. **Negative Comments.** Subject to the **Exceptions** paragraph of this Agreement, you agree to refrain from directly or indirectly making any statements or engaging in any other activities, including written, oral and electronic communications of any kind, in any format, to the press (on or off the record, or on background), on or through blogs or other social media, or to any other person or entity, that are maliciously untrue, such that they are made with knowledge of their falsity or with reckless disregard for their truth or falsity, regarding Bank of America, its business, its actions or those of the Released Parties. You acknowledge that nothing in this paragraph prevents you from discussing or disclosing information about alleged unlawful acts (such as harassment or discrimination or any other conduct that you believe is unlawful).

d. **Agreement Regarding Confidential, Proprietary and Trade Secret Information Obligations.** During your employment, you had access to confidential, proprietary and trade secret information about Bank of America, its employees, clients, and customers, which derives economic value from not being otherwise known to the public ("Confidential Information and Trade Secrets"). Confidential Information and Trade Secrets provide a competitive advantage to Bank of America because they would be valuable to a competitive entity if disclosed and you acknowledge that your improper use or disclosure of Bank of America's Confidential Information and Trade Secrets would cause immediate and irreparable damage to Bank of America's business. Confidential Information and Trade Secrets includes, but is not limited to: 1) the identities, incomes, net worth, accounts, financial portfolios, contact information, personal and familial relationships, investments and/or other non-public information relating to Bank of America's existing and prospective clients and customers; 2) personnel information about other Bank of America employees including information obtained from confidential personnel files; and 3) Bank of America's business plans, strategies, products, pricing, computer programs, computer software, source codes, systems, databases, methods of operation, financial models, investments and other business transactions, policies and procedures. Bank of America has obligations to protect the confidentiality of Confidential Information and Trade Secrets and such obligations extend to you, both during and after your employment ends. Subject to the **Exceptions** paragraph of this Agreement, which is incorporated into this paragraph by reference, and understanding that nothing in this paragraph or this Agreement limits your ability to disclose

any information (including Confidential Information or Trade Secrets) to any self-regulatory organization or any other governmental, law enforcement, or regulatory authority in connection with any reporting of, investigation into, or proceeding regarding suspected violations of law (as more fully set forth below), you acknowledge and agree that (i) you shall not directly or indirectly, alone or in concert with or on behalf of others, use, publish or otherwise disclose any aspect of Bank of America's Confidential Information and Trade Secrets to any person or entity outside Bank of America except pursuant to formal legal process or unless you first obtains the written approval of an authorized Bank of America representative (and that if you are served with legal process involving Bank of America, you agree to notify immediately an appropriate representative of Bank of America's Legal Department, unless such notice is prohibited by law); (ii) you shall deliver immediately at Bank of America's request and to the custody of whatever person Bank of America designates all originals and copies of any documents or other material in your possession, custody, or control containing or embodying Confidential Information and Trade Secrets, and any derivatives, summaries and excerpts created therefrom, in any form whatsoever, including but not limited to hard copy documents and information housed in or on Bank of America-owned electronic devices or equipment, or devices or equipment owned by you or to which you have access, or any third party or cloud storage utilized by you or on your behalf; and (iii) you shall not otherwise utilize any of Bank of America's Confidential Information and Trade Secrets to interfere with any relationship between Bank of America and any of its clients, prospective clients, or employees. To the extent that you are unaware or unsure of whether certain information constitutes Confidential Information and Trade Secrets, you agree to consult with an authorized senior management representative of Bank of America before utilizing the information. For the avoidance of doubt and in addition to the exceptions described in the Exceptions paragraph of this Agreement, nothing in this paragraph, or the Agreement generally, precludes you from disclosing information relating to workplace issues, or from assisting coworkers or former coworkers, or from communicating with others, including third parties or the NLRB, about this Agreement or your employment, nor does this Agreement in any way restrict you from otherwise exercising your Section 7 rights under the National Labor Relations Act and/or Executive Order 13665.

