# Exhibit 2

**From:** Lineberry, Rebecca W.
**To:** Ana Roman
**Cc:** Simons, Adam T.
**Subject:** RE: Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)
**Date:** Friday, August 28, 2026 9:20:50 AM

Ms. Roman,

Regarding the arbitration policy, the Bank's records show that you opened the Arbitration Policy on November 13, 2024, twice on November 25, 2024, and on December 4, 2024. As explained in the November 8, 2024, email you received from the Bank regarding the Arbitration Policy, you "accept the Policy, and agreed to be bound by its terms, either by clicking Acknowledge and Agree below or, even if you do not click Acknowledge and Agree below, by continuing your employment with Bank of America for thirty (30) days after the Bank distributes the Policy via this email."

In terms of the Bank's policy regarding confidential information, here is a link to the Bank's publicly available Code of Conduct. Additionally, regardless of any Bank policy, the pages listed in my August 26 email contain the types of sensitive information that should not be filed publicly. Please let me know by 5:00 pm today whether you have taken the appropriate steps to seal those pages, and if so, what you have done. If we do not hear from you, or you have not taken action to seal those pages, we will file a motion with the Court.

Finally, please promptly file the executed waiver of service, or let us know if we have your authorization to file it.

Becca

**Rebecca W. Lineberry**
Associate
McGuireWoods LLP
T: +1 410 659 4414
rlineberry@mcguirewoods.com

---

**From:** Ana Roman <roman-ana@live.com>
**Sent:** Thursday, August 27, 2026 9:29 AM
**To:** Lineberry, Rebecca W. <RLineberry@mcguirewoods.com>
**Cc:** Simons, Adam T. <ASimons@mcguirewoods.com>
**Subject:** Re: Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)

**EXTERNAL EMAIL; use caution with links and attachments**

Dear Rebecca,

Thank you for forwarding Ms. Marcuss's July 6 email. I note that the original email was sent to an older email address that I was no longer using for communications, which explains why I did not receive it at the time.

I have reviewed Ms. Marcuss's email, including the Bank's stated interest in attempting to resolve my concerns without the need for formal arbitration. I remain open to exploring a mutually acceptable resolution on terms that appropriately address the interests of both parties.

Regarding arbitration, I have received the Arbitration Policy. Per my last email, please provide any documentation or records showing that I received, acknowledged, and agreed to be bound by the Policy, including any signed or electronic acknowledgment or acceptance.

Regarding the documents identified in your email, I am currently reviewing the Bank's request and the appropriate Court procedures and will determine the appropriate next steps.

Please also provide and identify the specific confidentiality agreement, policy, or acknowledgment upon which the Bank relies in asserting that I remain subject to confidentiality obligations applicable to these documents.

Thank you,

Ana Maria Roman
Plaintiff, Pro Se

---

**From:** Lineberry, Rebecca W. <RLineberry@mcguirewoods.com>
**Sent:** Wednesday, August 26, 2026 6:17 PM
**To:** Ana Roman <roman-ana@live.com>
**Cc:** Simons, Adam T. <ASimons@mcguirewoods.com>
**Subject:** RE: Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)

Ms. Roman,

I have attached the email from Ms. Marcuss. The arbitration policy that you are bound by is attached to that email.

Additionally, here is a list of the pages that should be filed under seal:

- Internal communications with Sara Doukmak (ECF p. 82)
- Internal emails with Tammy Kerr-Gaudette (ECF pp. 83-84)
- Internal emails with Gregory Palmer (ECF pp. 67, 97)
- Plaintiff's medical records (ECF p. 100-104, 161-188)
- Internal emails with Employee Relations regarding former Bank employee, Scott Mealus (ECF p. 114, 117, 119-120)
- Confidential internal log (ECF p. 247-257)
- Internal emails regarding a nonparty employee Pamela Pickett (ECF p. 266-267, 270-271)
- Separation and General Release Agreement (ECF p. 277-305)

The "ECF p." refers to the page number in blue at the top of each page.