e. **Trade Secret Act Notice.** Pursuant to the federal Defend Trade Secrets Act of 2016, you will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made: 1) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney and solely for the purpose of reporting or investigating a suspected violation of law; 2) to your attorney in relation to a lawsuit for retaliation against you for reporting a suspected violation of law; or 3) in a complaint or other document filed in a lawsuit or other proceeding if such filing is made under seal.

f. **Prohibited Solicitation of Bank of America Clients and Customers.** In exchange for the consideration provided in this Agreement and based on your access to Confidential Information and Trade Secrets during your employment, to the maximum extent permitted under applicable law, you agree that for the greater of six (6) months following your Separation Date or the period for which you are eligible to receive Transition Assistance payments (or the number of weeks represented by a lump sum payment option, if offered), you shall not directly or indirectly, alone or in concert with others, solicit, encourage, influence, recruit, or induce, or attempt to solicit, encourage, influence, recruit, or induce (regardless of who initiates the contact), any client or customer who you served during your employment or whose name became known to you as a result of your access to Bank of America's Confidential Information and Trade Secrets, in an effort to divert, transfer or in any way take away business from Bank of America.

You acknowledge that the prohibition in this paragraph is limited to soliciting business from clients and customers and is intended to protect Bank of America's Confidential Information and Trade Secrets; it does not prevent you from accepting employment with a new employer or engaging in any new business venture. You should be aware that: 1) prohibited solicitation of Bank of America clients or customers may result in cancellation of outstanding equity, long-term incentive, or similar awards granted or assumed by Bank of America; and 2) restrictions on solicitation of Bank of America clients or customers provided in plan documents and/or award agreements underlying outstanding equity, long-term incentive, or similar awards may be more expansive than those in this paragraph.

g. **Prohibited Solicitation of Bank of America Employees.** In exchange for the consideration provided in this Agreement and based on your access to Confidential Information and Trade Secrets during your employment, to the maximum extent permitted under applicable law, you agree that for one (1) year following the termination of your employment, you will not directly or indirectly, alone or in concert with others, solicit, encourage, influence, recruit or induce, or attempt to solicit, encourage, influence, recruit or induce any employee of Bank of America to cease working for Bank of America (regardless of who initiates the contact). You understand that: 1) prohibited solicitation of Bank of America employees may result in cancellation of outstanding equity, long-term incentive, or similar awards granted or assumed by Bank of America; and 2) restrictions on solicitation of Bank of America employees provided in plan documents and/or award agreements underlying outstanding equity, long-term incentive, or similar awards may be more expansive than those in this paragraph.

h. **Agreement Not to Seek Rehire.** Without prior written approval of an authorized representative of Bank of America, you will not seek or accept employment with Bank of America, including assignment to or on behalf of Bank of America as an independent contractor or through any third party, and Bank of America has no obligation to consider you for any future employment or assignment.

i. **Confidentiality of Agreement Terms.** Subject to the **Exceptions** paragraph of this Agreement, you agree that the terms and conditions of this Agreement, including but not limited to any Transition Assistance offered in connection with it and all actions by Bank of America, are strictly confidential and, with the exception of your counsel, tax advisor, financial advisor, immediate family, or as required or permitted by applicable law, you have not and will not disclose, discuss, or reveal such terms to any other persons, entities, or organizations, whether within or outside Bank of America, without prior written approval of an authorized Bank of America representative. You further agree to take all reasonable steps necessary to ensure that confidentiality is maintained by anyone referenced above to whom disclosure is authorized. Notwithstanding anything in this Agreement, this confidentiality provision does not prevent you from: 1) providing information in response to valid and enforceable subpoenas or otherwise as required by law or regulation; 2) providing information necessary for the preparation and filing of an income tax return; 3) discussing or disclosing information about unlawful acts in the workplace, such as harassment or discrimination or any other conduct that you believe is unlawful; or 4) using this Agreement to enforce its terms.

j. **Remedy for Breach of Confidentiality Provisions.** Subject to the **Exceptions** paragraph of this Agreement, you also agree and understand that all the paragraphs and subparts in this **Post-Employment Limitations and Obligations** section are material to Bank of America and its decision to enter into this Agreement and that a breach of these provisions by you would be a material breach of this Agreement.