If you do not take appropriate steps to remove these confidential documents from the public docket and dismiss this action without prejudice to proceed in arbitration by Friday at 5:00 pm, the Bank will seek the appropriate judicial intervention.

Becca

**Rebecca W. Lineberry**
Associate
McGuireWoods LLP
T: +1 410 659 4414
rlineberry@mcguirewoods.com

---

**From:** Ana Roman <roman-ana@live.com>
**Sent:** Monday, August 24, 2026 7:53 AM
**To:** Lineberry, Rebecca W. <RLineberry@mcguirewoods.com>
**Cc:** Simons, Adam T. <ASimons@mcguirewoods.com>
**Subject:** Re: Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)

**EXTERNAL EMAIL; use caution with links and attachments**

Dear Rebecca,

Thank you for reaching out. I have received your two emails, voicemail, and the executed Waiver of Service. I appreciate you providing the waiver.

With respect to the July 6, 2026, email from Elena Marcuss referenced in your correspondence, I did not receive that email. Please forward me a copy.

Regarding arbitration, please provide the Arbitration Policy or agreement that the Bank believes applies to me and my claims, along with any signed or electronic acknowledgment showing my agreement to be bound by it. I will review the information provided.

Regarding the documents on the public docket, please identify the specific documents the Bank considers confidential and the basis for requesting that they be sealed or removed, so that I can review the matter and determine the appropriate next steps.

Finally, at this time, I respectfully request that communications regarding this matter be conducted in writing via email.

Thank you for your cooperation.

Best regards,

Ana Maria Roman
Plaintiff, Pro Se

---

**From:** Lineberry, Rebecca W. <RLineberry@mcguirewoods.com>
**Sent:** Saturday, August 22, 2026 5:03 PM
**To:** roman-ana@live.com <roman-ana@live.com>
**Cc:** Simons, Adam T. <ASimons@mcguirewoods.com>
**Subject:** RE: Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)

Dear Ms. Roman,

Following up on the below, if you do not inform us of the steps you have taken to remove the confidential internal documents from the public docket by Monday at 12:00 pm (Eastern), we will have to file a motion with the Court seeking to seal those documents.

Additionally, the Bank has agreed to waive service of process in this matter so that you do not have to undertake the time and expense of serving the summons and complaint. I have attached a

completed waiver of service. Please file this with the Court as soon as possible.

Thank you,

Becca

**Rebecca W. Lineberry**

Associate

McGuireWoods LLP

T: +1 410 659 4414

rlineberry@mcguirewoods.com

---

**From:** Lineberry, Rebecca W.
**Sent:** Thursday, August 20, 2026 2:20 PM
**To:** 'roman-ana@live.com' <roman-ana@live.com>
**Subject:** Ana Maria Roman v. Bank of America, N.A. (1:26-cv-06955-UA)

Dear Ms. Roman,

I am writing to follow up on my voicemail. I represent Bank of America, N.A. in the lawsuit you recently filed in the U.S. District Court for the Southern District of New York. Please note that Bank of America has not yet been formally served in this action. Bank of America reserves all rights, including that of formal service of process.

On July 6, 2026, my colleague, Elena Marcuss, emailed you to offer to discuss and try to resolve your concerns and to remind you of the Bank's Arbitration Policy, which you are bound by. The action that you recently filed is subject to that policy and should be filed in arbitration – not federal court. Are you willing to dismiss this action without prejudice to proceed?

Additionally, I have not had a chance to review the entire complaint and exhibits thereto, but I have noticed that you publicly filed internal Bank of America documents. As a reminder, you remain bound by your confidentiality obligations to the Bank. Please take appropriate steps, including reaching out to the Court clerk's office, to remove those confidential internal documents from the public docket.

Please let me know your position on these two items as soon as possible. I am available by phone at the number in my signature block below.

Thanks,

Becca

**Rebecca W. Lineberry**

Associate

McGuireWoods LLP

500 East Pratt Street

Suite 1000

Baltimore, MD 21202-3169

T: +1 410 659 4414

F: +1 410 659 4475

rlineberry@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*