10. **Exceptions.** Nothing in this Agreement prohibits or limits you or your counsel from initiating communications directly with, responding to any inquiry from, volunteering information to, or providing testimony before the Securities and Exchange Commission, the Department of Justice, the Financial Industry Regulatory Authority, the EEOC, the NLRB, any other self-regulatory organization or any other governmental, law enforcement, or regulatory authority, regarding this Agreement and its underlying facts and circumstances, or any reporting of, investigation into, or proceeding regarding suspected violations of law, and you are not required to advise or seek permission from Bank of America before engaging in any such activity. You recognize that, in connection with any such activity, you must inform such authority that the information you are providing is confidential. Despite the foregoing, you are not permitted to reveal to any third-party, including any governmental, law enforcement, or regulatory authority, information you came to learn during your employment with Bank of America that is protected from disclosure by any applicable privilege, including but not limited to the attorney-client privilege, attorney work product doctrine, and/or other applicable legal privileges. Bank of America does not waive any applicable privileges or the right to continue to protect its privileged attorney-client information, attorney work product, and other privileged information. Additionally, you recognize that your ability to disclose information may be limited or prohibited by applicable law and Bank of America does not consent to disclosures that would violate applicable law. Such applicable laws include, without limitation, laws and regulations restricting disclosure of confidential supervisory information or disclosures subject to the Bank Secrecy Act (31 U.S.C. §§ 5311-5330), including information that would reveal the existence or contemplated filing of a suspicious activity report. "Confidential supervisory information," includes any information or materials relating to the examination and supervision of Bank of America by applicable bank regulatory agencies, Bank of America materials responding to or referencing non-public information relating to examinations or supervision by bank regulatory agencies, and correspondence to or from applicable banking regulators.

11. **Miscellaneous Provisions.**

    a. **Resignation of Board or Committee Memberships.** You agree to immediately resign all directorships and board or committee memberships that you hold within Bank of America and/or any other entity because of your employment with Bank of America. This resignation will be effective on your Separation Date, or such other date as requested by Bank of America.

    b. **Return of Bank of America Property and Expense Reconciliation.** By the last day you are actively at work, or such other date directed by Bank of America, you must return to Bank of America all equipment, business records or other Bank of America property that has been or is in your care, custody, possession, or control. By your last day of work, you must reimburse or reconcile to Bank of America's satisfaction all charges you have made to Bank of America or expenses you have charged to Bank of America. If you fail to return Bank of America equipment or property or if you fail to make necessary reimbursements regarding charges or expenses, the value you owe will be a debt obligation to Bank of America. Bank of America is authorized to deduct the sums owed from the Transition Assistance, including the value of payments and benefits that you may have already received.

    c. **Breach and Remedy.** Bank of America shall have the right to bring legal action as consistent with the Arbitration Policy to enforce this Agreement and to recover monetary or other damages resulting from a breach of it. This right includes, but is not limited to, Bank of America's right to obtain injunctive relief to restrain any breach or threatened breach of this Agreement or otherwise to specifically enforce any provision of it. If you breach any provision of this Agreement, including but not limited to any of the paragraphs in the **Post-Employment Limitations and Obligations** section of the Agreement, you will cease to be eligible for Transition

Assistance and Bank of America may, in its sole discretion, discontinue remaining payments and benefits and may require you to reimburse the value of Transition Assistance, including the value of payments and benefits that you may have already received.

d. **Severability.** Should any of the provisions of this Agreement be rendered invalid by an arbitrator, court or government agency or should you fail to fulfill your obligations under them, the remainder of this Agreement shall, to the fullest extent permitted by applicable law and at Bank of America's option, remain in full force and effect and you will be obligated to return, in full or in part (as determined by Bank of America) all consideration you received in exchange for signing this Agreement, except, if applicable, the Five Hundred Dollars ($500.00) you received in exchange for your release and waiver of rights and claims under the ADEA.

e. **Section 409A Compliance.** This Agreement is intended to comply with Section 409A of the Internal Revenue Code, to the extent applicable. Notwithstanding any provision to the contrary, this Agreement shall be interpreted and administered consistent with this intent. If this Agreement provides for multiple payments, each separate payment provided pursuant to the terms of this Agreement shall be treated as a separate "payment" for purposes of Section 409A. In addition, if you are a "specified employee" within the meaning of Section 409A, as determined by Bank of America under its Section 409A administrative policies, any payment made in connection with the termination of your employment shall not be made earlier than six (6) months after the date of such termination, to the extent required by Section 409A. You also understand and agree that in no event will Bank of America be liable for any additional tax, interest, or penalty that may be imposed on you by Section 409A or damages for failing to comply with Section 409A.

f. **Choice of Law and Dispute Resolution.** The Parties agree that they are bound to, and will comply with, Bank of America's Arbitration Policy, including, but not limited to, arbitrating any dispute or claim arising under or in connection with this Agreement or related to any matter that is the subject of this Agreement pursuant to Bank of America's Arbitration Policy. This Agreement will be governed by and construed and interpreted in accordance with the laws of the State of North Carolina unless required by a jurisdiction requiring choice of law for its jurisdiction, in which case that state's law will apply.

g. **No Admission of Liability.** You specifically understand and agree that by entering into this Agreement, Bank of America and the other Released Parties do not admit any liability whatsoever to you or to any other person arising out of any claims heretofore or hereafter asserted by you, and Bank of America, for itself and on behalf of other Released Parties, expressly denies any and all such liability.

h. **Legal Advice and Related Fees and Costs.** You acknowledge that Bank of America has not provided you with any legal advice and has advised you that you should consult with a lawyer of your choice prior to signing this Agreement. As further mutual consideration of the promises set forth herein, Bank of America and you agree that we each are responsible for our own attorneys' fees and costs, and each agrees that they will not seek from the other reimbursement for attorneys' fees and/or costs incurred in relation to any matters addressed in this Agreement.

12. **Entire Agreement.** All prior agreements and understandings regarding the same or similar subject matter, written or oral, between Bank of America and you (except, subject to the **Exceptions** paragraph in this Agreement, agreements regarding confidential information, non-solicitation, non-competition, intellectual property or similar agreements that are more protective of Bank of America's interests than the terms of this Agreement and that have not expired or been waived by Bank of America in writing) are

replaced and superseded by this Agreement, and are no longer of any force and effect. For sake of clarity, the Separation Date and other provisions in this Agreement supersede and replace any and all obligation under Bank of America's Notice Period Obligation policy that may apply to you. No one is authorized to make any representations that vary from or are inconsistent with the terms and conditions set forth in this Agreement. No one is authorized to make any assurances with respect to Bank of America's right and intention to enforce this Agreement.

13. **Counterpart Originals**. This Agreement may be executed in any manner of copies, each of which shall be deemed to be a counterpart original.

If you agree with the terms of this Agreement, please sign a duplicate copy within the time described in the "Time for Signing" paragraph of this Agreement and return it to *associatetransitionservices@bofa.com* by email.

Sincerely,

Annie Witthoefft

Annie Witthoefft
Senior Vice President, Human Resources Executive I

I hereby AFFIRM, ACKNOWLEDGE AND AGREE that I have read the foregoing Agreement, that I have had sufficient time and opportunity to review and discuss it with the attorney of my choice, that I have had any questions about the Agreement answered to my satisfaction, that I fully understand and appreciate the meaning of each of its terms, and that I am voluntarily signing the Agreement on the date indicated below, intending to be fully and legally bound by its terms.

______________________________ __________________________

Ana Maria Roman
Person No. 21333229

Date Signed